**Fill in this information to identify the case:**

Debtor name    **Procom America, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:20-bk-03522**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  3, 2020**        X */s/ Peter Gaal*
                                        Signature of individual signing on behalf of debtor

                                        **Peter Gaal**
                                        Printed name

                                        **Manager**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name　**Procom America, LLC**

United States Bankruptcy Court for the:　MIDDLE DISTRICT OF FLORIDA

Case number (if known)　**8:20-bk-03522**

☐ Check if this is an
　amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................  $     0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................  $     577,895.16

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................................  $     577,895.16

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $     170,000.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................  $     86,000.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................  +$     13,407,628.25

4. Total liabilities ................................................................................................................
    Lines 2 + 3a + 3b
    $     13,663,628.25

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com　　　　　　　　　　Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |
| Debtor name   **Procom America, LLC** |
| United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA |
| Case number (if known)   **8:20-bk-03522** |

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **First Hawaiian Bank** | checking | 0464 | $49.01 |
| 3.2. | **Axos DIP Bank** | Checking | 1371 | $44,081.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | | $44,130.01 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Rivergate Tower Owner, LLC** | $18,024.23 |
| --- | --- | --- |
| 7.2. | **Deposit paid to Dennis Ross in connection with the December 23, 2019 Asset Purchase Agreement by and between the Debtor and Dennis Ross, individually, and doing** | $12,500.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Debtor    **Procom America, LLC**                                    Case number *(If known)*    **8:20-bk-03522**
_____
Name

**business as World War II Tours of Europe and Custom Euro Tours and Cheryl Ross,**
**individually and doing business as MRG Design**

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.     **Total of Part 2.**

| | |
|---|---|
| | **$30,524.23** |

Add lines 7 through 8. Copy the total to line 81.

**Part 3:     Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:     Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.     **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15.     **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                   % of ownership

| | | | |
|---|---|---|---|
| 15.1. **Procom Tours, LLC** | 100 % | **Fair Mkt Value** | **$100.00** |

16.     **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.     **Total of Part 4.**

| | |
|---|---|
| | **$100.00** |

Add lines 14 through 16.  Copy the total to line 83.

**Part 5:     Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Procom America, LLC** | Case number *(If known)* **8:20-bk-03522** |
|---|---|---|
| | Name | |

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Furniture and equipment | **$161,179.41** | **Liquidation** | **$96,707.65** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Lease of a office HP printer/copy machine | **Unknown** | **N/A** | **$0.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | **$96,707.65** |
|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | **Office lease with Rivergate Tower Owner LLC** | **Leasehold Interest** | **$0.00** | | **$0.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Procom America, LLC**                                                  Case number *(If known)*  **8:20-bk-03522**
_____Name_____

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | **$0.00** |
|---|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** **www.procomamerica.com** | **Unknown** | **Liquidation** | **$50.00** |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | **$50.00** |
|---|---|

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor  **Procom America, LLC**                                    Case number *(If known)*  **8:20-bk-03522**
       Name

71.  **Notes receivable**
     Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit
     has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of
     every nature, including counterclaims of the debtor and rights to
     set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership

     **Due from Procom Consulting UTAZASI IRODA KFT**                          $23,935.12

     **Due from Peter Gaal**                                                  $351,197.96

     **Procom America 401(k) Plan**                                            $21,161.48

     **Due from Procom Investments Kft**                                       $10,088.71

     **Due from Procom Consulting UTAZASI IRODA KFT for
     potential refunds of tours not provided.**                                  Unknown

78.  **Total of Part 11.**                                                    $406,383.27
     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Debtor    **Procom America, LLC**
Name

Case number *(If known)*    **8:20-bk-03522**

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $44,130.01 | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | $30,524.23 | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83.  **Investments.** *Copy line 17, Part 4.* | $100.00 | |
| 84.  **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $96,707.65 | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88.  **Real property.** *Copy line 56, Part 9.*.......................................> | | $0.00 |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $50.00 | |
| 90.  **All other assets.** *Copy line 78, Part 11.* | + $406,383.27 | |
| 91.  **Total.** Add lines 80 through 90 for each column | $577,895.16 + 91b. | $0.00 |
| 92.  **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $577,895.16 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Procom America, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:20-bk-03522**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.1**   **Viking Bond Service, Inc (CA)**
Creditor's Name

Describe debtor's property that is subject to a lien     **$25,000.00**     **$0.00**

**22601 N. 19th Ave #210**
**Phoenix, AZ 85027**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**12/5/2019**
Last 4 digits of account number
**0267**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

**2.2**   **Viking Bond Service, Inc (FL)**
Creditor's Name

Describe debtor's property that is subject to a lien     **$25,000.00**     **$0.00**

**22601 N. 19th Ave #210**
**Phoenix, AZ 85027**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**12/5/2019**
Last 4 digits of account number
**0271**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **Procom America, LLC**
_____
Name

Case number (if known)   **8:20-bk-03522**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Viking Bond Service, Inc (HI)** | | **Describe debtor's property that is subject to a lien** | | **$75,000.00** | **$0.00** |

Creditor's Name

**22601 N. 19th Ave #210 Phoenix, AZ 85027**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/5/2019**
**Last 4 digits of account number**
**0273**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **Viking Bond Service, Inc (IA)** | | **Describe debtor's property that is subject to a lien** | | **$10,000.00** | **$0.00** |

Creditor's Name

**22601 N. 19th Ave #210 Phoenix, AZ 85027**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/5/2019**
**Last 4 digits of account number**
**0269**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | **Viking Bond Service, Inc (WA)** | | **Describe debtor's property that is subject to a lien** | | **$35,000.00** | **$0.00** |

Creditor's Name

**22601 N. 19th Ave #210 Phoenix, AZ 85027**
Creditor's mailing address

**Describe the lien**

---

Debtor **Procom America, LLC**
_____
Name

Case number (if known) **8:20-bk-03522**

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Date debt was incurred**
**12/5/2019**

**Last 4 digits of account number**
**0270**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$170,000.00**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
|---|
| Debtor name    **Procom America, LLC** |
| United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA |
| Case number (if known)    **8:20-bk-03522** |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**FL Department of Revenue**<br>**5050 W. Tennessee Street**<br>**Tallahassee, FL 32399** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$16,000.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**estimated 2020 state income tax liability** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Hillsborough Cty Prop App**<br>**601 East Kennedy Blvd**<br>**15th Floor**<br>**Tampa, FL 33602** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**tangible personal property tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Procom America, LLC** | | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$70,000.00** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**estimated federal income tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Kentucky Depart of Revenue**
**Property Valuation Admin**
**101 E. Vine Street #600**
**Phoenix Bldg**
**Lexington, KY 40507**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for informational purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**WA State Depart of Revenue**
**PO Box 47488**
**Olympia, WA 98504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for informational purposes only**

Last 4 digits of account number **0441**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,253.79** |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**8 X 8 INC**
**675 Creekside Way**
**Campbell, CA 95008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**Aaron Hughes**
**1510 Old Shell Rd**
**Port Royal, SC 29935-2202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,150.00** |
|---|---|---|---|

**Aaron Vrazel**
**13347 Water Oak Ln Apt B**
**Austin, TX 78729-3744**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$183.30** |
|---|---|---|---|

**ADP**
**5404 Cypress Center Drive**
**Suite 250**
**Tampa, FL 33609**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

Basis for the claim: __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,124.00** |
|---|---|---|---|

**Alan Cook**
**8748 N Mingo Rd #801**
**Owasso, OK 74055**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,850.00** |
|---|---|---|---|

**Alan Fanning**
**765 S 12th St**
**San Jose, CA 95112-2358**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00** |
|---|---|---|---|

**Alan Gregory**
**702 Windemere Rd**
**Wilmington, NC 28405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00** |
|---|---|---|---|

**Alan Ingersoll**
**2955 Cedar Links Dr**
**Medford, OR 97504**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$113.00** |
|---|---|---|---|

**Alan Tindell**
**1309 Mahan Ave**
**Richland, WA 99354-3231**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.10** | **Nonpriority creditor's name and mailing address**
**Alan Walker**
**14634 Red House Rd**
**Gainesville, VA 20155-1676**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$4,400.00**

---

**3.11** | **Nonpriority creditor's name and mailing address**
**Alana Stevens**
**8815 W. Moon Spring Rd**
**Marana, AZ 85653**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$4,950.00**

---

**3.12** | **Nonpriority creditor's name and mailing address**
**Albert Hand**
**880 6th St**
**Boulder, CO 80302-7419**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$9,150.00**

---

**3.13** | **Nonpriority creditor's name and mailing address**
**Albert Olsen**
**801 15th St S**
**Arlington, VA 22202**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$10,260.00**

---

**3.14** | **Nonpriority creditor's name and mailing address**
**Albert Walter Maier**
**3141 Woodlark Trail**
**Medina, OH 44256**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$9,900.00**

---

**3.15** | **Nonpriority creditor's name and mailing address**
**Alexander Stewart**
**Po Box 63**
**Medina, WA 98039-0063**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,337.00**

---

**3.16** | **Nonpriority creditor's name and mailing address**
**Alexander Whitaker**
**1350 King College Rd**
**Bristol, TN 37620**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,600.00**

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|

Name

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,424.00**

**Alexandra  Thorne**
**15306 Burnaby Dr**
**Naples, FL 34110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   <u>customer</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,050.00**

**Alexandra Albert**
**14325 Nw Grandview Pl**
**Banks, OR 97106-8883**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   <u>customer</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,124.00**

**Alford Crook**
**913 Lakewood Dr**
**Barrington, IL 60010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   <u>customer</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,094.00**

**Alice Hemenway**
**1950 Madron Rd**
**Rockford, IL 61107-1717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   <u>customer</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,600.00**

**Alice Horner**
**25506 Wood Creek Rd**
**Perrysburg, OH 43551-6247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   <u>customer</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,520.00**

**Alison Debartoli**
**1208 Laurel Avenue**
**Sea Girl, NJ 08750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   <u>customer</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,880.00**

**Allan Stearns**
**2 Ipswich Circle**
**Ft Walton Bch, FL 32547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   <u>customer</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|---|
| | Name | | | |

---

**3.24** | Nonpriority creditor's name and mailing address

**Allan Stollberg**
**3656 Aralia Ct**
**West Palm Bch, FL 33406-5637**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$9,372.00**

---

**3.25** | Nonpriority creditor's name and mailing address

**Allan Thrush**
**295 Founders Way**
**Mechanicsburg, PA 17050-9501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$495.00**

---

**3.26** | Nonpriority creditor's name and mailing address

**Allen Czarnecki, Sr**
**Apt G**
**S17w32496 US Hwy 18**
**Delafield, WI 53018-3367**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$9,900.00**

---

**3.27** | Nonpriority creditor's name and mailing address

**Allen Gray**
**111 S Beverly Avenue**
**Tampa, FL 33609**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,950.00**

---

**3.28** | Nonpriority creditor's name and mailing address

**Allen Leroy Werke**
**510 3rd St. North**
**Sartell, MN 56377**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$9,900.00**

---

**3.29** | Nonpriority creditor's name and mailing address

**Allen Thompson**
**2756 S Center Hwy**
**Suttons Bay, MI 49682-9256**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$10,560.00**

---

**3.30** | Nonpriority creditor's name and mailing address

**Alois  Jeske**
**1229 Layard Ave**
**Racine, WI 53402-4532**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$7,980.00**

---

| Debtor | **Procom America, LLC** | | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$59.72** |
|---|---|---|---|

**Amazon Web Services**
**410 Terry Ave North**
**Seattle, WA 98109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2**

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29.96** |
|---|---|---|---|

**American Express**
**P.O. BOX 650448**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1008**

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,850.00** |
|---|---|---|---|

**Amos Banko**
**353 Hillview Dr**
**Nazareth, PA 18064-1806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,800.00** |
|---|---|---|---|

**Amy  Brondino**
**760 Quarterdeck Lane**
**Sturgeon Bay, WI 54235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$493.00** |
|---|---|---|---|

**Amy  Goings**
**211 Kirkland Ave Apt #216**
**Kirkland, WA 98033-6578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,500.00** |
|---|---|---|---|

**Amy Mccoy**
**3411 N Rich Rd**
**Alma, MI 48801-9548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,387.00** |
|---|---|---|---|

**Amy Stenger**
**21 Colony Dr.**
**Mercerville, NJ 08619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,680.00** |

**Andrea Accardi**
**256 Kilgannon Lane**
**Lancaster, PA 17603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,900.00** |

**Andrea Colmenero**
**40340 Via Francisco**
**Murrieta, CA 92562-3514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$261.00** |

**Andrew Haynie**
**4810 Hampton Square Dr**
**Alpharetta, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00** |

**Andrew Hoffman**
**46 Crane Ave**
**Maynard, MA 01754-0175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,280.00** |

**Andrew Johns**
**452 W 50 St**
**Manhatten, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,624.00** |

**Andrew Pelosi**
**6 Manor Lane**
**Stony Brook, NY 11790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,950.00** |

**Andrew Whitaker**
**730 Main St**
**North Myrtle Beach, SC 29582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,600.00** |
|---|---|---|---|

**Andrew Wulf**
**1944 Cougar Ln**
**Clovis, CA 93611-2072**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$882.00** |
|---|---|---|---|

**Anita Ragland**
**4740 Millbrook Ave**
**Jurupa Valley, CA 92509-3586**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,840.00** |
|---|---|---|---|

**Ann Blackwood**
**1881 Brunswick Street**
**Halifax**
**Nova Scotia B3J 3L8**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,298.00** |
|---|---|---|---|

**Ann Gimbert**
**1629 Ridge Court**
**Virginia Bch, VA 23464-2346**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,036.00** |
|---|---|---|---|

**Ann Vargo**
**5471 Harvest Oak Landing Dr**
**Spring, TX 77386-4085**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,900.00** |
|---|---|---|---|

**Anna Perosky**
**4137 Binghampton Ct**
**Clarkston, MI 48348-5078**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,400.00** |
|---|---|---|---|

**Anne Fisher**
**1645 S Bent Rock Ave**
**Boise, ID 83709-1443**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Procom America, LLC**        Case number *(if known)* **8:20-bk-03522**
_____
Name

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,900.00** |
|---|---|---|---|

**Anne Seminara**
**Po Box 1219**
**South Dennis, MA 02660**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,260.00** |
|---|---|---|---|

**Annette Lenz**
**222 E Franklin St**
**Chelan, WA 98816-9790**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00** |
|---|---|---|---|

**Anthony Adkins**
**4877 Bath Rd**
**Dayton, OH 45424-1754**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,639.00** |
|---|---|---|---|

**Anthony Brusca**
**5875 Newbury Cir**
**Melbourne, FL 32940-1886**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,958.00** |
|---|---|---|---|

**Anton Smodilla**
**2091 S Cottrell Ln**
**Terre Haute, IN 47802-2748**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,900.00** |
|---|---|---|---|

**April Darre**
**9629 Thousand Oaks Cir**
**Spring Grove, IL 60081-8010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,850.00** |
|---|---|---|---|

**Arjun Saxena**
**415 Saint James Ct**
**Langhorne, PA 19047-1633**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Procom America, LLC**                                          Case number (if known)    **8:20-bk-03522**
_____
Name

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,991.00 |
|---|---|---|---|

**Armando  Cabrera**
**803 W. Newport Ave Apt 1w**
**Chicago, IL 60657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,450.00 |
|---|---|---|---|

**Arthur Degen**
**1736 Knob Ln**
**Phoenixville, PA 19460-4646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,125.00 |
|---|---|---|---|

**Arthur Suffin**
**166 Worcester Dr**
**Wayne, NJ 07470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $318.50 |
|---|---|---|---|

**AT&T**
**PO Box 536216**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,800.00 |
|---|---|---|---|

**Austin Breda**
**4855 Watson Mill Ct**
**Loganville, GA 30052-3258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.20 |
|---|---|---|---|

**Authorize.net**
**320 Cumberland Ave**
**Portland, ME 04101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,900.00 |
|---|---|---|---|

**Ava Perrill**
**13411 Pebble Cir**
**San Antonio, TX 78217-1833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Procom America, LLC**
_____
Name

Case number (if known)    **8:20-bk-03522**

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,188.00 |
|---|---|---|---|

**Avemaria Lamonica**
**10586 Tidewater Key Blvd**
**Estero, FL 33928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,650.00 |
|---|---|---|---|

**Ayn Gelinas**
**1033 Lakeside Dr**
**Grand Junction, CO 81506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $540.00 |
|---|---|---|---|

**B Scott Finnell**
**4130 Windflower Ln**
**Georgetown, TX 78628-2104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $421,098.83 |
|---|---|---|---|

**Bank of America**
**P.O. Box 25118**
**Tampa, FL 33622**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **5/1/2020**

Last 4 digits of account number  **4**

Basis for the claim:  **fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,336.00 |
|---|---|---|---|

**Barbara  Kauppi**
**13255 Edinburgh Dr**
**Westminster, CA 92683-1729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,350.00 |
|---|---|---|---|

**Barbara  Shackelford**
**4810 Nw 51st Pl**
**Gainesville, FL 32606-4311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,560.00 |
|---|---|---|---|

**Barbara Andrews**
**208 Woodlawn Dr**
**Seymour, CT 06483-2469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Procom America, LLC** | | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,400.00 |
|---|---|---|---|

**Barbara Cherner**
**8165 Nw Oxbow Dr.**
**Corvallis, OR 97330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,652.00 |
|---|---|---|---|

**Barbara Cortner**
**133 Ranch Rd**
**Saddlebrooke, MO 65630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,600.00 |
|---|---|---|---|

**Barbara Hesse**
**19447 County Road 1**
**Morris, MN 56267-4664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,950.00 |
|---|---|---|---|

**Barbara Sadowsky**
**7019 Queenferry Ct**
**Boca Raton, FL 33496**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,372.00 |
|---|---|---|---|

**Barbara Seldomridge**
**Po Box 206**
**Green Bank, WV 24944-0206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|

**Barbara Tortorelli**
**39 Lakeshore Drive**
**Spencer, MA 01562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,850.00 |
|---|---|---|---|

**Barbara Zedler**
**3961 Darby Dr**
**Midlothian, VA 23113-1320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00** |
|---|---|---|---|

**Barbra Cart**
**356 Eissman Rd**
**Leesville, LA 71446**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,550.00** |
|---|---|---|---|

**Barney Hulsey**
**2978 Shearwater Dr**
**Navarre, FL 32566-9047**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,900.00** |
|---|---|---|---|

**Barry Ault**
**16244 3rd Ave S**
**Burien, WA 98148**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$909.00** |
|---|---|---|---|

**Barry Dickinson**
**7020 Jamaica Lane**
**Portage, MI 49002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,800.00** |
|---|---|---|---|

**Barry Fox**
**1500 Beachview Dr**
**Ocean Springs, MS 39564**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,124.00** |
|---|---|---|---|

**Barry Hicks**
**720 Wynlake Cove**
**Alabaster, AL 35007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,520.00** |
|---|---|---|---|

**Barry Johnson**
**140 Asbury Ct**
**Mount Wolf, PA 17347**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|---|
| | Name | | | |

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,600.00** |
|---|---|---|---|
| | **Barry Newport** | ☐ Contingent | |
| | **2748 Sagebrush Ave** | ☐ Unliquidated | |
| | **Cheyenne, WY 82009-4437** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __customer__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,600.00** |
|---|---|---|---|
| | **Barry Poppel** | ☐ Contingent | |
| | **3323 Covered Bridge Dr E** | ☐ Unliquidated | |
| | **Dunedin, FL 34698** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __customer__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,900.00** |
|---|---|---|---|
| | **Barry Rosenthal** | ☐ Contingent | |
| | **101 S Ft Lauderdale Bch Blvd** | ☐ Unliquidated | |
| | **Apt 2503** | ☐ Disputed | |
| | **Ft Lauderdale, FL 33316-1564** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __customer__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,360.00** |
|---|---|---|---|
| | **Barton Kale** | ☐ Contingent | |
| | **10860 Warren Rd NW** | ☐ Unliquidated | |
| | **Silverdale, WA 98383** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __customer__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,560.00** |
|---|---|---|---|
| | **Beatrice Bruno** | ☐ Contingent | |
| | **15730 Caloosa Creek Circle** | ☐ Unliquidated | |
| | **Fort Myers, FL 33908** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __customer__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,800.00** |
|---|---|---|---|
| | **Becky Darden** | ☐ Contingent | |
| | **2303 Birch Street** | ☐ Unliquidated | |
| | **Bellingham, WA 98229** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __customer__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,676.00** |
|---|---|---|---|
| | **Becky Hill** | ☐ Contingent | |
| | **1227 Fordtown Rd** | ☐ Unliquidated | |
| | **Jonesborough, TN 37659-3220** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __customer__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,975.00**

**Benjamin J Kulper**
**749 Shadowood Ln Se**
**Warren, OH 44484-2442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,280.00**

**Benjamin Westdorp**
**121 Windrush Lane**
**Mechicsburg, PA 17055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00**

**Benny Garcia**
**11707 Sangria**
**San Antonio, TX 78253-5730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,320.00**

**Bernard Carrot**
**2207  Cipriani Blvd**
**Belmont, CA 94002-9400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,350.00**

**Bernard Harrison**
**3824 S 57th Ave**
**Cicero, IL 60804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,436.00**

**Bette Buechler**
**2878 Balmer Fenwick Rd**
**Floyd's Knobs, IN 47119-4711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$91.00**

**Beverly  Allaire**
**1777 Pepperdale Dr**
**Rowland Hghts, CA 91748-3222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,300.00 |
|---|---|---|---|

**Bill Van Steenis**
**751 Ruth Ave**
**Holland, MI 49423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|

**Billie  Cadwallader**
**3324 Park Drive**
**Parma, OH 44134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133.00 |
|---|---|---|---|

**Billie Ann Blesse**
**Po Box 40389**
**S Padre Isle, TX 78597-4389**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,930.00 |
|---|---|---|---|

**Blake Moritz**
**285 E Forest Ave**
**Elmhurst, IL 60126-3547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,124.00 |
|---|---|---|---|

**Bonnie Chesney**
**537 Springbrook Drive**
**Palmyra, PA 17078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,125.00 |
|---|---|---|---|

**Brad  Gabor**
**18658 County Road 95**
**Woodland, CA 95695-9322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,080.00 |
|---|---|---|---|

**Brad Ratkiewicz**
**906 Ashland St**
**Houston, TX 77008-6734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Procom America, LLC** | | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,560.00** |
|---|---|---|---|
| | **Brad Westrom**<br>**Po Box 2255**<br>**Aurora, IL 60507** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  __customer__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,700.00** |
|---|---|---|---|
| | **Bradley Belden**<br>**14714 Arabian Ln**<br>**Bowie, MD 20715-3316** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  __customer__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,652.00** |
|---|---|---|---|
| | **Brandon  Faneuf**<br>**24 Kenmore St.**<br>**West Warwick, RI 02893** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  __customer__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,650.00** |
|---|---|---|---|
| | **Braxton Berkey**<br>**3029 Kingwood Dr**<br>**Rockwood, PA 15557** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  __customer__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,200.00** |
|---|---|---|---|
| | **Brenda Buller**<br>**2438 Holdrege Rd**<br>**Milford, NE 68405** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  __customer__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,400.00** |
|---|---|---|---|
| | **Brenda Conbeer**<br>**102 S Madison St**<br>**Boyertown, PA 19512-2208** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  __customer__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,124.00** |
|---|---|---|---|
| | **Brendan Keatley**<br>**97 Ceil Rd**<br>**Trumbull, CT 06611-3418** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  __customer__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **Procom America, LLC**                                            Case number (if known)   **8:20-bk-03522**
_____
Name

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,840.00 |

**Brent Merrell**
**1178 Cedar Knls S**
**Cedar City, UT 84720-3625**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,930.00 |

**Brent Sessoms**
**1586 Salazar Street**
**Palm Bay, FL 32909**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,100.00 |

**Brett Book**
**7135 Rock Ridge Ln**
**Alexandria, VA 22315-5156**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,955.00 |

**Brett Klinetobe**
**59427 E 95 Prse**
**Benton City, WA 99320**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $540.00 |

**Brian  Cornwell**
**6007 93rd Street**
**Lubbock, TX 79424**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $16,500.00 |

**Brian  Wendt**
**534 Wildwood Way**
**Santa Clara, CA 95054-2153**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,312.00 |

**Brian Anderson**
**57000 245th St**
**Ames, IA 50010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,250.00 |
|---|---|---|---|

**Brian Black**
**4219 Timberly Cate Court**
**Morristown, TN 37814**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,700.00 |
|---|---|---|---|

**Brian Braaksma**
**4860 Britton Farms Dr**
**Hilliard, OH 43026-9092**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,950.00 |
|---|---|---|---|

**Brian Dunn**
**47 Highland St**
**Reading, MA 01867-2147**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,304.00 |
|---|---|---|---|

**Brian Estano**
**81 Winthrop St**
**Rehoboth, MA 02769-2605**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,900.00 |
|---|---|---|---|

**Brian Graeff**
**6 Kingsbury Rd**
**Spencer, MA 01562**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,400.00 |
|---|---|---|---|

**Brian McNaney**
**4 Reed St**
**Marcellus, NY 13108-1119**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $514.00 |
|---|---|---|---|

**Brian Miller**
**154 Ventasso Dr**
**Clayton, NC 27527-9035**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number *(if known)* | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.129** | Nonpriority creditor's name and mailing address

**Brian Reichel**
**Po Box 77**
**Shoshoni, WY 82649-0077**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☑ No ☐ Yes

$2,650.00

---

**3.130** | Nonpriority creditor's name and mailing address

**Brian Sykes**
**759 Navigators Pt**
**Seneca, SC 29672-6962**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☑ No ☐ Yes

$3,850.00

---

**3.131** | Nonpriority creditor's name and mailing address

**Brighthouse Networks**
**PO Box 7195**
**Pasadena, CA 91109**

Date(s) debt was incurred _

Last 4 digits of account number  **4001**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ☑ No ☐ Yes

$264.98

---

**3.132** | Nonpriority creditor's name and mailing address

**Bruce Bailey**
**6300 Cardinal Hill Pl**
**Springfield, VA 22152-2200**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☑ No ☐ Yes

$5,930.00

---

**3.133** | Nonpriority creditor's name and mailing address

**Bruce Brunson**
**25108 Lexington Oaks Blvd**
**Wesley Chapel, FL 33544-6500**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☑ No ☐ Yes

$2,025.00

---

**3.134** | Nonpriority creditor's name and mailing address

**Bruce Findlay**
**350 E Elmwood Rd**
**Caro, MI 48723-9728**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☑ No ☐ Yes

$6,700.00

---

**3.135** | Nonpriority creditor's name and mailing address

**Bruce Fleeger**
**3605 Corte Bella Hills Ave**
**N Las Vegas, NV 89081-8908**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☑ No ☐ Yes

$10,560.00

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Procom America, LLC** | | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|---|
| | Name | | | |

---

**3.136** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,920.00**

**Bruce Jones**
**4290 Blue Run Rd**
**Saint George, KS 66535-9687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,400.00**

**Bruce Meyers**
**12 Heritage Oak Ct**
**Lake Jackson, TX 77566-4960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,400.00**

**Bruce Nelsen**
**108 Park Rd.**
**Staples, MN 56479**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,930.00**

**Bruce Olson**
**206 Three Havens Dr Ne**
**Alexandria, MN 56308-9055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,800.00**

**Bruce Pedersen**
**2209 W 45th**
**Casper, WY 82604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,436.00**

**Bryan Callan**
**3153 Ne Marquette Way**
**Issaquah, WA 98029-3634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,100.00**

**Bryan Meurer**
**241 35th Ave N**
**Nashville, TN 37209-3931**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.143** | Nonpriority creditor's name and mailing address

**Bryce Jones**
**2174 Arbor Circle**
**Brea, CA 92821**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,280.00**

---

**3.144** | Nonpriority creditor's name and mailing address

**Candace Parry**
**4918 Sw Cliff Road**
**Towanda, KS 67144-6714**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$3,400.00**

---

**3.145** | Nonpriority creditor's name and mailing address

**Carl Earn**
**7 Alexandra Ln**
**Rocky Hill, CT 06067-1195**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,400.00**

---

**3.146** | Nonpriority creditor's name and mailing address

**Carl Grether**
**5811 S Windstar St**
**Spokane, WA 99224**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$26,900.00**

---

**3.147** | Nonpriority creditor's name and mailing address

**Carl Maurizi**
**1518 Arroyo View Street**
**Thousand Oaks, CA 91320**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$9,900.00**

---

**3.148** | Nonpriority creditor's name and mailing address

**Carl Reed**
**2805 Tatarrax**
**Manhattan, KS 66502**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$10,983.00**

---

**3.149** | Nonpriority creditor's name and mailing address

**Carl Rohde**
**1211 Mosaic Drive**
**Lebanon, PA 17042**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$9,900.00**

---

Debtor    **Procom America, LLC**                                    Case number (if known)    **8:20-bk-03522**
_____
Name

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,450.00** |
|---|---|---|---|

**Carl Wooddell Sauer**
**Gauselarmen 14b**
**Stavanger**
**4032 Norway**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,930.00** |
|---|---|---|---|

**Carlton Stidsen**
**456 Mile Hill Road**
**Tolland, CT 06084-0608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,420.00** |
|---|---|---|---|

**Carlton Stidsen**
**456 Mile Hill Road**
**Tolland, CT 06084-0608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,800.00** |
|---|---|---|---|

**Carmen Aguilar**
**1 Everett St**
**Rye, NY 10580-3208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$931.00** |
|---|---|---|---|

**Carmen Morrow**
**17017 Edgwater Ln.**
**Huntington Beach, CA 92649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,248.00** |
|---|---|---|---|

**Carol Ann Lewis**
**Po Box 1395 60 Absaroka Lane**
**Jackson, WY 83001-1395**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,880.00** |
|---|---|---|---|

**Carol Dalrymple**
**2701 Bent Spur Dr**
**Acton, CA 93510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Procom America, LLC**                     Case number (if known)   **8:20-bk-03522**
Name

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,645.00 |
|---|---|---|---|

**Carol Fisher**
**1007 Fir Dr**
**Van Buren, AR 72956-2032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,387.00 |
|---|---|---|---|

**Carol Jabaay**
**7894 W 101st Place**
**Crown Point, IN 46307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|

**Carol Perron**
**7 Sullivan St**
**Spencer, MA 01562-0156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,290.00 |
|---|---|---|---|

**Carol Rito**
**30649 Banbury Ct**
**Beverly Hills, MI 48025-4710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,400.00 |
|---|---|---|---|

**Carole Anderson**
**1025 William Brown Ln**
**Kernersville, NC 27284-2387**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,620.00 |
|---|---|---|---|

**Carole Shadbolt**
**12932 Medina Rd**
**Hudson, MI 49247-9506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,600.00 |
|---|---|---|---|

**Carolyn Jean Pedersen**
**51976 Hwy 275**
**Clearwater, NE 68726-6872**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,620.00** |
|---|---|---|---|

**Carolyn Linton**
**5597 Cottonwood Ct**
**Frederick, MD 21703-7125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,400.00** |
|---|---|---|---|

**Carolyn Price**
**Po Box 691902**
**Tulsa, OK 74169-1902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,400.00** |
|---|---|---|---|

**Carolyn Rodriguez**
**1403 Heather Glen Ln**
**Middleburg, FL 32068-3497**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,312.00** |
|---|---|---|---|

**Carrie Brockington**
**204 Heineman Rd**
**Salters, SC 29590-3224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,500.00** |
|---|---|---|---|

**Casey  Foltz**
**804 Friar Tuck Lane**
**Salisbury, MD 21804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17.00** |
|---|---|---|---|

**Cathe Echterhoff**
**1900 N Akin Dr Ne**
**Atlanta, GA 30345-3952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,850.00** |
|---|---|---|---|

**Catherine  Mctigue**
**77 Chambers St**
**Princeton, NJ 08542-3738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Procom America, LLC**                                    Case number (if known)    **8:20-bk-03522**
_____
Name

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,124.00 |
|---|---|---|---|

**Catherine Gerolimatos**
**12116 Buffington Lane**
**Riverview, FL 33579**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Catherine Katz**
**3799 Sugarbush Drive**
**Canfield, OH 44406**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,916.00 |
|---|---|---|---|

**Catherine Metzger**
**16 Dearborn St**
**Asheville, NC 28803-2697**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,410.00 |
|---|---|---|---|

**Catherine O'brien**
**420 Fox Haven Dr Apt 3205**
**Naples, FL 34104-5171**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,150.00 |
|---|---|---|---|

**Cathleen Prout**
**197 Elm Road**
**Inwood, NY 11096**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,900.00 |
|---|---|---|---|

**Cathy  Henry**
**2305 Ramsgate Way**
**Fort Smith, AR 72908-0928**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|

**Cathy Johnston**
**6701 Nw 6th St**
**Lincoln, NE 68521-6632**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Procom America, LLC**

Case number (if known)   **8:20-bk-03522**

Name

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,660.00 |
|---|---|---|---|

**Cecil Sigafoose**
**3181 Hume Glenn Drive**
**Placerville, CA 95667-9566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,980.00 |
|---|---|---|---|

**Cecilia Roberson**
**140 Sturgess Run**
**Sharpsburg, GA 30277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|

**Celeste Hardway**
**Po Box 572**
**Reynoldsburg, OH 43068-0572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,860.00 |
|---|---|---|---|

**Chace Anderson**
**14160 Kelly Loop**
**Sonora, CA 95370**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,420.00 |
|---|---|---|---|

**Charlene Roemhildt**
**5741 Ridge Creek Rd**
**Shoreview, MN 55126-8546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,400.00 |
|---|---|---|---|

**Charles  Safley**
**119 Gadwall Ln**
**Durham, NC 27703-8377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,950.00 |
|---|---|---|---|

**Charles Barnes**
**750 Tullier St**
**Brusly, LA 70719-7071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   customer

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.185** | Nonpriority creditor's name and mailing address

**Charles Butlin**
**26801 Inverness**
**Woodhaven, MI 48183**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$10,042.00**

---

**3.186** | Nonpriority creditor's name and mailing address

**Charles Campbell**
**100 E Hartsdale Ave**
**Hartsdale, NY 10530**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$3,452.00**

---

**3.187** | Nonpriority creditor's name and mailing address

**Charles Cates**
**1218 S 74th St**
**Fort Smith, AR 72903-2808**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$9,900.00**

---

**3.188** | Nonpriority creditor's name and mailing address

**Charles Devor Jr.**
**692 Karvois Ct**
**Chambersburg, PA 17202-7338**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$9,240.00**

---

**3.189** | Nonpriority creditor's name and mailing address

**Charles Franklin Carter Jr**
**1223 Dallas Street**
**Fort Smith, AR 72901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$5,280.00**

---

**3.190** | Nonpriority creditor's name and mailing address

**Charles Genrich**
**1225 South Ingram Mill Road**
**Springfield, MO 65804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$10,800.00**

---

**3.191** | Nonpriority creditor's name and mailing address

**Charles Mckee**
**265 Jovita Ct**
**Henderson, NV 89074-5231**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$8,910.00**

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,950.00** |
|---|---|---|---|

**Charles Napier**
**6217 Los Bancos Dr**
**El Paso, TX 79912-1840**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,650.00** |
|---|---|---|---|

**Charles R Schmidt**
**122 E Grant St**
**Lake Mills, WI 53551-1227**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,950.00** |
|---|---|---|---|

**Charles R. Blohm, Jr.**
**202 Ivy Brook Lane**
**Collierville, TN 38017-8791**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,600.00** |
|---|---|---|---|

**Charles Reinhardt**
**1558 Doone Rd**
**Upper Arlington, OH 43221-3914**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,900.00** |
|---|---|---|---|

**Charles Rollison**
**9005 Vassar Rd**
**Grand Blanc, MI 48439-9553**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,400.00** |
|---|---|---|---|

**Charles Williamson**
**9807 196th St Ct E**
**Graham, WA 98338**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,490.00** |
|---|---|---|---|

**Charlie Loc Kano**
**1321 Club Dr**
**Merced, CA 95340**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Procom America, LLC**

Case number (if known) **8:20-bk-03522**
Name

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,560.00 |
|---|---|---|---|
| | Cheeta Lazore-dietlein | ☐ Contingent | |
| | 1047 Maple Ridge Rd | ☐ Unliquidated | |
| | Brasher Falls, NY 13613-4246 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,810.00 |
|---|---|---|---|
| | Cheryl  Van Dyken | ☐ Contingent | |
| | 3755 Greenville St | ☐ Unliquidated | |
| | Bellingham, WA 98226 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $495.00 |
|---|---|---|---|
| | Cheryl Abernathy | ☐ Contingent | |
| | 52 Ravenwood Cir | ☐ Unliquidated | |
| | Bloomington, IL 61704-8470 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|
| | Cheryl Baker | ☐ Contingent | |
| | 16848 W 69th Cir | ☐ Unliquidated | |
| | Arvada, CO 80007-7673 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,350.00 |
|---|---|---|---|
| | Cheryl Berezny | ☐ Contingent | |
| | 457 Saint Augustine Avenue | ☐ Unliquidated | |
| | Claremont, CA 91711 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,387.00 |
|---|---|---|---|
| | Cheryl Fryberger | ☐ Contingent | |
| | 1225 Summerfield Drive | ☐ Unliquidated | |
| | Rapid City, SD 57703 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,900.00 |
|---|---|---|---|
| | Cheryl Lynn Cox | ☐ Contingent | |
| | 41512 Simcoe Dr. | ☐ Unliquidated | |
| | Canton, MI 48188 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,124.00** |
|---|---|---|---|

**Chester Bell Thomson III**
**1401 Honeysuckle Dr**
**El Paso, TX 79925-2443**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,600.00** |
|---|---|---|---|

**Chris Brackhahn**
**5313 Castana Bnd**
**Austin, TX 78738-6073**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,370.00** |
|---|---|---|---|

**Chris Norman**
**2801 Mountain View Dr**
**Carlsbad, NM 88220-3263**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,480.00** |
|---|---|---|---|

**Chris Obray**
**9907 Ann Ln**
**Minnetonka, MN 55305-4626**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,850.00** |
|---|---|---|---|

**Chris Renier**
**833 E Saint Francis Rd**
**De Pere, WI**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,950.00** |
|---|---|---|---|

**Chris Stanfield**
**9681 Reeder Street**
**Overland Park, KS 66214**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$337.00** |
|---|---|---|---|

**Christian Guzman**
**3706 Pleasant ave.**
**Odessa, TX 79764**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.213** | **Nonpriority creditor's name and mailing address** | | **$6,850.00**

Christina Gilbert
194 N Highland Ave
Akron, OH 44303-1504

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.214** | **Nonpriority creditor's name and mailing address** | | **$2,650.00**

Christina Malm
2402 E Warbler
Post Falls, ID 83854-8385

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.215** | **Nonpriority creditor's name and mailing address** | | **$1,188.00**

Christine  Allen
78661. Deacon Drive East
La Quinta, CA 92253

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.216** | **Nonpriority creditor's name and mailing address** | | **$9,900.00**

Christine Burns
602 Parkview Ave
Spring Lake, MI 49456

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.217** | **Nonpriority creditor's name and mailing address** | | **$4,800.00**

Christine Caughran
Po Box 131269
Birmingham, AL 35213-6269

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.218** | **Nonpriority creditor's name and mailing address** | | **$6,292.00**

Christine Cilley
143 N. Ashland Rd.
Ashland, NH 03217

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.219** | **Nonpriority creditor's name and mailing address** | | **$7,840.00**

Christine Hensen
Po Box 770293
Steamboat Spr, CO 80477-0293

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number *(if known)* | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.220** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,150.00**

**Christine Metz**
**7 Barnview Ter**
**Brookfield, CT 06804-3666**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.221** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,900.00**

**Christine Seaver**
**6225 Lake Lucerne Dr**
**San Diego, CA 92119**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.222** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,240.00**

**Christopher  Grossmann**
**113 Wild Timber Pkwy**
**Pelham, AL 35124-2524**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.223** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,400.00**

**Christopher Bonner**
**9054 Fantasy Rd**
**Lewisville, NC 27023-7731**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.224** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00**

**Christopher Buck**
**3 Nichols St**
**Bath, ME 04530-1846**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.225** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,800.00**

**Christopher Bunch**
**5815 5600 Rd**
**Olathe, CO 81425**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.226** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,800.00**

**Christopher Glenn**
**2805 Angela Court**
**Fredericksburg, VA 22408**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.227**

**Nonpriority creditor's name and mailing address**
**Christopher Hagerty**
**4355 Sorrel Ct**
**Johnstown, CO 80534-6400**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$11,220.00**

---

**3.228**

**Nonpriority creditor's name and mailing address**
**Christopher Latchford**
**718 Veronica Lane**
**Enola, PA 17025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,552.00**

---

**3.229**

**Nonpriority creditor's name and mailing address**
**Christopher Latchford**
**718 Veronica Lane**
**Enola, PA 17025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,727.00**

---

**3.230**

**Nonpriority creditor's name and mailing address**
**Christopher Markgraf**
**12345 77th Place North**
**West Palm Beach, FL 33412**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.231**

**Nonpriority creditor's name and mailing address**
**Christopher Mcdonold**
**2710 Faithful Dr**
**Westminster, MD 21158-2115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,312.00**

---

**3.232**

**Nonpriority creditor's name and mailing address**
**Christopher Miller**
**5123 Merry Oak Ct**
**Columbus, OH 43230-1098**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,850.00**

---

**3.233**

**Nonpriority creditor's name and mailing address**
**Christopher Neel**
**87-2235 Pakeke St.**
**Waianae, HI 96792**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$22,800.00**

---

Debtor   **Procom America, LLC**
_____
Name

Case number (*if known*)   **8:20-bk-03522**

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,450.00** |
|---|---|---|---|

**Christopher Teesdale**
**17 Vaulakroken**
**Stavanger**
**4018 Norway**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,400.00** |
|---|---|---|---|

**Christopher Treanor**
**299 Lexington St Unit 45**
**Woburn, MA 01801-5943**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,900.00** |
|---|---|---|---|

**Christopher Warren**
**7 White Dove Rd**
**Franklin, MA 02038-4215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,550.00** |
|---|---|---|---|

**Christy Seaman**
**619 Monterey Blvd Apt 4**
**San Francisco, CA 94127-2351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00** |
|---|---|---|---|

**Chuck Callihan**
**240 Goodrich Drive**
**Riverside, CA 92507-4850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,026.00** |
|---|---|---|---|

**Chuck Cooper**
**1698 Morgan St**
**Wooster, OH 44691-1546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,410.00** |
|---|---|---|---|

**Chuck Freeman**
**111 Shoreway Cir**
**Waxahachie, TX 75165-9503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|

Name

---

**3.241** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00**

**Cindy Durr**
**2586 W 276th St**
**Sheridan, IN 46069-1142**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.242** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00**

**Cindy Edwards**
**2129 County Rd 490**
**Stephenville, TX 76401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.243** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,600.00**

**Cindy Harpster**
**240 Dry Valley Rd**
**Burnham, PA 17009-1709**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.244** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,840.00**

**Cindy Lundin**
**1529 Eisenhower Ct**
**Northfield, MN 55057-3003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.245** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,900.00**

**Clay Sigg**
**9715 Wedgewood Place**
**Granite Bay, CA 95746**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.246** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00**

**Clay Stroup**
**8005 Lantern Drive**
**Almont, MI 48003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.247** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,650.00**

**Clayton Howell**
**3949 Jesterville Rd**
**Tyaskin, MD 21865**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Procom America, LLC**                                    Case number (if known)    **8:20-bk-03522**
_____
Name

---

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,600.00** |

**Cliff Wright**
**32531 N Scottsdale Rd**
**#105-287**
**Scottsdale, AZ 85266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,560.00** |

**Clifford Roehe**
**218 South 2nd Street**
**Beasley, TX 77417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,430.00** |

**Cloren Edwards**
**6412 Silver Hawk Way**
**Elk Grove, CA 95758-9575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,287.00** |

**Cloren Edwards**
**6412 Silver Hawk Way**
**Elk Grove, CA 95758-9575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,170.00** |

**Clyde Bullion**
**9500 Spring Hill Dr**
**Anchorage, AK 99507-4309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00** |

**Clyde Davenport**
**2501 E. Choctaw Dr.**
**Sierra Vista, AZ 85650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,950.00** |

**Clyde Kirk Nelson**
**1005 Beaumont Drive**
**Casper, WY 82601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | | Case number *(if known)* | **8:20-bk-03522** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,250.00 |
|---|---|---|---|

**Clyde Randall**
**1000 Lely Palms Dr**
**Naples, FL 34113-9051**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,150.00 |
|---|---|---|---|

**Colin Hickey**
**2345 Desert Falls Ln**
**Rockwall, TX 75087-2454**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,450.00 |
|---|---|---|---|

**Conner  Brown**
**310 Town Center Pkwy**
**Santee, CA 92071**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $659.00 |
|---|---|---|---|

**Craig Allardyce**
**2108-31 Bales Ave**
**Toronto**
**Ontario M2N 7L6**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,800.00 |
|---|---|---|---|

**Craig Bednorski**
**23237 Shadow Dr**
**Auburn, CA 95602-8357**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,800.00 |
|---|---|---|---|

**Craig Byram**
**711 4th St Nw**
**Austin, MN 55912-3044**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,400.00 |
|---|---|---|---|

**Craig Carter**
**870 E Mcmurray Rd**
**Venetia, PA 15367-1003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Procom America, LLC**                                   Case number (if known)    **8:20-bk-03522**
_____
Name

| | | |
|---|---|---|
| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.262**

**Nonpriority creditor's name and mailing address**

**Craig Finley**
**7849 E Millerton Rd**
**Branch, MI 49402-9377**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

**3.263**

**Nonpriority creditor's name and mailing address**

**Craig Johnson**
**1910 Bartenslager Rd**
**New Freedom, PA 17349**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  customer**

Is the claim subject to offset? ■ No ☐ Yes

**$10,660.00**

---

**3.264**

**Nonpriority creditor's name and mailing address**

**Craig Rigby**
**43 Breckenridge Ln.**
**Lower Sackville**
**Novia Scotia B4C 4G9**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,800.00**

---

**3.265**

**Nonpriority creditor's name and mailing address**

**Craig Scott**
**101 Greenhill Trail South**
**Trophy Club, TX 76262**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  customer**

Is the claim subject to offset? ■ No ☐ Yes

**$9,050.00**

---

**3.266**

**Nonpriority creditor's name and mailing address**

**Cristin Stammler**
**8124 Nw 90th Street**
**Kansas City, MO 64153**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,625.00**

---

**3.267**

**Nonpriority creditor's name and mailing address**

**Crystal Storhoff**
**604 E Monroe St**
**Mount Ayr, IA 50854**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,850.00**

---

**3.268**

**Nonpriority creditor's name and mailing address**

**Curtis Brothers**
**26 Arkwright Rd**
**Webster, MA 01570-1660**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.269** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00**

**Curtis Gomer**
**2374 Sunset Circle**
**Glenville, PA 17329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.270** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,860.00**

**Cynthia  Gibson**
**112 Tierra Grande**
**Cibolo, TX 78108-4241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.271** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,940.00**

**Cynthia Garrepy**
**5637 Alliance Way**
**Columbus, OH 43228-4322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.272** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,270.00**

**Cynthia Simison**
**190 Round Hill Road**
**Northampton, MA 01060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.273** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,800.00**

**Cynthia Vinson**
**308 Rice Bay Drive**
**Mt Pleasant, SC 29464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.274** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,850.00**

**D.W  George**
**2519 Abalone Blvd.**
**Orlando, FL 32833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.275** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,420.00**

**D.W  George**
**2519 Abalone Blvd.**
**Orlando, FL 32833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com |

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,940.00** |
|---|---|---|---|

**Dale Hornsby**
**113 E Oak Hill Dr**
**Florence, AL 35633-1007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,700.00** |
|---|---|---|---|

**Dale Keith Stokes**
**351 Fowlersville Rd**
**Bloomsburg, PA 17815-6965**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00** |
|---|---|---|---|

**Dale Terrell**
**914 E. Williams**
**Ottumwa, IA 52501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,950.00** |
|---|---|---|---|

**Damien Burnett**
**15275 W Laurel Ln**
**Surprise, AZ 85379-5272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,116.00** |
|---|---|---|---|

**Dan Brian**
**2910 Anaheim Street**
**Escondido, CA 92025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,420.00** |
|---|---|---|---|

**Dan Dooley**
**12528 Nieman Rd**
**Overland Park, KS 66213-2137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,250.00** |
|---|---|---|---|

**Dan Fredrich**
**12203 Santa Gertudes Ave #18**
**La Mirada, CA 90638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Procom America, LLC**                                    Case number (if known)   **8:20-bk-03522**
_____
Name

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |

**Dan Myers**
**14308 Ne 50th St**
**Vancouver, WA 98682-6330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,280.00 |

**Dan Shaver**
**7930 Scarff Rd**
**New Carlisle, OH 45344-8686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,100.00 |

**Daniel Berry**
**29 Eastland Court**
**Carlinville, IL 62626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,600.00 |

**Daniel Brick**
**9280 Peninsula Dr**
**Traverse City, MI 49686-1576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,150.00 |

**Daniel Eickhoff**
**11404 Grand Oaks Drive**
**Clio, MI 48420-8290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,587.00 |

**Daniel Follett**
**734 E. 2730 N**
**Provo, UT 84604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,750.00 |

**Daniel Fraley Sr.**
**12468 Pipeline Ave**
**Chino, CA 91710-2145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Procom America, LLC**

Case number (if known) **8:20-bk-03522**

Name

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00** |
|---|---|---|---|

**Daniel Hazen**
**7119 Glenwood Dr**
**Sugar Land, TX 77479-6270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,312.00** |
|---|---|---|---|

**Daniel K Sheeler**
**330 S 2nd St**
**Ames, IA 50010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|

**Daniel Montgomery**
**2525 Nw Overbrook Dr**
**Lees Summit, MO 64081-1956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,124.00** |
|---|---|---|---|

**Daniel Mooney**
**71 Highway Avenue**
**Congers, NY 10920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,900.00** |
|---|---|---|---|

**Daniel Parent**
**18315 Peterson Road**
**Plattsmouth, NE 68048-7327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,900.00** |
|---|---|---|---|

**Daniel Peters**
**13386 W Fargo Drive**
**Surprise, AZ 85374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,125.00** |
|---|---|---|---|

**Daniel Rest**
**4637 N Laramie Ave**
**Chicago, IL 60630-3605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Procom America, LLC**  Case number (if known) **8:20-bk-03522**
Name

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,280.00 |

**Daniel Rogaliner**
**6202 Carlatun St**
**Westerville, OH 43081-7581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $310.00 |

**Daniel Wiggins**
**93 Greenshores Circle Ln**
**Mc Daniels, KY 40152-7085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,450.00 |

**Danny Kono**
**6831 Ventura Ct**
**San Bernardino, CA 92407-5120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,600.00 |

**Darcy MacDonald**
**33 Virginia Drive**
**Hammonds Plains**
**Nova Scotia B4C 4G9**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,310.00 |

**Darla Lauer**
**1232 Evergreen Ln**
**Port Hueneme, CA 93041-2613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,312.00 |

**Darrell Russell**
**1124 Highway 11**
**Landrum, SC 29356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,800.00 |

**Darren Davidson**
**1435 St Paul Rd**
**Charlotte, TN 37036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.304** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,662.00**

**Darren Peck**
**2078 Greenfield Ave.**
**Noblesville, IN 46060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.305** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,560.00**

**Darrin  Rapoport**
**15107 Se 80th St**
**Newcastle, WA 98059-9233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.306** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,800.00**

**Daryll Brady**
**1703 S. Marine Dr**
**Bremerton, WA 98312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.307** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,420.00**

**Dave Carr**
**1630 Colleen Dr.**
**Orlando, FL 32809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.308** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,390.00**

**Dave Cedrone**
**130 New Rd**
**Parsippany, NJ 07054-4289**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.309** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,900.00**

**Dave Lelinski**
**1217 Washington Ave**
**Oshkosh, WI 54901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.310** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,280.00**

**David  Breslin**
**71044 Riverside Dr**
**Covington, LA 70433-9002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.311**

**Nonpriority creditor's name and mailing address**
David  Haugen
6710 51st Street Ct W
University Pl, WA 98467-2287

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   customer

Is the claim subject to offset? ■ No ☐ Yes

**$7,840.00**

---

**3.312**

**Nonpriority creditor's name and mailing address**
David  Lindquist
1981 Jim Town Ct.
Gold River, CA 95670

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   customer

Is the claim subject to offset? ■ No ☐ Yes

**$7,840.00**

---

**3.313**

**Nonpriority creditor's name and mailing address**
David Bennett
4885 Se Booth Bend Rd
Mcminnville, OR 97128

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   customer

Is the claim subject to offset? ■ No ☐ Yes

**$9,900.00**

---

**3.314**

**Nonpriority creditor's name and mailing address**
David Black
Po # 120
Chesterville
Ontario K0C 1H0

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   customer

Is the claim subject to offset? ■ No ☐ Yes

**$5,100.00**

---

**3.315**

**Nonpriority creditor's name and mailing address**
David Blanton
2220 Compton Dr
Maryville, TN 37804-3041

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   customer

Is the claim subject to offset? ■ No ☐ Yes

**$2,450.00**

---

**3.316**

**Nonpriority creditor's name and mailing address**
David Bowers
3717 Bay Creek Dr
Bonita Springs, FL 34134-1911

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   customer

Is the claim subject to offset? ■ No ☐ Yes

**$18,750.00**

---

**3.317**

**Nonpriority creditor's name and mailing address**
David Bruen
256 Hillside Ave
Chatham, NJ 07928-1734

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   customer

Is the claim subject to offset? ■ No ☐ Yes

**$15,620.00**

---

| Debtor | **Procom America, LLC** | | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|---|
| | Name | | | |

---

**3.318** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,075.00**

**David Button**
**56 Park Street - Po Box 777**
**Canton, NY 13617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.319** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,175.00**

**David Chicuorka**
**25101 Calle Viejo**
**Murrieta, CA 92563-5279**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.320** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00**

**David Christensen**
**1123 Sweetbriar Place**
**Galesburg, IL 61401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.321** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00**

**David Cordero**
**3273 Central Pkwy**
**Dublin, CA 94568-4847**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.322** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,800.00**

**David Costa**
**2591 Isles Of St Marys Way**
**Saint Marys, GA 31558-4267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.323** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,930.00**

**David Davies**
**Flat 63, Belmaine Court**
**Worthing, West Sussex**
**BN11-03HD UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.324** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00**

**David Delbiondo**
**1139 Day Star Drive**
**Harrisburg, PA 17111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor  **Procom America, LLC**                                    Case number (if known)    **8:20-bk-03522**
Name

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,600.00 |
|---|---|---|---|

**David Desmond**
**Po Box 4066**
**Emerald Isle, NC 28594-4066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,950.00 |
|---|---|---|---|

**David Dethorne**
**1229 Parker Ave**
**Kalamazoo, MI 49008-3147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,200.00 |
|---|---|---|---|

**David Fane**
**715 Aspland ct**
**Rockton, IL 61072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,900.00 |
|---|---|---|---|

**David Feldwisch**
**3051 Locke Ln**
**Houston, TX 77019-6201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|

**David Fishback**
**425 Country Club Cir**
**Lexington, NC 27292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,650.00 |
|---|---|---|---|

**David Fisher**
**18431 Lotus Ct.**
**Triangle, VA 22172-1732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,750.00 |
|---|---|---|---|

**David Frischkorn**
**1602 Nw Wild Rye Cir**
**Bend, OR 97703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.332 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,800.00** |
|---|---|---|---|

**David Gibbs**
**11383 Blythville Rd**
**Springhill, FL 34608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,500.00** |
|---|---|---|---|

**David Greer**
**10106 S 123rd Ave**
**Papillion, NE 68046-4465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,400.00** |
|---|---|---|---|

**David Grigg**
**Po Box 905**
**Locust, NC 28097-0905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,400.00** |
|---|---|---|---|

**David Hamberg**
**206-A 81st St.**
**Virginia Beach, VA 23451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,900.00** |
|---|---|---|---|

**David Hand**
**8491 Road 10 Nw**
**Ephrata, WA 98823-9633**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,500.00** |
|---|---|---|---|

**David Ingvalson**
**515 53rd Ave Se**
**Saint Cloud, MN 56304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00** |
|---|---|---|---|

**David Jameson**
**15632 Polk Cir**
**Omaha, NE 68135-2339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Procom America, LLC**                                      Case number (if known)    **8:20-bk-03522**
        Name

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,384.00 |
|---|---|---|---|

**David Jennings**
**2920 Stephanos Dr**
**Lincoln, NE 68516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|

**David Krekorian**
**68 Dartmouth Rd**
**Cranston, RI 02920-6135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,400.00 |
|---|---|---|---|

**David Laube**
**15825 W Bayaud Dr**
**Golden, CO 80401-5055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,900.00 |
|---|---|---|---|

**David Lightcap**
**115 N. Chestnut St.**
**Boyertown, PA 19512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,225.00 |
|---|---|---|---|

**David Lough**
**273 Maple Ave**
**Palm Harbor, FL 34684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,850.00 |
|---|---|---|---|

**David Lubowicki**
**7044 Driftwood Dr**
**Fenton, MI 48430-4301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,840.00 |
|---|---|---|---|

**David M Docken**
**682 20th Ave NW**
**Backus, MN 56435-2426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Procom America, LLC**

Name

Case number (if known)    **8:20-bk-03522**

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.00 |

**David Mahn**
**1416 S Oak St**
**Lake City, MN 55041-1919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,290.00 |

**David Mann**
**220 Whispering Spring Ln**
**Georgetown, TX 78633-1996**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,700.00 |

**David Miller**
**17036 Campo Drive**
**Parker, CO 80134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,930.00 |

**David Morris**
**2247 Canterbury  Dr**
**Mechanicsburg, PA 17055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,600.00 |

**David Neville**
**27703 Quincy St**
**Castaic, CA 91384-3506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,400.00 |

**David Palmieri**
**5202 Anthony Ct**
**Crestwood, KY #####-####**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |

**David Rababy**
**15 Jefferson Cv**
**Ruther Glen, VA 22546-5334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Procom America, LLC**                                           Case number (if known)    **8:20-bk-03522**

Name

| 3.353 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,475.00** |

**David Richard Knight**
**7099 Blue Mountain Trail**
**Flagstaff, AZ 86001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,380.00** |

**David Riemer**
**9565 W Point Lookout Dr**
**Tremonton, UT 84337-4579**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,650.00** |

**David Rohrbach**
**4917 Lord Nelson Dr**
**Raleigh, NC 27610**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00** |

**David Rupe**
**1506 Vancross Ct.**
**Cincinnati, OH 45230-5141**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,650.00** |

**David Schinkel**
**3221 SW Brookline Dr**
**Ankery, IA 50023**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,950.00** |

**David Shay**
**4 Country Club Road**
**Melrose, MA 02176**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,850.00** |

**David Simoni**
**5 Riva Ridge Way**
**Greenville, SC 29615-6049**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Procom America, LLC** | | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.360 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,289.00** |
|---|---|---|---|

**David Staser**
**1705 Gamble Ln**
**Escondido, CA 92029-4230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,900.00** |
|---|---|---|---|

**David Tate**
**515 Greaton Road**
**New Richmond, WI 54017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,775.00** |
|---|---|---|---|

**David Valentine**
**1852 Alta Oaks**
**Arcadia, CA 91006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,900.00** |
|---|---|---|---|

**David W. Mccandless**
**857 Michelle Dr**
**Meadville, PA 16335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,312.00** |
|---|---|---|---|

**David Wade**
**3 Sixty West Dr**
**Lexington, VA 24450-1781**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,800.00** |
|---|---|---|---|

**David Waghorn**
**47 Sherwood Trail**
**Saratoga Springs, NY 12866-6147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,200.00** |
|---|---|---|---|

**David Weber**
**224 Saint Andrews Ave**
**Edinburgh, IN 46124-9233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.367** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,700.00**

David Whiten
Psc 704 Box 3016
APO 93888-0011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.368** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,124.00**

David Wilkerson
3478 W County Road 800 S
Greensburg, IN 47240-7469

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.369** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,996.00**

David Williamson
6813 N Gulley Rd
Dearborn Hght, MI 48127-4812

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.370** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,800.00**

David Wilson
1301 Merrington Circle
Raleigh, NC 27615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.371** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,900.00**

Dawn Penney
433 Lemmon Rd
Westminster, MD 21157-3348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.372** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,484.00**

Dean Luciani
906 Andover Dr
Burbank, CA 91504-3038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.373** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,200.00**

Dean Nelsen
12375 Nautical Ave
Seward, AK 99664-9608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.374** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,900.00**

**Dean Thompson**
**3328 Birchmont Dr Ne**
**Bemidji, MN 56601-4319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.375** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,600.00**

**Deb Jozwowski**
**W6681 Bighorn Ave**
**Wautoma, WI 54982-5276**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.376** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,150.00**

**Debaney Shepard**
**1775 Panda Way Apt 106**
**Hayward, CA 94541-4349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.377** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,400.00**

**Debbie Anderson**
**217 King George Loop**
**Cary, NC 27511-6338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.378** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,850.00**

**Debbie Chan**
**14631 Comet St**
**Irvine, CA 92604-2401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.379** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$491.00**

**Debby Brown**
**800 Ann Ave**
**Saint Louis, MO 63104-4135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.380** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$495.00**

**Deborah Carr**
**7974 S Franklin Ct**
**Centennial, CO 80122-3253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number *(if known)* | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

| 3.381 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,600.00** |
|---|---|---|---|

**Deborah Dodson**
**308 Island Dr**
**Midway, GA 31320-3132**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,280.00** |
|---|---|---|---|

**Deborah Fielder**
**241 Tonga Lane**
**Englewood, FL 34223**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,560.00** |
|---|---|---|---|

**Deborah Johnson**
**5025 Creeds Mill Rd**
**Marbury, MD 20658-2008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,700.00** |
|---|---|---|---|

**Deborah Neeson**
**1007 Thousand Acre Rd**
**Sellersville, PA 18960**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00** |
|---|---|---|---|

**Debra Dugan**
**228 Decoy Ave**
**Pierre, SD 57501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00** |
|---|---|---|---|

**Debra Pipes**
**Apt 1920**
**3009 W Walnut Hill Ln**
**Irving, TX 75038-1905**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,950.00** |
|---|---|---|---|

**Debra Schmidt**
**5006 Carew Street**
**Houston, TX 77096-7709**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

| 3.388 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,510.00** |
|---|---|---|---|

**Deede Cain**
**350 Claridge Ct**
**Vacaville, CA 95687-5910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,008.00** |
|---|---|---|---|

**Deirdra Porretto**
**W5774 Turnberry Dr**
**Menasha, WI 54952-9776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,500.00** |
|---|---|---|---|

**Delbert Ernsting**
**704 West Plum St.**
**Percy, IL 62272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,900.00** |
|---|---|---|---|

**Delmer Dunlap**
**3720 Leasure Ct S**
**Zanesville, OH 43701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,280.00** |
|---|---|---|---|

**Denise Breslin**
**71044 Riverside Dr**
**Covington, LA 70433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,600.00** |
|---|---|---|---|

**Dennis  Bullock**
**18 Ronald Ln**
**Syosset, NY 11791-3517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,100.00** |
|---|---|---|---|

**Dennis Beaty**
**8112 Sacramento Street**
**Fair Oaks, CA 95628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Procom America, LLC**               Case number *(if known)*   **8:20-bk-03522**

Name

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,600.00 |
|---|---|---|---|

**Dennis Borkland**
**1704 N Park Dr Apt 503**
**Wilmington, DE 19806-2171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,650.00 |
|---|---|---|---|

**Dennis Bullard**
**1514 Ne Yorkshire Cir**
**Lees Summit, MO 64086-5459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $86.00 |
|---|---|---|---|

**Dennis Doane**
**4055 Gail Lee Ter**
**Snellville, GA 30039-5291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,800.00 |
|---|---|---|---|

**Dennis Eugene Simon**
**303 E. Walnut**
**North Baltimore, OH 45872**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,240.00 |
|---|---|---|---|

**Dennis Fraley**
**12468 Pipeline Ave**
**Chino, CA 91710-2145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,900.00 |
|---|---|---|---|

**Dennis Grant**
**200 Meadow Ln**
**Charles City, IA 50616-4006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $540.00 |
|---|---|---|---|

**Dennis Griffeth**
**80 Siding Lane**
**Jefferson, GA 30549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Procom America, LLC** | | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.402 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,720.00** |
|---|---|---|---|
| | **Dennis Hoffer** | ☐ Contingent | |
| | **6256 Coreys Way** | ☐ Unliquidated | |
| | **Hilliard, OH 43026** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.403 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,500.00** |
|---|---|---|---|
| | **Dennis J Ross** | ☐ Contingent | |
| | **130 Via Madrid Drive** | ☐ Unliquidated | |
| | **Ormond Beach, FL 32176** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,950.00** |
|---|---|---|---|
| | **Dennis Moran** | ☐ Contingent | |
| | **604 Lyndhurst Court** | ☐ Unliquidated | |
| | **Bel Air, MD 21014** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.405 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,800.00** |
|---|---|---|---|
| | **Dennis Paulsen** | ☐ Contingent | |
| | **2827 Lorton Ave** | ☐ Unliquidated | |
| | **Davenport, IA 52803-2153** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.406 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,595.00** |
|---|---|---|---|
| | **Dennis Romary** | ☐ Contingent | |
| | **328 Muirfield Court** | ☐ Unliquidated | |
| | **Cameron Park, CA 95862** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.407 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,900.00** |
|---|---|---|---|
| | **Dennis Stapleton** | ☐ Contingent | |
| | **5 Pinewood Ct.** | ☐ Unliquidated | |
| | **North Augusta, SC 29841** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.408 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,400.00** |
|---|---|---|---|
| | **Dennis Verville** | ☐ Contingent | |
| | **43 Keystone** | ☐ Unliquidated | |
| | **River Forest, IL 60305** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

| 3.409 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,780.00** |
|---|---|---|---|

**Dennis Whitmer**
**380 Sunrise Drive**
**Golden, CO 80401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,062.00** |
|---|---|---|---|

**Dennis Willadsen**
**4615 Utah Dr**
**Ames, IA 50014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$122.00** |
|---|---|---|---|

**Denver Leach**
**4812 Wellington Dr**
**Chevy Chase, MD 20815-6202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,900.00** |
|---|---|---|---|

**Derald Riggs**
**13500 Springbok Road**
**Arcadia, OK 73007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,930.00** |
|---|---|---|---|

**Derek Candler**
**512 Waterford Highlands**
**Calera, AL 35040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,100.00** |
|---|---|---|---|

**DeWayne Crum**
**55 Township Road 354**
**Chesapeake, OH 45619-7727**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59.28** |
|---|---|---|---|

**Dex Imaging**
**Post Office Box 17299**
**Clearwater, FL 33762**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.416** | **Nonpriority creditor's name and mailing address**
Dia Gary
2003 W Dry Creek Rd
Ellensburg, WA 98926-9454

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No ☐ Yes

**$4,800.00**

---

**3.417** | **Nonpriority creditor's name and mailing address**
Diana Bruntjen
1201 Talon Lane
Forsyth, IL 62535

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No ☐ Yes

**$9,372.00**

---

**3.418** | **Nonpriority creditor's name and mailing address**
Diana Ferguson
13988 County Road 150
Hamlin, TX 79520-6006

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No ☐ Yes

**$9,900.00**

---

**3.419** | **Nonpriority creditor's name and mailing address**
Diana Kelly
10002 Emiline St
La Vista, NE 68128-2297

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No ☐ Yes

**$4,950.00**

---

**3.420** | **Nonpriority creditor's name and mailing address**
Diana Roloff
3005 Deer Lodge Dr
Bismarck, ND 58504-8805

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No ☐ Yes

**$6,860.00**

---

**3.421** | **Nonpriority creditor's name and mailing address**
Diane Balsis
101 Washington Street
Whitman, MA 02382

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No ☐ Yes

**$15,500.00**

---

**3.422** | **Nonpriority creditor's name and mailing address**
Diane Bowren
6890 Roby
Waterford, MI 48327-3858

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No ☐ Yes

**$4,420.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Procom America, LLC**
_____
Name

Case number (if known)    **8:20-bk-03522**

---

| 3.423 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,200.00** |
|---|---|---|---|

**Diane Lacy**
**1604 Bayita Lane NW**
**Albuqerque, NM 87107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,500.00** |
|---|---|---|---|

**Diane Mansfield**
**51 Westview Dr**
**Hampton, VA 23666-5562**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,600.00** |
|---|---|---|---|

**Diane Moore**
**12 Tennessee Ave**
**Albany, NY 12205-4519**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,370.00** |
|---|---|---|---|

**Dianne Wilkie**
**3552 Frisbie Street**
**Bonita, CA 91902**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,980.00** |
|---|---|---|---|

**Dino Cheramie**
**163 W 40th Pl**
**Cut Off, LA 70345-3078**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,900.00** |
|---|---|---|---|

**DJ (Doris-Jean) McDowell**
**1112 Parkwood Blvd**
**Schenectady, NY 12308-2502**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,900.00** |
|---|---|---|---|

**Dolores Mooney**
**2014 Wintergreen Place**
**Rosedale, MD 21237-1912**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Domenick Versaggi**
**416 W 26th Ave**
**Wildwood, NJ 08260-2540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,450.00** |
|---|---|---|---|

**Dominic Mosca**
**212 10th St**
**Wilmette, IL 60091-3326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00** |
|---|---|---|---|

**Don Beskeen**
**20097 Adamson Dr**
**Grass Valley, CA 95949-9534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,930.00** |
|---|---|---|---|

**Don Brackbill**
**1620 W Southern Ave Apt 112**
**Mesa, AZ 85202-4863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,240.00** |
|---|---|---|---|

**Don Brigdon**
**1125 Plantation Cir**
**Lincolnton, GA 30817-4708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00** |
|---|---|---|---|

**Don Broderick**
**342 Lakewood Dr**
**S Abingtn Twp, PA 18411-1328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,453.00** |
|---|---|---|---|

**Don Bryson**
**3610 S Blazing Oak Dr**
**Magna, UT 84044-2857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,350.00 |
|---|---|---|---|

**Don England**
**1441 Patriot Drive**
**Melbourne, FL 32940**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,800.00 |
|---|---|---|---|

**Don Fluet**
**312 Highland Ave**
**Leominster, MA 01453-2128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,400.00 |
|---|---|---|---|

**Don Marinello**
**543 W Mossyleaf Dr Sw**
**Huntsville, AL 35824-4057**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|

**Don Watson**
**2928 Arreos**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,240.00 |
|---|---|---|---|

**Donald  Avey**
**2018 Stevenson Dr**
**Ames, IA 50010-4322**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,500.00 |
|---|---|---|---|

**Donald  Barley**
**Po Box 469**
**Brady, TX 76825-0469**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,265.00 |
|---|---|---|---|

**Donald  Mceachern**
**2502 Hermitage Blvd**
**Venice, FL 34292-1604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

| 3.444 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,980.00** |
|---|---|---|---|

**Donald Callais**
**300 Keystone Loop**
**Houma, LA 70360-6007**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,650.00** |
|---|---|---|---|

**Donald Davis**
**Po Box 967**
**Colfax, CA 95713-0967**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.446 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|

**Donald Drzewiecki**
**2821 Morningside Dr**
**Crown Point, IN 46307-8144**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00** |
|---|---|---|---|

**Donald Goodman**
**1472 Winchester Dr**
**Muskegon, MI 49441-3152**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,900.00** |
|---|---|---|---|

**Donald Hall**
**2736 Linden Ln**
**Silver Spring, MD 20910-1209**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,850.00** |
|---|---|---|---|

**Donald Manning, Jr**
**31 Whittier Hts**
**Hagerstown, MD 21742-4512**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,450.00** |
|---|---|---|---|

**Donald Mcallister**
**618 Phillips Dr**
**Anderson, IN 46012-3834**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor  **Procom America, LLC**                                      Case number (if known)   **8:20-bk-03522**
        _____
        Name

| | | |
|---|---|---|
| **3.451** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,124.00** |

**3.451**  **Nonpriority creditor's name and mailing address**

**Donald Mcdonough**
**601 Reed Rd.**
**Milford, DE 19963**

As of the petition filing date, the claim is: *Check all that apply.*                        **$4,124.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.452**  **Nonpriority creditor's name and mailing address**

**Donald Perry**
**15 Parkhurst Dr**
**Ashland, MA 01721-1166**

As of the petition filing date, the claim is: *Check all that apply.*                        **$4,400.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.453**  **Nonpriority creditor's name and mailing address**

**Donald Scott**
**4163 W 11770 S**
**South Jordan, UT 84009-8107**

As of the petition filing date, the claim is: *Check all that apply.*                        **$4,420.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.454**  **Nonpriority creditor's name and mailing address**

**Donald Tedrow**
**139 Concho Dr**
**Cedar Creek, TX 78612**

As of the petition filing date, the claim is: *Check all that apply.*                        **$4,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.455**  **Nonpriority creditor's name and mailing address**

**Donald Thomas**
**52 Sky Ridge Dr**
**Somers, CT 06071-1729**

As of the petition filing date, the claim is: *Check all that apply.*                        **$4,124.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.456**  **Nonpriority creditor's name and mailing address**

**Donald Werth**
**533 Trimmer Road**
**Spencerport, NY 14559**

As of the petition filing date, the claim is: *Check all that apply.*                        **$3,850.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.457**  **Nonpriority creditor's name and mailing address**

**Donald Wiesehan**
**152 Rainbow Drive 5215**
**Livingston, TX 77399-0001**

As of the petition filing date, the claim is: *Check all that apply.*                        **$2,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number *(if known)* | **8:20-bk-03522** |
|---|---|---|---|

---

| 3.458 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,240.00** |
|---|---|---|---|

**Donald Zaprazny**
**302 Mccorkel Rd**
**Hershey, PA 17033-8944**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,750.00** |
|---|---|---|---|

**Donetta Sue Hedges**
**1033 Trent place**
**Pleasant View, TN 37146**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,250.00** |
|---|---|---|---|

**Donna Barrong**
**195 Hempstead 237**
**Prescott, AR 71857**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,400.00** |
|---|---|---|---|

**Donna Dodd Ahlswede**
**74 Saint Aurics Drive**
**Suwanee, GA 30024-3002**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,840.00** |
|---|---|---|---|

**Donna Valentine**
**1950 Luke Edwards Rd**
**Dacula, GA 30019-2503**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,390.00** |
|---|---|---|---|

**Doreen Welsh**
**4941 Avron Boulevard**
**Metairie, LA 70006**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,500.00** |
|---|---|---|---|

**Dori Coplien**
**2131 Green Valley Dr**
**Janesville, WI 53546-1208**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

| 3.465 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,650.00 |
|---|---|---|---|

**Doris Virginia Alston Stewart**
**1575 Riada Dr**
**New Braunfels, TX 78132-3277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.466 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,920.00 |
|---|---|---|---|

**Dorothy Jane Ahlstrom**
**1210 Noble Ave**
**Carrollton, TX 75006-3938**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.467 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,800.00 |
|---|---|---|---|

**Doug Hicks**
**20505 Beaver Creek Rd**
**Hagerstown, MD 21740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.468 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,600.00 |
|---|---|---|---|

**Doug Whitesell**
**3352 N. Newcastle Ave**
**Chicago, IL 60634-3751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.469 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,850.00 |
|---|---|---|---|

**Douglas Anderson**
**Po Box 417**
**Newhall, IA 52315-0417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.470 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,400.00 |
|---|---|---|---|

**Douglas Harshbarger**
**3624 Westwood Northern Blvd**
**Unit 45**
**Cincinnati, OH 45211-2534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.471 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Douglas Jones**
**65 S Cody Ct**
**Lakewood, CO 80226-8022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.472** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,448.00**

**Douglas Kesler**
**257 Magnolia Drive**
**Freeport, FL 32439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.473** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,950.00**

**Douglas McCrea**
**1491 Willowbrook Circle**
**Franklin, TN 37069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.474** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,979.00**

**Douglas Peters**
**385 Muirfield Dr**
**Pawleys Is, SC 29585**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.475** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,500.00**

**Drew Burham**
**1201 Wall Ave.**
**Des Moines, IA 50315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.476** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,571.00**

**Du Wayne Nederloe**
**1624 Waterloo Ave.**
**West Salem, WI 54669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.477** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,124.00**

**Duane Claunch**
**2978 Oldfield Way**
**San Jose, CA 95135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.478** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,600.00**

**Dulce Campins De Arriaga**
**4754 Quiet Canyon Dr**
**Friendswood, TX 77546-3262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Procom America, LLC**                                                    Case number (if known)    **8:20-bk-03522**
          _____
          Name

| | | |
|---|---|---|
| 3.479 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

3.479  **Nonpriority creditor's name and mailing address**

**Dwight Fish**
**1015 Rose Anne Rd**
**Glen Burnie, MD 21060-6502**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$5,989.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

3.480  **Nonpriority creditor's name and mailing address**

**Earl White**
**6042 S Recker Rd**
**Gilbert, AZ 85298-8972**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$4,400.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

3.481  **Nonpriority creditor's name and mailing address**

**Ed Horvath**
**4050 Stone Mountain Dr.**
**Kalamazoo, MI 49009-6577**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$5,400.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

3.482  **Nonpriority creditor's name and mailing address**

**Ed Horvath**
**4050 Stone Mountain Dr.**
**Kalamazoo, MI 49009-6577**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$4,850.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

3.483  **Nonpriority creditor's name and mailing address**

**Ed Horvath**
**4050 Stone Mountain Dr.**
**Kalamazoo, MI 49009-6577**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$3,875.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

3.484  **Nonpriority creditor's name and mailing address**

**Eddie Deuser**
**514 Muirfield Drive**
**St. Charles, MO 63304-0436**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$9,900.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

3.485  **Nonpriority creditor's name and mailing address**

**Edward  Lyon**
**605 Bear Run**
**Enid, OK 73703-3486**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$8,800.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.486** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,600.00**

**Edward Carter**
**11121 Tamarron Dr**
**Parker, CO 80138-3105**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.487** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,400.00**

**Edward Covey**
**4981 Westwind Dr**
**Myrtle Beach, SC 29579-1725**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.488** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00**

**Edward Crawley**
**701 Springcreek Ct**
**Newark, DE 19702-1124**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.489** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00**

**Edward Curtis**
**1 Nw Havenshire Cr.**
**Lawton, OK 73505**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.490** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,240.00**

**Edward Dobbs**
**8001 124th St E**
**Puyallup, WA 98373-4935**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.491** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,312.00**

**Edward Giunco**
**130 Tiger Woods Pl**
**New Bern, NC 28560**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.492** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,652.00**

**Edward Hartman**
**986 Mount Hawley Ct**
**Wentzville, MO 63385-6713**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number *(if known)* | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.493** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00**

**Edward Kalinowski**
**6 Hemlock St.**
**Nanticoke, PA 18634-1863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.494** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,800.00**

**Edward L Giles**
**6375 S Kewaunee Way**
**Aurora, CO 80016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.495** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,560.00**

**Edward Leo**
**128 Round Hill Rd**
**Kennett Squ, PA 19348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.496** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,450.00**

**Edward Lorenc**
**3902 Tamarind Dr**
**Bethlehem, PA 18020-7650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.497** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,840.00**

**Edward Loyal**
**1108 Smokewood Way**
**Nashville, TN 37221-4177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.498** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,520.00**

**Edward Skowron**
**6330 E Tanuri Circle**
**Tucson, AZ 85750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.499** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,175.00**

**Edward Sussek**
**10 Adrienne Dr**
**Canton, MA 02021-1662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,350.00 |
|---|---|---|---|

**Edward Warhol**
**110 Park Valley Court**
**Saint Peters, MO 63376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,900.00 |
|---|---|---|---|

**Edwin Luna**
**316 Charles St**
**Keller, TX 76248-3309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,900.00 |
|---|---|---|---|

**Edwin Pruett**
**1159 Barkley Ln**
**Birmingham, AL 35242-4673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,280.00 |
|---|---|---|---|

**Edwyn Lee Boyd**
**5316 Mountain Park Cir**
**Indian Spgs, AL 35124-3042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,625.00 |
|---|---|---|---|

**Egon Stammler**
**2994 Ne 89th Street**
**Kansas City, MO 64156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,620.00 |
|---|---|---|---|

**Eileen Finnegan**
**634 Rita Drive**
**River Vale, NJ 07675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,900.00 |
|---|---|---|---|

**Eileen Gross**
**724 Avila Dr**
**Davidsonville, MD 21035-2503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.507**

**Nonpriority creditor's name and mailing address**

**Elaine Bryan**
**9 Northside Drive**
**Newnan, GA 30263**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$9,598.00**

---

**3.508**

**Nonpriority creditor's name and mailing address**

**Eleanor Thornton**
**56 South Ferguson Rd**
**Wheatland, WY 82201**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$7,840.00**

---

**3.509**

**Nonpriority creditor's name and mailing address**

**Electronic Merchant Services**
**250 West Huron Rd**
**STE 400**
**Cleveland, OH 44113**

**Date(s) debt was incurred** _

**Last 4 digits of account number  5**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$100,000.00**

---

**3.510**

**Nonpriority creditor's name and mailing address**

**Elisa Carreau**
**407 Royal Field Dr**
**Arlington, TX 76011-5631**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

**3.511**

**Nonpriority creditor's name and mailing address**

**Elizabeth Altmaier**
**2663 Hillside Dr**
**Iowa City, IA 52245-4808**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,630.00**

---

**3.512**

**Nonpriority creditor's name and mailing address**

**Elizabeth Collins**
**1237 Heathcliff Dr**
**Virginia Beach, VA 23464-5850**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$7,060.00**

---

**3.513**

**Nonpriority creditor's name and mailing address**

**Elizabeth Knox**
**75 High Ave**
**Randolph, NJ 07869-1014**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,800.00**

---

Debtor **Procom America, LLC** _____  Case number (if known)   **8:20-bk-03522**

Name

---

| 3.514 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,900.00** |
|---|---|---|---|

**Elizabeth Sullivan**
**3600 Chain Bridge Rd.**
**Fairfax, VA 22030**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,850.00** |
|---|---|---|---|

**Ellen Chun**
**38975 Aster Way**
**Selbyville, DE 19975-3753**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,900.00** |
|---|---|---|---|

**Ellen Dichiara**
**9 Margate Way**
**Waretown, NJ 08758-2728**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,850.00** |
|---|---|---|---|

**Ellen Huxley-Iaffer**
**8 Julia**
**Fort Pierce, FL 34951-2837**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,560.00** |
|---|---|---|---|

**Ellen Steinour**
**565 Riverstone Dr**
**Salem, SC 29676-4046**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,280.00** |
|---|---|---|---|

**Ellen Weaver**
**5051 Runnymede Dr**
**Holt, MI 48842-2901**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,124.00** |
|---|---|---|---|

**Ellie  Cejer**
**11210 E Bayshore Rd**
**Marblehead, OH 43440-2309**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Procom America, LLC**
_____
Name

Case number (if known) **8:20-bk-03522**
_____

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $14,400.00 |
|---|---|---|---|

**Elliott Emerich**
**2101 Plyers Mill Rd**
**Silver Spring, MD 20902-4227**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $5,300.00 |
|---|---|---|---|

**Elma Le Doux**
**1326 Fern St**
**New Orleans, LA 70118-4022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $4,500.00 |
|---|---|---|---|

**Elvin Heath**
**5080 Edinboro Lane**
**Wilmington, NC 28409**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,056.00 |
|---|---|---|---|

**Emanuel Aftergut**
**5451 Radford Ave**
**N Hollywood, CA 91607-2213**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $4,950.00 |
|---|---|---|---|

**Emil Liebewein**
**6 Beauregard Dr.**
**Hattiesburg, MS 39402-3940**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $3,850.00 |
|---|---|---|---|

**Emile Gosselin**
**619 106th Ave N**
**Naples, FL 34108-1847**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $5,630.00 |
|---|---|---|---|

**Emily Baldwin**
**96 3rd Place**
**Brooklyn, NY 11231**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Procom America, LLC**
Name

Case number (if known) **8:20-bk-03522**

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,400.00 |
|---|---|---|---|

**Emily Lawson**
**2 Keith Court**
**Woodcroft, Adelaide**
**5162 Australia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,900.00 |
|---|---|---|---|

**Emily Salvette**
**2016 Devonshire Rd**
**Ann Arbor, MI 48104-4058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,337.00 |
|---|---|---|---|

**Emma Norman**
**2801 Mountain View Dr**
**Carlsbad, NM 88220-3263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,950.00 |
|---|---|---|---|

**Emory Duke**
**4264 Deerwood Lane**
**Evans, GA 30809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,250.00 |
|---|---|---|---|

**Eric Black**
**4091 Harbor View Drive**
**Morristown, TN 37814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,600.00 |
|---|---|---|---|

**Eric Harris**
**7912 E Cochise Rd**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,130.00 |
|---|---|---|---|

**Eric Heestand**
**16280 North River Rd,**
**Pemberville, OH 43450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

| 3.535 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,850.00** |
|---|---|---|---|

**Eric Hendricker**
**72 Almond Dr.**
**Columbus, MS 39705**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,240.00** |
|---|---|---|---|

**Eric Kaufman**
**31682 Fritz Dr**
**Exeter, CA 93221-9511**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,880.00** |
|---|---|---|---|

**Eric Smith**
**7 Oneida Ct**
**Slingerlands, NY 12159-9431**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,900.00** |
|---|---|---|---|

**Eric Thomas Crowell**
**3416 146th St**
**Urbandale, IA 50323-2053**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,600.00** |
|---|---|---|---|

**Eric Thraen**
**651 3rd St W**
**Hastings, MN 55033-1127**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,090.00** |
|---|---|---|---|

**Eric Wright**
**200 Traveller Street**
**Hickory Creek, TX 75065-0407**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,250.00** |
|---|---|---|---|

**Erin Petrie**
**1012 Brownell Ave**
**Saint Louis, MO 63122-3204**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

| 3.542 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,450.00** |
|---|---|---|---|
| | **Ernest Uptmore**<br>**PO Box 33**<br>**Ross, TX 76684** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __customer__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.543 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,280.00** |
|---|---|---|---|
| | **Ernesto Pineda**<br>**1585 Vandagriff Way**<br>**Corona, CA 92883-7654** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __customer__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.544 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,525.00** |
|---|---|---|---|
| | **Eugene Eral**<br>**600 N Reed St**<br>**Sedro Woolley, WA 98284** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __customer__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.545 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,950.00** |
|---|---|---|---|
| | **Eugene Jaeger**<br>**4642 Belford Cir**<br>**Broomfield, CO 80023-8110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __customer__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.546 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,600.00** |
|---|---|---|---|
| | **Eugene Usher**<br>**136 Trinity Ave**<br>**Blackwood, NJ 08012** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __customer__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.547 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,588.00** |
|---|---|---|---|
| | **Eva Baker**<br>**1205 Nadine Ln**<br>**Petaluma, CA 94952-5273** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __customer__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.548 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00** |
|---|---|---|---|
| | **Evan Adolf**<br>**13927 110th St Ne**<br>**Lake Stevens, WA 98258** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __customer__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.549** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,900.00**

**Faron  Courtney**
**9404 Kurnas Lane**
**Hopewell, VA 23860**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.550** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,280.00**

**Fernando Rodriguez**
**7922 Fox Chase Drive**
**Arlington, TX 76001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.551** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$418.00**

**Flight Centre Travel Group**
**Levek 1**
**86-88 Northbourne Ave**
**Braddon, ACT**
**2602 Australia**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.552** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00**

**Frances Thomas Joyce**
**61 Hemlock st**
**Leicester, MA 01524**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.553** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,050.00**

**Francisco Hernandez**
**20 Secor Place**
**Yonkers, NY 10704-3237**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.554** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,650.00**

**Frank Brown**
**1050 S Riverwood Dr**
**Wabash, IN 46992**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.555** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,040.00**

**Frank Candiano**
**1558 13th Street**
**West Bablon, NY 11704**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Procom America, LLC**                                      Case number (if known)    **8:20-bk-03522**
_____
Name

| 3.556 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,280.00 |
|---|---|---|---|

**Frank Collins**
**656 Coleman Blvd**
**Mt Pleasant, SC 29464-4063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,512.00 |
|---|---|---|---|

**Frank Dolenc**
**Po Box 854**
**Camp Hill, PA 17001-0854**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,510.00 |
|---|---|---|---|

**Frank Lyons**
**2481 Mcdowell Creek Spur**
**Manhattan, KS 66502-9522**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Frank Massman**
**1200 Beach st**
**Webster City, IA 50595**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,150.00 |
|---|---|---|---|

**Frank McKenzie**
**207 Wagner Rd**
**Bel Air, MD 21015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|

**Frank Morales**
**2435 Telephone Rd**
**Santa Maria, CA 93454-9616**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,826.00 |
|---|---|---|---|

**Frank Olson**
**1312 Franz Rd**
**Stevenson, WA 98648**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

| 3.563 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,350.00** |

**Frank Parillo**
**400 Petersham Rd**
**Phillipston, MA 01331-9378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,250.00** |

**Frank Rohrbough**
**124 Spring Valley**
**Boerne, TX 78006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,900.00** |

**Fred Gorter**
**419 Gordon Circle**
**Lagrange, GA 30240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,400.00** |

**Fred Heberle**
**3553 Windgarden Cv**
**Memphis, TN 38125-1733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,120.00** |

**Fred Lovrien**
**401 E 27th St**
**Sioux Falls, SD 57105-3034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,620.00** |

**Frederick Boyd**
**959 Evergreen Lane**
**Neenah, WI 54956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,500.00** |

**Frederick Goset**
**8915 62nd Dr Ne**
**Marysville, WA 98270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

| 3.570 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,925.00 |
|---|---|---|---|

**Frederick James Hebert III**
**623 Wickham's Fancy Dr**
**Biltmore Lake, NC 28715-2431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,800.00 |
|---|---|---|---|

**Frederick Middendorf**
**8851 Valley Vista Trail**
**Kewaskum, WI 53040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,600.00 |
|---|---|---|---|

**Frederick Sundmaker Jr**
**33 Canterbury Rd**
**Ringwood, NJ 07456-1903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,350.00 |
|---|---|---|---|

**Frederick Tavener**
**412 Portsmouth Rd**
**Cape May, NJ 08204-4250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|

**Gail Neer**
**3103 E Farm Rd. 34**
**Fair Grove, MO 65648-8227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,171.00 |
|---|---|---|---|

**Gail Placilla**
**25814 Aberdovey Ave**
**Mt Plymouth, FL 32776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|

**Gary  Parsons**
**11601 N Kathy Dr**
**Spokane, WA 99218-2724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Procom America, LLC**    Case number (if known)    **8:20-bk-03522**
_____
Name

| | | |
|---|---|---|
| 3.577 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**$7,840.00**

3.577  **Nonpriority creditor's name and mailing address**
**Gary B. Gardner**
**3157 Fox Rd**
**Syracuse, NY 13215-9744**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$7,840.00**

---

3.578  **Nonpriority creditor's name and mailing address**
**Gary Blasiar**
**3205 Lombardy Rd**
**Pasenda, CA 91107**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$19,800.00**

---

3.579  **Nonpriority creditor's name and mailing address**
**Gary Bogott**
**12748 Weld County Road 1**
**Longmont, CO 80504**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,800.00**

---

3.580  **Nonpriority creditor's name and mailing address**
**Gary Caldwell**
**252 Holston Dr**
**Rutledge, TN 37861-4331**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,450.00**

---

3.581  **Nonpriority creditor's name and mailing address**
**Gary Cortner**
**7751 W. Harvest**
**Wichita, KS 67212**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$9,652.00**

---

3.582  **Nonpriority creditor's name and mailing address**
**Gary Cranston**
**4192 Bay Beach Ln**
**Fort Myers Beach, FL 33931-3393**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,930.00**

---

3.583  **Nonpriority creditor's name and mailing address**
**Gary Dietzel**
**9308 Milford Rd**
**Plattsmouth, NE 68048-4240**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$9,900.00**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor __**Procom America, LLC**_____     Case number (if known)    **8:20-bk-03522**
         Name

| 3.584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,200.00 |
|---|---|---|---|

**Gary Faucett**
**1427 W Harvard Ave**
**Visalia, CA 93277-4554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,350.00 |
|---|---|---|---|

**Gary Garnand**
**33 Shadow Mountain Dr**
**Logan, UT 84321-6758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.586 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,475.00 |
|---|---|---|---|

**Gary Goin**
**91180 Poodle Creek Road**
**Noti, OR 97461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.587 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,850.00 |
|---|---|---|---|

**Gary Hagebush**
**14724 California St**
**Omaha, NE 68154-1963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.588 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,200.00 |
|---|---|---|---|

**Gary Hoogewind**
**10447 Whispering Brk Nw**
**Grand Rapids, MI 49534-9664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|

**Gary Hughes**
**2848 40 Avenue**
**Rock Island, IL 61201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,900.00 |
|---|---|---|---|

**Gary Keller**
**4309 Charlotte Rd**
**Obetz, OH 43207-4372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.591** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,330.00**

**Gary McDonald**
**14866 Chatham Dr**
**Shelby Twp, MI 48315-1504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.592** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,200.00**

**Gary Mountjoy**
**5302 Weetman Street**
**Burke, VA 22015-1652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.593** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,080.00**

**Gary Porter**
**136 Changebridge Road**
**Montville, NJ 07045-9119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.594** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00**

**Gary Samuels**
**260 Larkdale Row Apt 103**
**Wauconda, IL 60084-2806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.595** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00**

**Gary Sauer**
**986 Parma Center Rd**
**Hilton, NY 14468-9310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.596** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,400.00**

**Gary Schultz**
**28 Honesty Ln**
**Bluffton, SC 29909-7116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.597** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,500.00**

**Gary Schwarz**
**8255 Sw 78th Circle**
**Ocala, FL 34476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.598** | **Nonpriority creditor's name and mailing address**
**Gary Seiser**
**4242 S Honey Creek Dr**
**Milwaukee, WI 53220-3139**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$6,250.00

---

**3.599** | **Nonpriority creditor's name and mailing address**
**Gary Wells**
**4846 Sweetmeadow Cir**
**Sarasota, FL 34238-3319**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$9,900.00

---

**3.600** | **Nonpriority creditor's name and mailing address**
**Gary White**
**1330 4th St**
**Columbia City, OR 97018-9774**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$4,800.00

---

**3.601** | **Nonpriority creditor's name and mailing address**
**Gary Wilson**
**204 Cannonball Way**
**East Syracuse, NY 13057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$17,764.00

---

**3.602** | **Nonpriority creditor's name and mailing address**
**Gary* White**
**4501 Hidden Ct**
**Rocklin, CA 95677-3226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$6,958.00

---

**3.603** | **Nonpriority creditor's name and mailing address**
**Gaye Sadler**
**603 Golf Course Rd.**
**Gatesville, TX 76528**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,525.00

---

**3.604** | **Nonpriority creditor's name and mailing address**
**Gayle Madole**
**4029 Idalia Dr**
**Austin, TX 78749-6912**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$15,510.00

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.605**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,900.00 |
|---|---|---|
| **Gayle Walton**<br>**811 Parkview Way**<br>**Missoula, MT 59803-2321** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.606**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,650.00 |
|---|---|---|
| **Genevieve Mandola**<br>**6883 Oakwood Grove**<br>**Houston, TX 77040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.607**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,063.00 |
|---|---|---|
| **George  Consuegra**<br>**2925 Thistle Trail**<br>**Suwanee, GA 30024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.608**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,700.00 |
|---|---|---|
| **George  Foley**<br>**341 S Pleasant Ave**<br>**Dallastown, PA 17313-2109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.609**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,200.00 |
|---|---|---|
| **George  Haas**<br>**7041 Crest Rd**<br>**Rch Palos Vrd, CA 90275-4542** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.610**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,175.00 |
|---|---|---|
| **George  Vesel**<br>**5400 Johnson Dr # 324**<br>**Mission, KS 66205-2911** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.611**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,525.00 |
|---|---|---|
| **George Ambrosia**<br>**14 Iris Ct**<br>**Tinton Falls, NJ 07724-3064** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Procom America, LLC** | | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|---|
| | Name | | | |

---

**3.612** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,475.00**

**George Collier**
**2773 Club Ridge Dr.**
**Lewisville, TX 75067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.613** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$315.00**

**George Foley**
**Po Box 416**
**Grantham, NH 03753-0416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.614** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,125.00**

**George Lamm**
**3718 Main St**
**Mchenry, IL 60050-5253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.615** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00**

**George Mason**
**8427 Twin Lakes Drive**
**New Baden, IL 62265-2227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.616** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,600.00**

**George Royce**
**8552 Lake Windham**
**Orlando, FL 32829**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.617** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,850.00**

**George Simpson**
**Po Box 873**
**Belleville, PA 17004-0873**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.618** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,560.00**

**George Thompson**
**1224 Peninsula Dr**
**Traverse City, MI 49686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.619** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,350.00**

**George Turner**
**4764 Quail Run Pl**
**Melbourne, FL 32904-9723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.620** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,500.00**

**George Turner**
**4764 Quail Run Pl**
**Melbourne, FL 32904-9723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.621** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00**

**George Whitton**
**319 Skyline Parkway**
**Athens, GA 30606-3060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.622** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,350.00**

**Georgina Holt**
**2469 Old Us 119 Hwy S**
**Homer City, PA 15748-1574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.623** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,330.00**

**Gerald Avery**
**3597 Bellmore Drive**
**Brownsburg, IN 46112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.624** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,700.00**

**Gerald Brown**
**556 Cahoon Rd**
**Bay Village, OH 44140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.625** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,480.00**

**Gerald F Wagner**
**202 Herworth Drive**
**Chesterfield, MO 63005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy

| Debtor | **Procom America, LLC** | | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,675.00 |
|---|---|---|---|

**Gerald Kuykendall**
**6406 Sw 35th Way**
**Gainesville, FL 32608-5241**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,780.00 |
|---|---|---|---|

**Gerald Moody**
**8 Fern Street**
**Milford, MA 01757**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,950.00 |
|---|---|---|---|

**Gerald Obert**
**16 Meadow Lane**
**Kinnelon, NJ 07405-2308**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,740.00 |
|---|---|---|---|

**Gerald Schmidt**
**884 Herr Rd**
**Fairborn, OH 45324-9490**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,240.00 |
|---|---|---|---|

**Gerald Veilleux**
**3852 Brown Ave**
**Manchester, NH 03103-7009**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,600.00 |
|---|---|---|---|

**Geraldine Markie**
**2058 N Mills Ave**
**Claremont, CA 91711-2812**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $440.00 |
|---|---|---|---|

**Gerry Maurer**
**6975 47th Ave Sw**
**Seattle, WA 98136**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Procom America, LLC** | | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|---|
| | Name | | | |

---

**3.633**

**Nonpriority creditor's name and mailing address**
**Glen  Attema**
**214 E 14th St Unit 4a**
**Cincinniti, OH 45202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$5,600.00**

---

**3.634**

**Nonpriority creditor's name and mailing address**
**Glen M Robinson**
**8713 Nw 181st Pl**
**Reddick, FL 32686-2210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$8,520.00**

---

**3.635**

**Nonpriority creditor's name and mailing address**
**Glenda Trawhon**
**1405 Caine Hill Ct**
**League City, TX 77573-9043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$10,560.00**

---

**3.636**

**Nonpriority creditor's name and mailing address**
**Glenn Anderson**
**1024 Raby Lane**
**Sedro Woolley, WA 98284**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$12,280.00**

---

**3.637**

**Nonpriority creditor's name and mailing address**
**Glenn Fraser**
**7235 West Anthony Rd**
**Ocala, FL 34479-1309**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$6,880.00**

---

**3.638**

**Nonpriority creditor's name and mailing address**
**Glenn Hale**
**172 Harkins Crescent**
**Miramichi**
**New Brunswick E1V 3Z5**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.639**

**Nonpriority creditor's name and mailing address**
**Glenn Hornsby**
**203 Mary Ellen Dr**
**Muscle Shoals, AL 35661-4727**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$6,600.00**

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

| 3.640 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,900.00** |
|---|---|---|---|

**Glenn Newman**
**192 Smokewood Ct**
**Powell, OH 43065-7210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,500.00** |
|---|---|---|---|

**Glenn Schlau**
**422 Dawson Creek Dr**
**Arapahoe, NC 28510-9711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,800.00** |
|---|---|---|---|

**Glenn Stern**
**282 Vzcr 4135**
**Canton, TX 75103-7510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,911.00** |
|---|---|---|---|

**Glenna Humbard**
**313 W Lakeview Drive**
**Springdale, AR 72764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**Google Waze**
**1600 Amphitheatre Pkwy**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$790.83** |
|---|---|---|---|

**Google, LLC**
**1600 Amphitheatre Pkwy**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,600.00** |
|---|---|---|---|

**Gordon Mize**
**721 S Heather Ln**
**West Covina, CA 91791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | | Case number (*if known*) | **8:20-bk-03522** |
|---|---|---|---|---|
| | Name | | | |

| 3.647 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,600.00** |
|---|---|---|---|
| | **Gordon Sanders** | ☐ Contingent | |
| | **2831 138th Ave Nw** | ☐ Unliquidated | |
| | **Alexander, ND 58831-9793** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.648 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,250.00** |
|---|---|---|---|
| | **Grantlan Randall** | ☐ Contingent | |
| | **5809 Glenmere ave.** | ☐ Unliquidated | |
| | **Las Vegas, NV 89131** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.649 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$236.18** |
|---|---|---|---|
| | **Great America Financial Serv** | ☐ Contingent | |
| | **P.O. Box 660831** | ☐ Unliquidated | |
| | **Dallas, TX 75266** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.650 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00** |
|---|---|---|---|
| | **Greg Dirnberger** | ☐ Contingent | |
| | **207 W Carmel Ln** | ☐ Unliquidated | |
| | **Sioux Falls, SD 57108-6403** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.651 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,900.00** |
|---|---|---|---|
| | **Greg Edmondson** | ☐ Contingent | |
| | **7521 Gleneagles Way** | ☐ Unliquidated | |
| | **Fort Worth, TX 76179-3160** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.652 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,600.00** |
|---|---|---|---|
| | **Greg Huffman** | ☐ Contingent | |
| | **1905 Vanessa Dr** | ☐ Unliquidated | |
| | **Norman, OK 73071-2407** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.653 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,350.00** |
|---|---|---|---|
| | **Greg Leonard** | ☐ Contingent | |
| | **82 Deer Ridge Drive** | ☐ Unliquidated | |
| | **St. Albert** | ☐ Disputed | |
| | **Alberta T8N 6A9** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Procom America, LLC**
_____
Name

Case number (if known) **8:20-bk-03522**

| 3.654 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,542.00** |
|---|---|---|---|

**Gregory Bowles**
**5052 Viewridge Way**
**Oceanside, CA 92056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,124.00** |
|---|---|---|---|

**Gregory Brady**
**8 Pelham Walk**
**Breezy Point, NY 11697**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,760.00** |
|---|---|---|---|

**Gregory Buttolph**
**36 Phyllis Ct.**
**Chico, CA 95928-9592**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,124.00** |
|---|---|---|---|

**Gregory Sapp**
**5610 Alvarado Ln N**
**Plymouth, MN 55446-3072**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00** |
|---|---|---|---|

**Gregory Speicher**
**51 Overlook Road**
**Holbrook, MA 02343**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,850.00** |
|---|---|---|---|

**Gunnar Nelson**
**7787 Bay Lake Dr**
**Fort Myers, FL 33907-1834**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,400.00** |
|---|---|---|---|

**Gunther Baburins**
**43 Miele Rd**
**Marlborough, MA 01752-6544**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Procom America, LLC** | | Case number (if known) | **8:20-bk-03522** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.661** | Nonpriority creditor's name and mailing address

**Gwendolyn Clark**
**8273 Orcas Lp Ne**
**Lacey, WA 98516**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$7,150.00**

---

**3.662** | Nonpriority creditor's name and mailing address

**Harold Coon**
**9265 Lorrich Drive**
**Mentor, OH 44060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$9,240.00**

---

**3.663** | Nonpriority creditor's name and mailing address

**Harold Everett**
**1606 Wakefield Dr**
**Brandon, FL 33511-2325**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,743.00**

---

**3.664** | Nonpriority creditor's name and mailing address

**Harold Ford**
**22 Wilkie Blvd**
**Marmora, NJ 08223-1744**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,312.00**

---

**3.665** | Nonpriority creditor's name and mailing address

**Harold Grossman**
**55 Armstrong Rd.**
**Wantage, NJ 07461**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$9,900.00**

---

**3.666** | Nonpriority creditor's name and mailing address

**Harold Jay**
**3007 Coachlight Ln**
**Sugar Land, TX 77479-1869**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$10,500.00**

---

**3.667** | Nonpriority creditor's name and mailing address

**Harold Petschke**
**29693 Sullivan Dr**
**Easton, MD 21601-4923**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,420.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Procom America, LLC** | | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.668 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,450.00** |
|---|---|---|---|
| | **Harold Storey** <br> **17 Saddlebrook Drive** <br> **Rome, GA 30161-7242** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** __customer__ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.669 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,175.00** |
|---|---|---|---|
| | **Harold Westley** <br> **707 Kyle Ln** <br> **Ambler, PA 19002-2531** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** __customer__ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.670 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,188.00** |
|---|---|---|---|
| | **Harvey Chase Jewett IV** <br> **PO Box 1036** <br> **Aberdeen, SD 57401** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** __customer__ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.671 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,220.00** |
|---|---|---|---|
| | **Heather Vanlear** <br> **Po Box 739** <br> **Verona, VA 24482-0739** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** __customer__ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.672 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,350.00** |
|---|---|---|---|
| | **Heidi Lehnig** <br> **5501 Sayle St** <br> **Greenville, TX 75402** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** __customer__ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.673 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,560.00** |
|---|---|---|---|
| | **Helen Calabrese** <br> **1924 S State St** <br> **Dover, DE 19901-5812** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** __customer__ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.674 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,300.00** |
|---|---|---|---|
| | **Helen Calabrese** <br> **1924 S State St** <br> **Dover, DE 19901-5812** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** __customer__ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **Procom America, LLC**                              Case number (if known) **8:20-bk-03522**
_____
Name

| 3.675 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,400.00 |

**Helen Minton**
**4425 Palmer Rd**
**Dallas, OR 97338-9418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,240.00 |

**Henry Bruscino**
**235 Maclor Forest Heights Rd**
**Franklin, NC 28734-1334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,600.00 |

**Henry Jordan**
**408 Gano Ave**
**Georgetown, KY 40324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**Henry Kidd**
**100 Waterfront Dr**
**Colonial Hght, VA 23834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,062.00 |

**Henry Pietrani**
**Po Box 312**
**Waccabuc, NY 10597-1059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,900.00 |

**Henry Reimers**
**9808 Stillchase St**
**Tampa, FL 33625-5834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,900.00 |

**Henry Rogers**
**15611 N 102nd East Ave**
**Collinsville, OK 74021-5320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Procom America, LLC**                                    Case number (if known)    **8:20-bk-03522**
_____
Name

| 3.682 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$9,712.00** |
|---|---|---|---|

**Henry Tuttle**
**1125 Game Trail South**
**Bourbonnais, IL 60914**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  <u>customer</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$5,300.00** |
|---|---|---|---|

**Herbert  Bullock**
**9209 Liberty Hill Ct**
**Cincinnati, OH 45242-4664**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  <u>customer</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$2,400.00** |
|---|---|---|---|

**Historynet LLC**
**9720 Wilshire Blvd**
**Suite 600**
**Beverly Hills, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  <u>vendor</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.685 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$3,850.00** |
|---|---|---|---|

**Hoc Dang**
**4020 Watercove Dr**
**Riverview, FL 33578-3041**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  <u>customer</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$9,900.00** |
|---|---|---|---|

**Holly Bentley**
**7529 Wigley Ave**
**Jessup, MD 20794-9714**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  <u>customer</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.687 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$9,900.00** |
|---|---|---|---|

**Holly Jennings**
**2508 Greenridge Dr**
**Fort Smith, AR 72903**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  <u>customer</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$7,150.00** |
|---|---|---|---|

**Homer Creasap**
**10360 Ballah Road**
**Orient, OH 43146**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  <u>customer</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Procom America, LLC**
Name

Case number (if known) **8:20-bk-03522**

| | | |
|---|---|---|
| 3.689 | **Nonpriority creditor's name and mailing address**<br>**Hulu.com**<br>**2500 Broadway FL 2**<br>**Santa Monica, CA 90404** | **As of the petition filing date, the claim is:** Check all that apply.  **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** vendor<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.690 | **Nonpriority creditor's name and mailing address**<br>**Ileana Balazs**<br>**1010 Pheasant Hollow Dr**<br>**Plainsboro, NJ 08536** | **As of the petition filing date, the claim is:** Check all that apply.  **$4,800.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** customer<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.691 | **Nonpriority creditor's name and mailing address**<br>**Ira Schulman**<br>**3751 W 136th Ave Unit V3**<br>**Broomfield, CO 80023-8150** | **As of the petition filing date, the claim is:** Check all that apply.  **$9,372.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** customer<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.692 | **Nonpriority creditor's name and mailing address**<br>**Irena Kildisas**<br>**950 Prairie Trail**<br>**Argyle, TX 76226** | **As of the petition filing date, the claim is:** Check all that apply.  **$10,950.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** customer<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.693 | **Nonpriority creditor's name and mailing address**<br>**Irwin Konopolsky**<br>**35 Edith St**<br>**Old Tappan, NJ 07675-7126** | **As of the petition filing date, the claim is:** Check all that apply.  **$4,125.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** customer<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.694 | **Nonpriority creditor's name and mailing address**<br>**Ivan Coles**<br>**4200 Tompkins Trail**<br>**Muskegon, MI 49442-4944** | **As of the petition filing date, the claim is:** Check all that apply.  **$16,500.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** customer<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.695 | **Nonpriority creditor's name and mailing address**<br>**J David Nemeth**<br>**1 Anderson Ct**<br>**Marlton, NJ 08053-5599** | **As of the petition filing date, the claim is:** Check all that apply.  **$2,450.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** customer<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

| 3.696 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,350.00** |
|---|---|---|---|

**J. Darrell Kelley**
**Po Box 10**
**Winter Park, FL 32790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,270.00** |
|---|---|---|---|

**Jack Buttery**
**6 Belleview Blvd**
**Belleair, FL 33756-1964**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|

**Jack Katosh**
**1761 22nd St N**
**Arlington, VA 22209-1132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,400.00** |
|---|---|---|---|

**Jack Walker Hansen Jr**
**17040 W Fm 1097 Rd**
**Unit 6104**
**Montgomery, TX 77356-7325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,900.00** |
|---|---|---|---|

**Jacqueline Arnold**
**4716 Newcomb Pl**
**Alexandria, VA 22304-1506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.701 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,880.00** |
|---|---|---|---|

**Jacqueline Eberstein**
**12117 Kershaw Pl**
**Glen Allen, VA 23059-6978**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,100.00** |
|---|---|---|---|

**James  Burkeen**
**1601 Belmont Dr**
**Murray, KY 42071-2813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number *(if known)* | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

| 3.703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00** |

**James  Elledge**
**11428 Woodsong Loop S**
**Jacksonville, FL 32225-1033**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _customer_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$540.00** |

**James Allen**
**5782 Avalon Dr.**
**Pinconning, MI 48650**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _customer_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,560.00** |

**James Anthony**
**3807 W 171st St**
**Stilwell, KS 66085-8853**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _customer_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,200.00** |

**James Arthur Lacy**
**12919 72nd ST. SE**
**Snohomish, WA 98290-9084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _customer_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,580.00** |

**James Bowden**
**1138 Haddrell Pt**
**Lexington, KY 40509**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _customer_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,825.00** |

**James Braun**
**629 Reservoir Road**
**Southbury, CT 06488**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _customer_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,500.00** |

**James Burger**
**2303 Choto Road**
**Knoxville, TN 37922-6106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _customer_

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

| 3.710 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,800.00** |

**James Burghardt**
**2887 Campbell Ave**
**Wantagh, NY 11793-1705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,150.00** |

**James Cannon**
**1433 Belcourt Ln**
**Mt Pleasant, SC 29466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,312.00** |

**James Castaldo**
**1724 Harvard Ave**
**Merrick, NY 11566-1156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.713 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00** |

**James Daubert**
**110 Keely Cir**
**New Smyrna, FL 32168-7711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,250.00** |

**James Downs**
**12 Foxchase Dr**
**Dothan, AL 36305-1147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,600.00** |

**James Duffield**
**Po Box 444**
**Orcas, WA 98280-0444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,250.00** |

**James F Slater**
**107-1 Knight Circle**
**Pawleys Island, SC 29585**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.717** | Nonpriority creditor's name and mailing address

**James Fahy**
**14039 34th Ave.**
**Flushing, NY 11354**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

$5,600.00

---

**3.718** | Nonpriority creditor's name and mailing address

**James Fischer**
**1030 Texarkana Drive**
**Indianapolis, IN 46231**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

$9,900.00

---

**3.719** | Nonpriority creditor's name and mailing address

**James Gallagher**
**957 Red Ln**
**Danville, PA 17821-8467**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

$5,600.00

---

**3.720** | Nonpriority creditor's name and mailing address

**James Graham**
**36409 Mills Rd**
**N Ridgeville, OH 44039-1205**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

$1,850.00

---

**3.721** | Nonpriority creditor's name and mailing address

**James Gray**
**1176 Thomas Davis Drive**
**Clayton, DE 19938**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

$5,100.00

---

**3.722** | Nonpriority creditor's name and mailing address

**James Gregory**
**5009 Seven Oaks Circle**
**Oklahoma City, OK 73142-5423**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

$9,400.00

---

**3.723** | Nonpriority creditor's name and mailing address

**James H. Long**
**104 Burton St**
**Auburn, AL 36830-4823**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

$5,930.00

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.724** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,900.00**

**James Hagan**
**1193 Baytree Dr**
**Gilroy, CA 95020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.725** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,436.00**

**James Hageman**
**121 Varney Rd**
**Ennis, MT 59729-9133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.726** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,650.00**

**James Hahn**
**312 North Sixth St**
**Emmaus, PA 18049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.727** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,000.00**

**James Harding**
**9205 Wilderness Psge**
**Chagrin Falls, OH 44023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.728** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,150.00**

**James Harding**
**9205 Wilderness Psge**
**Chagrin Falls, OH 44023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.729** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,400.00**

**James Hendrex**
**712 Newberry Dr**
**Richardson, TX 75080-5509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.730** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,800.00**

**James Jones**
**2379 Surrey Dr**
**Kannapolis, NC 28081-8730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

| 3.731 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,930.00 |
|---|---|---|---|

**James Joslin**
**301 N Walker Ave Apt 1305**
**Oklahoma City, OK 73102-1839**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,958.00 |
|---|---|---|---|

**James Junkermeier**
**4760 W Quickdraw**
**Flagstaff, AZ 86005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,800.00 |
|---|---|---|---|

**James Kagley**
**2106 Chota Rd**
**Maryville, TN 37803-9415**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.734 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,236.00 |
|---|---|---|---|

**James Kalash**
**Po Box 394**
**Rockwall, TX 75087**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $835.00 |
|---|---|---|---|

**James Kalash**
**Po Box 394**
**Rockwall, TX 75087**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $11,700.00 |
|---|---|---|---|

**James L. Van Tiflin**
**49667 Briar Pointe Dr**
**Macomb, MI 48044-6404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15,500.00 |
|---|---|---|---|

**James La Velle**
**32833 540th St.**
**Gilmore City, IA 50541-8089**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

| 3.738 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,934.00 |
|---|---|---|---|

**James Leckinger**
**994 Chadwick Ct**
**Aurora, IL 60502-9324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,930.00 |
|---|---|---|---|

**James Long**
**7000 Cedar Grove Farm Rd**
**Machipongo, VA 23405-1839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,165.00 |
|---|---|---|---|

**James Miller**
**8360 Mending Wall Dr**
**Woodridge, IL 60517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,329.00 |
|---|---|---|---|

**James Mockerman**
**106 Fairway Ct**
**Lake Placid, FL 33852-9314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|

**James Mueller**
**18703 Forest Bend Creek Way**
**Spring, TX 77379-5507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,900.00 |
|---|---|---|---|

**James Patrick Geary**
**10035 Willey Court**
**Granite Bay, CA 95746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,250.00 |
|---|---|---|---|

**James Pemberton**
**8310 Water Tower Rd**
**Ooltewah, TN 37363**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.745** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,530.00**

**James Peterson**
**42343 47th St W**
**Quartz Hill, CA 93536-3508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.746** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,650.00**

**James Pinkelman**
**7401 W Arrowhead Clbhs Dr**
**Glendale, AZ 85308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.747** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,798.00**

**James Pope**
**211 Nabersham Place**
**Carrellton, GA 30117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.748** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,350.00**

**James Rhora**
**3521 Fenceline Rd**
**Caledonia, WI 53126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.749** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,550.00**

**James Richard Davis**
**900 Horseshoe Bend**
**Richardson, TX 75081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.750** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,825.00**

**James Richter**
**5274 Mill Creek Rd**
**Healdsburg, CA 95448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.751** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,650.00**

**James Schillaci**
**260 Larkdale Row Apt 330**
**Wauconda, IL 60084-2844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

| 3.752 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,637.00** |
|---|---|---|---|

**James Sharp**
**249 Forge Rd**
**Womelsdorf, PA 19567**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.753 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,200.00** |
|---|---|---|---|

**James Shaw**
**Po Box 84**
**Telephone, TX 75488-0084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.754 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,150.00** |
|---|---|---|---|

**James Shepard**
**8118 Rome Way**
**Fort Smith, AR 72916-8704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,560.00** |
|---|---|---|---|

**James Shurts**
**3640 R Road**
**Beloit, KS 67420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,751.00** |
|---|---|---|---|

**James Swartz**
**931 Iron Shoe Ct**
**Walnut, CA 91789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.757 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,312.00** |
|---|---|---|---|

**James Todd Fatland**
**728 42nd St**
**W Des Moines, IA 50265-5026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,436.00** |
|---|---|---|---|

**James Villella**
**6854 S. Whetstone Pl.**
**Chandler, AZ 85249-9149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

| 3.759 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,900.00 |
|---|---|---|---|

**James Wacaster**
5600 Country Club Ave
Fort Smith, AR 72903

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,900.00 |
|---|---|---|---|

**James Wagner**
11100 Center Ave
Gilroy, CA 95020-9502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,650.00 |
|---|---|---|---|

**James Wagner**
51 Hop Ranch Rd
Santa Rosa, CA 95403-7525

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $491.00 |
|---|---|---|---|

**James Webb**
27818 Ne 49th St
Redmond, WA 98053

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,840.00 |
|---|---|---|---|

**James Wiggins**
915 Tannery Drive
Wayne, PA 19087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,900.00 |
|---|---|---|---|

**Jamie Scharpe**
2450 Marsh Glen Dr
Unit 512
N Myrtle Beach, SC 29582-2958

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,240.00 |
|---|---|---|---|

**Jan Knutson**
S76w25735 Prairieside Dr
Waukesha, WI 53189-6903

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

| 3.766 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,850.00** |
|---|---|---|---|

**Jan Luymes**
**1516 Cornwall Lane**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,705.00** |
|---|---|---|---|

**Jana Best**
**24280 Northridge Ave**
**Rogers, MN 55374**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,240.00** |
|---|---|---|---|

**Jane Cauble**
**2897 Royal Oak Dr Nw**
**Baudette, MN 56623**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,800.00** |
|---|---|---|---|

**Jane Lee**
**6 Carl Rd**
**Wilmington, DE 19803-4409**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,400.00** |
|---|---|---|---|

**Janet  Graham**
**20201 Highway Ff**
**Mexico, MO 65265-6281**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,560.00** |
|---|---|---|---|

**Janet Brown**
**16394 245th St**
**Mason City, IA 50401-9066**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,563.00** |
|---|---|---|---|

**Janet Carrano**
**23817 Waverly Circle**
**Venice, FL 34293-3429**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|---|

Name

---

**3.773**

**Nonpriority creditor's name and mailing address**
**Janet Maher**
**711 Homestead Pl**
**Joliet, IL 60435-5107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,400.00**

---

**3.774**

**Nonpriority creditor's name and mailing address**
**Janet Prueitt**
**P O Box 36**
**Gatesville, TX 76528-0036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$273.00**

---

**3.775**

**Nonpriority creditor's name and mailing address**
**Janet Smith**
**6229 W. Avenue J-14**
**Lancaster, CA 93536**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

**3.776**

**Nonpriority creditor's name and mailing address**
**Janice Bobay**
**10874 Farm Road 1567 W**
**Brashear, TX 75420-6948**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

**3.777**

**Nonpriority creditor's name and mailing address**
**Janie Lowery**
**5277 Daniel Mccall**
**Lufkin, TX 75904-0322**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

**3.778**

**Nonpriority creditor's name and mailing address**
**Janine Oman**
**100 Oakland Park Ave**
**Columbus, OH 43214-4120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$9,900.00**

---

**3.779**

**Nonpriority creditor's name and mailing address**
**Jason Bennett**
**5950 Walker Rd**
**Bozeman, MT 59715**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,250.00**

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.780** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,240.00**

Jason Millen
4036 Busch Gardens Dr
Fort Worth, TX 76123-1449

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.781** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,240.00**

Jason Nowak
713a Sumner Rd
Carlisle, PA 17013-5136

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.782** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,240.00**

Jason Zilka
3216 King Pl
Grand Forks, ND 58201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.783** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,703.00**

Jay Johnson
1856 Autumn Ln
Vista, CA 92084-9208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.784** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,800.00**

Jay Walters
407 Lake Oliver Dr
Enterprise, AL 36330-1440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.785** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,904.00**

Jean Reinert
1400 Napper Dr
Greensboro, NC 27455-9320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.786** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$816.00**

Jeana Wilcox
504 Nw Ashurst Pl
Lees Summit, MO 64081-2080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Procom America, LLC**
_____
Name

Case number (if known) **8:20-bk-03522**

| 3.787 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,560.00 |
|---|---|---|---|

**Jeanne Scott**
**329 Valencia St**
**Gulf Breeze, FL 32561-4031**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,650.00 |
|---|---|---|---|

**Jeff Held**
**995 River Rd**
**Mosinee, WI 54455**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,624.00 |
|---|---|---|---|

**Jeff Maddock**
**9727 Treyburn Ct**
**Ellicott City, MD 21042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.790 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,930.00 |
|---|---|---|---|

**Jeff Tryka**
**3609 Gordon Rd**
**Elkhart, IN 46516**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,240.00 |
|---|---|---|---|

**Jeff Vissichelli**
**42 Valley Road**
**Port Washington, NY 11050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|

**Jeffery  Gudmundson**
**1301 3rd Street**
**Estevan**
**Saskatchewan S4A 0S1**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.793 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,410.00 |
|---|---|---|---|

**Jeffery  Middleton**
**3 Tell Place**
**Edison, NJ 08817-4510**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.794** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,900.00**

Jeffery Clavier
31620 Meadows Ave
Madison Hts, MI 48071-5511

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.795** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,680.00**

Jeffery Kimbro
2382 Island Way
Little River, SC 29566

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.796** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00**

Jeffery Lester
1450 S Kihei Rd
Kihei, HI 96753-8156

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.797** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,011.00**

Jeffery Payne
446 Sussex
San Antonio, TX 78221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.798** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,520.00**

Jeffre Loewe
6502 Montevista Drive
Cincinnati, OH 45224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.799** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,350.00**

Jeffrey Adcock
1211 Caroline St Unit 1507
Houston, TX 77002-6938

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.800** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,400.00**

Jeffrey Anderson
748 Parkwood Ave
Park Ridge, IL 60068-2232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com |

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.801** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$580.00**

**Jeffrey Breiten**
**1665 Justin Ct**
**Redlands, CA 92374**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.802** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,950.00**

**Jeffrey Gray**
**708 Fairview Drive**
**Lexington, NC 27292**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.803** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,700.00**

**Jeffrey Holliday**
**234 Dogwood Dr**
**DE, OH 43015-2733**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.804** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$850.00**

**Jeffrey Hopkins**
**9570 Longmont Dr**
**Houston, TX 77063-1027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.805** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,650.00**

**Jeffrey Marquina**
**1604 Deep Point Road**
**Woolford, MD 21677**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.806** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00**

**Jeffrey Tompkins**
**1714 Target Ct**
**Houston, TX 77043-3505**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.807** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,100.00**

**Jennifer  Robinson**
**1024 Hawthorne Dr**
**Liberty, MO 64068-4339**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.808** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$337.00**

Jennifer  Vollmar
3917 Moorland Dr
Midland, MI 48640

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.809** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,950.00**

Jennifer Bredbenner
1312 River Tree Dr
Chester, VA 23836

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.810** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00**

Jennifer Dugent
45 Fort Mott Rd
Pennsville, NJ 08070-2726

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.811** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,800.00**

Jennifer Powell
17000 Woodview Cove
Oxford, MS 38655

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.812** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,645.00**

Jennifer Toth
76 Half Moon Bnd
Coronado, CA 92118-3232

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.813** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00**

Jennifer Whitehead
202 Royal Tower Way
Cary, NC 27513

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.814** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,200.00**

Jerel Nelsen
26147 130th St
Staples, MN 56479-3073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.815** | Nonpriority creditor's name and mailing address

**Jerome Johnson**
**07656 Valley Brook Rd**
**Boyne CIty, MI 49712**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ☒ No ☐ Yes

**$9,460.00**

---

**3.816** | Nonpriority creditor's name and mailing address

**Jerrold Preston Rashal**
**Po Box 1344**
**Mead, WA 99021-1344**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ☒ No ☐ Yes

**$2,313.00**

---

**3.817** | Nonpriority creditor's name and mailing address

**Jerry Bennett**
**14773 Windward Lane**
**Naples, FL 34114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ☒ No ☐ Yes

**$2,250.00**

---

**3.818** | Nonpriority creditor's name and mailing address

**Jerry Brackhahn**
**15936 Cinca Terra Dr**
**Austin, TX 78738**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ☒ No ☐ Yes

**$9,900.00**

---

**3.819** | Nonpriority creditor's name and mailing address

**Jerry Cooper**
**12514 Robert Walker Drive**
**Davidson, NC 28036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ☒ No ☐ Yes

**$9,900.00**

---

**3.820** | Nonpriority creditor's name and mailing address

**Jerry Hidahl**
**2116 Avenue L**
**Nederland, TX 77627-5436**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ☒ No ☐ Yes

**$6,958.00**

---

**3.821** | Nonpriority creditor's name and mailing address

**Jerry Middlemiss**
**3 Radcliffe Rd**
**Yardley, PA 19067-7317**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ☒ No ☐ Yes

**$4,500.00**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Procom America, LLC** | Case number *(if known)* | **8:20-bk-03522** |
|--------|-------------------------|--------------------------|-------------------|
| | Name | | |

---

| 3.822 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00** |
|---|---|---|---|

**Jerry Stratton**
**407 Sw Hickory Cir**
**Grimes, IA 50111-2168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   __customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,125.00** |
|---|---|---|---|

**Jerry W Amstutz**
**5006 Vandolah Road**
**Leo, IN 46765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   __customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49.00** |
|---|---|---|---|

**Jerry W.  Peyton**
**1086 Meeting Place**
**Chattanooga, TN 37421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   __customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.825 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,530.00** |
|---|---|---|---|

**Jerry Whetsell**
**5521 Galaxie Rd**
**Garland, TX 75044-4507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   __customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.826 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,416.00** |
|---|---|---|---|

**Jesse Turley**
**1412 Willow Ave**
**Louisville, KY 40204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   __customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00** |
|---|---|---|---|

**Jessica Allen**
**14560 Hunt Mountain Ln**
**Baker City, OR 97814-8186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   __customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,100.00** |
|---|---|---|---|

**Jesus Loza**
**2539 Se 13th St**
**Pompano Beach, FL 33062-7203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   __customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Procom America, LLC** | | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.829 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,410.00 |
|---|---|---|---|

**Jill Beechler**
Po Box 3293
San Dimas, CA 91773-7293

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $495.00 |
|---|---|---|---|

**Jill Collins**
4775 State Route 5
Vernon, NY 13476

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,795.00 |
|---|---|---|---|

**Jim  Leone**
19800 Sandpointe Bay Drive
Tequesta, FL 33469

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,600.00 |
|---|---|---|---|

**Jim Anderson**
1 Summit Ln
Bethel, CT 06801-3309

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|

**Jim Cottrell**
5675 Palms Rd
Casco, MI 48064-4506

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,400.00 |
|---|---|---|---|

**Jim Goethe**
10896 Rosebriar Dr
Union, KY 41091

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,624.00 |
|---|---|---|---|

**Jim Love**
7021 N Northlight Dr
Tucson, AZ 85741-2749

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.836** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,600.00**

**Jim Miller**
**1115 Helen Ct.**
**Boonville, IN 47601**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.837** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,600.00**

**Jim Morgan**
**601 Dunberry Dr**
**Arnold, MD 21012-2065**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.838** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,030.00**

**Jim Richard Connor**
**4947 Bright Leaf Court**
**Woodbridge, VA 22193-3208**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.839** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,100.00**

**Jim Richard Connor**
**4947 Bright Leaf Court**
**Woodbridge, VA 22193-3208**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.840** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,124.00**

**Jim Rosenwinkel**
**511 N. Gary Avenue**
**Wheaton, IL 60187**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.841** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,650.00**

**Jimmy Black**
**305 Kensington Dr**
**Morristown, TN 37814-3781**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.842** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,360.00**

**Jimmy L Beltz**
**1128 Lehigh St.**
**Kissimmee, FL 34744**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.843** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00**

Jimmy Moore
145 Billowing Sails St
Summerville, SC 29486

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.844** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,650.00**

Jo-ann Noort
3227 Ridge Rd
Lansing, IL 60438

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.845** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00**

Joan Herz
1810 Circle Drive
Rend, NV 89509

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.846** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,800.00**

Joan Johnston
10770 Janie Road
Boise, ID 83714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.847** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,600.00**

Joan Mcclure
12 Tamarack Ct.
Milford, NH 03055-3034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.848** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00**

Joan Ryskamp
3525 Eagle Bluff Dr Ne
Grand Rapids, MI 49525-4565

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.849** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,400.00**

Joan Vangunten
622 W Harrison St
Maumee, OH 43537-2028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.850**

**Nonpriority creditor's name and mailing address**
**Joann Taylor**
**2968 E Siebert Rd**
**Midland, MI 48642-7223**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No ☐ Yes

**$4,124.00**

---

**3.851**

**Nonpriority creditor's name and mailing address**
**Joanna Kepley**
**27 Sand Lake Road**
**Monticello, IL 61856**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No ☐ Yes

**$9,240.00**

---

**3.852**

**Nonpriority creditor's name and mailing address**
**Joanne Morin Hilton**
**32 Waterview Circle**
**East Hampton, CT 06424**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No ☐ Yes

**$12,490.00**

---

**3.853**

**Nonpriority creditor's name and mailing address**
**Jody Dobson**
**15900 Viking Warrior Dr**
**Westfield, IN 46074**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No ☐ Yes

**$3,850.00**

---

**3.854**

**Nonpriority creditor's name and mailing address**
**Joe  Brown**
**P O Box 1192**
**Lynn Haven, FL 32444**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No ☐ Yes

**$4,420.00**

---

**3.855**

**Nonpriority creditor's name and mailing address**
**Joe Florimonte**
**4595 Hidden Creek Ln**
**Myrtle Beach, SC 29579-4143**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No ☐ Yes

**$2,313.00**

---

**3.856**

**Nonpriority creditor's name and mailing address**
**Joe Price**
**512 Meadowbrook Rd**
**Richmond, IN 47374-5030**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No ☐ Yes

**$9,900.00**

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.857** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,450.00**

Joe Stahl
30 Farragut
Keedysville, MD 21756

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.858** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,240.00**

Joel  Adams
354 Bayside Dr
Saratoga Spgs, UT 84045-8149

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.859** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00**

Joel Gruber
5485 Pointe Tremble Rd
Algonac, MI 48001-4370

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.860** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,270.00**

Joel Hoffman
2061 Peach Tree Ln
Algonquin, IL 60102-5124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.861** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,475.00**

Joel Marshall Turner
P.O. Box 1011
Pine Valley, CA 91962

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.862** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,260.00**

Joel Michaud
315 Mountain Rd
Jaffrey, NH 03452-5923

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.863** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00**

Joeseph Wellborn III
1381 Riada Dr
New Braunfels, TX 78132-3301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com |

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.864** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,850.00**

**John  A. Hines**
**12227 Idalia St**
**Commerce City, CO 80603-6950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.865** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,900.00**

**John  Bourne**
**469 Lilac Ct**
**Grafton, WI 53024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.866** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,900.00**

**John  Krisanda**
**4168 Sighthill Ave**
**Powell, OH 43065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.867** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,650.00**

**John  Lay**
**2137 Kings Mill Ct.**
**Falls Church, VA 22043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.868** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,290.00**

**John Albert Doninger**
**14646 Braddock Oak Dr**
**Orlando, FL 32837-4951**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.869** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,650.00**

**John Anderson**
**8544 S Union Lake Dr. SE**
**Alexandria, MN 56308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.870** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,600.00**

**John Aronson**
**13917 N 75th Dr**
**Peoria, AZ 85381-4694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.871 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,062.00** |
|---|---|---|---|

**John Assumma**
**PO Box 401**
**8 Carriage Hse Rd**
**Waccabuc, NY 10597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.872 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$194.00** |
|---|---|---|---|

**John Bennett**
**6 Woodview Way**
**Hampton Bays, NY 11946-1113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,250.00** |
|---|---|---|---|

**John Boccuzzo**
**10 Grandview Dr**
**Newton, NJ 07860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.874 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,346.00** |
|---|---|---|---|

**John Burleson**
**1726 N Elderberry Ct**
**Newberg, OR 97132-1266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,700.00** |
|---|---|---|---|

**John Butler**
**4421 Shirley Ave**
**Jacksonville, FL 32210-2029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.876 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,650.00** |
|---|---|---|---|

**John Buza**
**250 Snow Canyon Dr.**
**Ivins, UT 84738-8473**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.877 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,500.00** |
|---|---|---|---|

**John C Romanowski**
**5 Spring Rd**
**Londonderry, NH 03053-2912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.878**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,800.00 |
|---|---|---|
| **John Chobot**<br>**3 Ditmar Blvd**<br>**White Hse Sta, NJ 08889-3739** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.879**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,400.00 |
|---|---|---|
| **John Clayton**<br>**7015 Clemson Drive**<br>**Dallas, TX 75214-7521** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.880**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|
| **John Conner**<br>**14026 Image Lake Ct**<br>**Fort Myers, FL 33907-1823** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.881**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,520.00 |
|---|---|---|
| **John DiLuccio**<br>**3555 Boliver Road**<br>**Fort Valley, VA 22652** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.882**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,312.00 |
|---|---|---|
| **John Dunleavy**<br>**3709 E Freda Cir**<br>**Sioux Falls, SD 57103-6558** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.883**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,400.00 |
|---|---|---|
| **John Dyckman**<br>**29 Skilton Ln**<br>**Burlington, MA 01803-2132** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.884**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,600.00 |
|---|---|---|
| **John Earl Kerr**<br>**5297 Bunker Hill Ct.**<br>**Loves Park, IL 61111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.885** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,010.00**

**John F Reid**
**4060 Calle Del Sol**
**Thousand Oaks, CA 91360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  <u>customer</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.886** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$600.00**

**John Fesler**
**320 23rd Street**
**Arlington, VA 22202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  <u>customer</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.887** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,270.00**

**John Forney**
**560 Chevy Chase Rd**
**Mansfield, OH 44907-1549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  <u>customer</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.888** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,805.00**

**John Forney**
**560 Chevy Chase Rd**
**Mansfield, OH 44907-1549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  <u>customer</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.889** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,400.00**

**John Francis**
**25920 Iris Ave**
**Moreno Valley, CA 92551-1658**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  <u>customer</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.890** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,770.00**

**John Fry**
**3011 Dexter Drive**
**Ellicott City, MD 21043-5118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  <u>customer</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.891** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,125.00**

**John Fulks**
**2193 Harvard Rd**
**Berkley, MI 48072-1749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  <u>customer</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Procom America, LLC** | | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|---|
| | Name | | | |

| 3.892 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,150.00 |
|---|---|---|---|
| | **John Gallagher**<br>**Po Box 691**<br>**Prospect, KY 40059-0691** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.893 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,930.00 |
|---|---|---|---|
| | **John Gilbert**<br>**3620 Montridge**<br>**Arlington, TX 76016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.894 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,645.00 |
|---|---|---|---|
| | **John Gilmore**<br>**10110 Owl Creek Rd**<br>**Cincinnati, OH 45252-1712** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.895 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|
| | **John Graber Sr**<br>**1445 W Abbott Ave**<br>**Milwaukee, WI 53221-3578** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.896 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,350.00 |
|---|---|---|---|
| | **John Grabon**<br>**49 Shearer Ave.**<br>**East Aurora, NY 14052-1620** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.897 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,400.00 |
|---|---|---|---|
| | **John Hagen**<br>**7018 Fire Tower R**<br>**Rhinelander, WI 54501-5450** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.898 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,650.00 |
|---|---|---|---|
| | **John Karnak**<br>**1105 Canyon View Rd**<br>**Northfield, OH 44067-2268** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

| 3.899 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $33,660.00 |
|---|---|---|---|

**John Kelly Goddard**
**PO Box 150128**
**Ogden, UT 84415**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  __customer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.900 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,800.00 |
|---|---|---|---|

**John Kemp**
**2371 High Lonesome Trl**
**Lafayette, CO 80026-9397**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  __customer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.901 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,650.00 |
|---|---|---|---|

**John Koehler**
**3016 E Lourdes Dr**
**Appleton, WI 54915-3937**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  __customer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.902 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,900.00 |
|---|---|---|---|

**John Laird**
**1990 1400 Rd S**
**Chester, MT 59522-1600**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  __customer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.903 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

**John Leither**
**910 Quail Cir**
**Brighton, CO 80601-7355**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  __customer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.904 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,800.00 |
|---|---|---|---|

**John Lesko**
**6624 Appleridge Dr**
**Boardman, OH 44512-5009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  __customer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.905 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,800.00 |
|---|---|---|---|

**John Lundy**
**255 Lummus Rd**
**Covington, GA 30016-5132**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  __customer__

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

| 3.906 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,872.00** |
|---|---|---|---|

**John Manning**
**9606 N 600th St**
**Robinson, IL 62456**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.907 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,250.00** |
|---|---|---|---|

**John Mason**
**4036 168th St**
**Flushing, NY 11358-2631**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.908 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,280.00** |
|---|---|---|---|

**John Mathieu**
**5 White Tail Way**
**Tolland, CT 06084**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.909 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,387.00** |
|---|---|---|---|

**John Maxfield**
**13601 Heathwood Ct**
**Raleigh, NC 27615**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,312.00** |
|---|---|---|---|

**John Metz**
**10230 Ne 76th Ave**
**Mitchellville, IA 50169**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,910.00** |
|---|---|---|---|

**John Miller**
**5303 E Twain Ave Spc 256**
**Las Vegas, NV 89122-4659**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00** |
|---|---|---|---|

**John Morgan**
**Po Box 988**
**Emory, VA 24327**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Procom America, LLC**                                                  Case number (if known)    **8:20-bk-03522**
        _____
        Name

| 3.913 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,850.00** |

**John Munn**
**625 Blue Point Dr**
**Wilmington, NC 28411-7360**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34.00** |

**John Nepsa**
**5463 Sweetshrub Ln**
**Indianapolis, IN 46268-3935**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.915 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,850.00** |

**John Nichols**
**3214 Talbot Way**
**Hamilton, NJ 08691-3398**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.916 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,104.00** |

**John Nitcy**
**683 Upland Drive**
**Sandpoint, ID 83864-8386**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,450.00** |

**John O'brien**
**1017 Tyson Ave**
**Philadelphia, PA 19111-4414**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.918 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,840.00** |

**John Oftebro**
**20911 Ne Novelty Hill Rd**
**Redmond, WA 98053-7602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,400.00** |

**John R Goodwin**
**2713 Chateau Way**
**Livermore, CA 94550-5746**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|---|
| | Name | | | |

| 3.920 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,800.00 |
|---|---|---|---|

**John Randby**
2248 Estates Dr
Eagan, MN 55122-4038

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.921 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,400.00 |
|---|---|---|---|

**John Ried**
1650 Cedar Lake Cr
Hernando, MS 38632-3863

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,480.00 |
|---|---|---|---|

**John Robert Shannon III**
10717 West 128th Place
Overland Park, KS 66213

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,900.00 |
|---|---|---|---|

**John Rootjes**
4353 239th Pl Se
Sammamish, WA 98029-7526

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.924 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,250.00 |
|---|---|---|---|

**John Santucci**
1223 Hillside Rd
Pasadena, MD 21122

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.925 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,060.00 |
|---|---|---|---|

**John Schuett**
1972 North County Road 42
Gibsonburg, OH 43431

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.926 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,900.00 |
|---|---|---|---|

**John Selby**
1911 E 1190 North Rd
Shelbyville, IL 62565-4114

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Procom America, LLC**                                              Case number (if known)    **8:20-bk-03522**
　　　　　Name

---

| 3.927 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,250.00 |

**John Shuman**
**3 Island View Lane**
**North Oaks, MN 55127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.928 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,450.00 |

**John Smith**
**1319 Myrtle Ave**
**Charlotte, NC 28203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,900.00 |

**John Sorcenelli**
**99 Cap'n Samadrus Road**
**Cotuit, MA 02635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.930 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,125.00 |

**John Stephen Colwell**
**17448 NE 40th Avenue**
**Redmond, WA 58052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,337.00 |

**John Stephens**
**3929 Park Meadow Ln**
**Bryan, TX 77802-5943**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,800.00 |

**John Thul**
**970 Stratford Rd**
**Mendota Hts, MN 55118-4249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.933 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,450.00 |

**John Tyson Chapman**
**15508 City Garden Lane**
**Prosper, TX 75078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Procom America, LLC**                                      Case number *(if known)*    **8:20-bk-03522**

Name

| 3.934 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,490.00 |
|---|---|---|---|

**John Ursillo**
**420 Saint St**
**Richland, WA 99354-2034**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,825.00 |
|---|---|---|---|

**John Verble**
**3028 Summercrest Trl**
**Antioch, TN 37013-1184**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,900.00 |
|---|---|---|---|

**John Vieau**
**2416 W Sycamore Ave**
**Oak Creek, WI 53154-1054**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,175.00 |
|---|---|---|---|

**John Wagner**
**6180 Wycliffe Way**
**Sacramento, CA 95831**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.938 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,900.00 |
|---|---|---|---|

**John Walker**
**3516 Eclipse Cir**
**Dubuque, IA 52003**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.939 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,900.00 |
|---|---|---|---|

**John Walsh**
**5320 Lake Mendota Drive**
**Madison, WI 53705**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,450.00 |
|---|---|---|---|

**John Williams**
**23 Glacier Dr**
**Howell, NJ 07731-9033**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.941** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,980.00**

Jon Botting
2600 Erie St
Racine, WI 53402-4416

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.942** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,320.00**

Jon Devoss
P.o. Box 1094
Dodge City, KS 67801

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.943** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,390.00**

Jon Fleurichamp
25299 Hoehn Rd
Sedro Woolley, WA 98284

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.944** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,680.00**

Jon R Van Cleave
5673 S 2950 W
Roy, UT 84067-1176

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.945** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$273.00**

Jon Strum
807 Country View Court SE
Stewartville, MN 55976

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.946** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,400.00**

Jonathan Gallo
1327 Middleford Road
Catonsville, MD 21228

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.947** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,600.00**

Jonathan Layton
33 Main St Apt 1
Centerbrook, CT 06409-1083

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

| 3.948 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,610.00** |
|---|---|---|---|

**Jonathan Toborowsky**
**316 Old Allerton Rd**
**Annandale, NJ 08801-3215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.949 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,400.00** |
|---|---|---|---|

**Joseph  Pribyl**
**1467 8th Ave Se**
**Forest Lake, MN 55025-2003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.950 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,650.00** |
|---|---|---|---|

**Joseph Bussen**
**1528 Uluhaku Pl Jr**
**Kailua, HI 96734-4461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.951 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,400.00** |
|---|---|---|---|

**Joseph Chernowski**
**107 Mcguire Rd**
**Woodbourne, NY 12788-5458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.952 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,320.00** |
|---|---|---|---|

**Joseph Conti**
**244 Bodge Hill Rd**
**Moultonborough, NH 03254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.953 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,800.00** |
|---|---|---|---|

**Joseph Jensen**
**Po Box 879**
**Tillamook, OR 97141-0879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.954 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,180.00** |
|---|---|---|---|

**Joseph Martin**
**8209 S Port Dr**
**West Chester, OH 45069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.955** | Nonpriority creditor's name and mailing address

**Joseph Olshefski**
**1932 Ssterling Trace Drive**
**Keller, TX 76248**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$10,560.00**

---

**3.956** | Nonpriority creditor's name and mailing address

**Joseph P Gill**
**2740 Arabian Dr.**
**Lake Havasu City, AZ 86404**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

**3.957** | Nonpriority creditor's name and mailing address

**Joseph Pietroburgo**
**3890 Bourbon St**
**Port Orange, FL 32129-6029**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,200.00**

---

**3.958** | Nonpriority creditor's name and mailing address

**Joseph Repshas**
**18445 Silent Dr**
**Macomb, MI 48042-6259**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$3,850.00**

---

**3.959** | Nonpriority creditor's name and mailing address

**Joseph Shearer**
**209 Yuchi Ct**
**Niceville, FL 32578**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$6,480.00**

---

**3.960** | Nonpriority creditor's name and mailing address

**Joseph Stanley**
**2611 Wellworth Way**
**W Friendship, MD 21794-9501**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,950.00**

---

**3.961** | Nonpriority creditor's name and mailing address

**Joseph Vanevenhoven**
**2622 W Palisades Dr**
**Menasha, WI 54952**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor  **Procom America, LLC**                                    Case number (if known)   **8:20-bk-03522**
_____
Name

---

| 3.962 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,800.00** |

**Joseph Whitaker III**
**1220 East 30th Street**
**Bldg 410**
**Sanford, FL 32773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.963 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,202.00** |

**Joseph Wilson**
**7484 E Horizon Way**
**Prescott Vly, AZ 86315-3438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.964 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00** |

**Joseph Wirt**
**2582 Norwood Creek Way**
**Powhatan, VA 23139-5244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.965 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,600.00** |

**Joshua Costello**
**17a Medley Place**
**Mount Pearl**
**Newfoundland A1N 3T5**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.966 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,950.00** |

**Joshua Costello**
**17a Medley Place**
**Mount Pearl**
**Newfoundland A1N 3T5**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.967 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |

**Joshua Frady**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.968 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,850.00** |

**Joshua Gramling**
**39208 5th Ave**
**Zephyrhills, FL 33542-7620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Procom America, LLC** | | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.969 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,480.00** |
|---|---|---|---|

**Joshua Hartmeyer**
**106 Ranch Meadow Ct**
**Aledo, TX 76008-4188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.970 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$560.00** |
|---|---|---|---|

**Joshua John**
**5752 W Cortaro Crossing Dr**
**Tucson, AZ 85742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.971 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,265.00** |
|---|---|---|---|

**Joyce Long**
**454 Anchorage Dr**
**Nokomis, FL 34275-3102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.972 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,900.00** |
|---|---|---|---|

**Joyce Roberts**
**1805 Yarmouth Lane**
**Mansfield, TX 76063-7606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.973 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,600.00** |
|---|---|---|---|

**Joyce Schulteis**
**7324 Midland Dr**
**Allenton, WI 53002-9400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.974 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,900.00** |
|---|---|---|---|

**Judith Ann Willig Walsh**
**121 Fox Hills Ln**
**North Bend, OH 45052-8001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.975 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,220.00** |
|---|---|---|---|

**Judith Anne Wilusz**
**1000 W. Walnut Drive**
**Kingman, IN 47952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Procom America, LLC**
_____
Name

Case number (if known)   **8:20-bk-03522**

---

| 3.976 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,600.00** |
|---|---|---|---|

**Judy Crovisier**
**831 Boyd Creek Rd**
**Mckinney, TX 75071**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.977 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,950.00** |
|---|---|---|---|

**Judy Mieding**
**5075 N. Bay Ridge Ave**
**Milwaukee, WI 53217**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.978 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,280.00** |
|---|---|---|---|

**Judy Milito**
**1133 Maplegrove Dr NW**
**Grand Rapids, MI 49504-3837**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.979 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,400.00** |
|---|---|---|---|

**Judy Pierce**
**1663 Kinglet Dr**
**Sparks, NV 89441-6801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.980 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,026.00** |
|---|---|---|---|

**Juli Bednarzyk**
**2107 Winding Lakes Dr**
**Plainfield, IL 60586-6602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.981 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,600.00** |
|---|---|---|---|

**Julian Levy**
**5060 W Running Brook Rd**
**Columbia, MD 21044-1537**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.982 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00** |
|---|---|---|---|

**Julie Blakely**
**2421 W. Co. Rd. 1270 N.**
**Muncie, IN 47303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.983** | Nonpriority creditor's name and mailing address

Julie Jones
2274 Bryton Dr
Powell, OH 43065-7433

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$9,900.00

---

**3.984** | Nonpriority creditor's name and mailing address

Julius E. Banzet IV
230 Plymouth Ave
Winston Salem, NC 27104-3026

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$4,500.00

---

**3.985** | Nonpriority creditor's name and mailing address

Justin Burnham
17520 Patronella Ave
Torrance, CA 90504

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$13,400.00

---

**3.986** | Nonpriority creditor's name and mailing address

Justin Gregory
2102 Challedon Way
Louisville, KY 40223-1237

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$4,860.00

---

**3.987** | Nonpriority creditor's name and mailing address

Justin Marchel
1310 Wedgewood Dr
Cleburne, TX 76033-4509

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$220.00

---

**3.988** | Nonpriority creditor's name and mailing address

Justus Hall
7718 Westbank Ave
Houston, TX 77064-8220

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$3,588.00

---

**3.989** | Nonpriority creditor's name and mailing address

Karen Dunn
16 Woodcrest Dr
Prospect, CT 06712-1840

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$4,124.00

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.990** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,900.00**

Karen Kohri
606 Falmouth Court
Sykesville, MD 21784

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.991** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,400.00**

Karen Lucas
208 Deep Run Rd.
Aiken, SC 29803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.992** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,000.00**

Karen Martinez
6115 Sw Bald Eagle Dr
Palm City, FL 34990-8863

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.993** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,200.00**

Karen Svetly
1017 Longo Dr
Soddy Daisy, TN 37379-2505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.994** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,200.00**

Karin Dearth
40 Plymouth Ave
Port Monmouth, NJ 07758-1552

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.995** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,400.00**

Karl Koza
84 Hillside Dr.
Taunton, MA 02780

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.996** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,200.00**

Karl Nelsen
2313 Essex Rd
Minnetonka, MN 55305-2254

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

| 3.997 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,600.00** |
|---|---|---|---|

**Karl Stamm**
**468 Kenny Dr**
**Sinking Spring, PA 19608-1960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.998 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,300.00** |
|---|---|---|---|

**Kat Cline**
**5108 Southwind Road**
**Greensboro, NC 27455-2231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.999 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,150.00** |
|---|---|---|---|

**Katherine Chappell**
**1344 Wynford Walk Sw**
**Marietta, GA 30064-3788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,849.00** |
|---|---|---|---|

**Katherine Kay Kriger**
**1403 Tara Ct.**
**College Sta, TX 77840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,400.00** |
|---|---|---|---|

**Katherine Kern**
**12701 182nd Ave SE**
**Snohomish, WA 98290-3605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00** |
|---|---|---|---|

**Katherine Lawless**
**17745 W Calistoga Dr**
**Surprise, AZ 85387-6439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,624.00** |
|---|---|---|---|

**Kathleen  Lamura**
**135 A Turtle Run Drive**
**Stratford, CT 06614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Procom America, LLC**
Name

Case number (if known)    **8:20-bk-03522**

---

| 3.100 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,550.00** |
| **Kathleen Roeder** | ☐ Contingent | |
| **3230 Canterbury Ln** | ☐ Unliquidated | |
| **Fallston, MD 21047-1119** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.100 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,750.00** |
| **Kathleen Anderson** | ☐ Contingent | |
| **3826 Ryan Road** | ☐ Unliquidated | |
| **De Pere, WI 54115** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.100 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,900.00** |
| **Kathleen Duncan** | ☐ Contingent | |
| **18616 Wolf Creek Dr** | ☐ Unliquidated | |
| **Edmond, OK 73012** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.100 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,620.00** |
| **Kathleen Finnegan** | ☐ Contingent | |
| **219 N Middletown Rd Apt D** | ☐ Unliquidated | |
| **Pearl River, NY 10965-1128** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.100 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,800.00** |
| **Kathleen Gibson** | ☐ Contingent | |
| **32 Woodland Ave** | ☐ Unliquidated | |
| **Blue Point, NY 11715** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.100 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,387.00** |
| **Kathleen Kirkland-Saults** | ☐ Contingent | |
| **330 Thornberg Dr** | ☐ Unliquidated | |
| **Tallahassee, FL 32312** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.101 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,840.00** |
| **Kathleen Manulkin** | ☐ Contingent | |
| **11141 Meads** | ☐ Unliquidated | |
| **Orange, CA 92869-2114** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **Procom America, LLC**
_____
Name

Case number (if known) **8:20-bk-03522**

---

| 3.101 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,400.00** |
|---|---|---|---|

**Kathleen Payne**
**9749 Silverleaf Dr**
**N Royalton, OH 44133-3175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$640.00** |
|---|---|---|---|

**Kathleen Strittmatter**
**326 Evergreen Drive**
**Brick, NJ 08723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,150.00** |
|---|---|---|---|

**Kathleen Wallace**
**2821 Morningside Dr**
**Crown Point, IN 46307-8144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,260.00** |
|---|---|---|---|

**Kathryn  Pruett**
**8739 Lafayette Ave**
**Kansas City, KS 66109-1940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,500.00** |
|---|---|---|---|

**Kathryn Bartel**
**185 Shadowbend Dr**
**Wheeling, IL 60090-3151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,560.00** |
|---|---|---|---|

**Kathryn Dindia**
**7639 Valley Brook Ave**
**Boyne City, MI 49712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,900.00** |
|---|---|---|---|

**Kathryn J Williams**
**2616 Clover Glen Dr**
**Edmond, OK 73013-2842**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Procom America, LLC**
_____
Name

Case number (if known) **8:20-bk-03522**

---

| 3.101 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,686.00 |
|---|---|---|---|

**Kathryn Renay Thommen**
**9936 White Blossom Blvd**
**Louisville, KY 40241-4164**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,660.00 |
|---|---|---|---|

**Kathy Berglund**
**6722 Fescue St**
**Portage, MI 49024-3365**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,100.00 |
|---|---|---|---|

**Kathy Briggs**
**1210 N. State St.**
**Jennings, LA 70546**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,904.00 |
|---|---|---|---|

**Kathy Hosten**
**3787 Old Elm Dr Se**
**Kentwood, MI 49512-9571**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,750.00 |
|---|---|---|---|

**Kathy Mccormac**
**1016 Tiverton Road**
**Mechanicsburg, PA 17050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,676.00 |
|---|---|---|---|

**Kathy Mckinley**
**1318 Fordtown Rd**
**Jonesborough, TN 37659-3204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,950.00 |
|---|---|---|---|

**Kay Ann Laughlin**
**4450 Nelson Dr**
**Broomfield, CO 80023-9599**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Procom America, LLC**
Name

Case number (if known)   **8:20-bk-03522**

---

| 3.102 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kayla Burbank**
**6940 Craig Ave**
**Inver Grove, MN 55076-2200**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

$9,240.00

---

| 3.102 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Keith Ballentine**
**6335 9th Vw**
**Fayetteville, PA 17222-9229**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

$5,280.00

---

| 3.102 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Keith Bushey**
**595 Old Sierra Madre Ave**
**Azusa, CA 91702**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

$6,000.00

---

| 3.102 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Keith Erickson**
**4940 Anderson Rd**
**Hermantown, MN 55811-1757**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

$15,510.00

---

| 3.102 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Keith Foote**
**8 E Pine St**
**Selinsgrove, PA 17870-1998**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

$3,010.00

---

| 3.103 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kelli Leydecker**
**3166 Valley Green Ln**
**Napa, CA 94558**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

$10,500.00

---

| 3.103 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kelly Cappellini**
**318 Point Fosdick Place NW**
**Gig Harbor, WA 98335**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

$4,500.00

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor __**Procom America, LLC**_____     Case number (if known) __**8:20-bk-03522**__
        Name

| 3.103 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,350.00** |
|---|---|---|---|

**Kelly L. Stewart**
**3623 Campstool Rd**
**Cheyenne, WY 82007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,280.00** |
|---|---|---|---|

**Kelly Rodgers**
**2612 Calico Creek Dr**
**N Little Rock, AR 72116-7638**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,900.00** |
|---|---|---|---|

**Ken Buchanan**
**327 Ridgewood Dr**
**Clinton, TN 37716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,700.00** |
|---|---|---|---|

**Ken Dorian**
**10253 Spicebrush Dr**
**Dublin, OH 43064**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,126.00** |
|---|---|---|---|

**Kenneth Albert Rosenwinkel**
**303 Vernon Avenue**
**Wheaton, IL 60187**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,930.00** |
|---|---|---|---|

**Kenneth Bench**
**308 Medley Court**
**Vine Grove, KY 40175**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,450.00** |
|---|---|---|---|

**Kenneth Brown**
**1050 S Riverwood Drive**
**Wabash, IN 46992**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

| 3.103 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,500.00** |
|---|---|---|---|

**Kenneth Cramer**
**2327 W Butler Dr**
**Phoenix, AZ 85021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,560.00** |
|---|---|---|---|

**Kenneth Doan**
**20507 Atascocita Shores Dr**
**Humble, TX 77346-1629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,025.00** |
|---|---|---|---|

**Kenneth Henning**
**8915 McGuire Rd**
**Belgrade, MT 59714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,666.00** |
|---|---|---|---|

**Kenneth Herdliska**
**1695 Ridge Rd**
**Iowa City, IA 52245-1628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,400.00** |
|---|---|---|---|

**Kenneth Lowe**
**26915 Cr 406**
**Fresno, OH 43824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,400.00** |
|---|---|---|---|

**Kenneth Macdonald**
**162 Church Hill Rd**
**Graniteville, VT 05654-8023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,900.00** |
|---|---|---|---|

**Kenneth Maher**
**450 Sherbrooke Court**
**Venice, FL 34293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor __**Procom America, LLC**_____     Case number (if known) __**8:20-bk-03522**__
                    Name

---

| 3.104 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,400.00** |

**Kenneth Meade**
**PO Box 7000**
**Ketchum, ID 83343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __**customer**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,950.00** |

**Kenneth Merle Purvis**
**2509 Crooked Trail Road**
**Chula Visit, CA 91914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __**customer**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,220.00** |

**Kenneth Molinaro**
**1840 E 75th Ave**
**Denver, CO 80229-6515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __**customer**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,240.00** |

**Kenneth Morris**
**105 Marlin Drive**
**Merritt Island, FL 32952-5118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __**customer**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,240.00** |

**Kenneth Staab**
**2291 Nw 69th Ct**
**Ft Lauderdale, FL 33309-1450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __**customer**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,600.00** |

**Kenneth Tennies**
**N5158 Christberg Rd**
**Jefferson, WI 53549-9713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __**customer**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,300.00** |

**Kenneth Upleger**
**9200 Park Blvd Apt 102**
**Seminole, FL 33777-4135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __**customer**__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.105
3**

**Nonpriority creditor's name and mailing address**

**Kenneth Woodruff
E2635 Lietke Lane
Chaseburg, WI 54621**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,950.00**

---

**3.105
4**

**Nonpriority creditor's name and mailing address**

**Kenneth Young
2543 Becker Rd
Highland, IL 62249-3039**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$10,700.00**

---

**3.105
5**

**Nonpriority creditor's name and mailing address**

**Kent Jefferies
20990 Highland Creek Dr
Leesburg, VA 20175**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,900.00**

---

**3.105
6**

**Nonpriority creditor's name and mailing address**

**Kent Randall
8955 Old Highland Drive
Brecksville, OH 44141**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,250.00**

---

**3.105
7**

**Nonpriority creditor's name and mailing address**

**Kerry Townsend
7951 Etiwanda Ave
Rch Cucamonga, CA 91739-9173**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,188.00**

---

**3.105
8**

**Nonpriority creditor's name and mailing address**

**Kevin  King
2899 Castle Commons
Newburgh, IN 47630**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,900.00**

---

**3.105
9**

**Nonpriority creditor's name and mailing address**

**Kevin  Lynch
73 East George Ave
Pearl River, NY 10965**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,930.00**

---

Debtor **Procom America, LLC**
_____
Name

Case number (if known)   **8:20-bk-03522**

| 3.106 0 | Nonpriority creditor's name and mailing address | | $8,100.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin  Mcginty**
**P.O. Box 310**
**Yorktown, VA 23690-0310**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**Nonpriority creditor's name and mailing address**

**Kevin David Ray**
**53 Meadow Road**
**Newfields, NH 03856**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$495.00

---

**Nonpriority creditor's name and mailing address**

**Kevin Eastham**
**2281 Belmont Dr**
**Anchorage, AK 99517-1355**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$15,500.00

---

**Nonpriority creditor's name and mailing address**

**Kevin Eveker**
**13617 Rockingham Lane**
**Gainesville, VA 20155-2015**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,450.00

---

**Nonpriority creditor's name and mailing address**

**Kevin Flowers**
**Po Box 306 / 720 W Union St**
**Munfordville, KY 42765-4276**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$5,600.00

---

**Nonpriority creditor's name and mailing address**

**Kevin Gerry**
**1408 Lorne Street**
**Regina**
**Saskatchewan S4R 2K4**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,800.00

---

**Nonpriority creditor's name and mailing address**

**Kevin Jones**
**2600 2nd Ave Apt 210**
**Seattle, WA 98121-1228**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$4,420.00

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.106 7**

**Nonpriority creditor's name and mailing address**
**Kevin Lindburg**
**501 E 9th St**
**Stromsburg, NE 68666-4021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

**3.106 8**

**Nonpriority creditor's name and mailing address**
**Kevin O'Brien**
**134**
**Armour Cres**
**Ontario L9K 1R9**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,600.00**

---

**3.106 9**

**Nonpriority creditor's name and mailing address**
**Kim  Goodrum**
**23308**
**Hempstead, TX 77445**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

**3.107 0**

**Nonpriority creditor's name and mailing address**
**Kim Berard**
**1237 Layard Ave**
**Racine, WI 53402-4532**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$7,980.00**

---

**3.107 1**

**Nonpriority creditor's name and mailing address**
**Kim Conover**
**300 Kofmehl Dr**
**Holstein, IA 51025-5057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

**3.107 2**

**Nonpriority creditor's name and mailing address**
**Kim Riester**
**101 Freedom Lane**
**Sewickley, PA 15143**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,925.00**

---

**3.107 3**

**Nonpriority creditor's name and mailing address**
**Kimber Sandberg**
**1525 E Noble Ave**
**Visalia, CA 93292-3043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$8,700.00**

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.107 4**

**Nonpriority creditor's name and mailing address**

**Kimberly Robinson**
**Po Box 1132**
**Macclenny, FL 32063-1132**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,950.00**

---

**3.107 5**

**Nonpriority creditor's name and mailing address**

**Kimberly Sorbello**
**2831 Seine Ave**
**Davis, CA 95616**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,300.00**

---

**3.107 6**

**Nonpriority creditor's name and mailing address**

**Kirk Danley**
**31562 County Road 53**
**Greeley, CO 80631-9639**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$795.00**

---

**3.107 7**

**Nonpriority creditor's name and mailing address**

**Kristen Addison**
**2085 Westmere Drive**
**Plainfield, IN 46168**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$594.00**

---

**3.107 8**

**Nonpriority creditor's name and mailing address**

**Kristi Corral**
**301 Wedmore Ct**
**Roseville, CA 95747**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,062.00**

---

**3.107 9**

**Nonpriority creditor's name and mailing address**

**Kristi Francis**
**224 Zachary Ln**
**Hubert, NC 28539-4541**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$6,880.00**

---

**3.108 0**

**Nonpriority creditor's name and mailing address**

**Kristie Copeland**
**143 J W Miller Farm Rd**
**Minden, LA 71055-7928**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$25,400.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Procom America, LLC**
_____
Name

Case number (if known) **8:20-bk-03522**

---

| 3.108 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$9,240.00** |
|---|---|---|---|

**Kristina Klotz**
**S76w25735 Prairieside Dr**
**Waukesha, WI 53189-6903**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$9,900.00** |
|---|---|---|---|

**Kristine Pitts**
**6524 Timpanogos Way**
**Taylorsville, UT 84129**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$5,475.00** |
|---|---|---|---|

**Kurt Bielefeldt**
**566 Renee Dr**
**Joppa, MD 21085**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$5,000.00** |
|---|---|---|---|

**Kurt Bielefeldt**
**566 Renee Dr**
**Joppa, MD 21085**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,129.00** |
|---|---|---|---|

**Larry  Ross**
**4515 Southampton Blvd**
**Garland, TX 75043-7231**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$5,550.00** |
|---|---|---|---|

**Larry Brown**
**5041 Bainbridge Court**
**Lilburn, GA 30047**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$8,500.00** |
|---|---|---|---|

**Larry Cohen**
**10 Neds Way**
**Wappingers Falls, NY 12590**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|---|
| | Name | | | |

---

**3.108 8**

**Nonpriority creditor's name and mailing address**

**Larry Grimes**
**4319 S Clark Ave**
**Tampa, FL 33611**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No  ☐ Yes

**$9,900.00**

---

**3.108 9**

**Nonpriority creditor's name and mailing address**

**Larry Grubbs**
**204 Jill Loop**
**Ruston, LA 71270**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No  ☐ Yes

**$9,900.00**

---

**3.109 0**

**Nonpriority creditor's name and mailing address**

**Larry Himmerich**
**4750 Hwy 11**
**Ashley, ND 58413-9360**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No  ☐ Yes

**$4,703.00**

---

**3.109 1**

**Nonpriority creditor's name and mailing address**

**Larry Kaye**
**1 Singing Hills Rd**
**Alamo, CA 94507-2659**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No  ☐ Yes

**$4,400.00**

---

**3.109 2**

**Nonpriority creditor's name and mailing address**

**Larry McHam**
**1148 Simpson Dr**
**Hurst, TX 76053-4558**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No  ☐ Yes

**$5,600.00**

---

**3.109 3**

**Nonpriority creditor's name and mailing address**

**Larry Palmer**
**PO Box 8172**
**Montgomery, AL 36110**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No  ☐ Yes

**$5,600.00**

---

**3.109 4**

**Nonpriority creditor's name and mailing address**

**Larry Schwartzman**
**210 Midsummer Circle**
**Gaithersburg, MD 20878**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No  ☐ Yes

**$5,610.00**

---

Debtor __**Procom America, LLC**_____     Case number (if known) __**8:20-bk-03522**__
      Name

| 3.109 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.00 |
|---|---|---|---|

**3.109 5**

**Nonpriority creditor's name and mailing address**
**Larry Selinker**
**525 East 72nd Street,**
**New York, NY 10021**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$659.00**

---

**3.109 6**

**Nonpriority creditor's name and mailing address**
**Larry Tafelski**
**3507 Havenhurst Blvd**
**Toledo, OH 43614**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$6,050.00**

---

**3.109 7**

**Nonpriority creditor's name and mailing address**
**Larry Thueme**
**921 Belle River road**
**East China, MI 48054**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,250.00**

---

**3.109 8**

**Nonpriority creditor's name and mailing address**
**Larry Wheeler**
**10217 Thicket Point Way**
**Tampa, FL 33647**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$10,296.00**

---

**3.109 9**

**Nonpriority creditor's name and mailing address**
**Lauren Bauer**
**1002 Wexbury Rd**
**Louisville, KY 40222**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,250.00**

---

**3.110 0**

**Nonpriority creditor's name and mailing address**
**Laurie Della Porta**
**3348 Cambria Ave**
**Madera, CA 93637**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,950.00**

---

**3.110 1**

**Nonpriority creditor's name and mailing address**
**Laurie Kocher**
**5319 E Gelding Dr**
**Scottsdale, AZ 85254-2917**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$21,120.00**

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.110 2**

**Nonpriority creditor's name and mailing address**

**Lavern Bischoff**
**2114 Wychwood St.**
**Toledo, OH 43613**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,650.00**

---

**3.110 3**

**Nonpriority creditor's name and mailing address**

**Lawrence Breiten**
**8138 Making Memories Pl**
**Las Vegas, NV 89131-1545**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$273.00**

---

**3.110 4**

**Nonpriority creditor's name and mailing address**

**Lawrence Meathe**
**33876 Blue Heron**
**Solon, OH 44139**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$10,560.00**

---

**3.110 5**

**Nonpriority creditor's name and mailing address**

**Lawrence Sitkiewicz**
**7n300 Il Route 31**
**South Elgin, IL 60177-9764**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$16,700.00**

---

**3.110 6**

**Nonpriority creditor's name and mailing address**

**Lawson Shelton Jr**
**2740 Fawnwick Drive**
**Henrico, VA 23231-2323**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$9,900.00**

---

**3.110 7**

**Nonpriority creditor's name and mailing address**

**Leah Lord**
**671 State Highway 206**
**Greene, NY 13778-4109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

**3.110 8**

**Nonpriority creditor's name and mailing address**

**Leanne Marso**
**3718 Stonebridge Dr**
**Madison, WI 53719-6225**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,450.00**

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

| 3.110 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,930.00** |

**Lee Danner**
**3611 Swift Creek**
**Kingwood, TX 77339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,439.00** |

**Lee Fischer**
**8329 E Van Buren Drive**
**Pittsburgh, PA 15237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,840.00** |

**Leesa Mouw**
**Po Box 19715**
**San Diego, CA 92159-0715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17.00** |

**Leland Broussard**
**2319 Duplechin Ln**
**Lake Charles, LA 70611-4434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,700.00** |

**Leonard Lee Klompus**
**Po Box 2119**
**Ewa Beach, HI 96805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,650.00** |

**Leonard Mark Gudmundson**
**613 George Street**
**Estevan**
**Saskatchewan S4A 1L8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00** |

**Les Starnes**
**1219 E California St**
**Gainesville, TX 76240-4301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.111
6**

**Nonpriority creditor's name and mailing address**

**Leslie Julich**
**5563 Meadow Grass Circle Se**
**Cedar Rapids, IA 52403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$9,900.00

---

**3.111
7**

**Nonpriority creditor's name and mailing address**

**Lewis Shuler**
**102 Sandy Beach Drive**
**Prosperity, SC 29127-7632**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,800.00

---

**3.111
8**

**Nonpriority creditor's name and mailing address**

**Liam Miller**
**1169 Alamo Ct**
**Tecumseh, MI 49286-9709**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$4,500.00

---

**3.111
9**

**Nonpriority creditor's name and mailing address**

**Linda  Austin**
**511 W 9th St**
**Bloomsburg, PA 17815-1781**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$4,800.00

---

**3.112
0**

**Nonpriority creditor's name and mailing address**

**Linda Baba**
**197 Medio Drive**
**St Augustine, FL 32095**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$7,340.00

---

**3.112
1**

**Nonpriority creditor's name and mailing address**

**Linda Bergen**
**2354 11 1/4 Ave**
**Cameron, WI 54822-4414**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$4,800.00

---

**3.112
2**

**Nonpriority creditor's name and mailing address**

**Linda Eisenhauer**
**4023 Cattail Ct**
**Appleton, WI 54913-9697**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$10,560.00

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Procom America, LLC** _____   Case number (if known) **8:20-bk-03522**
Name

---

| 3.112 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,400.00 |

**Linda Hammerschmitt**
**3913 Highland Park Dr**
**Greenwood, IN 46143-8228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,124.00 |

**Linda Johnson**
**114 Raleigh Street**
**Fuquay Varina, NC 27526-2227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,124.00 |

**Linda Kunz**
**228 Gilbert Ave Sw**
**Madelia, MN 56062-1246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |

**Linda Lehman**
**8145 Hidden Forest Dr**
**Holland, OH 43528-8286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,600.00 |

**Linda MacKissock**
**75 Stagecoach Rd**
**Fredericksbrg, VA 22405-6032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,370.00 |

**Linda Maguire**
**452 Arabian Colt Dr**
**Georgetown, TX 78626-5828**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,400.00 |

**Linda Millburn**
**38397 Welsh Dr**
**Prairieville, LA 70769-3848**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Procom America, LLC**
_____
Name

Case number (if known)    **8:20-bk-03522**

---

| 3.113 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,560.00** |

**Linda Poznauskis**
**58 Meadow Dr**
**Hanover, MA 02339-2850**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,845.00** |

**Linda Purdo**
**1011 Brooks Ln**
**Delray Beach, FL 33483-6507**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00** |

**Linda Riggin**
**4930 Thomas Long Rd**
**Crisfield, MD 21817-2660**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,125.00** |

**Linda Sherrod**
**573 Highway 133**
**Russellville, AL 35653-7209**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,280.00** |

**Linda Sorrick**
**PO Box 93**
**Sterling, AK 99672**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,410.00** |

**Linda Stratman**
**3122 Gracefield Rd Apt 319**
**Silver Spring, MD 20904-5804**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,600.00** |

**Linda Swick**
**3764 S Depew St**
**Denver, CO 80235**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.113 7**

**Nonpriority creditor's name and mailing address**

**Lindsay Anne Gibbs-Crouch**
**101 Cedar Ave**
**Pearl River, NY 10965**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,017.00**

---

**3.113 8**

**Nonpriority creditor's name and mailing address**

**Linn Duesterbeck**
**N754 Waubunsee Trail**
**Fort Atkinson, WI 53538**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$9,900.00**

---

**3.113 9**

**Nonpriority creditor's name and mailing address**

**Lisa  Applegate**
**355 Old Mill Ct**
**Fayetteville, GA 30214-4512**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$5,280.00**

---

**3.114 0**

**Nonpriority creditor's name and mailing address**

**Lisa Bergenstock**
**38 Delaware Ave**
**Lewistown, PA 17044-2403**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$6,660.00**

---

**3.114 1**

**Nonpriority creditor's name and mailing address**

**Lisa Brown**
**802 N 6th Ave**
**Wausau, WI 54401-2831**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,850.00**

---

**3.114 2**

**Nonpriority creditor's name and mailing address**

**Lisa Dale**
**429 Anacapa Drive**
**Roseville, CA 95678-9567**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$5,062.00**

---

**3.114 3**

**Nonpriority creditor's name and mailing address**

**Lisa Gillin**
**409 Dennis St**
**Adrian, MI 49221-3331**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,650.00**

---

Debtor __**Procom America, LLC**__
Name

Case number (if known) __**8:20-bk-03522**__

---

| 3.114 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,241.00** |

**Lisa Hillyer**
**1825 28th Court So.**
**La Crosse, WI 54601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,365.00** |

**Lisa Shields**
**1435 Foxhill Rd.**
**Naperville, IL 60563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,125.00** |

**Lizbeth Fitzgerald**
**655 Oak Street**
**Roselle, IL 69172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,800.00** |

**Llewellyn Pedersen**
**2209 W 45th**
**Casper, WY 82604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,930.00** |

**Lloyd Scott**
**Po Box 1786**
**Boone, NC 28607-1786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,800.00** |

**Lois Engel**
**271 White Rd**
**Yakima, WA 98901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$17,600.00** |

**Lona Belden**
**3524 Clubhouse Dr**
**Edinburg, TX 78542-3297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

**Page 166 of 285**

Best Case Bankruptcy

| Debtor | **Procom America, LLC** | Case number *(if known)* | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.115**
**1**

**Nonpriority creditor's name and mailing address**
**Loren Steinkamp**
**963 Dennler Dr**
**Alleman, IA 50007**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,800.00

---

**3.115**
**2**

**Nonpriority creditor's name and mailing address**
**Lori Jones**
**21549 No Wake Ave**
**Wilmington, IL 60481-1080**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$9,372.00

---

**3.115**
**3**

**Nonpriority creditor's name and mailing address**
**Lorne Ottway**
**2 Campbell Cres. S.e.**
**Medicine Hat**
**Albert T1B 1J8**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$17,040.00

---

**3.115**
**4**

**Nonpriority creditor's name and mailing address**
**Lorraine Husok**
**3400 Pinewood Rd**
**North Huntingdon, PA 15642**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$10,400.00

---

**3.115**
**5**

**Nonpriority creditor's name and mailing address**
**Lou Hoffman**
**3804 Glen Canyon Rd., Ne**
**Albuquerque, NM 87111**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$3,830.00

---

**3.115**
**6**

**Nonpriority creditor's name and mailing address**
**Louis Hubbard III**
**829 Winwood Drive**
**Virginia Beach, VA 23451**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,400.00

---

**3.115**
**7**

**Nonpriority creditor's name and mailing address**
**Louis Kovar**
**2047 Pritchard Point Dr**
**Navarre, FL 32566-3007**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$8,072.00

---

Debtor __**Procom America, LLC**_____      Case number (if known) __**8:20-bk-03522**__
             Name

| | |
|---|---|
| **3.115 8** | |

**Nonpriority creditor's name and mailing address**
**Louis Pelletteri II**
**1313 Colony Rd**
**Metairie, LA 70003**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**customer**__

Is the claim subject to offset? ■ No ☐ Yes

$5,600.00

---

| **3.115 9** | |

**Nonpriority creditor's name and mailing address**
**Ltc(p) Patricia Baker**
**2000 70th St W**
**Inver Grove, MN 55077-2232**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**customer**__

Is the claim subject to offset? ■ No ☐ Yes

$4,500.00

---

| **3.116 0** | |

**Nonpriority creditor's name and mailing address**
**Luann Edwards**
**124 Dakota Trail**
**Mount Airy, NC 27030**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**customer**__

Is the claim subject to offset? ■ No ☐ Yes

$4,500.00

---

| **3.116 1** | |

**Nonpriority creditor's name and mailing address**
**Lucinda Magee**
**1540 S Arch**
**Aransas Pass, TX 78336**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**customer**__

Is the claim subject to offset? ■ No ☐ Yes

$11,880.00

---

| **3.116 2** | |

**Nonpriority creditor's name and mailing address**
**Lydia Bandy**
**1569 Hughes Shop Road**
**Westminster, MD 21158-2115**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**customer**__

Is the claim subject to offset? ■ No ☐ Yes

$6,010.00

---

| **3.116 3** | |

**Nonpriority creditor's name and mailing address**
**Lyle Sass**
**1103 Fairview Dr**
**Blair, NE 68008-1313**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**customer**__

Is the claim subject to offset? ■ No ☐ Yes

$4,800.00

---

| **3.116 4** | |

**Nonpriority creditor's name and mailing address**
**Lyman Spaulding**
**2500 E Warren Ave**
**Denver, CO 80210-4823**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**customer**__

Is the claim subject to offset? ■ No ☐ Yes

$4,175.00

---

Debtor __**Procom America, LLC**_____    Case number (if known) __**8:20-bk-03522**__
　　　　　Name

| 3.116 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,700.00** |

**Lynn Anderson**
**3740 Burton Lane**
**Denver, NC 28037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,900.00** |

**Lynn Puckett**
**3211 W Morrison Ave**
**Tampa, FL 33629-5229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,124.00** |

**Lynne Abramovich**
**3925 Clover Hill**
**Akron, OH 44333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,800.00** |

**Magdalene Gonski**
**156 Moore Street**
**Philadelphia, PA 19148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Mailchip.com**
**675 Ponce De Leon Ave NE**
**Suite 5000**
**Atlanta, GA 30308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,950.00** |

**Mann Davis**
**277 Bell St**
**Whittier, NC 28789-8339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00** |

**Manuel De Anda**
**1050 Amito St**
**Berkeley, CA 94705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.117 2**

**Nonpriority creditor's name and mailing address**

**Manuela Jenkins**
**1743 N 74th Place**
**Mesa, AZ 48207**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,050.00**

---

**3.117 3**

**Nonpriority creditor's name and mailing address**

**Marc Trundle**
**631 Highwood Dr**
**Cuyahoga Fls, OH 44223-2787**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$5,930.00**

---

**3.117 4**

**Nonpriority creditor's name and mailing address**

**Marc Williams**
**301 La Cuesta Dr**
**Scotts Valley, CA 95066-4714**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$9,900.00**

---

**3.117 5**

**Nonpriority creditor's name and mailing address**

**Marcia Grant**
**12 Holly Hill Rd**
**Asheville, NC 28803-3125**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,800.00**

---

**3.117 6**

**Nonpriority creditor's name and mailing address**

**Marcia Napier**
**1242 White Pine St**
**San Antonio, TX 78232-3447**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,950.00**

---

**3.117 7**

**Nonpriority creditor's name and mailing address**

**Marcia Smith**
**18 Falconcrest Lane**
**Orchard Park, NY 14127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

**3.117 8**

**Nonpriority creditor's name and mailing address**

**Marcie Richey**
**Po Box 1403**
**Albany, OR 97321-0548**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$3,920.00**

---

Debtor __**Procom America, LLC**_____    Case number (if known) __**8:20-bk-03522**__
         Name

---

**3.117 9**

**Nonpriority creditor's name and mailing address**
**Margaret Lobb**
**2643 Hollybrook**
**Findlay, OH 45840-4083**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**customer**__

Is the claim subject to offset? ■ No ☐ Yes

**$9,900.00**

---

**3.118 0**

**Nonpriority creditor's name and mailing address**
**Margaret Morris**
**5611 N Washington Blvd**
**Arlington, VA 22205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**customer**__

Is the claim subject to offset? ■ No ☐ Yes

**$2,450.00**

---

**3.118 1**

**Nonpriority creditor's name and mailing address**
**Margaret Weilert**
**342 S Erie St**
**Wichita, KS 67211-2121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**customer**__

Is the claim subject to offset? ■ No ☐ Yes

**$2,175.00**

---

**3.118 2**

**Nonpriority creditor's name and mailing address**
**Margi Borgman**
**9 Arrow Cove**
**Lake Waynoka, OH 45172**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**customer**__

Is the claim subject to offset? ■ No ☐ Yes

**$980.00**

---

**3.118 3**

**Nonpriority creditor's name and mailing address**
**Margie Climer**
**2120 Pearl Ln**
**Irving, TX 75060-7335**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**customer**__

Is the claim subject to offset? ■ No ☐ Yes

**$3,920.00**

---

**3.118 4**

**Nonpriority creditor's name and mailing address**
**Marianne Olson**
**2412 44th St**
**Des Moines, IA 50310-3503**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**customer**__

Is the claim subject to offset? ■ No ☐ Yes

**$4,800.00**

---

**3.118 5**

**Nonpriority creditor's name and mailing address**
**Marie Fisk**
**111 Woodcrest Ave**
**Morton, IL 61550-3105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**customer**__

Is the claim subject to offset? ■ No ☐ Yes

**$9,900.00**

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

| 3.118 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,100.00** |
|---|---|---|---|

**Marie JaKob**
**83 Carlton Ct.**
**Williamsburg, VA 23185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,800.00** |
|---|---|---|---|

**Marie Joers**
**1019 Autumn Dr**
**West Bend, WI 53090-5432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,330.00** |
|---|---|---|---|

**Marie Roberts**
**7625 South Addison Way**
**Aurora, CO 80016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00** |
|---|---|---|---|

**Marilyn Clark**
**5475 Cr 267**
**Brownwood, TX 76802-7680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,960.00** |
|---|---|---|---|

**Marilyn Saltus**
**55 E 72nd St Apt 13n**
**New York, NY 10021-4176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,405.00** |
|---|---|---|---|

**Marine Mcguire**
**1261 Dakota Drive**
**Jupiter, FL 33458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,860.00** |
|---|---|---|---|

**Mario Boenzi**
**11881 Wyeth Dr**
**Cerritos, CA 90703-6824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Procom America, LLC**
Name

Case number (if known)  **8:20-bk-03522**

---

| 3.119 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |

**Mario King**
**3299 Valley View Rd**
**Sharpsville, PA 16150-9289**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,900.00 |

**Mark Block**
**10430 Steeplechase Run Ln**
**Manassas, VA 20110-6928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,200.00 |

**Mark Eucker**
**515 Green St**
**Rockton, IL 61072-2227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,900.00 |

**Mark Cisco**
**521 S. Walnut St**
**New Bremen, OH 45869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,925.00 |

**Mark Dispenza**
**3547 Millbrook Dr**
**Baton Rouge, LA 70816-0925**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,840.00 |

**Mark Doyle**
**93 Stoneridge Rd**
**Ponca City, OK 74604-3418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,904.00 |

**Mark Fields**
**2637 Virgie Ct**
**Loveland, OH 45140-1503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.120 0**

**Nonpriority creditor's name and mailing address**
**Mark Gordon**
**1677 Saint Helens St**
**Saint Helens, OR 97051-1742**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,650.00**

---

**3.120 1**

**Nonpriority creditor's name and mailing address**
**Mark Hertelendy**
**Po Box 2347**
**Easton, MD 21601-8945**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$12,000.00**

---

**3.120 2**

**Nonpriority creditor's name and mailing address**
**Mark Hoven**
**7135 Lionshead Pkwy**
**Littleton, CO 80124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$495.00**

---

**3.120 3**

**Nonpriority creditor's name and mailing address**
**Mark Itson**
**4602 Martinique Way**
**Coconut Creek, FL 33066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,660.00**

---

**3.120 4**

**Nonpriority creditor's name and mailing address**
**Mark Mays**
**229 Cardinal Ln**
**Grand Island, NY 14072-1989**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$9,000.00**

---

**3.120 5**

**Nonpriority creditor's name and mailing address**
**Mark Ogino**
**318 Leopard Rd**
**Berwyn, PA 19312-1814**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$6,439.00**

---

**3.120 6**

**Nonpriority creditor's name and mailing address**
**Mark Richman**
**11 Manor Ct**
**Edison, NJ 08817-2974**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$5,610.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

| 3.120 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,500.00** |

**Mark Saunders**
**1522  Blockford Court East**
**Tallahassee, FL 32317**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.120 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,674.00** |

**Mark Svenningsen**
**38 San Pica Way**
**Goleta, CA 93117-1203**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.120 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,950.00** |

**Mark Vitali**
**1830 Chandler Ave**
**Saint Charles, IL 60174**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.121 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,580.00** |

**Mark Zimmerman**
**931 Bracken Trail**
**Nashville, TN 37214-4420**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.121 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,500.00** |

**Marla Cleland**
**601 Hillandale Drive**
**Steeleville, IL 62288-6228**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.121 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,900.00** |

**Marlene Mendonsa**
**9591 W Oakridge Dr**
**St. John, IN 46373-9205**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.121 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,475.00** |

**Marsha Potts**
**15925 Jasmine Avenue**
**Ivanhoe, CA 93235-1759**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Procom America, LLC** | | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|---|
| | Name | | | |

---

**3.121 4**

**Nonpriority creditor's name and mailing address**

**Marsha Ressler**
**75 Route 4 E**
**River Edge, NJ 07661**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No  ☐ Yes

**$10,560.00**

---

**3.121 5**

**Nonpriority creditor's name and mailing address**

**Martha Alexander**
**1468 Brianwood Rd**
**Decatur, GA 30033-1741**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No  ☐ Yes

**$6,980.00**

---

**3.121 6**

**Nonpriority creditor's name and mailing address**

**Martha Meraz**
**3206 W Louisiana ave.**
**Midland, TX 79701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No  ☐ Yes

**$5,100.00**

---

**3.121 7**

**Nonpriority creditor's name and mailing address**

**Martin Brown**
**8455 Offenhauser Dr Apt 1613**
**Reno, NV 89511-1761**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No  ☐ Yes

**$6,000.00**

---

**3.121 8**

**Nonpriority creditor's name and mailing address**

**Martin Rodgers**
**14 Brookside Ct**
**Lititz, PA 17543-7618**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No  ☐ Yes

**$4,124.00**

---

**3.121 9**

**Nonpriority creditor's name and mailing address**

**Mary Abbott**
**9801 W 105th Ter**
**Overland Park, KS 66212-5632**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No  ☐ Yes

**$4,500.00**

---

**3.122 0**

**Nonpriority creditor's name and mailing address**

**Mary Burton**
**10404 Brookmont Dr**
**Henrico, VA 23233-2521**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No  ☐ Yes

**$4,320.00**

---

Debtor __**Procom America, LLC**_____  Case number (if known) __**8:20-bk-03522**__
　　　　　Name

| 3.122 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,400.00** |
|---|---|---|---|

**Mary Chambers**
**11700 240th Ave**
**Spirit Lake, IA 51360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,125.00** |
|---|---|---|---|

**Mary Colwell**
**1873 N Livorno Way**
**Eagle, ID 83616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,050.00** |
|---|---|---|---|

**Mary Devine-Giese**
**8421 5th Ave**
**Almond, WI 54909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,950.00** |
|---|---|---|---|

**Mary Ellen  Ferolito**
**17 Harriman Ave**
**Reading, MA 01867-2416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,950.00** |
|---|---|---|---|

**Mary Ellen Germanotta**
**6034 N. Park Rd.**
**Glendale, WI 53217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,975.00** |
|---|---|---|---|

**Mary Enzweiler**
**567 Palmer Court**
**Crestview Hills, KY 41017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,365.00** |
|---|---|---|---|

**Mary Hart**
**2255 311th St**
**Decorah, IA 52101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __**Procom America, LLC**__                                   Case number (if known) __8:20-bk-03522__
                Name

| 3.122 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,500.00 |

**Mary Jane Stephenson**
**118 Academy Street**
**Shiloh, NJ 08353**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,850.00 |

**Mary Jeanette Brody**
**22420 Columbia Glacier Loop**
**Eagle River, AK 99577**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,142.00 |

**Mary Kay Unkelbach**
**1064 Emilys Walk Ln E**
**Jacksonville, FL 32221**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,850.00 |

**Mary Lavin**
**19 Linden Street**
**Selden, NY 11784**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,400.00 |

**Mary Lou Field**
**6 Lighthouse Ln Apt 915**
**Hilton Head, SC 29928-7260**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,900.00 |

**Mary Mullikin**
**2301 6 and 20 Rd**
**Pendleton, SC 29670**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,240.00 |

**Mary Rossell**
**9855 County Road 4 Se**
**Atwater, MN 56209-9623**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Procom America, LLC**
_____
Name

Case number (if known) **8:20-bk-03522**

---

| 3.123 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,484.00** |
|---|---|---|---|

**Mary Starns**
**765 Touchstone Ln**
**Roseburg, OR 97471-9821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00** |
|---|---|---|---|

**Mary Walsh**
**2100 Pine Thicket Ct**
**Bedford, TX 76021-2545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,900.00** |
|---|---|---|---|

**Mary Weightman**
**2830 Rustic Lane**
**N Fort Meyers, FL 33917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,900.00** |
|---|---|---|---|

**Mary Whatley**
**1004 Barkley Dr**
**Birmingham, AL 35242-4668**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,800.00** |
|---|---|---|---|

**Mary Whatley**
**1004 Barkley Dr**
**Birmingham, AL 35242-4668**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,400.00** |
|---|---|---|---|

**Marylynn Doletzky**
**9570 Fleming Rd**
**Dexter, MI 48130-8577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$950.00** |
|---|---|---|---|

**Matt Frye**
**596 Knollwood Rd**
**Severna Park, MD 21146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Procom America, LLC**
_____
Name

Case number (if known)  **8:20-bk-03522**
_____

| 3.124 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$2,250.00** |
|---|---|---|---|

**Matthew Chapman**
**3 Booth Dr**
**Campbell Hall, NY 10916-3033**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$29,700.00** |
|---|---|---|---|

**Matthew Dixon**
**1041 Neal Crest Cir**
**Spring Hill, TN 37174-3717**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$2,650.00** |
|---|---|---|---|

**Matthew Donoghue**
**1205 Batchelor Rd**
**Apex, NC 27523**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$9,081.00** |
|---|---|---|---|

**Matthew Hjelseth**
**2512 64th Ave S**
**Fargo, ND 58104-7400**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$2,200.00** |
|---|---|---|---|

**Matthew Nelsen**
**3022 31st St S**
**Fargo, ND 58103-6134**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$337.00** |
|---|---|---|---|

**Matthew Riesenberg**
**3800 Wood Trail Dr**
**Mason, OH 45040-9567**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$9,240.00** |
|---|---|---|---|

**Maureen Brennan**
**634 Rita Dr**
**River Vale, NJ 07675-6415**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.124 9**

**Nonpriority creditor's name and mailing address**

**Meagan Stevenson**
**28060 Bay Berry ST**
**Romulus, MI 48174**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,300.00**

---

**3.125 0**

**Nonpriority creditor's name and mailing address**

**Megan Allaire**
**1777 Pepperdale Dr**
**Rowland Hghts, CA 91748-3222**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$91.00**

---

**3.125 1**

**Nonpriority creditor's name and mailing address**

**Megan Evans**
**523 Hecht Dr**
**Madison Hts, MI 48071**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,600.00**

---

**3.125 2**

**Nonpriority creditor's name and mailing address**

**Melissa Walker**
**6738 Codell St**
**Navarre, FL 32566-8133**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$8,248.00**

---

**3.125 3**

**Nonpriority creditor's name and mailing address**

**Melody Crowder**
**2620 Robin Rd**
**Salina, KS 67401**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$10,050.00**

---

**3.125 4**

**Nonpriority creditor's name and mailing address**

**Melvin Lester**
**3987 Evergreen Dr**
**Pulaski, VA 24301-6973**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$11,220.00**

---

**3.125 5**

**Nonpriority creditor's name and mailing address**

**Merle Stout**
**226 Seahorse Cir SE**
**Palm Bay, FL 32909**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,250.00**

---

Debtor    **Procom America, LLC**
_____
Name

Case number (if known)    **8:20-bk-03522**
_____

---

| 3.125<br>6 | **Nonpriority creditor's name and mailing address**<br>**Merta  Kimbro**<br>**2382 Island Way**<br>**Little River, SC 29566** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,400.00 |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125<br>7 | **Nonpriority creditor's name and mailing address**<br>**Michael  Ayres**<br>**4334 Saleeby Way**<br>**Fayetteville, NC 28306** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,930.00 |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125<br>8 | **Nonpriority creditor's name and mailing address**<br>**Michael  Kennedy**<br>**205 Gwynn Road**<br>**Lebanon, TN 37090** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,700.00 |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125<br>9 | **Nonpriority creditor's name and mailing address**<br>**Michael Adcock**<br>**7 Stoneridge Cir**<br>**Texarkana, TX 75503-1460** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,350.00 |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126<br>0 | **Nonpriority creditor's name and mailing address**<br>**Michael Barron**<br>**6619 Haughton Dr**<br>**Spring, TX 77389-5257** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,560.00 |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126<br>1 | **Nonpriority creditor's name and mailing address**<br>**Michael Bayer**<br>**318 N Maple Dr.**<br>**Beverly Hills, CA 90210-3846** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $109.00 |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126<br>2 | **Nonpriority creditor's name and mailing address**<br>**Michael Boeldt**<br>**2381 Arugula Dr**<br>**North Port, FL 34289-3428** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,500.00 |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor __**Procom America, LLC**_____   Case number (if known) __**8:20-bk-03522**__
　　　　　　Name

| 3.126 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,320.00** |
|---|---|---|---|

**Michael Brown**
**3919 Lockwood Ave**
**Toledo, OH 43612-1212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:　__**customer**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,900.00** |
|---|---|---|---|

**Michael Budzynski**
**2386 Northcreek Rd.**
**Lakeview, NY 14085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:　__**customer**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,500.00** |
|---|---|---|---|

**Michael Capriola**
**108 Kenwood Drive**
**Bohemia, NY 11716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:　__**customer**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,040.00** |
|---|---|---|---|

**Michael Charles Zynczenko**
**598 Cliff St**
**Ridgewood, NJ 07450-1604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:　__**customer**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,400.00** |
|---|---|---|---|

**Michael Chruszczak**
**67 W Honey Grove Pl**
**The Woodlands, TX 77382-1649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:　__**customer**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,700.00** |
|---|---|---|---|

**Michael Cook**
**3737 NW 66th Pl**
**Gainesville, FL 32653-0870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:　__**customer**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,200.00** |
|---|---|---|---|

**Michael DeJonge**
**1260 Beckwith Ave Ne**
**Grand Rapids, MI 49505-5808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:　__**customer**__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com　　　　　　　　　　　　Best Case Bankruptcy

Debtor __**Procom America, LLC**_____     Case number (if known)    **8:20-bk-03522**
        Name

| | | |
|---|---|---|
| 3.127 0 | **Nonpriority creditor's name and mailing address**<br>**Michael DiPilato**<br>**327 Barbara St**<br>**Staten Island, NY 10306-1801**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$22,200.00** |

| | | |
|---|---|---|
| 3.127 1 | **Nonpriority creditor's name and mailing address**<br>**Michael Eubanks**<br>**3793 Ermine Dr**<br>**Chino Hills, CA 91709**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,500.00** |

| | | |
|---|---|---|
| 3.127 2 | **Nonpriority creditor's name and mailing address**<br>**Michael Farrell**<br>**31 Oberlin St**<br>**Maplewood, NJ 07040-2801**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,450.00** |

| | | |
|---|---|---|
| 3.127 3 | **Nonpriority creditor's name and mailing address**<br>**Michael Fink**<br>**PO Box 110540**<br>**Cleveland, OH 04411**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,680.00** |

| | | |
|---|---|---|
| 3.127 4 | **Nonpriority creditor's name and mailing address**<br>**Michael French**<br>**PO BOX 1073**<br>**Belfair, WA 98528**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,200.00** |

| | | |
|---|---|---|
| 3.127 5 | **Nonpriority creditor's name and mailing address**<br>**Michael Frost**<br>**56 Warwick Rd**<br>**Little Rock, AR 72205-1545**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,211.00** |

| | | |
|---|---|---|
| 3.127 6 | **Nonpriority creditor's name and mailing address**<br>**Michael Furnstahl**<br>**1320 Lylewood Pkwy**<br>**Carver, MN 55315-4544**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$360.00** |

| Debtor | **Procom America, LLC** | Case number *(if known)* | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.127 7**

**Nonpriority creditor's name and mailing address**
**Michael Giese**
**6912 County Road T**
**Oshkosh, WI 54904-9600**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,525.00**

---

**3.127 8**

**Nonpriority creditor's name and mailing address**
**Michael Gonzales**
**14091 Sunset Dr**
**Whittier, CA 90602-2657**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$3,850.00**

---

**3.127 9**

**Nonpriority creditor's name and mailing address**
**Michael Grainger**
**248 King Davids  Ct**
**Franklin, TN 37067**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$3,340.00**

---

**3.128 0**

**Nonpriority creditor's name and mailing address**
**Michael Grainger**
**248 King Davids  Ct**
**Franklin, TN 37067**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,850.00**

---

**3.128 1**

**Nonpriority creditor's name and mailing address**
**Michael Hinckley**
**30063 Nys Route 3**
**Black River, NY 13612-2093**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$3,850.00**

---

**3.128 2**

**Nonpriority creditor's name and mailing address**
**Michael Holloman**
**122 Washington Harbour**
**Washington, NC 27889**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,250.00**

---

**3.128 3**

**Nonpriority creditor's name and mailing address**
**Michael Iannone**
**8673 Bader Rd**
**Elk Grove, CA 95624-9347**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,950.00**

---

Debtor   **Procom America, LLC**
_____
Name

Case number (*if known*)   **8:20-bk-03522**

---

| 3.128 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,500.00** |

**Michael Irwin**
**2543 Lakeshore Blvd West**
**Etobicoke**
**Ontario M8V 1E5**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,950.00** |

**Michael J Syzdek**
**30006 Paprika Road**
**Campo, CA 91906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,320.00** |

**Michael Jacobs**
**Po Box 1067**
**Lynnwood, WA 98046-1067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,950.00** |

**Michael Kerr**
**1100 Hinckley**
**Alpena, MI 49707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,450.00** |

**Michael LaLonde**
**5307 Myrtle Dr**
**Fort Pierce, FL 34982-3888**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,900.00** |

**Michael Leblanc**
**2932 Oakgrove Ave**
**St Augustine, FL 32092-3677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,500.00** |

**Michael Mannarelli**
**10 Ridgeland Rd**
**Smithfield, RI 02917-4042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Procom America, LLC**
_____
Name

Case number (if known)   **8:20-bk-03522**

| 3.129 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,250.00 |
|---|---|---|---|

**Michael Martin**
**40 North Boom Road**
**Strathadam**
**New Brunswick E1V 4H4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,916.00 |
|---|---|---|---|

**Michael Metzger**
**16 Dearborn St**
**Asheville, NC 28803-2697**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,800.00 |
|---|---|---|---|

**Michael Natonski**
**513 E Saddlebrook Ln**
**Vernon Hills, IL 60061-6006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,950.00 |
|---|---|---|---|

**Michael Neltner**
**1805 Timber Lane**
**Burlington, KY 41006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,400.00 |
|---|---|---|---|

**Michael Obrien**
**33 Danker Ave**
**Albany, NY 12206-1215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,062.00 |
|---|---|---|---|

**Michael Pieper**
**101 Oldefield Farms**
**Enfield, CT 06082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,839.00 |
|---|---|---|---|

**Michael Quigley**
**4550 Lower Park Rd**
**Orlando, FL 32814-3281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Procom America, LLC**
          Name                                          Case number (if known)    **8:20-bk-03522**

---

| 3.129 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,630.00 |
|---|---|---|---|

**Michael Quigley**
**4550 Lower Park Rd**
**Orlando, FL 32814-3281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,900.00 |
|---|---|---|---|

**Michael Ryan**
**861 Bridgeton Ln**
**Perrysburg, OH 43551-3208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,480.00 |
|---|---|---|---|

**Michael Scanlon**
**1105 Saint Annes Way**
**West Chester, PA 19382-2306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,280.00 |
|---|---|---|---|

**Michael Schwendeman**
**931 Shriver Cir**
**Lake Mary, FL 32746-4941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,560.00 |
|---|---|---|---|

**Michael Steinour**
**313 Indian Creek Dr**
**Mechanicsburg, PA 17050-2529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,050.00 |
|---|---|---|---|

**Michael Tessier**
**738 Harrison Drive**
**Gettysburg, PA 17325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,040.00 |
|---|---|---|---|

**Michael Thomas**
**3309 Silver Hill Road**
**Kingman, AZ 86401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|---|
| | Name | | | |

---

**3.130 5**

**Nonpriority creditor's name and mailing address**

**Michael Urodzinski**
**25 Lawrence Ave**
**Stanhope, NJ 07874**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,138.00**

---

**3.130 6**

**Nonpriority creditor's name and mailing address**

**Michael W  Casey**
**11 Laurelwood Dr**
**Covington, LA 70433-4727**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$11,200.00**

---

**3.130 7**

**Nonpriority creditor's name and mailing address**

**Michael Walter**
**231 N. Circulo Robel**
**Anaheim, CA 92807-2330**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$540.00**

---

**3.130 8**

**Nonpriority creditor's name and mailing address**

**Michael Werner**
**11629 Starbottle Ct**
**Gold River, CA 95670-7614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$110.00**

---

**3.130 9**

**Nonpriority creditor's name and mailing address**

**Michael Whitaker**
**621 5th Ave N Apt 409**
**Seattle, WA 98109-4265**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,950.00**

---

**3.131 0**

**Nonpriority creditor's name and mailing address**

**Michael White**
**42 Twin Lakes Cir**
**Martinsburg, WV 25405-5752**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,850.00**

---

**3.131 1**

**Nonpriority creditor's name and mailing address**

**Michael Willcox**
**1425 Riverpark Pkwy**
**Dayton, NV 89403-6343**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,290.00**

---

| | |
|---|---|
| Debtor | **Procom America, LLC** |
| | Name |

Case number (if known)  **8:20-bk-03522**

---

| 3.131 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,040.00 |
|---|---|---|---|

**Michael Zynczenko**
**35 Hiawatha Ct.**
**Midland Park, NJ 07432-1005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,400.00 |
|---|---|---|---|

**Michele Giroir**
**1311 Harris Creek Rd**
**Mc Gregor, TX 76657-9519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,026.00 |
|---|---|---|---|

**Michele Moffitt**
**155 N El Camino Real**
**San Mateo, CA 94401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,900.00 |
|---|---|---|---|

**Michelle Lane**
**12382 Huckleberry Ct**
**Rch Cucamonga, CA 91739-1523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,760.00 |
|---|---|---|---|

**Michelle Schafersman**
**1770 County Road G**
**Hooper, NE 68031-2130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $229.11 |
|---|---|---|---|

**Microsoft**
**One Microsoft Way**
**Redmond, WA 98052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,800.00 |
|---|---|---|---|

**Mike Jahnke**
**4002 Sunset Dr**
**North Platte, NE 69101-0323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.131 9**

**Nonpriority creditor's name and mailing address**

**Mike Kuhne**
**2251 Caravan Pl**
**Melbourne, FL 32940-7280**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$4,900.00

---

**3.132 0**

**Nonpriority creditor's name and mailing address**

**Mike Magee**
**1506 Wilshire Blvd**
**Austin, TX 78722-1130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$5,600.00

---

**3.132 1**

**Nonpriority creditor's name and mailing address**

**Mike McCrary**
**4354 Roy Rd**
**Shreveport, LA 71107-2421**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$182.00

---

**3.132 2**

**Nonpriority creditor's name and mailing address**

**Mike Shoulders**
**175 Holly Ave**
**Carthage, TN 37030-3703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$4,950.00

---

**3.132 3**

**Nonpriority creditor's name and mailing address**

**Mike Skiest**
**768 W Tallow Tree Ave**
**Queen Creek, AZ 85140-8514**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,475.00

---

**3.132 4**

**Nonpriority creditor's name and mailing address**

**Mike Strama**
**5148 S Massasoit Ave**
**Chicago, IL 60638-1506**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$5,600.00

---

**3.132 5**

**Nonpriority creditor's name and mailing address**

**Mike Watt**
**Psc 812**
**Fpo Ae, NY 09627**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,550.00

---

| Debtor | **Procom America, LLC** | Case number *(if known)* | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.132 6**

**Nonpriority creditor's name and mailing address**
**Milton  Gartzke**
**N8974 Ridge Lane**
**Watertown, WI 53094-9603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$10,734.00**

---

**3.132 7**

**Nonpriority creditor's name and mailing address**
**Milton Guerra**
**320 Fleetwood Dr**
**San Antonio, TX 78232-2114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,800.00**

---

**3.132 8**

**Nonpriority creditor's name and mailing address**
**Miranda  Guardino**
**9313 Chippewa Trl**
**Kelseyville, CA 95451-9625**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$62.00**

---

**3.132 9**

**Nonpriority creditor's name and mailing address**
**Mitchell Sowell**
**24 Timberidge Drive**
**North Augusta, SC 29860-9724**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$5,600.00**

---

**3.133 0**

**Nonpriority creditor's name and mailing address**
**Monte Shadwick**
**709 Highland Ave**
**Salina, KS 67401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,725.00**

---

**3.133 1**

**Nonpriority creditor's name and mailing address**
**Nan Principe Crockett**
**11842 Cash Smith Rd**
**Keymar, MD 21757-8304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,620.00**

---

**3.133 2**

**Nonpriority creditor's name and mailing address**
**Nancy Beard**
**34 Turnberry Ln**
**Chillicothe, OH 45601-1100**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,800.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor __Procom America, LLC_____    Case number (if known) __8:20-bk-03522__
       Name

---

| 3.133 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,900.00 |
|---|---|---|---|

**Nancy Garcia**
**8106 Winding Oak Ln**
**Spring, TX 77379-4559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,900.00 |
|---|---|---|---|

**Nancy Habjan**
**12800 90th Ave**
**Seminole, FL 33776-2537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,685.00 |
|---|---|---|---|

**Nancy Lyons**
**269 Twin Fawn Dr**
**Hanover, MA 02339-2237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $522.00 |
|---|---|---|---|

**Nancy O'Bryan**
**9737 Sauer Ln**
**Owensboro, KY 42301-8419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,900.00 |
|---|---|---|---|

**Nancy Reiter**
**1010 Donnick St**
**Minonk, IL 61760-1120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,120.00 |
|---|---|---|---|

**Nancy Starling Ross**
**225 Big Bear Rd**
**Mosca, CO 81146-9778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,900.00 |
|---|---|---|---|

**Natalie Haybron**
**2726 Vineland Trail**
**Beavercreek, OH 45430-1821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Procom America, LLC**
_____
Name

Case number (if known)  **8:20-bk-03522**

---

| 3.134 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,700.00** |
|---|---|---|---|

**Natasha Perkins**
**403 Roland St Sw**
**Vienna, VA 22180-6230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,900.00** |
|---|---|---|---|

**Nathan Gill**
**6179 Fairmount Rd**
**Newark, OH 43056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,240.00** |
|---|---|---|---|

**Nathan Gray**
**718 W 109th St S**
**Jenks, OK 74037-9009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,450.00** |
|---|---|---|---|

**Nathan Lutz**
**5055 Waterhaven Dr**
**Noblesville, IN 46062-6846**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,640.00** |
|---|---|---|---|

**Nathaniel Norcross**
**94 Fieldstone Dr**
**Portsmouth, RI 02871-2252**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,250.00** |
|---|---|---|---|

**Ned Baxter  Ennis**
**403 Las Gaviotas Blvd.**
**Chesapeake, VA 23322**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,400.00** |
|---|---|---|---|

**Neil Fasnacht**
**733 Linden Road**
**Hershey, PA 17033**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __**Procom America, LLC**_____   Case number (if known) __**8:20-bk-03522**__
            Name

---

**3.134 7**

**Nonpriority creditor's name and mailing address**
**Nelson Mumma Jr**
**1522 Chicadee Ct.**
**Marietta, GA 30062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**customer**__

Is the claim subject to offset? ■ No ☐ Yes

$7,360.00

---

**3.134 8**

**Nonpriority creditor's name and mailing address**
**Nicholas  Sudano**
**40 Carpenter Ave**
**Sea Cliff, NY 11579**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**customer**__

Is the claim subject to offset? ■ No ☐ Yes

$2,800.00

---

**3.134 9**

**Nonpriority creditor's name and mailing address**
**Nicholas Behm**
**5041 Morse Ave**
**Skokie, IL 60077-3511**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**customer**__

Is the claim subject to offset? ■ No ☐ Yes

$2,800.00

---

**3.135 0**

**Nonpriority creditor's name and mailing address**
**Nicholas Haapala**
**2501 2nd Ave E**
**Hibbing, MN 55746-2201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**customer**__

Is the claim subject to offset? ■ No ☐ Yes

$2,950.00

---

**3.135 1**

**Nonpriority creditor's name and mailing address**
**Nick Didonna**
**3 Millstone Dr**
**Grafton, MA 01519-0339**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**customer**__

Is the claim subject to offset? ■ No ☐ Yes

$10,560.00

---

**3.135 2**

**Nonpriority creditor's name and mailing address**
**Nick Schuit**
**2556 E 1900 North Rd**
**Sheldon, IL 60966-9367**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**customer**__

Is the claim subject to offset? ■ No ☐ Yes

$9,800.00

---

**3.135 3**

**Nonpriority creditor's name and mailing address**
**Nicole Bail**
**165 Rittburn Ln**
**Saint Johns, FL 32259-8478**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**customer**__

Is the claim subject to offset? ■ No ☐ Yes

$9,240.00

---

Debtor    **Procom America, LLC**          Case number (*if known*)    **8:20-bk-03522**

Name

---

**3.135 4**

**Nonpriority creditor's name and mailing address**

**Nils Carlson**
**426 Danbury Circle**
**Vacaville, CA 95687**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,650.00**

---

**3.135 5**

**Nonpriority creditor's name and mailing address**

**Nolan Gunnell**
**2476 W 6800 S**
**Wellsville, UT 84339-9393**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$18,000.00**

---

**3.135 6**

**Nonpriority creditor's name and mailing address**

**Nolan Jaros**
**3787 Old Elm Dr Se**
**Kentwood, MI 49512-9571**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,202.00**

---

**3.135 7**

**Nonpriority creditor's name and mailing address**

**Norman Krimbill**
**11100 Glengate Circle**
**Highlands Rch, CO 80130-6977**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$4,153.00**

---

**3.135 8**

**Nonpriority creditor's name and mailing address**

**Norman Shaw**
**1120 Winding Way Drive**
**Knoxville, TN 37923-3792**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,250.00**

---

**3.135 9**

**Nonpriority creditor's name and mailing address**

**Norman Warren Jr**
**1902 Saddlebrook Dr**
**Murfreesboro, TN 37129-6699**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$850.00**

---

**3.136 0**

**Nonpriority creditor's name and mailing address**

**Oma Graves**
**481 Saddle Horn Dr**
**Bandera, TX 07800**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,040.00**

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.136 1**

**Nonpriority creditor's name and mailing address**
**Ora Main**
**4269 Watertrace Dr**
**Lexington, KY 40515**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$13,365.00**

---

**3.136 2**

**Nonpriority creditor's name and mailing address**
**Orlando Spero**
**9450 Century Oaks Ln**
**Elk Grove, CA 95758-3621**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,420.00**

---

**3.136 3**

**Nonpriority creditor's name and mailing address**
**Oscar Guzman**
**3706 Pleasant Ave**
**Odessa, TX 79764**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,100.00**

---

**3.136 4**

**Nonpriority creditor's name and mailing address**
**Owen Johnson**
**15791 Beau Ridge Dr**
**Woodbridge, VA 22193**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,400.00**

---

**3.136 5**

**Nonpriority creditor's name and mailing address**
**Pam Helfert**
**Po Box 259**
**Morro Bay, CA 93443-0259**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,270.00**

---

**3.136 6**

**Nonpriority creditor's name and mailing address**
**Pamela  Rawdon**
**12300 Apache Ave**
**Savannah, GA 31419**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$659.00**

---

**3.136 7**

**Nonpriority creditor's name and mailing address**
**Pamela  Westfoster**
**255 N Sacramento St**
**Orange, CA 92867-7835**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,346.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor __**Procom America, LLC**_____     Case number (if known) __**8:20-bk-03522**__
       Name

---

| 3.136 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,950.00** |
|---|---|---|---|

**Pamela Browning**
**433 26th St Se**
**Huron, SD 57350-2009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,900.00** |
|---|---|---|---|

**Pamela Strunk**
**1288 N Riverline Drive**
**Oconomowoc, WI 53066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,690.00** |
|---|---|---|---|

**Pamela Thompson**
**12714 Pebble Creek Ln**
**Cypress, TX 77429-3654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,840.00** |
|---|---|---|---|

**Pamla Byrum**
**7608 Calle Cerca**
**Bakersfield, CA 93309-7135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,248.00** |
|---|---|---|---|

**Patricia A. Winchester**
**103 Miles Mahone**
**Williamsburg, VA 23188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,900.00** |
|---|---|---|---|

**Patricia Biancolli**
**14308 Oak Meadow Rd**
**Baldwin, MD 21013-9604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,700.00** |
|---|---|---|---|

**Patricia Cleveland**
**1309 Christopher Ct**
**Downingtown, PA 19335-3565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.137 5**

**Nonpriority creditor's name and mailing address**

**Patricia Elliott**
**1327 Minnehaha Ave E**
**St Paul, MN 55106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,732.00**

---

**3.137 6**

**Nonpriority creditor's name and mailing address**

**Patricia Pinson**
**4400 S Quebec St Apt X201**
**Denver, CO 80237-2674**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$3,850.00**

---

**3.137 7**

**Nonpriority creditor's name and mailing address**

**Patricia Schaffer**
**3358 Moonridge Dr**
**Cincinnati, OH 45248-4212**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$5,930.00**

---

**3.137 8**

**Nonpriority creditor's name and mailing address**

**Patricia Wismer**
**11733 Fairfax Woods Way**
**Apt 6207**
**Fairfax, VA 22030-8358**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$522.00**

---

**3.137 9**

**Nonpriority creditor's name and mailing address**

**Patrick  Monroe**
**75 Bookstaver Lane**
**Montgomery, NY 12549**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,400.00**

---

**3.138 0**

**Nonpriority creditor's name and mailing address**

**Patrick Callahan**
**417 Kaitlynn Ave**
**Anamosa, IA 52205-7208**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,650.00**

---

**3.138 1**

**Nonpriority creditor's name and mailing address**

**Patrick Chapman**
**7073 Greenery Court**
**Westerville, OH 43082-4308**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$9,900.00**

---

| Debtor | **Procom America, LLC** | | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|---|
| | Name | | | |

---

**3.138 2**

**Nonpriority creditor's name and mailing address**

**Patrick Connors**
**26 Patriot Lane**
**Thornton, PA 19373-1937**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,624.00**

---

**3.138 3**

**Nonpriority creditor's name and mailing address**

**Patrick Ehmann**
**1951 Ocean Ave**
**Ronkonkoma, NY 11779-6564**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$10,350.00**

---

**3.138 4**

**Nonpriority creditor's name and mailing address**

**Patrick Fingleton**
**2928 Rosewood Ave SE**
**Grand Rapids, MI 49508-1443**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,329.00**

---

**3.138 5**

**Nonpriority creditor's name and mailing address**

**Patrick Flynn**
**1364 Kenyon St Nw Apt 1**
**Washington, DC 20010-2352**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.138 6**

**Nonpriority creditor's name and mailing address**

**Patrick Hickman**
**707 Evergreen Court**
**Washburn, WI 54891**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,800.00**

---

**3.138 7**

**Nonpriority creditor's name and mailing address**

**Patrick Hunter**
**4911 Westhaven Rd**
**Arlington, TX 76017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,280.00**

---

**3.138 8**

**Nonpriority creditor's name and mailing address**

**Patrick Jergens**
**52385 Silver St**
**Three Rivers, MI 49093-8610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$7,840.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| | | |
|---|---|---|
| Debtor | **Procom America, LLC** | Case number (if known)  **8:20-bk-03522** |
| | Name | |

---

**3.138 9**

**Nonpriority creditor's name and mailing address**

**Patrick Livingston**
**25 4th St**
**New Freedom, PA 17349-9742**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No  ☐ Yes

$3,550.00

---

**3.139 0**

**Nonpriority creditor's name and mailing address**

**Patrick McCaffery**
**902 S 12th St**
**Lebanon, PA 17042**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No  ☐ Yes

$9,800.00

---

**3.139 1**

**Nonpriority creditor's name and mailing address**

**Patrick Olson**
**1001 W Desert Canyon Pl**
**Green Valley, AZ 85622**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No  ☐ Yes

$9,240.00

---

**3.139 2**

**Nonpriority creditor's name and mailing address**

**Patrick Penney**
**5504 Susan Way**
**Carmichael, CA 95608-5941**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No  ☐ Yes

$6,860.00

---

**3.139 3**

**Nonpriority creditor's name and mailing address**

**Patrick Reynolds**
**1817 East 34 St**
**Brooklyn, NY 11234**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No  ☐ Yes

$4,800.00

---

**3.139 4**

**Nonpriority creditor's name and mailing address**

**Patrick Rochford**
**1845 East 33 St**
**Brooklyn, NY 11234**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No  ☐ Yes

$4,800.00

---

**3.139 5**

**Nonpriority creditor's name and mailing address**

**Patrick Schmidt**
**N72w23198 Waterbury Ct**
**Sussex, WI 53089-5712**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No  ☐ Yes

$4,500.00

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.139 6**

**Nonpriority creditor's name and mailing address**
**Patrick Shanley**
**12640 Spring Creek Ct**
**Moorpark, CA 93021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,450.00**

---

**3.139 7**

**Nonpriority creditor's name and mailing address**
**Patrick Timm**
**4614 49th Street Ct**
**Moline, IL 61265-6740**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,950.00**

---

**3.139 8**

**Nonpriority creditor's name and mailing address**
**Patsy Ward**
**4017 Evergreen Dr**
**Benton, AR 72015-6281**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$7,150.00**

---

**3.139 9**

**Nonpriority creditor's name and mailing address**
**Patti Bourgault**
**615 S State St**
**New Ulm, MN 56073-2130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,124.00**

---

**3.140 0**

**Nonpriority creditor's name and mailing address**
**Paul Annarummo**
**3342 Glenshane Way**
**Ormond Beach, FL 32174**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$9,900.00**

---

**3.140 1**

**Nonpriority creditor's name and mailing address**
**Paul Breithaupt**
**2025 Swan Dr**
**Costa Mesa, CA 92626-4741**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$6,958.00**

---

**3.140 2**

**Nonpriority creditor's name and mailing address**
**Paul Dolle**
**11300 Bareback Hollow Rd**
**Gravette, AR 72736-8767**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$10,560.00**

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.140 3**

**Nonpriority creditor's name and mailing address**
**Paul Eads**
**1265 E. Wingate St.**
**Covina, CA 91724-9172**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$9,400.00**

---

**3.140 4**

**Nonpriority creditor's name and mailing address**
**Paul Eads**
**1265 E. Wingate St.**
**Covina, CA 91724-9172**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$6,350.00**

---

**3.140 5**

**Nonpriority creditor's name and mailing address**
**Paul Harron**
**3917 Overlook Dr**
**Bismarck, ND 58503-8299**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$15,500.00**

---

**3.140 6**

**Nonpriority creditor's name and mailing address**
**Paul Jacob Leim**
**9319 Bronze River Ave**
**Las Vegas, NV 89149-1686**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,300.00**

---

**3.140 7**

**Nonpriority creditor's name and mailing address**
**Paul Jones**
**410 Timbercreek Drive3**
**Mcleansville, NC 27301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

**3.140 8**

**Nonpriority creditor's name and mailing address**
**Paul Kyushik Kim**
**254 Concord Ave**
**Cambridge, MA 02138-1337**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,290.00**

---

**3.140 9**

**Nonpriority creditor's name and mailing address**
**Paul Marcella**
**491 Ridgewood Rd**
**Middletown, CT 06457-7930**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$10,658.00**

---

Debtor __**Procom America, LLC**_____     Case number (if known) __**8:20-bk-03522**__
　　　　　Name

---

**3.141 0**

**Nonpriority creditor's name and mailing address**
**Paul Mcintire**
**7786 La Mirada Cir**
**Buena Park, CA 90620-2307**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$8.00**

---

**3.141 1**

**Nonpriority creditor's name and mailing address**
**Paul Mclaughlin**
**3744 Vitrina Lane**
**Palmdale, CA 93551**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

**3.141 2**

**Nonpriority creditor's name and mailing address**
**Paul Pappenheim**
**137 South Los Cielos Lane**
**Casa Grande, AZ 85194-8361**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,703.00**

---

**3.141 3**

**Nonpriority creditor's name and mailing address**
**Paul Reynolds**
**208 Westminster Ave**
**O Fallon, IL 62269-2646**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$7,150.00**

---

**3.141 4**

**Nonpriority creditor's name and mailing address**
**Paul Sawyer**
**1357 Rivermist Dr. SW**
**Lilburn, GA 30047**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,760.00**

---

**3.141 5**

**Nonpriority creditor's name and mailing address**
**Paul Sawyer**
**1357 Rivermist Dr. SW**
**Lilburn, GA 30047**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.141 6**

**Nonpriority creditor's name and mailing address**
**Paul Sevald**
**3583 Blue Jay Way**
**Eagan, MN 55123**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,650.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Procom America, LLC**
_____
Name

Case number (if known)   **8:20-bk-03522**

| | |
|---|---|
| 3.141 7 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**Paul Stark**
**1032 Williamsburg St**
**Westmont, IL 60559**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

$5,600.00

---

3.141 8

**Nonpriority creditor's name and mailing address**

**Paul Stewardson**
**1199n 1600e Rd**
**Shelbyville, IL 62565**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

$24,855.00

---

3.141 9

**Nonpriority creditor's name and mailing address**

**Paul Thies**
**632 Aspen Village Rd**
**Divide, CO 80814-8104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

$4,800.00

---

3.142 0

**Nonpriority creditor's name and mailing address**

**Paul Weinburgh**
**36 Lovejoy St**
**Bradford, MA 01835-7227**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

$3,000.00

---

3.142 1

**Nonpriority creditor's name and mailing address**

**Paul Wellborn**
**809 Paulus St**
**Schulenburg, TX 78956-1424**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

$4,500.00

---

3.142 2

**Nonpriority creditor's name and mailing address**

**Paula Marie Mcnamara**
**797 South St**
**Bridgewater, MA 02324**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

$8,248.00

---

3.142 3

**Nonpriority creditor's name and mailing address**

**Paula Newsom**
**1020 DuPont Ave**
**Morris, IL 60450-1264**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

$4,500.00

---

Debtor   **Procom America, LLC**
         Name

Case number (if known)   **8:20-bk-03522**

---

**3.142 4**

**Nonpriority creditor's name and mailing address**

**Paula Nowak**
**3747 S Atlantic Ave**
**Dayt Bch Sh, FL 32118-7209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

$3,850.00

---

**3.142 5**

**Nonpriority creditor's name and mailing address**

**Peggy Grodd**
**6 River Ridge Lane**
**Wilton, CT 06897**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

$4,950.00

---

**3.142 6**

**Nonpriority creditor's name and mailing address**

**Pete Binder**
**22w486 John Ct**
**Medinah, IL 60157-9649**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

$5,270.00

---

**3.142 7**

**Nonpriority creditor's name and mailing address**

**Peter Burnett**
**1734 Bliss Rd**
**Mount Vernon, IA 52314-9561**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

$7,840.00

---

**3.142 8**

**Nonpriority creditor's name and mailing address**

**Peter French**
**212 Woodbine Ave**
**Narberth, PA 19072-1920**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

$5,600.00

---

**3.142 9**

**Nonpriority creditor's name and mailing address**

**Peter Hendricks**
**1590 Panorama Dr**
**Vestavia Hills, AL 35216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

$10,800.00

---

**3.143 0**

**Nonpriority creditor's name and mailing address**

**Peter Hughes**
**107 McGee road**
**Ithaca, NY 14850**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,725.00

---

| Debtor | **Procom America, LLC** | | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|---|
| | Name | | | |

---

**3.143**
**1**

Nonpriority creditor's name and mailing address

**Peter Johnson**
**1121 Sheridan Ct**
**North Platte, NE 69101-6450**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No  ☐ Yes

$4,500.00

---

**3.143**
**2**

Nonpriority creditor's name and mailing address

**Peter Kahikina**
**Apt 6201**
**6 Ave At Port Imperial**
**W New York, NJ 07093-8333**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No  ☐ Yes

$1,600.00

---

**3.143**
**3**

Nonpriority creditor's name and mailing address

**Peter Lovance**
**2017 Nagawicka Rd**
**Hartland, WI 53029**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No  ☐ Yes

$5,600.00

---

**3.143**
**4**

Nonpriority creditor's name and mailing address

**Peter Mcconkey**
**4 Paddock Place Se**
**Rome, GA 30161**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No  ☐ Yes

$6,250.00

---

**3.143**
**5**

Nonpriority creditor's name and mailing address

**Peter Paciorek**
**48 Sparrow Pt**
**Penfield, NY 14526-1082**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No  ☐ Yes

$9,900.00

---

**3.143**
**6**

Nonpriority creditor's name and mailing address

**Peter Roberts**
**130 Gardiner Road**
**Orange, NSW**
**2800 Australia**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No  ☐ Yes

$7,840.00

---

**3.143**
**7**

Nonpriority creditor's name and mailing address

**Peter Scout**
**7 Stonycroft Cy**
**Medford, NJ 08055-9317**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No  ☐ Yes

$3,850.00

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.143 8**

**Nonpriority creditor's name and mailing address**
**Peter Scribner**
**15350 E Mustang Dr**
**Fountain Hills, AZ 85268**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$9,100.00**

---

**3.143 9**

**Nonpriority creditor's name and mailing address**
**Peter Seibert**
**10 Mumma St**
**Lebanon, PA 17042**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$17,600.00**

---

**3.144 0**

**Nonpriority creditor's name and mailing address**
**Peter Smith**
**3617 Summersworth Ln**
**Indianapolis, IN 46228**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,660.00**

---

**3.144 1**

**Nonpriority creditor's name and mailing address**
**Peter Van Der Kraan**
**8351 San Simeon Cir**
**Buena Park, CA 90620-3030**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,850.00**

---

**3.144 2**

**Nonpriority creditor's name and mailing address**
**Peter Wilbur**
**234 El Cajon Ave**
**Davis, CA 95616-0435**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$6,590.00**

---

**3.144 3**

**Nonpriority creditor's name and mailing address**
**Petros Voinis**
**7626 Virginia Water Lane**
**Houston, TX 77095**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,650.00**

---

**3.144 4**

**Nonpriority creditor's name and mailing address**
**Phil Zedonek**
**6626 Englelake Drive**
**Lakeland, FL 33813**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,700.00**

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

| 3.144 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,340.00** |
|---|---|---|---|

**Philip Consuegra**
**20 Calandria**
**Irvine, CA 92620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,400.00** |
|---|---|---|---|

**Philip Lafleur**
**13 Elkwood Ct**
**Baltimore, MD 21228-2522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,500.00** |
|---|---|---|---|

**Philip Merkel**
**8572 Larthorn Dr**
**Huntingtn Bch, CA 92646-4543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,625.00** |
|---|---|---|---|

**Phillip Audette**
**31 Verndale Ave**
**Attleboro, MA 02703-3531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,560.00** |
|---|---|---|---|

**Phillip Hoskins**
**804 Cord 800 E**
**Norrris City, IL 62869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$31.90** |
|---|---|---|---|

**PNC Bank**
**500 1st Ave**
**Pittsburgh, PA 15219**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  5/8/2020

Last 4 digits of account number  1312

Basis for the claim:  __fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$540.08** |
|---|---|---|---|

**PNC Bank**
**500 1st Ave**
**Pittsburgh, PA 15219**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  5/8/2020

Last 4 digits of account number  1339

Basis for the claim:  __fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

| 3.145 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Procom Consulting KFT** <br> **Budapest** <br> **B g utca 3-5** <br> **1022** <br> **Hungary** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **affiliated vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$388,507.11** |
|---|---|---|---|
| | **Procom Investments KFT** <br> **Budapest** <br> **B g utca 3-5** <br> **1022** <br> **Hungary** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **affiliated vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,500.00** |
|---|---|---|---|
| | **Rachel Green** <br> **3463 41st Ave Sw** <br> **Seattle, WA 98116** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$540.00** |
|---|---|---|---|
| | **Rachel Kelley** <br> **503 Jackson Ct** <br> **Nooksack, WA 98276-0077** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,200.00** |
|---|---|---|---|
| | **Ralph Chapman** <br> **137 Byrd Road** <br> **Patrick, SC 29584** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,125.00** |
|---|---|---|---|
| | **Ralph Leighton** <br> **9335 Ogden Trail Dr** <br> **Sparks, NV 89441** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     

Debtor __**Procom America, LLC**_____          Case number (if known)   **8:20-bk-03522**
         Name

---

| 3.145 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,188.00** |

**Ralph Prince**
**815 New Day Way**
**Marion, IL 00629-5937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00** |

**Ralph Taylor**
**65347 E Rose Crest Ct**
**Tucson, AZ 85739-1507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,350.00** |

**Ralph Wilson**
**5411 Via Vicente**
**Yorba Linda, CA 92887-9288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,400.00** |

**Randal Burris**
**109 Rosewood Ln**
**Locust, NC 28097-8751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,900.00** |

**Randall  Hetrick**
**8084 Lamor Rd**
**Mercer, PA 16137-2250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,800.00** |

**Randall Christensen**
**12 Knightville Dam Rd**
**Huntington, MA 01050-9634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,300.00** |

**Randall Harris**
**17378 W 158th Terrace**
**Olathe, KS 66062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Procom America, LLC**          Case number (if known)    **8:20-bk-03522**
Name

| 3.146 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,950.00** |
| **Randall Harris** | ☐ Contingent | |
| **17378 W 158th Terrace** | ☐ Unliquidated | |
| **Olathe, KS 66062** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,900.00** |
| **Randall Molinaro** | ☐ Contingent | |
| **7411 Race St** | ☐ Unliquidated | |
| **Denver, CO 80229** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,312.00** |
| **Randi Nelson** | ☐ Contingent | |
| **Po Box 557** | ☐ Unliquidated | |
| **Manchester, ME 04351-0557** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,800.00** |
| **Randolph Waite** | ☐ Contingent | |
| **4602 Toucan St** | ☐ Unliquidated | |
| **Torrance, CA 90503-2026** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,950.00** |
| **Ray Dethorne** | ☐ Contingent | |
| **401 E North Water St** | ☐ Unliquidated | |
| **Chicago, IL 60611-5538** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,840.00** |
| **Ray Hamilton** | ☐ Contingent | |
| **6531 E Painted Horse Rd** | ☐ Unliquidated | |
| **Williams, AZ 86046-8594** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,124.00** |
| **Raymond Cavanaugh** | ☐ Contingent | |
| **1274 Liberty Rd** | ☐ Unliquidated | |
| **Gladstone, IL 61437-5157** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.147 2**

**Nonpriority creditor's name and mailing address**
**Raymond D'alessio**
**2412 E Saguaro Dr**
**Mohave Valley, AZ 86440-8622**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$659.00**

---

**3.147 3**

**Nonpriority creditor's name and mailing address**
**Raymond Darrell Rouse**
**91 Brooklynn Trail**
**Franklin, NC 28734**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,250.00**

---

**3.147 4**

**Nonpriority creditor's name and mailing address**
**Raymond Ferrer**
**17231 Cameron Drive**
**Northville, MI 48168-3210**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,420.00**

---

**3.147 5**

**Nonpriority creditor's name and mailing address**
**Raymond Schwartz**
**519 Borden Ave Apt 9m**
**Long Is City, NY 11101-5899**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$11,220.00**

---

**3.147 6**

**Nonpriority creditor's name and mailing address**
**Raymond Vincent Marino**
**1135 Warburton Rd**
**Elkton, MD 21921-3106**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$9,900.00**

---

**3.147 7**

**Nonpriority creditor's name and mailing address**
**Rebecca Takacs**
**16701 Bloomfield St**
**Livonia, MI 48154-2940**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$3,850.00**

---

**3.147 8**

**Nonpriority creditor's name and mailing address**
**Rebecca Deering**
**110 Muscovy Way**
**Maryville, TN 37801-8389**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$7,840.00**

---

Debtor __**Procom America, LLC**_____    Case number (if known) __**8:20-bk-03522**__
        Name

---

| 3.147<br>9 | **Nonpriority creditor's name and mailing address**<br>**Rebecca Haglund**<br>**244 Prospect St**<br>**Rockford, MI 49341-1141** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,560.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** __customer___ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.148<br>0 | **Nonpriority creditor's name and mailing address**<br>**Rena Mcloud**<br>**3262 Sagely Ln**<br>**Springdale, AR 72764-1318** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,620.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** __customer___ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.148<br>1 | **Nonpriority creditor's name and mailing address**<br>**Rich Woodard**<br>**1665 Kingwood Dr**<br>**Manhattan, KS 66502-3105** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,920.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** __customer___ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.148<br>2 | **Nonpriority creditor's name and mailing address**<br>**Richard  Garrity**<br>**115 Wright Ave A 6**<br>**Stratford, NJ 08084-1132** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,312.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** __customer___ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.148<br>3 | **Nonpriority creditor's name and mailing address**<br>**Richard  Hile**<br>**209 East Tully Street**<br>**Convoy, OH 45832-4583** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,900.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** __customer___ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.148<br>4 | **Nonpriority creditor's name and mailing address**<br>**Richard Andrae**<br>**9510 Winter Run Dr**<br>**Houston, TX 77064** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,124.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** __customer___ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.148<br>5 | **Nonpriority creditor's name and mailing address**<br>**Richard Barney**<br>**523 Country Club Rd**<br>**York, PA 17403-3653** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$14,256.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** __customer___ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| | |
|---|---|
| Debtor | **Procom America, LLC** |
| | Name |

Case number (if known)  **8:20-bk-03522**

---

**3.148 6**

**Nonpriority creditor's name and mailing address**
**Richard Belliveau**
**450 Tyler Rd**
**Webster, NH 03303-7738**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No  ☐ Yes

$7,840.00

---

**3.148 7**

**Nonpriority creditor's name and mailing address**
**Richard Bergen**
**2512 10th Avenue**
**Cheter, WI 54728**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No  ☐ Yes

$2,800.00

---

**3.148 8**

**Nonpriority creditor's name and mailing address**
**Richard Blazich**
**3279 S Ogden St**
**Englewood, CO 80113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No  ☐ Yes

$337.00

---

**3.148 9**

**Nonpriority creditor's name and mailing address**
**Richard Butler**
**215 Whispering Willow Dr**
**Grants Pass, OR 97527-6282**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No  ☐ Yes

$20,186.00

---

**3.149 0**

**Nonpriority creditor's name and mailing address**
**Richard David Tello**
**518 Camino de Nevada**
**Bisbee, AZ 85603**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No  ☐ Yes

$5,930.00

---

**3.149 1**

**Nonpriority creditor's name and mailing address**
**Richard Decker**
**117 Reynolds Ln**
**West Grove, PA 19390-1371**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No  ☐ Yes

$2,450.00

---

**3.149 2**

**Nonpriority creditor's name and mailing address**
**Richard Driscoll**
**206 Spurlock Ct**
**Roseville, CA 95661-3714**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No  ☐ Yes

$4,400.00

---

| Debtor | **Procom America, LLC** | | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|---|
| | Name | | | |

---

**3.149 3**

**Nonpriority creditor's name and mailing address**
**Richard Eccles**
**29650 Martindale Rd**
**New Hudson, MI 48165-9738**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,188.00**

---

**3.149 4**

**Nonpriority creditor's name and mailing address**
**Richard Emerick**
**129 Palette Ct**
**Bozeman, MT 59715-8093**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$16,490.00**

---

**3.149 5**

**Nonpriority creditor's name and mailing address**
**Richard Fowler**
**26 W 101 Harrison Avenue**
**Wheaton, IL 60187**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,650.00**

---

**3.149 6**

**Nonpriority creditor's name and mailing address**
**Richard Gehr**
**8524 Crestview Dr**
**Fairfax, VA 22031-2803**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$9,900.00**

---

**3.149 7**

**Nonpriority creditor's name and mailing address**
**Richard Giordano**
**2727 E 1000 N**
**Roanoke, IN 46783-9431**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

**3.149 8**

**Nonpriority creditor's name and mailing address**
**Richard Gorgoglione**
**138 Drake Ave**
**Staten Island, NY 10314-3012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$5,280.00**

---

**3.149 9**

**Nonpriority creditor's name and mailing address**
**Richard Graff**
**17 Martha?s Way**
**Franklin, MA 02038**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,800.00**

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.150 0**

**Nonpriority creditor's name and mailing address**
**Richard Helmich**
**11357 Van Gilder Rd**
**Delevan, NY 14042-9732**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,340.00**

---

**3.150 1**

**Nonpriority creditor's name and mailing address**
**Richard Henry, Jr. Libby**
**128 Hunters Ln**
**Youngsville, NC 27596-9790**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,560.00**

---

**3.150 2**

**Nonpriority creditor's name and mailing address**
**Richard Hoffman**
**2723 Kenross St**
**Houston, TX 77043-1826**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,350.00**

---

**3.150 3**

**Nonpriority creditor's name and mailing address**
**Richard Hutchinson**
**4118 Settlers Way**
**Bryan, TX 77808-7780**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,500.00**

---

**3.150 4**

**Nonpriority creditor's name and mailing address**
**Richard Insley**
**8 Pritchard Ct**
**Fishkill, NY 12524-3736**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,250.00**

---

**3.150 5**

**Nonpriority creditor's name and mailing address**
**Richard Lafountain**
**439 N Behlman Rd**
**Oak Harbor, OH 43449**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,500.00**

---

**3.150 6**

**Nonpriority creditor's name and mailing address**
**Richard Longworth**
**1374 Sw 28th Ave**
**Deerfield Bch, FL 33442-5937**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,240.00**

---

| Debtor | **Procom America, LLC** | | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|---|
| | Name | | | |

---

**3.150 7**

**Nonpriority creditor's name and mailing address**
**Richard Mahoney**
**2535 Sophia Chase Dr**
**Marriottsville, MD 21104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,950.00**

---

**3.150 8**

**Nonpriority creditor's name and mailing address**
**Richard Majerus**
**410 1st St**
**Bellechester, MN 55027-9005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$10,560.00**

---

**3.150 9**

**Nonpriority creditor's name and mailing address**
**Richard Maxim**
**2667 South 6th Street**
**Jblm, WA 98433**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$11,464.00**

---

**3.151 0**

**Nonpriority creditor's name and mailing address**
**Richard McHale**
**4366 Chablis Drive**
**Napa, CA 94558-2508**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,800.00**

---

**3.151 1**

**Nonpriority creditor's name and mailing address**
**Richard Mckeagan**
**3317 Desc tes Circle**
**Clarence-Rockland**
**Ontario K4K 1N5**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,800.00**

---

**3.151 2**

**Nonpriority creditor's name and mailing address**
**Richard Newton**
**15245 La Maida St**
**Sherman Oaks, CA 91403**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

**3.151 3**

**Nonpriority creditor's name and mailing address**
**Richard Nordstrom**
**5 Grace Ave Apt 3c**
**Great Neck, NY 11021-2458**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$12,600.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com　　　Best Case Bankruptcy

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.151 4**

**Nonpriority creditor's name and mailing address**

**Richard Paul**
**52 Pond Road**
**Haiku, HI 96708**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$9,525.00**

---

**3.151 5**

**Nonpriority creditor's name and mailing address**

**Richard Prenger**
**5 Valley Run Cir**
**Hanover, PA 17331-9269**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,450.00**

---

**3.151 6**

**Nonpriority creditor's name and mailing address**

**Richard Raber**
**7 Chestnut lane**
**Damariscotta, ME 04543**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$9,900.00**

---

**3.151 7**

**Nonpriority creditor's name and mailing address**

**Richard Rumery**
**35686 Mill Lake Rd**
**Gobles, MI 49055-9668**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,125.00**

---

**3.151 8**

**Nonpriority creditor's name and mailing address**

**Richard Schmidt**
**1310 Wilderness Curv**
**Saint Paul, MN 55123-2813**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,400.00**

---

**3.151 9**

**Nonpriority creditor's name and mailing address**

**Richard Sheaffer**
**253 Saddlebred Ln**
**Everett, PA 15537-7646**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,200.00**

---

**3.152 0**

**Nonpriority creditor's name and mailing address**

**Richard Strout**
**2970 E Orchard Dr**
**Salt Lake Cty, UT 84109-3614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20,000.00**

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.152
1**

**Nonpriority creditor's name and mailing address**
**Richard T Mulvihill**
**138 Deerfield Dr**
**Hackettstown, NJ 07840-1030**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$10,560.00**

---

**3.152
2**

**Nonpriority creditor's name and mailing address**
**Richard Temple**
**1230 Prescott Cir**
**Myrtle Beach, SC 29577-2017**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,850.00**

---

**3.152
3**

**Nonpriority creditor's name and mailing address**
**Richard Thompson**
**674 Green Hedge Dr**
**Fenton, MO 63026-3465**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,800.00**

---

**3.152
4**

**Nonpriority creditor's name and mailing address**
**Richard W Waguespack**
**1210 Cheval Lane**
**Birmingham, AL 35216**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,280.00**

---

**3.152
5**

**Nonpriority creditor's name and mailing address**
**Richard Wagner**
**74 Cardinal Drive**
**Whispering Pines, NC 28327**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,800.00**

---

**3.152
6**

**Nonpriority creditor's name and mailing address**
**Richard Wilkinson**
**117 Claren Ct**
**Millheim, PA 16854-9611**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,350.00**

---

**3.152
7**

**Nonpriority creditor's name and mailing address**
**Rick Exner**
**903 Bobcat Run**
**Mesquite, NV 89034**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,650.00**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.152 8**

**Nonpriority creditor's name and mailing address**
**Rick Finley**
**3 San Gabriel**
**Rch Santa Margarita, CA 92688**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

**3.152 9**

**Nonpriority creditor's name and mailing address**
**Rick Lance**
**P. O. Box 681970**
**Prattville, AL 36068-3606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,800.00**

---

**3.153 0**

**Nonpriority creditor's name and mailing address**
**Rick Norrie**
**295 Cook Hill Rd**
**Wallingford, CT 06492**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,450.00**

---

**3.153 1**

**Nonpriority creditor's name and mailing address**
**Rick Willadsen**
**420 N.E. Cherry Ave**
**Earlham, IA 50072**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,062.00**

---

**3.153 2**

**Nonpriority creditor's name and mailing address**
**Rickey Franklin**
**3450 Cleveland St**
**Paris, TX 75460-6529**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,188.00**

---

**3.153 3**

**Nonpriority creditor's name and mailing address**
**Ricky Edwards**
**427 Stone Mountain Ct**
**Cresson, TX 76035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

**3.153 4**

**Nonpriority creditor's name and mailing address**
**Rina Trowbridge**
**4015 N 108th St**
**Kansas City, KS 66109-4723**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$5,400.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Procom America, LLC**
_____
Name

Case number (if known)    **8:20-bk-03522**

---

**3.153 5**

**Nonpriority creditor's name and mailing address**

**Rita Helgeson**
**1004 Prairie Ave**
**Cheyenne, WY 82009**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$7,840.00**

---

**3.153 6**

**Nonpriority creditor's name and mailing address**

**River Tower Owner, LLC**
**One Independent Drive**
**Suite #1850**
**Jacksonville, FL 32202**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$110,769.92**

---

**3.153 7**

**Nonpriority creditor's name and mailing address**

**Rob Hancock**
**4529 Lochan Ct**
**Lafayette, IN 47905-8561**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,620.00**

---

**3.153 8**

**Nonpriority creditor's name and mailing address**

**Rob Holt**
**Po Box 10890**
**College Sta, TX 77842-0890**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,450.00**

---

**3.153 9**

**Nonpriority creditor's name and mailing address**

**Rob Watt**
**50 Snowy Egret Ct**
**Louisburg, NC 27549-9707**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,550.00**

---

**3.154 0**

**Nonpriority creditor's name and mailing address**

**Robert  Andersen**
**7409 Friendship Ln**
**Middleton, WI 53562-1039**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,900.00**

---

**3.154 1**

**Nonpriority creditor's name and mailing address**

**Robert  Bauer**
**2806 Conroy Place**
**Louisville, KY 40218-4731**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,250.00**

---

| Debtor | **Procom America, LLC** | Case number *(if known)* | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.154 2**

**Nonpriority creditor's name and mailing address**

**Robert  Best**
**3832 Westlawn Drive**
**Ames, IA 50010**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,312.00

---

**3.154 3**

**Nonpriority creditor's name and mailing address**

**Robert  Clancy**
**52823 Base St**
**New Baltimore, MI 48047-4173**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  customer**

Is the claim subject to offset? ■ No ☐ Yes

$37,500.00

---

**3.154 4**

**Nonpriority creditor's name and mailing address**

**Robert  Cunningham**
**7154 Ellerson Mill Cir Apt C**
**Mechanicsvlle, VA 23111-5257**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  customer**

Is the claim subject to offset? ■ No ☐ Yes

$9,900.00

---

**3.154 5**

**Nonpriority creditor's name and mailing address**

**Robert  Hopkins**
**1875 Withmere Way**
**Dunwoody, GA 30338-2836**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,063.00

---

**3.154 6**

**Nonpriority creditor's name and mailing address**

**Robert  O'Neill**
**1236 Choptank Ct**
**Colonial Hght, VA 23834**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  customer**

Is the claim subject to offset? ■ No ☐ Yes

$4,165.00

---

**3.154 7**

**Nonpriority creditor's name and mailing address**

**Robert  Twardowski**
**10 Camelot Cir Unit B**
**Johnston, RI 02919-2886**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  customer**

Is the claim subject to offset? ■ No ☐ Yes

$10,560.00

---

**3.154 8**

**Nonpriority creditor's name and mailing address**

**Robert (Don) Johnson**
**1726 Strata Way**
**Pittsburgh, PA 15210-3874**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  customer**

Is the claim subject to offset? ■ No ☐ Yes

$5,930.00

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.1549**

**Nonpriority creditor's name and mailing address**
**Robert Allen**
**4228 Longleaf Lane**
**Fort Worth, TX 76137**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.1550**

**Nonpriority creditor's name and mailing address**
**Robert Beech**
**108 Mallard Dr**
**Coatesville, PA 19320-1080**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,800.00**

---

**3.1551**

**Nonpriority creditor's name and mailing address**
**Robert Blomme**
**2094 Kingbird Ave**
**Audubon, IA 50025-7421**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,500.00**

---

**3.1552**

**Nonpriority creditor's name and mailing address**
**Robert Brabec**
**27816 N Granite Mt. Rd.**
**Rio Verde, AZ 85263**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$11,500.00**

---

**3.1553**

**Nonpriority creditor's name and mailing address**
**Robert Bradley**
**11403 SW Halton St**
**Port Saint Lucie, FL 34987**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

**3.1554**

**Nonpriority creditor's name and mailing address**
**Robert Brookes**
**849 Racquet Club Way**
**Knoxville, TN 37923**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$9,900.00**

---

**3.1555**

**Nonpriority creditor's name and mailing address**
**Robert Brooks**
**9108 Woodchat Way**
**Louisville, KY 40272-2759**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,904.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.155 6**

**Nonpriority creditor's name and mailing address**

**Robert Carte**
**7140 Crooked Tree Dr**
**Anchorage, AK 99507-7012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No  ☐ Yes

**$4,500.00**

---

**3.155 7**

**Nonpriority creditor's name and mailing address**

**Robert Daniels**
**2805 Roscommon Dr**
**Tallahassee, FL 32309-3205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No  ☐ Yes

**$7,150.00**

---

**3.155 8**

**Nonpriority creditor's name and mailing address**

**Robert Dumlao**
**7800 Bovis Ct**
**Live Oak, TX 78233-2642**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No  ☐ Yes

**$1,487.00**

---

**3.155 9**

**Nonpriority creditor's name and mailing address**

**Robert Duncan**
**814 E 9th St**
**Windfield, KS 67156**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No  ☐ Yes

**$5,930.00**

---

**3.156 0**

**Nonpriority creditor's name and mailing address**

**Robert Fagerlund**
**2170 Chestnut Ave**
**Ronkonkoma, NY 11779-6504**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No  ☐ Yes

**$495.00**

---

**3.156 1**

**Nonpriority creditor's name and mailing address**

**Robert Flesch**
**2310 Ashbrook Ln**
**Grayslake, IL 60030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No  ☐ Yes

**$1,188.00**

---

**3.156 2**

**Nonpriority creditor's name and mailing address**

**Robert Forsen**
**8435 Ne 109th Place**
**Kansas City, MO 64157**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No  ☐ Yes

**$5,600.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.156 3**

**Nonpriority creditor's name and mailing address**
**Robert Gardner**
**4700 Maple St**
**Bellaire, TX 77401-5727**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$9,900.00**

---

**3.156 4**

**Nonpriority creditor's name and mailing address**
**Robert Gauntt**
**2538 Andria Ct**
**Atco, NJ 08004-2801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,850.00**

---

**3.156 5**

**Nonpriority creditor's name and mailing address**
**Robert Hilb**
**20 Lower Tuckahoe Rd W**
**Richmond, VA 23238**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,188.00**

---

**3.156 6**

**Nonpriority creditor's name and mailing address**
**Robert Lickar**
**8222 E. Angus Dr.**
**Scottsdale, AZ 85251-8525**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$594.00**

---

**3.156 7**

**Nonpriority creditor's name and mailing address**
**Robert Lindquist**
**304 Woodlawn Ave**
**Sawyer, MI 49125-4912**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,752.00**

---

**3.156 8**

**Nonpriority creditor's name and mailing address**
**Robert Loguidice**
**975 E. Divot Dr.**
**Tempe, AZ 85283-8528**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

**3.156 9**

**Nonpriority creditor's name and mailing address**
**Robert Mueller**
**501 Brandon Ct**
**Chardon, OH 44024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,124.00**

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.157 0**

**Nonpriority creditor's name and mailing address**
**Robert Peck**
**11558 Boothbay Ln**
**Fishers, IN 46037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,650.00

---

**3.157 1**

**Nonpriority creditor's name and mailing address**
**Robert Peters**
**1525 Carmel Road**
**Hubertus, WI 53033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,240.00

---

**3.157 2**

**Nonpriority creditor's name and mailing address**
**Robert Pitts**
**36 Brentwood Cove**
**Cabot, AR 72023-7301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$16,500.00

---

**3.157 3**

**Nonpriority creditor's name and mailing address**
**Robert Price**
**2013 Fairway Ct**
**Mission, TX 78572-2001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$4,400.00

---

**3.157 4**

**Nonpriority creditor's name and mailing address**
**Robert Purdy**
**220 Adams St**
**Rutland, VT 05701-2301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,550.00

---

**3.157 5**

**Nonpriority creditor's name and mailing address**
**Robert Randall Wimmer**
**322 Eagles Mountain Rd**
**Bluefield, WV 24701-5448**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$13,090.00

---

**3.157 6**

**Nonpriority creditor's name and mailing address**
**Robert Rapiejko**
**13804 N Keystone Springs Dr**
**Oro Valley, AZ 85755-5737**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$4,850.00

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.157
7**

**Nonpriority creditor's name and mailing address**

**Robert Sandmeyer, Jr.**
**777 Grandview Rd**
**York, PA 17403-4131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$5,930.00**

---

**3.157
8**

**Nonpriority creditor's name and mailing address**

**Robert Self**
**7917 E State Highway 22**
**Hamilton, TX 76531-7653**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$5,600.00**

---

**3.157
9**

**Nonpriority creditor's name and mailing address**

**Robert Stanley**
**4028 Grace Dr**
**Kent, OH 44240-4424**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$5,600.00**

---

**3.158
0**

**Nonpriority creditor's name and mailing address**

**Robert Statkiewicz**
**5816 Meadowood Rd**
**Baltimore, MD 21212-2433**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$3,550.00**

---

**3.158
1**

**Nonpriority creditor's name and mailing address**

**Robert Stevens**
**16501 N El Mirage Rd Lot 556**
**Surprise, AZ 85378-2802**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

**3.158
2**

**Nonpriority creditor's name and mailing address**

**Robert Strobel**
**1114 Sturbridge Nw**
**Louisville, OH 44641**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,800.00**

---

**3.158
3**

**Nonpriority creditor's name and mailing address**

**Robert Tompkins**
**23862 Lesikar Ln**
**New Ulm, TX 78950-4977**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$6,000.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.158 4**

**Nonpriority creditor's name and mailing address**
**Robert Van Vooren**
**5181 Sparrow Dr**
**Huntingtn Bch, CA 92649-1439**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,040.00**

---

**3.158 5**

**Nonpriority creditor's name and mailing address**
**Robert Vandegrift**
**1926 W Ranch Rd**
**Farmington, UT 84025-5028**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,400.00**

---

**3.158 6**

**Nonpriority creditor's name and mailing address**
**Robert Vaughn**
**214 Fieldspring Ct**
**O'Fallon, IL 62269**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,674.00**

---

**3.158 7**

**Nonpriority creditor's name and mailing address**
**Robert Whitmoyer**
**619 Rolling Hls W**
**Bloomsburg, PA 17815-7163**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,800.00**

---

**3.158 8**

**Nonpriority creditor's name and mailing address**
**Robert Whitton**
**1596 The Woodsong**
**Dunwoody, GA 30338**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

**3.158 9**

**Nonpriority creditor's name and mailing address**
**Robert Zonar**
**7340 Red Oak Court**
**Mason, OH 45040**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$7,350.00**

---

**3.159 0**

**Nonpriority creditor's name and mailing address**
**Robin Cabanas**
**264 Bennetts Ln**
**Somerset, NJ 08873-5007**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,850.00**

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.159 1**

**Nonpriority creditor's name and mailing address**
**Robin Hagerty**
**8216 Twin Springs Ct**
**Brentwood, TN 37027-6723**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,124.00**

---

**3.159 2**

**Nonpriority creditor's name and mailing address**
**Robin Yale-murphy**
**3728 Walworth Road**
**Marion, NY 14505**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$3,170.00**

---

**3.159 3**

**Nonpriority creditor's name and mailing address**
**Rochelle Reichenau**
**108 Wedgewood Lane**
**Kerrville, TX 78028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,650.00**

---

**3.159 4**

**Nonpriority creditor's name and mailing address**
**Rod Freed**
**19696 Landing Rd**
**Mount Vernon, WA 98273-8198**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$5,600.00**

---

**3.159 5**

**Nonpriority creditor's name and mailing address**
**Rodger Beckett**
**108 Henderson Rd**
**Easley, SC 29642-9614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$9,900.00**

---

**3.159 6**

**Nonpriority creditor's name and mailing address**
**Rodger Getz**
**1641 Olivia Way**
**Auburn, AL 36830**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

**3.159 7**

**Nonpriority creditor's name and mailing address**
**Rodney Moore**
**2019 Foley Ave**
**Parkersburg, WV 26104-2107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$5,400.00**

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.159 8**

**Nonpriority creditor's name and mailing address**
**Rodney Krause**
**1300 18th Ave Sw**
**Minot, ND 58701-6130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,800.00**

---

**3.159 9**

**Nonpriority creditor's name and mailing address**
**Rodney Malpass**
**1455 Indiana Ave**
**Palm Harbor, FL 34683-4114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,600.00**

---

**3.160 0**

**Nonpriority creditor's name and mailing address**
**Rodolfo Escutin**
**1451 Patricia Drive**
**Redlands, CA 92373**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,417.00**

---

**3.160 1**

**Nonpriority creditor's name and mailing address**
**Roger Greiling**
**2495 Marion St**
**Roseville, MN 55113-3645**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,350.00**

---

**3.160 2**

**Nonpriority creditor's name and mailing address**
**Roger Hartsell**
**10210 E Arrowvale Dr**
**Sun Lakes, AZ 85248-7649**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,850.00**

---

**3.160 3**

**Nonpriority creditor's name and mailing address**
**Roger Knight**
**3804 Glen Canyon Rd., Ne**
**Albuquerque, NM 87111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,130.00**

---

**3.160 4**

**Nonpriority creditor's name and mailing address**
**Roger Nichols**
**6661 N Camino Abbey**
**Tucson, AZ 85718-2007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,400.00**

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

| 3.160 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,658.00** |
|---|---|---|---|

**Roger Pitzer**
**1863 Charlotte Landing Rd**
**Springport, MI 49284-9452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,280.00** |
|---|---|---|---|

**Roger Plank**
**1109 Chestnut Dr**
**Longmont, CO 80503-7637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,950.00** |
|---|---|---|---|

**Roger Yancey**
**4439 Deer Run**
**Evans, GA 30809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$812.00** |
|---|---|---|---|

**Rolf Dammann**
**918 S. 28th Street**
**Arlington, VA 22202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,500.00** |
|---|---|---|---|

**Ron Correia**
**362 Chester Turnpike**
**Auburn, NH 03032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,624.00** |
|---|---|---|---|

**Ron Harvey**
**5213 S Newland Ave**
**Chicago, IL 60638-1124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,922.00** |
|---|---|---|---|

**Ron Jones**
**6715 N Sutherlin St.**
**Spokane, WA 99208-5047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.161**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,600.00 |
|---|---|---|
| **Ron Poppel**<br>**32 Regatta View Dr**<br>**Saratoga Springs, NY 12866** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __customer__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.161**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,560.00 |
|---|---|---|
| **Ron Whitehead**<br>**1016 Shady River Ct. N.**<br>**Benbrook, TX 76126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __customer__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.161**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,124.00 |
|---|---|---|
| **Ronald  Elinoff**<br>**2811 Scott Mill Estates Dr**<br>**Jacksonville, FL 32257-5765** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __customer__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.161**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,900.00 |
|---|---|---|
| **Ronald Amrhein**<br>**2975 Harding Ave**<br>**Sharpsville, PA 16150-8567** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __customer__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.161**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,810.00 |
|---|---|---|
| **Ronald Brown**<br>**5410 N Girard Ln**<br>**Spokane, WA 99212-3507** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __customer__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.161**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,560.00 |
|---|---|---|
| **Ronald Fish**<br>**202 Palmer Drive**<br>**Los Gatos, CA 95032** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __customer__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.161**
**8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,800.00 |
|---|---|---|
| **Ronald Hester**<br>**Villa D-510**<br>**8581 Cypress Lakes Dr**<br>**Raleigh, NC 27615-2142** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __customer__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Procom America, LLC** | | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|---|
| | Name | | | |

---

**3.1619**

**Nonpriority creditor's name and mailing address**
**Ronald Olson**
**3652 Meder Ct**
**Shingle Springs, CA 95682**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,600.00**

---

**3.1620**

**Nonpriority creditor's name and mailing address**
**Ronald Palmer**
**905 Pacific Highway South**
**Cottage Grove, OR 97424**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,702.00**

---

**3.1621**

**Nonpriority creditor's name and mailing address**
**Ronald Pecha**
**10002 Emiline St**
**La Vista, NE 68128-2297**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,280.00**

---

**3.1622**

**Nonpriority creditor's name and mailing address**
**Ronald Vanderwarker**
**1520 Edwards St**
**Clovis, NM 88101**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$6,450.00**

---

**3.1623**

**Nonpriority creditor's name and mailing address**
**Ronald Wheeler**
**29250 SD Hwy 73**
**Martin, SD 57551**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,930.00**

---

**3.1624**

**Nonpriority creditor's name and mailing address**
**Ronda Olson**
**10459 Hollyhock Ct**
**Highlands Ranch, CO 80129**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$8,900.00**

---

**3.1625**

**Nonpriority creditor's name and mailing address**
**Rory Hanson**
**893 Fenwick Loop**
**The Villages, FL 32163-2308**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,200.00**

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.162 6**

**Nonpriority creditor's name and mailing address**
**Rosa Fitzgerald**
**1121 Nw 10th Ave**
**Cape Coral, FL 33993**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___customer___

Is the claim subject to offset? ■ No ☐ Yes

$4,687.00

---

**3.162 7**

**Nonpriority creditor's name and mailing address**
**Rose Web Services, LLC**
**2977 Hwy K**
**Suite 252**
**Ofallon, MO 63368**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___vendor___

Is the claim subject to offset? ■ No ☐ Yes

$359.00

---

**3.162 8**

**Nonpriority creditor's name and mailing address**
**Roseanne Beck**
**134047 FM 773**
**Murchison, TX 75778**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___customer___

Is the claim subject to offset? ■ No ☐ Yes

$4,400.00

---

**3.162 9**

**Nonpriority creditor's name and mailing address**
**Roxanne Carroll**
**17 E Cotton Hill Road**
**New Hartford, CT 06057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___customer___

Is the claim subject to offset? ■ No ☐ Yes

$13,500.00

---

**3.163 0**

**Nonpriority creditor's name and mailing address**
**Roxanne Cuddy**
**139 Liberty Court**
**Oak Ridge, TN 37830**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___customer___

Is the claim subject to offset? ■ No ☐ Yes

$9,900.00

---

**3.163 1**

**Nonpriority creditor's name and mailing address**
**Roy Culler**
**418 Black Mountain Rd**
**Pilot Mtn, NC 27041-8374**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___customer___

Is the claim subject to offset? ■ No ☐ Yes

$9,900.00

---

**3.163 2**

**Nonpriority creditor's name and mailing address**
**Roy Hanson**
**E4530 473rd Ave**
**Menomonie, WI 54751-5474**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___customer___

Is the claim subject to offset? ■ No ☐ Yes

$4,400.00

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.163
3**

**Nonpriority creditor's name and mailing address**
**Roy Michael**
**412 Crystal View Ter**
**Jefferson Cty, MO 65109-0959**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No ☐ Yes

**$4,420.00**

---

**3.163
4**

**Nonpriority creditor's name and mailing address**
**Roy Rager**
**423 Bear Creek Trl**
**Hampton, GA 30228-2284**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No ☐ Yes

**$4,124.00**

---

**3.163
5**

**Nonpriority creditor's name and mailing address**
**Roy Wilson**
**34733 Fargo Dr**
**Sterling Hts, MI 48312-5034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No ☐ Yes

**$8,330.00**

---

**3.163
6**

**Nonpriority creditor's name and mailing address**
**Royal Millen**
**701 Excalibur Ct**
**Friendswood, TX 77546-3769**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No ☐ Yes

**$10,658.00**

---

**3.163
7**

**Nonpriority creditor's name and mailing address**
**Russ Dolezal**
**106 Bares Run Drive**
**Loveland, OH 45140**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No ☐ Yes

**$9,900.00**

---

**3.163
8**

**Nonpriority creditor's name and mailing address**
**Russ McFadden**
**76970 Barker Road**
**San Miguel, CA 93451**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No ☐ Yes

**$4,124.00**

---

**3.163
9**

**Nonpriority creditor's name and mailing address**
**Russ Nelsen**
**710 S 19th St**
**Blair, NE 68008-1887**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  customer

Is the claim subject to offset? ■ No ☐ Yes

**$4,800.00**

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.164 0**

**Nonpriority creditor's name and mailing address**
**Russell  Webb**
**4219 N Cambridge Way**
**Pace, FL 32571-7373**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,900.00**

---

**3.164 1**

**Nonpriority creditor's name and mailing address**
**Russell Fritz**
**58 Union Ave**
**Schenectady, NY 12308-2436**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,743.00**

---

**3.164 2**

**Nonpriority creditor's name and mailing address**
**Russell Lutz**
**11222 Ivanhoe St**
**Garden Grove, CA 92840**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,644.00**

---

**3.164 3**

**Nonpriority creditor's name and mailing address**
**Russell Shearer**
**2302 Canebrake Ct.**
**Augusta, GA 30907**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,650.00**

---

**3.164 4**

**Nonpriority creditor's name and mailing address**
**Russell Shearer**
**2302 Canebrake Ct.**
**Augusta, GA 30907**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,580.00**

---

**3.164 5**

**Nonpriority creditor's name and mailing address**
**Ruth Rizzo**
**22869 Blackbeard Lane**
**Cudjoe Key, FL 33042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,900.00**

---

**3.164 6**

**Nonpriority creditor's name and mailing address**
**Ruth Walls**
**3302 100th St**
**Pleasant Pr, WI 53158-4006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,350.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Procom America, LLC** | Case number (*if known*) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.164
7**

**Nonpriority creditor's name and mailing address**

**Ruthie Bowman
207 Winding Way
Columbia, SC 29212**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$8,872.00**

---

**3.164
8**

**Nonpriority creditor's name and mailing address**

**Ryan Breidenbach
326 Matheson Ct
Coppell, TX 75019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,475.00**

---

**3.164
9**

**Nonpriority creditor's name and mailing address**

**Ryan Seaver
6225 Lake Lucerne Dr
San Diego, CA 92119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,875.00**

---

**3.165
0**

**Nonpriority creditor's name and mailing address**

**Ryk Cunningham
11517 Coralberry Ct
Moorpark, CA 93021-2431**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$9,240.00**

---

**3.165
1**

**Nonpriority creditor's name and mailing address**

**Sally Burden
6884 Nancy Ave
Celina, OH 45822**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$10,460.00**

---

**3.165
2**

**Nonpriority creditor's name and mailing address**

**Salvatore Politi
19237 N Tallowood Way
Surprise, AZ 85387-7594**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,650.00**

---

**3.165
3**

**Nonpriority creditor's name and mailing address**

**Samantha Berno
15122 Farndale Dr
Houston, TX 77062-2620**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.165 4**

**Nonpriority creditor's name and mailing address**
**Samantha Brooks**
**4972 Walnut Rd**
**Hughson, CA 95326**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __customer__

Is the claim subject to offset? ☑ No ☐ Yes

**$7,350.00**

---

**3.165 5**

**Nonpriority creditor's name and mailing address**
**Samantha Kimmel**
**833 N 110th St**
**Mesa, AZ 85207-1612**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __customer__

Is the claim subject to offset? ☑ No ☐ Yes

**$4,500.00**

---

**3.165 6**

**Nonpriority creditor's name and mailing address**
**Samir Khundy**
**86 Sansovino # 86**
**Ladera Ranch, CA 92694-0935**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __customer__

Is the claim subject to offset? ☑ No ☐ Yes

**$3,000.00**

---

**3.165 7**

**Nonpriority creditor's name and mailing address**
**Samuel Aston**
**9235 E Sierra St**
**Tucson, AZ 85710-1811**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __customer__

Is the claim subject to offset? ☑ No ☐ Yes

**$17,600.00**

---

**3.165 8**

**Nonpriority creditor's name and mailing address**
**Samuel Mckenzie**
**204 Heineman Rd**
**Salters, SC 29590-3224**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __customer__

Is the claim subject to offset? ☑ No ☐ Yes

**$4,124.00**

---

**3.165 9**

**Nonpriority creditor's name and mailing address**
**Samuel Powell**
**4560 Glore Crossing Dr Sw**
**Mableton, GA 30126-5551**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __customer__

Is the claim subject to offset? ☑ No ☐ Yes

**$244.00**

---

**3.166 0**

**Nonpriority creditor's name and mailing address**
**Samuel Shaub**
**123 N Keesey St**
**York, PA 17402-2310**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __customer__

Is the claim subject to offset? ☑ No ☐ Yes

**$9,982.00**

---

Debtor  **Procom America, LLC**                                           Case number (if known)  **8:20-bk-03522**
_____
Name

| 3.166 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$293.00** |

**Samuel Thompson**
**1032 Copper Creek Dr**
**Canton, GA 30114-3011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number** _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,400.00** |

**Sandra Cramer**
**316 Whitetail Terrace**
**Marysville, PA 17053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number** _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,624.00** |

**Sandra Fricke**
**4610 Ernst St**
**Columbus, NE 68601-3922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number** _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19,000.00** |

**Sandra Joy Cook**
**111 Lariat Lane**
**Chapel Hill, NC 27517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number** _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,700.00** |

**Sandra Leopold**
**1007 Thousand Acre Rd**
**Sellersville, PA 18960-1051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number** _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,372.00** |

**Sandra Maxwell**
**6101 Fountaindale Way**
**Carmichael, CA 95608-1791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number** _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,700.00** |

**Sandra Smith**
**27418 Tierra del Fuego Cir**
**Punta Gorda, FL 33983-5417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number** _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Procom America, LLC**
_____
　　　　　Name

Case number (if known)    **8:20-bk-03522**

---

| 3.166 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $822.00 |
|---|---|---|---|

**Santiago Galvan**
**2119 E 29th St**
**Mission, TX 78574-1904**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:   **customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.166 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,480.00 |
|---|---|---|---|

**Sara Michelle Mutart**
**524 Wellington Circle**
**Rochester Hills, MI 48309**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:   **customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.167 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,900.00 |
|---|---|---|---|

**Sarah Leaf-Hermann**
**19 Thatcher St**
**Brookline, MA 02446**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:   **customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.167 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,436.00 |
|---|---|---|---|

**Sarah-Elizabeth Buitendyk**
**1383 Hamilton Dr**
**Greenwood, IN 46143-6843**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:   **customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.167 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,550.00 |
|---|---|---|---|

**Scott Bassett**
**530 Topeka Ln**
**Vacaville, CA 95687-4350**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:   **customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.167 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,925.00 |
|---|---|---|---|

**Scott Berkey**
**136 Independence Way**
**Sewickley, PA 15143**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:   **customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.167 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,900.00 |
|---|---|---|---|

**Scott Buttles**
**21 Meadows End**
**Georgetown, TX 78628-0906**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:   **customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Procom America, LLC**
                  Name                                                                    Case number (if known)    **8:20-bk-03522**

---

| 3.167 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,900.00** |
|---|---|---|---|

**Scott Erdmann**
**2125 22nd St**
**Kenosha, WI 53140-1836**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,350.00** |
|---|---|---|---|

**Scott Geier**
**9 Maidstone Dr**
**Chappells, SC 29037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,600.00** |
|---|---|---|---|

**Scott Gilman**
**12550 Lake Ave.**
**Lakewood, OH 44107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Scott Keogh**
**516 Sherman St**
**Holdredge, NE 68949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,280.00** |
|---|---|---|---|

**Scott Kilberg**
**129 Ferndale Ave**
**Rochester, MI 48307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Scott Massman**
**80322 Ericson Scotia Ave**
**Scotia, NE 68875-5126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,906.00** |
|---|---|---|---|

**Scott Mundy**
**2909 E Linton Rd**
**Benton, LA 71006-9666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.168 2**

**Nonpriority creditor's name and mailing address**

**Scott Rein**
**32768 N Weathervane**
**Lakemoor, IL 60051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,525.00**

---

**3.168 3**

**Nonpriority creditor's name and mailing address**

**Scott Simon**
**18 Belmont Dr**
**Wilmington, DE 19808-4304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$838.00**

---

**3.168 4**

**Nonpriority creditor's name and mailing address**

**Scott Snyder**
**1751 Woodvine Court, Nw**
**Kennesaw, GA 30144**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$6,000.00**

---

**3.168 5**

**Nonpriority creditor's name and mailing address**

**Scott Taylor**
**239 Beverly Ct**
**King City, CA 93930-3501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$3,850.00**

---

**3.168 6**

**Nonpriority creditor's name and mailing address**

**Scott Taylor**
**239 Beverly Ct**
**King City, CA 93930-3501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$8,400.00**

---

**3.168 7**

**Nonpriority creditor's name and mailing address**

**Scott Templin**
**70 Wheat Dr**
**Abbottstown, PA 17301-8818**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,664.00**

---

**3.168 8**

**Nonpriority creditor's name and mailing address**

**Scott Vigallon**
**3037 Badger Dr**
**Pleasanton, CA 94566-8709**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$5,100.00**

---

Debtor __**Procom America, LLC**_____     Case number (if known) __**8:20-bk-03522**__
    Name

| 3.168 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,450.00** |
|---|---|---|---|

**Scott Woiak**
**8537 Hwy V**
**Caledonia, WI 53108-9514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __**customer**__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,500.00** |
|---|---|---|---|

**Sean Calvert**
**2656 E Portland Ave**
**Fresno, CA 93720-4944**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __**customer**__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,800.00** |
|---|---|---|---|

**Sereta Dornick**
**301 S Pumpkin Ridge Ct**
**Columbia City, IN 46725-7576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __**customer**__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,430.00** |
|---|---|---|---|

**Sergio Celotto**
**22 Yandarlo Street**
**Croydon Park**
**Sydney, NSW**
**2133 Australia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __**customer**__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,100.00** |
|---|---|---|---|

**Seth Jarzynka**
**119 Walnut Dr**
**Eighty Four, PA 15330-8617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __**customer**__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,370.00** |
|---|---|---|---|

**Shane Moya**
**435 Seminole Dr**
**Lake Worth, FL 33462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __**customer**__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,400.00** |
|---|---|---|---|

**Shane Myers**
**1890 Fan Palm Way**
**Palm Springs, CA 92262-8856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __**customer**__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.169 6**

**Nonpriority creditor's name and mailing address**

**Sharon Allen**
**121 Adams Ln**
**Cody, WY 82414-9234**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$12,800.00**

---

**3.169 7**

**Nonpriority creditor's name and mailing address**

**Sharon Farrington**
**390585 Az 75**
**Duncan, AZ 61183-0160**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$5,400.00**

---

**3.169 8**

**Nonpriority creditor's name and mailing address**

**Sharon Hounshell**
**597 Greenacres Drive**
**Dayton, OH 45414**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$6,058.00**

---

**3.169 9**

**Nonpriority creditor's name and mailing address**

**Sharyn Marie Danielson**
**8049 E Spirit Cove Drive**
**Duluth, MN 55807**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$7,350.00**

---

**3.170 0**

**Nonpriority creditor's name and mailing address**

**Shawn Bagley**
**560 E South Temple Apt 501**
**Salt Lake Cty, UT 84102-1171**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$5,989.00**

---

**3.170 1**

**Nonpriority creditor's name and mailing address**

**Shawn Ballard**
**724 S Crestwood Ln**
**Mt Prospect, IL 60056-3514**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$3,550.00**

---

**3.170 2**

**Nonpriority creditor's name and mailing address**

**Shawn Bellville**
**P.O. Box 563**
**New Matamoras, OH 45767**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,387.00**

---

Debtor **Procom America, LLC**
Name

Case number (if known)   **8:20-bk-03522**

---

| 3.170 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $80.00 |

**Shawn Hogan**
**16207 Blossom Field Ct**
**Cypress, TX 77433-6044**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.170 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,436.00 |

**Sheila Begg**
**2919 Eaton Square**
**Ellicott City, MD 21043-3594**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.170 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,600.00 |

**Shelley Morrison**
**1635 Wing Hill Rd**
**Cobden, IL 62920-3486**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.170 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,945.00 |

**Shelton Sargent**
**9816 Wellington Way**
**Fort Smith, AR 72908-9057**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.170 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25,400.00 |

**Sherri  Anderson**
**23911 107th Pl W**
**Edmonds, WA 98020**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.170 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |

**Sherry Olkonen**
**6750 Kawaihau Rd Unit B**
**Kapaa, HI 96746-8010**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.170 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |

**Sherry Pyrant**
**2201 Brantley Creek Dr.**
**Kannapolis, NC 28083-4111**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

| 3.171 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,500.00** |
|---|---|---|---|

**Sheryl Cawrse**
**4403 Cleveland Rd E**
**Huron, OH 44839-9513**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.171 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,200.00** |
|---|---|---|---|

**Shirley Cunningham**
**1712 S Dallas Ln**
**Marion, IL 62959-1583**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.171 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,217.00** |
|---|---|---|---|

**Sonia Fizet**
**2612 Birchwood Dr**
**Austintown, OH 44515-5238**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.171 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Sovereign Homestead**
**2406 Reach Road**
**Williamsport, PA 15251**

Date(s) debt was incurred _
Last 4 digits of account number __4101__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.171 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,095.86** |
|---|---|---|---|

**SP Plus Corporation**
**400 N Ashley Dr.**
**Suite #2050**
**Tampa, FL 33602**

Date(s) debt was incurred _
Last 4 digits of account number __4507__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.171 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,100.00** |
|---|---|---|---|

**Stacy Hagen**
**Po Box 421**
**Hansville, WA 98340-0421**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.171 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stamps.com**
**1990 E. Grand Ave**
**El Segundo, CA 90245**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Procom America, LLC** | Case number *(if known)* | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.171
7**

**Nonpriority creditor's name and mailing address**
**Stan Hodgin**
**102 Leslie Lane**
**Stevenson, WA 98648**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No ☐ Yes

$4,826.00

---

**3.171
8**

**Nonpriority creditor's name and mailing address**
**Stanley Head**
**6103 Parsons Bay**
**Regina**
**Saskatchewan S4X 3A5**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No ☐ Yes

$2,800.00

---

**3.171
9**

**Nonpriority creditor's name and mailing address**
**Stanley Kulas**
**39 Sunnyfield Dr**
**Windsor, CT 06095-3261**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No ☐ Yes

$2,062.00

---

**3.172
0**

**Nonpriority creditor's name and mailing address**
**Stephan Granberry**
**2616 Timberwood Dr**
**Flower Mound, TX 75028-2249**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No ☐ Yes

$2,200.00

---

**3.172
1**

**Nonpriority creditor's name and mailing address**
**Stephanie Kavic**
**37 W. 71st Street**
**New York, NY 10023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No ☐ Yes

$3,100.00

---

**3.172
2**

**Nonpriority creditor's name and mailing address**
**Stephanie Lyons**
**5214 S Jordan Lane**
**Spokane, WA 99224**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No ☐ Yes

$10,500.00

---

**3.172
3**

**Nonpriority creditor's name and mailing address**
**Stephanie McClintock**
**5506 Ne 114th St**
**Vancouver, WA 98686-4533**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __customer__

Is the claim subject to offset? ■ No ☐ Yes

$9,000.00

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.172 4**

**Nonpriority creditor's name and mailing address**

**Stephanie Skarohlid**
**6879 35th St**
**Princeton, MN 55371-6009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$9,900.00**

---

**3.172 5**

**Nonpriority creditor's name and mailing address**

**Stephen  Dipasquale**
**186 Rivulet Street**
**Uxbridge, MA 01569-0156**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,900.00**

---

**3.172 6**

**Nonpriority creditor's name and mailing address**

**Stephen  Madonia**
**2731 Mashie Circle**
**Castle Rock, CO 80109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,200.00**

---

**3.172 7**

**Nonpriority creditor's name and mailing address**

**Stephen Assumma**
**Po Box 401**
**Waccabuc, NY 10597-0401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,175.00**

---

**3.172 8**

**Nonpriority creditor's name and mailing address**

**Stephen Bachand**
**4130 Stonebridge Pt**
**Colorado Spgs, CO 80904-4737**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,124.00**

---

**3.172 9**

**Nonpriority creditor's name and mailing address**

**Stephen Davis**
**4734 Hollyview Dr**
**Vermilion, OH 44089-1615**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

**3.173 0**

**Nonpriority creditor's name and mailing address**

**Stephen Ellefson**
**11706 Fisher House Rd**
**Bellevue, NE 68123-1113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,400.00**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor **Procom America, LLC**
    Name

Case number (if known) **8:20-bk-03522**

---

| 3.173 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,240.00** |

**Stephen Finnegan**
**15 Bank St**
**White Plains, NY 10606-1917**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00** |

**Stephen Fox**
**20200 Rock Mountain Rd**
**Grass Valley, CA 95949-8733**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,850.00** |

**Stephen Jurmu**
**2764 Dobie Rd**
**Escanaba, MI 48854-9497**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,887.00** |

**Stephen Labate**
**234 West 21st Street**
**Deer Park, NY 11729**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,860.00** |

**Stephen Moon**
**1909 Vineyard Way**
**Tallahassee, FL 32317-7916**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00** |

**Stephen Poppe**
**2205 Spinnaker Ct**
**Reston, VA 20191-4704**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,450.00** |

**Stephen Prenger**
**103 Ne 13th Ave**
**Cape Coral, FL 33909-2611**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Procom America, LLC**
_____
Name

Case number (if known)   **8:20-bk-03522**

---

| 3.173 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,290.00** |
|---|---|---|---|

**Stephen Roe**
**2700 SW 115th St**
**Seattle, WA 98146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,370.00** |
|---|---|---|---|

**Stephen Williamson**
**121 Windrush Ln**
**Mechanicsburg, PA 17055-9236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,900.00** |
|---|---|---|---|

**Steve  Oelrich**
**9008 E 53rd Ave**
**Denver, CO 80238-3880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,840.00** |
|---|---|---|---|

**Steve Buster**
**2091 Fanestil Dr**
**Emporia, KS 66801-5419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,920.00** |
|---|---|---|---|

**Steve Druckenmiller**
**P.O. Box Box 1403**
**Albany, OR 97321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,132.00** |
|---|---|---|---|

**Steve Feeler**
**1329 Casen Ct**
**Jefferson Cty, MO 65109-9070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,111.00** |
|---|---|---|---|

**Steve Fore**
**2590 Fairview Dr**
**Gastonia, NC 28052-7171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.174 5**

**Nonpriority creditor's name and mailing address**

**Steve Hayes**
**900 273rd Pl Se**
**Sammamish, WA 98075**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

**3.174 6**

**Nonpriority creditor's name and mailing address**

**Steve Hibbs**
**1490 N Winding Wood Cir**
**Collierville, TN 38017-4093**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$9,240.00**

---

**3.174 7**

**Nonpriority creditor's name and mailing address**

**Steve Hinch**
**1332 N Washington Ave**
**Springfield, MO 65802-1936**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$15,500.00**

---

**3.174 8**

**Nonpriority creditor's name and mailing address**

**Steve Kidwell**
**5402 Barberry Cir**
**Crestwood, KY 40014-9210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,450.00**

---

**3.174 9**

**Nonpriority creditor's name and mailing address**

**Steve Massman**
**2211 Lisa Dr**
**Webster City, IA 50595**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.175 0**

**Nonpriority creditor's name and mailing address**

**Steve May**
**10717 Sunderland Place**
**Louisville, KY 40243**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$610.00**

---

**3.175 1**

**Nonpriority creditor's name and mailing address**

**Steve Mcarthur**
**23 Yorktown**
**Irvine, CA 92620-2677**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$3,850.00**

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.175
2**

**Nonpriority creditor's name and mailing address**

**Steve Mcnulty**
**2081 Thomas Bishop Lane**
**Virginia Beach, VA 23454**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,530.00

---

**3.175
3**

**Nonpriority creditor's name and mailing address**

**Steve Nebel**
**5920 W Straight Arrow**
**Phoenix, AZ 85083**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$9,900.00

---

**3.175
4**

**Nonpriority creditor's name and mailing address**

**Steve Price**
**26454 Ne 53rd St**
**Redmond, WA 98053**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$4,500.00

---

**3.175
5**

**Nonpriority creditor's name and mailing address**

**Steve Stouffer**
**8401 Mud Creek Rd**
**Indianapolis, IN 46256-9704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$3,850.00

---

**3.175
6**

**Nonpriority creditor's name and mailing address**

**Steve Tatham**
**152 Purdue Street**
**Manchester, NH 03103-0310**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$812.00

---

**3.175
7**

**Nonpriority creditor's name and mailing address**

**Steve Taylor**
**4828 Black Hollow Rd**
**Dublin, VA 24084**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$9,900.00

---

**3.175
8**

**Nonpriority creditor's name and mailing address**

**Steve Twedt**
**16271 Yaupon Berry Drive**
**Biloxi, MS 39532**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

$4,950.00

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.175 9**

**Nonpriority creditor's name and mailing address**
**Steve Walker**
**4024 Newburg Dr**
**Choctaw, OK 73020-6133**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$8,520.00**

---

**3.176 0**

**Nonpriority creditor's name and mailing address**
**Steve Winquist**
**1211 Highway 39**
**Kiron, IA 51448-7523**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,844.00**

---

**3.176 1**

**Nonpriority creditor's name and mailing address**
**Steven Anderson**
**11107 Avenida Del Gato**
**San Diego, CA 92126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$10,296.00**

---

**3.176 2**

**Nonpriority creditor's name and mailing address**
**Steven Hank**
**15729 De Fortuna Dr**
**Bee Caves, TX 78738-6075**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,600.00**

---

**3.176 3**

**Nonpriority creditor's name and mailing address**
**Steven Jones**
**12614 Oakthorn Ln.**
**La Mirada, CA 90638**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,250.00**

---

**3.176 4**

**Nonpriority creditor's name and mailing address**
**Steven Roth**
**610 Nightingale Blvd**
**Stillwater, MN 55082-5215**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,050.00**

---

**3.176 5**

**Nonpriority creditor's name and mailing address**
**Steven Schinkel**
**6445 Ne 9th Ct**
**Des Moines, IA 50313**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,800.00**

---

| Debtor | **Procom America, LLC** | | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.176 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,250.00** |
|---|---|---|---|

**Steven Sindt**
**4522 Canterbury Ct**
**Iowa City, IA 52245**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.176 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$62.00** |
|---|---|---|---|

**Steven Wahl**
**516 Deer Run Rd**
**Cold Spring, KY 41076-9160**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.176 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,900.00** |
|---|---|---|---|

**Steven Welton**
**5001 Concord Rd**
**Lincoln, NE 68516-3332**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.176 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Stu Rosengarten**
**231 Reichelt Road**
**New Milford, NJ 07646-5151**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.177 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,900.00** |
|---|---|---|---|

**Sue Coughlin**
**10844 N Cedarburg Rd**
**Mequon, WI 53092**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.177 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,650.00** |
|---|---|---|---|

**Sue Meyer**
**1304 Lincoln Hwy. Rd.**
**Lerna, IL 62440**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.177 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,600.00** |
|---|---|---|---|

**Suellen Vebber**
**3710 N. Oakland Ave**
**Shorewood, WI 53211**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Procom America, LLC**

Name

Case number (if known)   **8:20-bk-03522**

---

| 3.177 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sunshine Wight**
**517 Overlook Park Drive**
**National Harbor, MD 20745**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,180.00**

---

| 3.177 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Susan  Mcgillick**
**16717 Leavenworth Cir**
**Omaha, NE 68118**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

| 3.177 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Susan Buttery**
**3216 Renlee Pl**
**Orlando, FL 32803-6908**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$5,270.00**

---

| 3.177 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Susan Coult**
**6606 Charing Bnd**
**Chanhassen, MN 55317-7510**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,620.00**

---

| 3.177 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Susan Dolvin**
**2070 Scroll Rd**
**Carrollton, OH 44615**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

| 3.177 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Susan Dugan**
**Po Box 767**
**Baileys Hbr, WI 54202-0767**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$7,350.00**

---

| 3.177 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Susan Guest**
**2302 E Briargate Dr**
**Bryan, TX 77802-2111**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$7,840.00**

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.178 0**

**Nonpriority creditor's name and mailing address**
**Susan Hansen**
**7203 Trappers Place**
**Springfield, VA 22153-1333**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$6,080.00**

---

**3.178 1**

**Nonpriority creditor's name and mailing address**
**Susan Kuzma**
**1236 Upper Kingston Rd**
**Prattville, AL 36067**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$9,200.00**

---

**3.178 2**

**Nonpriority creditor's name and mailing address**
**Susan Luck**
**1014 N 9**
**Temple, TX 76501**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,050.00**

---

**3.178 3**

**Nonpriority creditor's name and mailing address**
**Susan Martin**
**117 Summit Oaks Lane**
**Holly Springs, NC 27540**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,312.00**

---

**3.178 4**

**Nonpriority creditor's name and mailing address**
**Susan Mcnutt**
**2526 Hunt Heights Dr**
**Lakesite, TN 37379-3036**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,200.00**

---

**3.178 5**

**Nonpriority creditor's name and mailing address**
**Susan Mellott**
**5523 Duxbury**
**Houston, TX 77305**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,950.00**

---

**3.178 6**

**Nonpriority creditor's name and mailing address**
**Susan Percy**
**85 Fox Meadow Ln**
**Orchard Park, NY 14127-2885**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$7,600.00**

---

Debtor **Procom America, LLC**
Name

Case number *(if known)* **8:20-bk-03522**

| 3.178 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,106.00 |
|---|---|---|---|

**Susan Tempin**
316 S Shannon Dr
Woodstock, IL 60098-9422

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,560.00 |
|---|---|---|---|

**Susan Tully**
11317 Channel Rd
Atlantic, VA 23303-2115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,500.00 |
|---|---|---|---|

**Susan Wallace**
7 Lincoln Street
Hallowell, ME 04347

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,500.00 |
|---|---|---|---|

**Suzanne Bednarek**
3614 Henneberry Rd
Jamesville, NY 13078-8600

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,850.00 |
|---|---|---|---|

**Suzanne Kossow**
21622 Greenview Road
Council Bluffs, IA 51503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,500.00 |
|---|---|---|---|

**Suzanne Schimmel**
1954 Norwood Creek Ter
Powhatan, VA 23139-5248

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,400.00 |
|---|---|---|---|

**Suzanne Schmidt**
903 Ravendale Place
Cary, NC 27513

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.179 4**

**Nonpriority creditor's name and mailing address**
**Suzanne Sokul**
**12362 Woodrose Ct.**
**Ft. Myers, FL 33907**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,250.00**

---

**3.179 5**

**Nonpriority creditor's name and mailing address**
**Tami Collins**
**720 Old Paint Rd**
**Raymore, MO 64083-8249**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,050.00**

---

**3.179 6**

**Nonpriority creditor's name and mailing address**
**Tammy Cooper**
**151 Watersong Ln.**
**Irmo, SC 29063**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,950.00**

---

**3.179 7**

**Nonpriority creditor's name and mailing address**
**Tammy Hagan**
**2382 Leptis Cir**
**Morgan Hill, CA 95037-3858**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,930.00**

---

**3.179 8**

**Nonpriority creditor's name and mailing address**
**Teresa Berenyi**
**23 Woodvine Ln**
**Lake Wylie, SC 29710**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,950.00**

---

**3.179 9**

**Nonpriority creditor's name and mailing address**
**Teresa Cisneros**
**2636 Eagles Peak Ln**
**Lincoln, CA 95648**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,650.00**

---

**3.180 0**

**Nonpriority creditor's name and mailing address**
**Teresa Mccabe**
**611 N. Nora**
**West Covina, CA 91790**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,840.00**

---

Debtor **Procom America, LLC**
Name

Case number (if known) **8:20-bk-03522**

---

| 3.180 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,900.00 |
|---|---|---|---|

**Teresa Yates**
**413 Sandringham Ct**
**Winter Springs, FL 32708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $594.00 |
|---|---|---|---|

**Teri Riesenberg**
**3800 Wood Trail Dr**
**Mason, OH 45040-9567**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,475.00 |
|---|---|---|---|

**Terrence Skiest**
**9 Boston Hill Circle**
**Shrewsbury, MA 01545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,062.00 |
|---|---|---|---|

**Terri Crockett**
**101 Hawk Crest Way**
**Roseville, CA 95678**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,450.00 |
|---|---|---|---|

**Terri Lovelace**
**P.o. Box 32**
**Gallion, AL 36742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,680.00 |
|---|---|---|---|

**Terri Weatherford**
**2875 Starling Drive**
**Waldorf, MD 20601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,500.00 |
|---|---|---|---|

**Terri Wilfong**
**908 Golden Bell Place**
**Lexington, KY 40515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

| 3.180 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,950.00** |
|---|---|---|---|

**Terry Corso**
**2849 E 450 S**
**Chalmers, IN 00047-9298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,100.00** |
|---|---|---|---|

**Terry Dawson**
**2626 County Rd 1466**
**Cullman, AL 35058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,410.00** |
|---|---|---|---|

**Terry Langohr**
**110 Avenida Adobe**
**San Clemente, CA 92672-2407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,500.00** |
|---|---|---|---|

**Terry Mckeithen**
**1018 Live Oak Loop**
**Mandeville, LA 70448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,900.00** |
|---|---|---|---|

**Terry Stevens**
**1470 Muehl Road**
**Seguin, TX 78155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,263.00** |
|---|---|---|---|

**Theodore Chavez**
**8263 Adams Way**
**Denver, CO 80221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,837.00** |
|---|---|---|---|

**Thomas Edeal**
**4103 Townsend Rd**
**Carlsbad, NM 88220-9513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.181 5**

**Nonpriority creditor's name and mailing address**

**Thomas Ardecki**
**35 Dorothy Dr**
**Sewell, NJ 08080-2449**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,400.00**

---

**3.181 6**

**Nonpriority creditor's name and mailing address**

**Thomas Bertram**
**415 Olde Oneida St**
**Appleton, FL 54911**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$7,840.00**

---

**3.181 7**

**Nonpriority creditor's name and mailing address**

**Thomas Boris Claymon**
**1815 34 St NW**
**Rochester, MN 55901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$212.00**

---

**3.181 8**

**Nonpriority creditor's name and mailing address**

**Thomas Brownrigg**
**9374 Mack**
**Sauk City, WI 53583**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$10,800.00**

---

**3.181 9**

**Nonpriority creditor's name and mailing address**

**Thomas Brownrigg**
**9374 Mack**
**Sauk City, WI 53583**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,660.00**

---

**3.182 0**

**Nonpriority creditor's name and mailing address**

**Thomas Bumps**
**1008 Hileah Dr**
**Crossville, TN 38572-6120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,420.00**

---

**3.182 1**

**Nonpriority creditor's name and mailing address**

**Thomas Carpenter**
**2 Rouse Drive**
**Avondale, PA 19311**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$10,560.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor  **Procom America, LLC**
_____
Name

Case number (if known)    **8:20-bk-03522**

---

| 3.182 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,520.00** |
|---|---|---|---|

**Thomas Cochran**
**1460 Whippoorwill Rd**
**Watkinsville, GA 30677-2378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,346.00** |
|---|---|---|---|

**Thomas Dolan**
**1512 Straight Path Uppr**
**Lindenhurst, NY 11757-1909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,900.00** |
|---|---|---|---|

**Thomas Fisher**
**11111 Presbyterian Dr.**
**Indianapolis, IN 46236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,124.00** |
|---|---|---|---|

**Thomas Ford**
**2776 Meadow Dr**
**Gettysburg, PA 17325-8185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,050.00** |
|---|---|---|---|

**Thomas Hohman**
**7316 Shepherdsville Road**
**Louisville, KY 40219-2900**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,900.00** |
|---|---|---|---|

**Thomas Howe**
**4842 Sweetmeadow Cir**
**Sarasota, FL 34238-3319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,200.00** |
|---|---|---|---|

**Thomas Hummel**
**1307 S Courtright St**
**Anaheim, CA 92804-4811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.1829**

**Nonpriority creditor's name and mailing address**

**Thomas Kage**
**1120 4Th Street**
**PO Box 35**
**Marathon, WI 54448**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

$5,930.00

---

**3.1830**

**Nonpriority creditor's name and mailing address**

**Thomas Lee**
**1791**
**Hanford, CA 93230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

$5,270.00

---

**3.1831**

**Nonpriority creditor's name and mailing address**

**Thomas Lewis**
**6700 France Ave S Ste 116**
**Edina, MN 55435-1912**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

$19,800.00

---

**3.1832**

**Nonpriority creditor's name and mailing address**

**Thomas M Ault**
**5819 E Sierra Sunset Trail**
**Cave Creek, AZ 85331**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

$9,800.00

---

**3.1833**

**Nonpriority creditor's name and mailing address**

**Thomas M. Nason**
**6 Saint James Ct**
**Durham, NC 27713-9408**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

$10,560.00

---

**3.1834**

**Nonpriority creditor's name and mailing address**

**Thomas Mcginnis**
**231 High View Dr**
**Anchorage, AK 99515-3710**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

$10,700.00

---

**3.1835**

**Nonpriority creditor's name and mailing address**

**Thomas Metz**
**596 Glenbrook Rd Apt 7**
**Stamford, CT 06906-1423**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

$4,500.00

---

Debtor **Procom America, LLC**

Case number (if known) **8:20-bk-03522**

Name

| 3.183 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,800.00 |
|---|---|---|---|

**Thomas Metzler**
66 Bonter Rd
Oak Ridge, NJ 07438-0743

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,328.00 |
|---|---|---|---|

**Thomas Mitoraj**
5216 Woodland Ave
Western Sprgs, IL 60558-1832

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,600.00 |
|---|---|---|---|

**Thomas Neville**
6671 Butte Ave
Sutter, CA 95982-2157

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,312.00 |
|---|---|---|---|

**Thomas Saunders**
2700 Brassfield Rd
Creedmoor, NC 27522-8709

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,560.00 |
|---|---|---|---|

**Thomas Smith**
32237 Phantom Dr
Rch Palos Vrd, CA 90275-6110

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,350.00 |
|---|---|---|---|

**Thomas Steinke**
10047 Trailside Ct
Reno, NV 89511-5357

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,420.00 |
|---|---|---|---|

**Thomas Thompson**
1291 Tiger Lily Ln
Lincoln, CA 95648-8123

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.184 3**

**Nonpriority creditor's name and mailing address**

**Thomas Timmons**
**25043 S Fox Glenn Dr**
**Sun Lakes, AZ 85248-8524**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$9,900.00**

---

**3.184 4**

**Nonpriority creditor's name and mailing address**

**Thomas Vanden Berk**
**2754 Summit Ave**
**Highland Park, IL 60035-1326**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$11,520.00**

---

**3.184 5**

**Nonpriority creditor's name and mailing address**

**Thomas Vaughan**
**172 Rushford Hollow Dr**
**Cheektowaga, NY 14227-2392**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$16,500.00**

---

**3.184 6**

**Nonpriority creditor's name and mailing address**

**Thomas Ward**
**1163 Tadpole Rd**
**Pa Furnace, PA 16865-9546**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$8,700.00**

---

**3.184 7**

**Nonpriority creditor's name and mailing address**

**Thomas Yoder**
**2302 Irving Pl**
**Wichita Falls, TX 76308-2034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,800.00**

---

**3.184 8**

**Nonpriority creditor's name and mailing address**

**Tim Rees**
**13853 W Iliff Ave**
**Lakewood, CO 80228-4803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$10,296.00**

---

**3.184 9**

**Nonpriority creditor's name and mailing address**

**Time Warner Cable**
**PO Box 223085**
**Pittsburgh, PA 15251**

Date(s) debt was incurred _

Last 4 digits of account number  **6801**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,798.00**

---

Debtor  **Procom America, LLC**
_____
Name

Case number (if known)   **8:20-bk-03522**

---

| 3.185 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|

**Timothy  Ryan**
**10585 Millertown Road Se**
**Glouster, OH 45732-4573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,900.00 |
|---|---|---|---|

**Timothy Avey**
**248 Hannover Cir**
**Panama City, FL 32404-7532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,900.00 |
|---|---|---|---|

**Timothy Bolinger**
**108 Windsor Ct**
**Decatur, IN 46733-3116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,700.00 |
|---|---|---|---|

**Timothy Bolinger**
**108 Windsor Ct**
**Decatur, IN 46733-3116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,120.00 |
|---|---|---|---|

**Timothy Colliton**
**800 N. 17th Street**
**Tekamah, NE 68061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,600.00 |
|---|---|---|---|

**Timothy Kinnison**
**1577 Peninsula Dr**
**Scottsboro, AL 35769-7878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|

**Timothy Sustersic**
**4080 Forestridge Dr.**
**Richfield, OH 44286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.185 7**

**Nonpriority creditor's name and mailing address**

**Timothy Weiner**
**6406 Le Blanc Pl**
**Rch Palos Vrd, CA 90275-5728**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,600.00**

---

**3.185 8**

**Nonpriority creditor's name and mailing address**

**Timothy White**
**2382 Island Way**
**Little River, SC 29566**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,280.00**

---

**3.185 9**

**Nonpriority creditor's name and mailing address**

**Tina Schumann**
**914 Packer St.**
**Key West, FL 33040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,800.00**

---

**3.186 0**

**Nonpriority creditor's name and mailing address**

**Todd Faber**
**Psc 41 Box 6442**
**Apo   09464-0065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,530.00**

---

**3.186 1**

**Nonpriority creditor's name and mailing address**

**Todd Faber**
**Psc 41 Box 6442**
**Apo   09464-0065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,610.00**

---

**3.186 2**

**Nonpriority creditor's name and mailing address**

**Todd Kroh**
**1185 Mulberry Run**
**Mineral Ridge, OH 44440-9444**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$9,900.00**

---

**3.186 3**

**Nonpriority creditor's name and mailing address**

**Todd Linhardt**
**7408 Scrivner Rd**
**Jefferson Cty, MO 65109-9673**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$278.00**

---

| | |
|---|---|
| Debtor | **Procom America, LLC** |
| | Name |

Case number (if known)   **8:20-bk-03522**

---

**3.186 4**

**Nonpriority creditor's name and mailing address**
**Todd Palmer**
**50 Hatherly Rd**
**Waltham, MA 02452-5736**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

$3,850.00

---

**3.186 5**

**Nonpriority creditor's name and mailing address**
**Todd Sieleman**
**16408 W 133rd St**
**Olathe, KS 66062-6202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,188.00

---

**3.186 6**

**Nonpriority creditor's name and mailing address**
**Todd Strickler**
**12630 266th Ave Se**
**Monroe, WA 98272**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

$9,150.00

---

**3.186 7**

**Nonpriority creditor's name and mailing address**
**Todd Thompson**
**25573 Hertitage Lane**
**WY, MN 55092**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

$5,900.00

---

**3.186 8**

**Nonpriority creditor's name and mailing address**
**Tom Cantwell**
**844 Summit Ave**
**Franklin Lks, NJ 07417-1211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

$4,950.00

---

**3.186 9**

**Nonpriority creditor's name and mailing address**
**Tom Merigan**
**137 Meadowview Street**
**Marshfield, MA 02050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

$9,200.00

---

**3.187 0**

**Nonpriority creditor's name and mailing address**
**Tom Merigan**
**137 Meadowview Street**
**Marshfield, MA 02050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

$9,900.00

---

| Debtor | **Procom America, LLC** | | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|---|
| | Name | | | |

---

**3.187 1**

**Nonpriority creditor's name and mailing address**
**Tom Stoll**
**505 Pleasant Valley Ave**
**Moorestown, NJ 08057**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,930.00**

---

**3.187 2**

**Nonpriority creditor's name and mailing address**
**Tomie Dietz**
**12945 W Micheltorena Dr**
**Sun City West, AZ 85375-1513**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,400.00**

---

**3.187 3**

**Nonpriority creditor's name and mailing address**
**Toni Floyd**
**41615 Chaparral Dr**
**Temecula, CA 66935-4667**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$10,560.00**

---

**3.187 4**

**Nonpriority creditor's name and mailing address**
**Toni Johnston**
**156 Eagle Ridge Way**
**Nanuet, NY 10954-1019**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,600.00**

---

**3.187 5**

**Nonpriority creditor's name and mailing address**
**Toni Sinker-strang**
**1703 Red Barn Rd**
**Raymore, MO 64083-8171**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,525.00**

---

**3.187 6**

**Nonpriority creditor's name and mailing address**
**Traci Miller**
**2 Summerwind Rd**
**Omak, WA 98841**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$594.00**

---

**3.187 7**

**Nonpriority creditor's name and mailing address**
**Tracy Reed**
**11628 White Hall Rd**
**Smithsburg, MD 21783-1721**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

| Debtor | **Procom America, LLC** | Case number (*if known*) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.1878**

**Nonpriority creditor's name and mailing address**
**Travelex Insurance Services**
**9410 West Dodge Rd**
**Suite 300**
**Omaha, NE 68114**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$456,342.00**

---

**3.1879**

**Nonpriority creditor's name and mailing address**
**Treg Oistad**
**4502 Ne 70th St**
**Seattle, WA 98115-6150**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,328.00**

---

**3.1880**

**Nonpriority creditor's name and mailing address**
**Tricia Bramson**
**2020 W 31st Ave**
**Kennewick, WA 99337-3169**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$7,912.00**

---

**3.1881**

**Nonpriority creditor's name and mailing address**
**Trish Lawson**
**3205 New York Ave**
**Costa Mesa, CA 92626-2220**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$6,958.00**

---

**3.1882**

**Nonpriority creditor's name and mailing address**
**Troy Arrington**
**3169 Sicily Ave**
**Costa Mesa, CA 92626-2332**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

**3.1883**

**Nonpriority creditor's name and mailing address**
**Tyler Hain**
**117 Larchwood Rd**
**Yorktown, VA 23692-4743**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,760.00**

---

**3.1884**

**Nonpriority creditor's name and mailing address**
**Tyler Zaffaro**
**8 Pritchard Ct**
**Fishkill, NY 12524-3736**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,650.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.188
5**

**Nonpriority creditor's name and mailing address**
**Verizon**
**Post Office Box 660108**
**Dallas, TX 75266**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$463.08**

---

**3.188
6**

**Nonpriority creditor's name and mailing address**
**Veronica Span**
**6305 Crebs Avenue**
**Tarzana, CA 91335**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$10,600.00**

---

**3.188
7**

**Nonpriority creditor's name and mailing address**
**Vic Stansberry**
**590 Thoroughbred Lane**
**Greenwood, IN 46142**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$9,900.00**

---

**3.188
8**

**Nonpriority creditor's name and mailing address**
**Vicki Banks**
**Po Box 262**
**Pacolet, SC 29372**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$7,920.00**

---

**3.188
9**

**Nonpriority creditor's name and mailing address**
**Vicki Dalene Rice**
**184 Old Park Avenue**
**Lexington, KY 40502**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,600.00**

---

**3.189
0**

**Nonpriority creditor's name and mailing address**
**Vicki Gauthier**
**2326 Currant St**
**Fort Mill, SC 29715-9805**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$9,900.00**

---

**3.189
1**

**Nonpriority creditor's name and mailing address**
**Vicki Kennedy**
**6650 Thorne Road**
**Horton, MI 49246**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$7,150.00**

---

| Debtor | **Procom America, LLC** | | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|---|
| | Name | | | |

---

**3.189 2**

**Nonpriority creditor's name and mailing address**

**Vickie Wight**
**181 E Los Arcos**
**Green Valley, AZ 85614-2407**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No ☐ Yes

$2,450.00

---

**3.189 3**

**Nonpriority creditor's name and mailing address**

**Victor  Weatherford**
**11650 Federal Street**
**Fulton, MD 20759**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No ☐ Yes

$4,800.00

---

**3.189 4**

**Nonpriority creditor's name and mailing address**

**Victor Bonardi**
**6208 Carnegie Dr**
**Bethesda, MD 20817-1738**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No ☐ Yes

$4,125.00

---

**3.189 5**

**Nonpriority creditor's name and mailing address**

**Victor Consiglio**
**23275 Robert John St**
**St Clair Shores, MI 48080-2608**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No ☐ Yes

$4,125.00

---

**3.189 6**

**Nonpriority creditor's name and mailing address**

**Victor Sokul**
**4 Liberty Lane**
**Exeter, NH 03833**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No ☐ Yes

$4,988.00

---

**3.189 7**

**Nonpriority creditor's name and mailing address**

**Victoria Cristina**
**P.o. Box 184**
**Intercourse, PA 17534**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No ☐ Yes

$5,400.00

---

**3.189 8**

**Nonpriority creditor's name and mailing address**

**Victoria Syverson**
**3247 Quasqueton Ave # 4**
**Walker, IA 52352-9622**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No ☐ Yes

$9,900.00

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.1899**

**Nonpriority creditor's name and mailing address**

**Vie Thorgren**
**3716 S. Forest Way**
**Denver, CO 80237-1017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

$5,850.00

---

**3.1900**

**Nonpriority creditor's name and mailing address**

**Vincent  Memole**
**10 Vermont Ave**
**Rensselaer, NY 12144-3221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

$5,600.00

---

**3.1901**

**Nonpriority creditor's name and mailing address**

**Vincent Miralles**
**46 Msgr Wojtycha Dr**
**Jersey City, NJ 07305-4890**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

$1,600.00

---

**3.1902**

**Nonpriority creditor's name and mailing address**

**Vincent Ricevuto**
**115 Mallard Drive**
**Coatesville, PA 19320-1080**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

$4,668.00

---

**3.1903**

**Nonpriority creditor's name and mailing address**

**Virginia  Knapp**
**566 Lyon Street**
**Elmira, NY 14904**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

$337.00

---

**3.1904**

**Nonpriority creditor's name and mailing address**

**Virginia Lowery**
**99 Kensington Ave**
**Jersey City, NJ 07304-1805**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

$2,650.00

---

**3.1905**

**Nonpriority creditor's name and mailing address**

**Virginia Rasmussen**
**587 8th St**
**Manilla, IA 51454**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

$5,100.00

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor  **Procom America, LLC**
_____
Name

Case number (if known)  **8:20-bk-03522**

---

| 3.190 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,600.00 |
|---|---|---|---|

**Virginia Williams**
**404 Fairoaks Cir**
**Chapel Hill, NC 27516-1604**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,230.00 |
|---|---|---|---|

**Virginia Woods**
**2008 E M Franklin Ave Unit B**
**Austin, TX 78723-5831**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,650.00 |
|---|---|---|---|

**Vivian Biely**
**5096 Pacifica Drive**
**San Diego, CA 92109**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,700.00 |
|---|---|---|---|

**W. David Hager**
**498 Allegiance Dr**
**Lititz, PA 17543-7358**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33.62 |
|---|---|---|---|

**W.B. Mason**
**59 Centre St**
**Brockton, MA 02301**

Date(s) debt was incurred _

Last 4 digits of account number  **6605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,670.00 |
|---|---|---|---|

**Walt Cramer**
**3829 Walhampton Dr.**
**Lexington, KY 40517**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,580.00 |
|---|---|---|---|

**Walt Cramer**
**3829 Walhampton Dr.**
**Lexington, KY 40517**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor　**Procom America, LLC**
　　　　　Name

Case number (if known)　**8:20-bk-03522**

---

| 3.191<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00** |
|---|---|---|---|

**Walter Drag**
**4773 Brompton Dr**
**Blasdell, NY 14219-2963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:　**customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00** |
|---|---|---|---|

**Walter Gustafson**
**Po Box 182**
**Minocqua, WI 54548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:　**customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,900.00** |
|---|---|---|---|

**Walter Hudson**
**2695 Timberline Rd**
**Marietta, GA 30062-1571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:　**customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,600.00** |
|---|---|---|---|

**Walter Nicholas Humann**
**15333 Ballantyne Cty Club**
**Charlotte, NC 28277-2722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:　**customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,120.00** |
|---|---|---|---|

**Wanda Hochhalter**
**1229 View Court**
**Hastings, MN 55033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:　**customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,276.00** |
|---|---|---|---|

**Ward Boone**
**29 Cardinal Circle**
**Conway, AR 72032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:　**customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191<br>9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,958.00** |
|---|---|---|---|

**Warren Linnell**
**9947 W Lanktree Gulch Rd**
**Star, ID 83669-5193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:　**customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Procom America, LLC** | | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|---|
| | Name | | | |

---

**3.192 0**

**Nonpriority creditor's name and mailing address**
**Warren Perry**
**3 Wentworth Place**
**Pawleys Is, SC 29585**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,979.00**

---

**3.192 1**

**Nonpriority creditor's name and mailing address**
**Warren Steinkamp**
**3303 NW 13th**
**Ankeny, IA 50023**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,800.00**

---

**3.192 2**

**Nonpriority creditor's name and mailing address**
**Warren Vircks**
**3877 E Layton Ave**
**Cudahy, WI 53110-1506**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,950.00**

---

**3.192 3**

**Nonpriority creditor's name and mailing address**
**Wayne Byard**
**415  Chesterfield Jacobstown**
**Chesterfield, NJ 08515**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,450.00**

---

**3.192 4**

**Nonpriority creditor's name and mailing address**
**Wayne Dohlman**
**10811 N St Clair Ave**
**Kansas City, MO 64154**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$12,000.00**

---

**3.192 5**

**Nonpriority creditor's name and mailing address**
**Wayne Markus**
**12755 Izard St**
**Omaha, NE 68154-1243**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,850.00**

---

**3.192 6**

**Nonpriority creditor's name and mailing address**
**Wayne Michels**
**5529 37th Ave South**
**Minneapolis, MN 55417**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,979.00**

---

| Debtor | **Procom America, LLC** | | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|---|
| | Name | | | |

---

**3.192 7**

**Nonpriority creditor's name and mailing address**

**Wayne Thompson**
**18 Gladtidings Rd**
**Lugoff, SC 29078**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

**3.192 8**

**Nonpriority creditor's name and mailing address**

**Wayne Werner**
**3820 Ne 155th Pl Apt 301**
**Lk Forest Pk, WA 98155-6721**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**customer**

Is the claim subject to offset? ■ No ☐ Yes

**$273.00**

---

**3.192 9**

**Nonpriority creditor's name and mailing address**

**Wendell Howell**
**514 Americas Way # 1512**
**Box Elder, SD 57719-7600**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**customer**

Is the claim subject to offset? ■ No ☐ Yes

**$16,490.00**

---

**3.193 0**

**Nonpriority creditor's name and mailing address**

**Wendy Cook**
**3723 Saratoga Rd**
**Langley, WA 98260-9654**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**customer**

Is the claim subject to offset? ■ No ☐ Yes

**$7,840.00**

---

**3.193 1**

**Nonpriority creditor's name and mailing address**

**Wendy Hinson**
**234 Eventide Drive**
**Fleming Is, FL 32003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,188.00**

---

**3.193 2**

**Nonpriority creditor's name and mailing address**

**Wendy Williams**
**385 Cynthia Cres**
**Redlands, CA 92373-6836**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**customer**

Is the claim subject to offset? ■ No ☐ Yes

**$10,700.00**

---

**3.193 3**

**Nonpriority creditor's name and mailing address**

**Wesley King**
**520 10th St Nw**
**Carrollton, OH 44615-9442**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**customer**

Is the claim subject to offset? ■ No ☐ Yes

**$11,700.00**

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.193 4**

**Nonpriority creditor's name and mailing address**
**William  Asbell**
**2019 S Cove Trl**
**Marietta, GA 30066-1922**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$9,240.00**

---

**3.193 5**

**Nonpriority creditor's name and mailing address**
**William  Creech**
**1409 Ironwood Drive**
**Marion, IN 46952-1570**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$6,180.00**

---

**3.193 6**

**Nonpriority creditor's name and mailing address**
**William Almany**
**17200 S. Stark Avenue**
**Cerritos, CA 90703**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$7,290.00**

---

**3.193 7**

**Nonpriority creditor's name and mailing address**
**William Ault**
**9841 Peacock Cir**
**Fountain Vly, CA 92708-6613**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$838.00**

---

**3.193 8**

**Nonpriority creditor's name and mailing address**
**William Buffington**
**123 Creek Rd**
**Newport, PA 17074-8912**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$9,900.00**

---

**3.193 9**

**Nonpriority creditor's name and mailing address**
**William Carey**
**45 Lookout Point**
**Ocean Pines, MD 21811**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,124.00**

---

**3.194 0**

**Nonpriority creditor's name and mailing address**
**William Carter**
**330 2nd Ave S**
**Moorhead, MN 56560-2669**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,020.00**

---

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.194 1**

**Nonpriority creditor's name and mailing address**
**William Carter**
**17058 Falling Leaf Ct**
**College Station, TX 77845**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,175.00**

---

**3.194 2**

**Nonpriority creditor's name and mailing address**
**William F Thomas**
**29648 57th Pl S**
**Auburn, WA 98001-2387**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$9,900.00**

---

**3.194 3**

**Nonpriority creditor's name and mailing address**
**William Garlow**
**7004 Barth Rd**
**Shawnee, KS 66226-3535**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$9,900.00**

---

**3.194 4**

**Nonpriority creditor's name and mailing address**
**William Garner Jr**
**1711 Mute Swan Ln Se**
**Bolivia, NC 28422-7996**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$9,900.00**

---

**3.194 5**

**Nonpriority creditor's name and mailing address**
**William Hannum**
**110 Sunningdale Dr**
**Flat Rock, NC 28731-9567**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$15,500.00**

---

**3.194 6**

**Nonpriority creditor's name and mailing address**
**William Hauck**
**156 22nd Avenue South**
**South St Paul, MN 55106**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,400.00**

---

**3.194 7**

**Nonpriority creditor's name and mailing address**
**William Henschke**
**111 Elm Ave**
**Hershey, PA 17033**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,124.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.1948**

**Nonpriority creditor's name and mailing address**
**William Heyderhoff**
**9181 Hillside Trl S**
**Cottage Grove, MN 55016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,703.00**

---

**3.1949**

**Nonpriority creditor's name and mailing address**
**William Hoefler**
**56 High St**
**South Hadley, MA 01075-2719**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.1950**

**Nonpriority creditor's name and mailing address**
**William Johnson**
**891 Camp Cardinal Rd**
**Iowa City, IA 52246**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,290.00**

---

**3.1951**

**Nonpriority creditor's name and mailing address**
**William L. Knopf**
**Po Box 66**
**Almond, NC 28702-0066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,312.00**

---

**3.1952**

**Nonpriority creditor's name and mailing address**
**William McClain**
**4300 Willow Lane Rd**
**Raleigh, NC 27616**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,250.00**

---

**3.1953**

**Nonpriority creditor's name and mailing address**
**William Murphy**
**12 Palmo Way**
**Novato, CA 94945-1213**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$3,850.00**

---

**3.1954**

**Nonpriority creditor's name and mailing address**
**William Powers**
**3363 Pheasant Hill Dr**
**Allentown, PA 18104-9806**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$5,600.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Procom America, LLC** | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|
| | Name | | |

---

**3.195 5**

**Nonpriority creditor's name and mailing address**

**William Pruehsner**
**4405 Legacy Oaks Place**
**Asheville, NC 28803**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,674.00**

---

**3.195 6**

**Nonpriority creditor's name and mailing address**

**William Schey**
**84 N Washington Dr**
**Sarasota, FL 34236**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$9,900.00**

---

**3.195 7**

**Nonpriority creditor's name and mailing address**

**William Scull**
**5021 Cedar Hill Rd**
**Fort Worth, TX 76116-7611**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$7,825.00**

---

**3.195 8**

**Nonpriority creditor's name and mailing address**

**William Shannon**
**1687 Yarbrough Farms Blvd**
**Auburn, AL 36830-2909**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$9,900.00**

---

**3.195 9**

**Nonpriority creditor's name and mailing address**

**William Shatzer**
**12201 W 150th Circle**
**Olathe, KS 66062**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$9,900.00**

---

**3.196 0**

**Nonpriority creditor's name and mailing address**

**William Stolte**
**4060 Arbolado Drive**
**Walnut Creek, CA 94598-4616**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$9,900.00**

---

**3.196 1**

**Nonpriority creditor's name and mailing address**

**William Swartz**
**2020 Taylor Ave**
**Winter Park, FL 32792-3133**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

**$10,560.00**

---

| Debtor | **Procom America, LLC** | | Case number (if known) | **8:20-bk-03522** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.196 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,400.00** |
|---|---|---|---|

**William Thomas**
**PO Box 772906**
**Ocala, FL 34477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,600.00** |
|---|---|---|---|

**William Utley**
**3905 Millstone Cir**
**Monrovia, MD 21770-9136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,124.00** |
|---|---|---|---|

**William VanWagner**
**37 Montgomery Rd**
**Southampton, MA 01073-9597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,986.00** |
|---|---|---|---|

**William Wilber**
**524 Juniper Avenue**
**Hines, OR 97738-3408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,800.00** |
|---|---|---|---|

**William Zadrozny**
**275 Williams St**
**Wrentham, MA 02093-1811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,560.00** |
|---|---|---|---|

**Willie Freeman**
**1257 Mackey Rd N**
**Gilmer, TX 75645-5505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,600.00** |
|---|---|---|---|

**Winfreda Lutz**
**16658 Hamilton Drive**
**Orlando, FL 32833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor      **Procom America, LLC**
_____
Name                                              Case number (if known)      **8:20-bk-03522**

| 3.196 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,800.00 |
|---|---|---|---|

**Yvonne Reid**
**5729 45 Street**
**Lloydminster**
**Alberta T9V 0C3**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,064.00 |
|---|---|---|---|

**Zachary Martinez**
**1588 Capri Ln**
**Richmond, IN 47374-1549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,664.00 |
|---|---|---|---|

**Zachary Templin**
**100 W 143rd St Apt 5**
**New York, NY 10030-3512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,320.00 |
|---|---|---|---|

**Zachary Walton**
**320 N Tuscan Way**
**Greensburg, PA 15601-9114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,200.00 |
|---|---|---|---|

**Zackary Chapman**
**368 W Jefferson Street**
**Upland, IN 46989**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **ADP**<br>**PO Box 842875**<br>**Boston, MA 02284** | Line __3.4__<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $                86,000.00 |

Debtor    **Procom America, LLC**
          Name

Case number (*if known*)   **8:20-bk-03522**

**5b. Total claims from Part 2**

5b.   +   $           13,407,628.25

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.   $           13,493,628.25

**Fill in this information to identify the case:**

Debtor name **Procom America, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **8:20-bk-03522**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **December 23, 2019 Asset Purchase Agreement by and between the Debtor and Dennis Ross, individually, and doing business as World War II Tours of Europe and Custom Euro Tours and Cheryl Ross, individually and doing business as MRG Design for the purchase of Dennis Ross' World War II European Tour business known as World War II Tours of Europe, a division of Custom Euro Tours and the following domain names:  a) WorldWar2ToursofEurope.com; b) DDayAnniversaryTours.com; c) CustomEuroTours.com; and d) USAIncoming.com, together with all associated trademark, service mark, and tradename rights, and any choses in action relating to same.** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Dennis J Ross**<br>**130 Via Madrid Drive**<br>**Ormond Beach, FL 32176** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Procom America, LLC**
First Name        Middle Name        Last Name

Case number (*if known*)    **8:20-bk-03522**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **36 month lease for an office copier/printer. Began in 2019** | |
|---|---|---|---|
| | State the term remaining | | **Great America Financial Serv**<br>**P.O. Box 660831**<br>**Dallas, TX 75266** |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **63 month Rental Lease Agreement (Procom is responsible for 1 year of rent per FL Statute 727.112(6)(a))** | |
|---|---|---|---|
| | State the term remaining | | **Rivergate Tower Owner, LLC**<br>**One Independent Drive**<br>**Suite 1850**<br>**Jacksonville, FL 32202** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **Procom America, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:20-bk-03522**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | | Street | | | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | | |
| 2.2 | | Street | | | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | | |
| 2.3 | | Street | | | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | | |
| 2.4 | | Street | | | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | | |

**Fill in this information to identify the case:**

Debtor name    **Procom America, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:20-bk-03522**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other | **$3,378,167.08** |
   | **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other | **$15,792,420.00** |
   | **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other | **$9,986,477.16** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2019** to **12/31/2019** | **Other income** | **$1,001.00** |
   | **For year before that:**<br>From **1/01/2018** to **12/31/2018** | **Other income** | **$2,198.00** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  **Procom America, LLC**

Case number *(if known)*  **8:20-bk-03522**

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **Please see attached report.** | **all payments between February 8, 2020 and May 8, 2020** | $1,111,144.39 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Please see attached report.** | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor   **Procom America, LLC**                                    Case number *(if known)*   **8:20-bk-03522**

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Larry Hyman**<br>**106 S. Tampania Ave. #200**<br>**Tampa, FL 33679** | **All assets of the Debtor.** | **Unknown** |

| | Case title | Court name and address |
|---|---|---|
| | **In re: Procom America, LLC d/b/a BBOB** | **13th Judicial Circuit** |
| | Case number | **in and for Hillsborough** |
| | **20-CA-3298, Division B** | **County, FL** |
| | Date of order or assignment | **Tampa, FL 33602** |
| | **04/15/2020** | |

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Forever Young Inc.**<br>**P.O. Box 1381**<br>**Collierville, TN 38027** | **cash** | **various dates since May 17, 2018** | **$38,706.00** |
| | Recipients relationship to debtor<br>**None** | | | |

---

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Procom America, LLC**                                    Case number *(if known)*    **8:20-bk-03522**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Renaissance Consulting and Development 5331 Primrose Lake Circle #228 Tampa, FL 33647** | **accounting and consulting fees** | **April 6, 2020** | **$7,500.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Johnson, Pope, Bokor, Ruppel & Burns, LLP 401 East Jackson Street #3100 Tampa, FL 33602** | **Attorney Fees (Please see 2016(b) Statement).** | **April 1, 2020** | **$15,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    Previous Locations

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **811 Corporate Drive Suite 108 Lexington, KY 40503** | **10/16/12 to 12/31/19** |

**Part 8:**    Health Care Bankruptcies

Debtor    **Procom America, LLC**                                                        Case number *(if known)*    **8:20-bk-03522**

---

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Names, addresses and copies of Passports.**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

---

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Procom America 401(k) Plan** | EIN:   **42-1773284** |

Has the plan been terminated?
■ No
☐ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of America** PO Box 25118 Tampa, FL 33622 | **XXXX-6027** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **May 1, 2020 (The date account was closed is an estimate based on when accessability to these accounts was removed.)** | **$68.34** |

---

| Debtor | **Procom America, LLC** | | Case number *(if known)* | **8:20-bk-03522** |
|---|---|---|---|---|

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | **Bank of America**<br>**PO Box 25118**<br>**Tampa, FL 33622** | **XXXX-6030** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **May 1, 2020**<br>**(Account had a negative balance of $190,918.96 as of April 30, 2020). (The date account was closed is an estimate based on when accessability to these accounts was removed.)** | **$0.00** |
| 18.3. | **Bank of America**<br>**PO Box 25118**<br>**Tampa, FL 33622** | **XXXX-4549** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **May 1, 2020 (The date account was closed is an estimate based on when accessability was removed.)** | **$385.00** |
| 18.4. | **PNC Bank**<br>**500 1st Ave**<br>**Pittsburgh, PA 15219** | **XXXX-1312** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **May 1, 2020**<br>**(Account had a negative balance of $31.90 as of April 30, 2020) (The date account was closed is an estimate based on when accessability to these accounts was removed.)** | **$0.00** |
| 18.5. | **PNC Bank**<br>**500 1st Ave**<br>**Pittsburgh, PA 15219** | **XXXX-1339** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **May 1, 2020**<br>**(account had a negative balance of $540.08 as of April 30, 2020). (The date account was closed is an estimate based on when accessability to these accounts was removed.)** | **$0.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Procom America, LLC**                                                Case number *(if known)*    **8:20-bk-03522**

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.6. | **Bank of America**<br>**PO Box 25118**<br>**Tampa, FL 33622** | **XXXX-6496** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Titled in the name of Procom Tours, LLC Account closed on or about May 1, 2020 (The date account was closed is an estimate based on when accessability to these accounts was removed.)** | **$0.00** |
| 18.7. | **PNC Bank**<br>**500 1st Ave**<br>**Pittsburgh, PA 15219** | **XXXX-1347** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Titled in the name of Procom Tours, LLC Account closed on or about May 1, 2020 (The date account was closed is an estimate based on when accessability to these accounts was removed.)** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**    **Details About Environment Information**

| Debtor | **Procom America, LLC** | Case number *(if known)* | **8:20-bk-03522** |
|---|---|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

   ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **Procom Tours, LLC**<br>**400 N. Ashley Drive**<br>**Unit 1010**<br>**Tampa, FL 33602** | **100% subsidiary of Debtor responsible for all US based tours.** | EIN: **81-0965420**<br><br>From-To **12/21/2015-5/8/2020** |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Renaissance Consulting & Development LLC**<br>**5331 Primrose Lake Circle**<br>**Ste 228**<br>**Tampa, FL 33647** | **7/3/2012-present** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Procom America, LLC** | Case number *(if known)* | **8:20-bk-03522** |
| --- | --- | --- | --- |

| Name and address | Date of service From-To |
| --- | --- |
| 26a.2. **Niki Montgomery** 1049 Briarwood Dr. Lawrenceburg, KY 40342 | **02/01/2014 to 04/30/2019** |
| 26a.3. **Debra Watkins** 2258 Roanoke Springs Dr. Ruskin, FL 33570 | **04/2019 to 04/10/2020** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
| --- | --- |
| 26b.1. **Renaissance Consulting & Dev** 5331 Primrose Lake Circle Suite 228 Tampa, FL 33647 | **7/3/2012-present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| 26c.1. **Renaissance Consulting & Dev** 5331 Primrose Lake Circle Suite 228 Tampa, FL 33647 | |
| 26c.2. **Larry Hyman** 106 S. Tampania Ave. #200 Tampa, FL 33679 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |
| 26d.1. **Dunn & Bradstreet** 103 JFK Parkway Short Hills, NJ 07078 |
| 26d.2. **Viking Bond** 22601 N. 19th Ave #210 Phoenix, AZ 85027 |
| 26d.3. **Rivergate Tower Owner, LLC** One Independent Drive Suite 1850 Jacksonville, FL 32202 |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Debtor | Procom America, LLC | | Case number *(if known)* | 8:20-bk-03522 |

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- | --- |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Peter Gaal | 1 Gyorffy UTCA FOT, Pest Megye 2151 Hungary | Manager | 100% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| Niki Montgomery | 1049 Briarwood Dr. Lawrenceburg, KY 40342 | Manager 0% interest | 02/01/2014 to 04/30/2019 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| Debra Watkins | 2258 Roanoke Springs Dr. Ruskin, FL 33570 | Managing Director 0% interest | 06/20/2016 to 04/10/2020 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- | --- |
| 30.1. | **Please see response to Question No. 3.** | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
| --- | --- |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Procom America, LLC | Case number *(if known)* | 8:20-bk-03522 |
|---|---|---|---|

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| Procom America 401(k) Plan | EIN:    42-1773284 |

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June  3, 2020**

**/s/ Peter Gaal**

Signature of individual signing on behalf of the debtor

**Peter Gaal**

Printed name

Position or relationship to debtor   **Manager**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☐ No

☑ Yes

PROCOM AMERICA LLC
PAYMENTS TO CREDITORS WITHIN THE LAST 90 DAYS
FEBRUARY 8, 2020 - MAY 8, 2020

| Name | Address | Date | Amount | Reason |
|---|---|---|---|---|
| American Express | P.O. BOX 650448, Dallas, TX 75265 | 2/10/2020 | 5,944.16 | Credit Card Payment |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 2/10/2020 | 737.08 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 2/11/2020 | 2,153.07 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 2/12/2020 | 389.04 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 2/13/2020 | 937.68 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 2/14/2020 | 929.45 | Credit Card Processing Fees |
| Travelex Insurance Service | 9410 West Dodge Rd, Suite 300, Omaha, NE 68114 | 2/18/2020 | (1,069.77) | Travel Expense |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 2/18/2020 | 424.62 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 2/18/2020 | 2,077.26 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 2/19/2020 | 1,246.49 | Credit Card Processing Fees |
| Travelex Insurance Service | 9410 West Dodge Rd, Suite 300, Omaha, NE 68114 | 2/20/2020 | 1,184.00 | Travel Expense |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 2/20/2020 | 2,266.73 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 2/21/2020 | 451.39 | Credit Card Processing Fees |
| Rivergate Tower Owner LLC | One Independent Drive, Suite #1850, Jacksonville, FL 32202 | 2/24/2020 | 14.00 | Repairs & Maintenance |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 2/24/2020 | 666.39 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 2/25/2020 | 1,216.34 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 2/26/2020 | 754.98 | Credit Card Processing Fees |
| Rivergate Tower Owner LLC | One Independent Drive, Suite #1850, Jacksonville, FL 32202 | 2/27/2020 | 9,004.63 | Rental Expense |
| Travelex Insurance Service | 9410 West Dodge Rd, Suite 300, Omaha, NE 68114 | 2/27/2020 | 865.80 | Travel Expense |
| Travelex Insurance Service | 9410 West Dodge Rd, Suite 300, Omaha, NE 68114 | 2/27/2020 | 1,241.68 | Travel Expense |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 2/27/2020 | 467.52 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 2/28/2020 | 1,983.14 | Credit Card Processing Fees |
| Procom Consulting | Budapest, Bég utca 3-5, 1022 - Hungary | 3/2/2020 | 150,000.00 | Subcontractor Expense |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 3/2/2020 | 1,186.77 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 3/2/2020 | 4,713.49 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 3/3/2020 | 5,510.36 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 3/4/2020 | 3,026.87 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 3/5/2020 | 772.59 | Credit Card Processing Fees |
| Travelex Insurance Service | 9410 West Dodge Rd, Suite 300, Omaha, NE 68114 | 3/6/2020 | 1,508.12 | Travel Expense |
| Travelex Insurance Service | 9410 West Dodge Rd, Suite 300, Omaha, NE 68114 | 3/6/2020 | 1,144.24 | Travel Expense |
| Electronic Merchant Services | 250 West Huron Rd, Suite 300, Omaha, NE 68114 | 3/6/2020 | 3,120.58 | Travel Expense |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 3/6/2020 | 405.13 | Credit Card Processing Fees |
| American Express | P.O. BOX 650448, Dallas, TX 75265 | 3/9/2020 | 10,664.83 | Credit Card Payment |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 3/9/2020 | 1,956.09 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 3/10/2020 | 1,243.83 | Credit Card Processing Fees |

Statement of Financial Affairs Question #3

| Payee | Address | Date | Amount | Category |
|---|---|---|---|---|
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 3/11/2020 | 338.12 | Credit Card Processing Fees |
| Travelex Insurance Service | 9410 West Dodge Rd, Suite 300, Omaha, NE 68114 | 3/12/2020 | 1,619.12 | Travel Expense |
| Travelex Insurance Service | 9410 West Dodge Rd, Suite 300, Omaha, NE 68114 | 3/12/2020 | 3,499.46 | Travel Expense |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 3/12/2020 | 12.93 | Credit Card Processing Fees |
| Procom Investment KFT | Budapest, Bég utca 3-5, 1022 - Hungary | 3/13/2020 | 100,000.00 | Marketing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 3/13/2020 | 333.77 | Credit Card Processing Fees |
| Procom Investment KFT | Budapest, Bég utca 3-5, 1022 - Hungary | 3/16/2020 | 312,000.00 | Marketing Fees |
| Travelex Insurance Service KFT | Budapest, Bég utca 3-5, 1022 - Hungary | 3/16/2020 | (773.53) | Travel Expense |
| Travelex Insurance Service | 9410 West Dodge Rd, Suite 300, Omaha, NE 68114 | 3/16/2020 | 281.70 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 3/17/2020 | 225.36 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 3/17/2020 | 23.26 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 3/18/2020 | 11.86 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 3/19/2020 | 0.79 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 3/23/2020 | 0.79 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 3/23/2020 | 2,466.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 3/23/2020 | 49.55 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 3/24/2020 | 8,330.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 3/25/2020 | 8,330.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 3/25/2020 | 9,756.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 3/25/2020 | 9,756.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 3/26/2020 | (8,330.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 3/26/2020 | (9,756.00) | Credit Card Processing Fees |
| American Express | P.O. BOX 650448, Dallas, TX 75265 | 3/27/2020 | 3,731.76 | Credit Card Payment |
| Procom Consulting | Budapest, Bég utca 3-5, 1022 - Hungary | 3/27/2020 | 50,000.00 | Subcontractor Expense |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 3/27/2020 | 2.60 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 3/30/2020 | 2,301.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 3/30/2020 | 36.04 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 3/31/2020 | 8,330.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 3/31/2020 | 8,330.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 3/31/2020 | 9,756.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/1/2020 | 9,756.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/1/2020 | 4,878.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/1/2020 | (8,330.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/1/2020 | (9,756.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/2/2020 | 4,878.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/2/2020 | 1,223.62 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/2/2020 | (102.10) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/2/2020 | (1,223.62) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/2/2020 | (4,878.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/3/2020 | 0.71 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/3/2020 | 0.71 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/3/2020 | 1,512.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/3/2020 | (0.71) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/6/2020 | (39.95) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/6/2020 | (1,512.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/6/2020 | 3,542.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/6/2020 | 3,875.00 | Credit Card Processing Fees |

| | | | | |
|---|---|---|---|---|
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/6/2020 | 4,124.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/6/2020 | 8,330.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/6/2020 | 9,756.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/6/2020 | 15,818.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/7/2020 | 15,818.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/7/2020 | (3,542.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/7/2020 | (3,875.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/7/2020 | (4,124.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/7/2020 | (8,330.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/7/2020 | (9,756.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/7/2020 | (15,818.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/7/2020 | 4,501.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/8/2020 | 17,170.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/8/2020 | 4,400.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/8/2020 | 2,312.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/8/2020 | 2,301.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/8/2020 | 2,300.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/8/2020 | 1,900.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/8/2020 | (4,501.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/8/2020 | (10.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/9/2020 | 15,818.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/9/2020 | 4,878.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/9/2020 | 4,124.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/9/2020 | 3,875.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/9/2020 | 3,542.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/9/2020 | 1,512.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/9/2020 | 1,223.62 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/9/2020 | (17,170.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/9/2020 | (4,400.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/9/2020 | (2,312.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/9/2020 | (2,301.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/9/2020 | (2,300.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/9/2020 | (1,900.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/10/2020 | 10,560.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/10/2020 | (15,818.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/10/2020 | (4,878.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/10/2020 | (4,124.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/10/2020 | (3,875.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/10/2020 | (3,542.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/10/2020 | (1,512.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/10/2020 | (1,223.62) | Credit Card Processing Fees |

| Payee | Address | Date | Amount | Category |
|---|---|---|---|---|
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/13/2020 | 17,170.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/13/2020 | 4,501.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/13/2020 | 4,400.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/13/2020 | 2,730.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/13/2020 | 2,312.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/13/2020 | 2,301.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/13/2020 | 1,900.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/13/2020 | 1,560.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/13/2020 | 170.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/13/2020 | (10,560.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/14/2020 | 15,818.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/14/2020 | 4,878.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/14/2020 | 4,124.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/14/2020 | 3,875.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/14/2020 | 3,542.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/14/2020 | 1,512.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/14/2020 | 1,223.62 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/14/2020 | (17,170.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/14/2020 | (4,501.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/14/2020 | (4,400.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/14/2020 | (2,730.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/14/2020 | (2,312.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/14/2020 | (2,301.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/14/2020 | (2,300.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/14/2020 | (1,900.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/14/2020 | (1,560.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/14/2020 | (170.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/14/2020 | (19.97) | Credit Card Processing Fees |
| Travelex Insurance Service | 9410 West Dodge Rd, Suite 300, Omaha, NE 68114 | 4/15/2020 | (539.24) | Travel Expense |
| Travelex Insurance Service | 9410 West Dodge Rd, Suite 300, Omaha, NE 68114 | 4/15/2020 | (692.62) | Travel Expense |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/15/2020 | 17,820.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/15/2020 | 10,560.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/15/2020 | 9,925.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/15/2020 | 5,247.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/15/2020 | 0.71 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/15/2020 | (15,818.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/15/2020 | (4,878.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/15/2020 | (4,124.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/15/2020 | (3,875.00) | Credit Card Processing Fees |

| Vendor | Address | Date | Amount | Description |
|---|---|---|---|---|
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/15/2020 | (3,542.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/15/2020 | (1,512.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/15/2020 | (1,223.62) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/16/2020 | 9,900.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/16/2020 | 6,172.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/16/2020 | 5,249.64 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/16/2020 | 17,820.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/16/2020 | (10,560.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/16/2020 | (9,925.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/16/2020 | (5,247.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/16/2020 | (0.71) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/17/2020 | (9,900.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/17/2020 | (6,172.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/17/2020 | (5,249.64) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/20/2020 | 17,170.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/20/2020 | 9,925.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/20/2020 | 7,820.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/20/2020 | 4,501.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/20/2020 | 4,400.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/20/2020 | 2,730.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/20/2020 | 2,312.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/20/2020 | 2,301.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/20/2020 | 2,300.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/20/2020 | 1,900.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/20/2020 | 1,560.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/20/2020 | 170.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/20/2020 | (17,170.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/21/2020 | (9,925.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/21/2020 | (7,820.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/21/2020 | (4,501.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/21/2020 | (4,400.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/21/2020 | (2,730.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/21/2020 | (2,312.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/21/2020 | (2,301.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/21/2020 | (2,300.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/21/2020 | (1,900.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/21/2020 | (1,560.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/21/2020 | (170.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/21/2020 | 17,820.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/21/2020 | 10,560.00 | Credit Card Processing Fees |

| Vendor | Address | Date | Amount | Category |
|---|---|---|---|---|
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/21/2020 | 9,925.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/21/2020 | 5,247.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/21/2020 | 4,885.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/21/2020 | 4,407.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/21/2020 | 4,100.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/21/2020 | 4,030.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/21/2020 | 1,100.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/21/2020 | 0.71 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/22/2020 | (17,820.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/22/2020 | (10,560.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/22/2020 | (9,925.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/22/2020 | (5,247.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/22/2020 | (4,885.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/22/2020 | (4,407.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/22/2020 | (4,100.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/22/2020 | (4,030.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/22/2020 | (1,100.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/22/2020 | (0.71) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/22/2020 | 10,517.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/22/2020 | 9,900.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/22/2020 | 6,172.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/22/2020 | 5,249.64 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/22/2020 | 3,452.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/22/2020 | 543.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/23/2020 | (10,517.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/23/2020 | (9,900.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/23/2020 | (6,172.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/23/2020 | (5,249.64) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/23/2020 | (3,452.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/23/2020 | (543.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/23/2020 | 9,925.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/23/2020 | 7,820.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/23/2020 | 5,930.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/23/2020 | 5,802.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/23/2020 | 5,347.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/23/2020 | 4,847.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/23/2020 | 4,600.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/23/2020 | 4,165.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/23/2020 | 2,730.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/23/2020 | 1,560.00 | Credit Card Processing Fees |

| | | | | |
|---|---|---|---|---|
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/23/2020 | 725.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/23/2020 | 390.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/23/2020 | 345.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/23/2020 | 170.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/24/2020 | (9,925.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/24/2020 | (7,820.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/24/2020 | (5,930.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/24/2020 | (5,802.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/24/2020 | (5,347.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/24/2020 | (4,847.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/24/2020 | (4,600.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/24/2020 | (4,165.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/24/2020 | (2,730.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/24/2020 | (19.97) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/24/2020 | (170.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/24/2020 | (1,560.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/24/2020 | (725.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/24/2020 | (390.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/24/2020 | (345.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/24/2020 | 9,925.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/24/2020 | 9,900.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/24/2020 | 9,925.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/24/2020 | 17,820.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/24/2020 | 4,885.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/24/2020 | 5,247.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/24/2020 | 5,278.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/24/2020 | 6,960.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/24/2020 | 6,960.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/24/2020 | 9,900.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/24/2020 | 9,900.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/24/2020 | 9,925.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/24/2020 | (17,820.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/24/2020 | 1,100.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/24/2020 | 4,030.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/24/2020 | 4,100.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/24/2020 | 4,407.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/24/2020 | 4,420.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/24/2020 | 4,885.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/27/2020 | 5,247.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/27/2020 | 5,278.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/27/2020 | (6,960.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/27/2020 | (9,900.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/27/2020 | (9,900.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/27/2020 | (9,925.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/27/2020 | (6,960.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/27/2020 | (5,278.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/27/2020 | (5,247.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/27/2020 | (4,885.00) | Credit Card Processing Fees |

| Vendor | Address | Date | Amount | Category |
|---|---|---|---|---|
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/27/2020 | (4,420.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/27/2020 | (4,407.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/27/2020 | (4,100.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/27/2020 | (4,030.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/27/2020 | (1,100.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/27/2020 | 11,600.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/27/2020 | 8,956.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/27/2020 | 6,850.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/27/2020 | 850.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/28/2020 | (11,600.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/28/2020 | (8,956.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/28/2020 | (6,850.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/28/2020 | (850.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/28/2020 | 11,504.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/28/2020 | 10,517.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/28/2020 | 9,900.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/28/2020 | 7,022.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/28/2020 | 6,172.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/28/2020 | 5,249.64 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/28/2020 | 10,517.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/28/2020 | 4,860.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/28/2020 | 9,900.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/28/2020 | 3,452.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/28/2020 | 2,894.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/28/2020 | 4,208.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/28/2020 | 2,450.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/28/2020 | 4,860.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/28/2020 | 543.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/28/2020 | 2,450.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/28/2020 | 610.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/28/2020 | 2,894.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/28/2020 | 170.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/29/2020 | (11,504.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/29/2020 | (10,517.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/29/2020 | (9,900.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/29/2020 | (7,022.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/29/2020 | (6,172.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/29/2020 | (5,249.64) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/29/2020 | (4,860.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/29/2020 | (4,208.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/29/2020 | (3,452.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/29/2020 | (2,894.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/29/2020 | (2,450.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/29/2020 | (610.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/29/2020 | (543.00) | Credit Card Processing Fees |

| Vendor | Address | Date | Amount | Category |
|---|---|---|---|---|
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/29/2020 | (170.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/29/2020 | 16,766.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/29/2020 | 9,860.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/29/2020 | 9,265.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/29/2020 | 3,074.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/29/2020 | 1,083.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | (16,766.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | (9,860.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | (9,265.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | 10,585.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | 10,610.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | (1,083.00) | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | 9,925.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | 9,900.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | 9,900.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | 9,900.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | 7,820.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | 6,960.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | 6,402.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | 6,372.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | 5,930.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | 5,802.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | 5,610.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | 5,347.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | 5,278.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | 4,978.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | 4,885.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | 4,847.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | 4,680.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | 4,600.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | 4,525.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | 4,500.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | 4,420.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | 4,407.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | 4,400.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | 4,165.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | 4,100.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | 4,030.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | 3,850.00 | Credit Card Processing Fees |

| | | | | |
|---|---|---|---|---|
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | 2,780.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | 2,400.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | 1,100.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | 725.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | 390.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | 345.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | 316.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 4/30/2020 | 306.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 102.10 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 104.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 170.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 352.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 543.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 610.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 850.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 2,200.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 2,250.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 2,450.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 2,650.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 2,894.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 3,875.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 4,149.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 4,204.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 4,208.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 4,420.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 4,500.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 4,860.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 4,860.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 5,278.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 5,278.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 5,278.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 5,278.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 5,650.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 6,072.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 6,761.77 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 6,850.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 6,879.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 6,950.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 7,022.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 7,370.00 | Credit Card Processing Fees |

| | | | | |
|---|---|---|---|---|
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 8,910.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 8,956.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 9,194.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 9,200.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 9,900.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 10,154.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 10,483.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 11,504.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 11,600.00 | Credit Card Processing Fees |
| Electronic Merchant Services | 250 West Huron Rd, Suite 400, Cleveland, OH 44113 | 5/1/2020 | 16,490.00 | Credit Card Processing Fees |

Total $1,111,144.39

**PROCOM AMERICA LLC**
**INSIDER PAYMENTS AND TRANSFERS**
**MAY 8, 2019 - MAY 8, 2020**

| Type | Date | Num | Name | Debit | Credit | Original Amount |
|------|------|-----|------|-------|--------|-----------------|
| **25100 · Loan to Peter Gaal** | | | | | | |
| Credit Card Charge | 02/01/2020 | | SuitSupply | 1,451.74 | | 1,451.74 |
| Deposit | 02/20/2020 | | | | 253.78 | -253.78 |
| Check | 02/28/2020 | | Peter Gaal | 250,000.00 | | 250,000.00 |
| Check | 03/10/2020 | | Peter Gaal | 100,000.00 | | 100,000.00 |
| | | | | | | |
| **70400 · Members Draw** | | | | | | |
| Check | 05/21/2019 | | Peter Gaal | 5,000.00 | | -5,000.00 |
| Check | 05/28/2019 | | Peter Gaal | 70,000.00 | | -70,000.00 |
| Check | 06/24/2019 | | Peter Gaal | 20,000.00 | | -20,000.00 |
| Check | 07/11/2019 | | Peter Gaal | 10,000.00 | | -10,000.00 |
| Check | 07/11/2019 | | Peter Gaal | 40,000.00 | | -40,000.00 |
| Check | 08/12/2019 | | Peter Gaal | 40,000.00 | | -40,000.00 |
| Check | 09/03/2019 | | Peter Gaal | 10,000.00 | | -10,000.00 |
| Check | 09/03/2019 | | Coggin Sales Tax Account | 35,000.00 | | -35,000.00 |
| Check | 09/04/2019 | | Peter Gaal | 5,000.00 | | -5,000.00 |
| Check | 09/05/2019 | | Crate & Barrel | 27,120.75 | | -27,120.75 |
| Check | 09/12/2019 | | Peter Gaal | 70,000.00 | | -70,000.00 |
| Check | 09/13/2019 | 2091 | Renaissance Consulting & Development LLC | 309.28 | | -309.28 |
| Check | 09/20/2019 | | Peter Gaal | 50,000.00 | | -50,000.00 |
| Check | 09/24/2019 | | Crate & Barrel | 3,013.19 | | -3,013.19 |
| Check | 09/24/2019 | | Crate & Barrel | 13,571.38 | | -13,571.38 |
| Deposit | 09/30/2019 | | Crate & Barrel | | 64.51 | 64.51 |
| Deposit | 10/18/2019 | | Crate & Barrel | | 16.29 | 16.29 |
| Check | 10/22/2019 | | Peter Gaal | 33,000.00 | | -33,000.00 |
| Deposit | 10/28/2019 | | Crate & Barrel | | 99.00 | 99.00 |
| Check | 10/29/2019 | 2159 | Renaissance Consulting & Development LLC | 1,093.75 | | -1,093.75 |
| Credit Card Charge | 11/01/2019 | | Best Buy | 1,025.20 | | -1,025.20 |
| Credit Card Charge | 11/01/2019 | | Magnolia | 813.74 | | -813.74 |
| Credit Card Charge | 11/01/2019 | | Crate & Barrel | 785.48 | | -785.48 |
| Credit Card Charge | 11/01/2019 | | The Container Store | 265.69 | | -265.69 |
| Credit Card Charge | 11/01/2019 | | Nordstrom | 283.73 | | -283.73 |
| Credit Card Charge | 11/01/2019 | | Apple Store | 354.76 | | -354.76 |
| Credit Card Charge | 11/01/2019 | | Dillard's | 177.94 | | -177.94 |
| Credit Card Charge | 11/01/2019 | | Athleta | 311.40 | | -311.40 |
| Check | 11/04/2019 | | Peter Gaal | 5,000.00 | | -5,000.00 |
| Credit Card Charge | 12/09/2019 | | Jomashop | 3,288.23 | | -3,288.23 |
| Credit Card Charge | 12/12/2019 | | Abercrombie & Fitch | 185.52 | | -185.52 |
| Credit Card Charge | 12/12/2019 | | Dillard's | 270.15 | | -270.15 |
| Credit Card Charge | 12/12/2019 | | Victoria's Secret | 148.34 | | -148.34 |
| Credit Card Charge | 12/14/2019 | | Barnes & Noble | 315.97 | | -315.97 |
| Credit Card Charge | 12/14/2019 | | Salvador Dali Museum Inc | 658.00 | | -658.00 |
| Credit Card Charge | 12/14/2019 | | Kylie Cosmetics | 225.00 | | -225.00 |
| Check | 12/16/2019 | | Peter Gaal | 5,000.00 | | -5,000.00 |
| Credit Card Charge | 12/16/2019 | | Abercrombie & Fitch | 677.04 | | -677.04 |
| Check | 12/18/2019 | | Peter Gaal | 5,000.00 | | -5,000.00 |
| | | | | | | |
| **Procom Consulting** | | | | | | |
| Check | 05/10/2019 | | Procom Consulting | 100,000.00 | | 100,000.00 |
| Check | 05/28/2019 | | Procom Consulting | 100,000.00 | | 100,000.00 |
| Check | 06/04/2019 | | Procom Consulting | 100,000.00 | | 100,000.00 |
| Check | 06/11/2019 | | Procom Consulting | 300,000.00 | | 300,000.00 |
| Check | 06/17/2019 | | Procom Consulting | 300,000.00 | | 300,000.00 |
| Check | 06/26/2019 | | Procom Consulting | 200,000.00 | | 200,000.00 |
| Check | 07/09/2019 | | Procom Consulting | 200,000.00 | | 200,000.00 |
| Check | 07/22/2019 | | Procom Consulting | 200,000.00 | | 200,000.00 |

Statement of Financial Affairs Question #4

**PROCOM AMERICA LLC**
**INSIDER PAYMENTS AND TRANSFERS**
**MAY 8, 2019 - MAY 8, 2020**

| Type | Date | Num | Name | Debit | Credit | Original Amount |
|------|------|-----|------|-------|--------|-----------------|
| Check | 08/02/2019 | | Procom Consulting | 150,000.00 | | 150,000.00 |
| Check | 08/21/2019 | | Procom Consulting | 150,000.00 | | 150,000.00 |
| Check | 08/30/2019 | | Procom Consulting | 100,000.00 | | 100,000.00 |
| Check | 09/06/2019 | | Procom Consulting | 100,000.00 | | 100,000.00 |
| Check | 09/16/2019 | | Procom Consulting | 100,000.00 | | 100,000.00 |
| Check | 09/30/2019 | | Procom Consulting | 100,000.00 | | 100,000.00 |
| Check | 09/24/2019 | | Procom Consulting | 100,000.00 | | 100,000.00 |
| Check | 10/18/2019 | | Procom Consulting | 70,000.00 | | 70,000.00 |
| Check | 10/03/2019 | | Procom Consulting | 90,000.00 | | 90,000.00 |
| Check | 10/25/2019 | | Procom Consulting | 100,000.00 | | 100,000.00 |
| Check | 11/01/2019 | | Procom Consulting | 100,000.00 | | 100,000.00 |
| Check | 11/20/2019 | | Procom Consulting | 100,000.00 | | 100,000.00 |
| Check | 11/27/2019 | | Procom Consulting | 100,000.00 | | 100,000.00 |
| Check | 12/04/2019 | | Procom Consulting | 100,000.00 | | 100,000.00 |
| Check | 12/02/2019 | | Procom Consulting | 100,000.00 | | 100,000.00 |
| Check | 12/06/2019 | | Procom Consulting | 100,000.00 | | 100,000.00 |
| Check | 12/17/2019 | | Procom Consulting | 100,000.00 | | 100,000.00 |
| Check | 12/10/2019 | | Procom Consulting | 100,000.00 | | 100,000.00 |
| Check | 12/19/2019 | | Procom Consulting | 100,000.00 | | 100,000.00 |
| Check | 01/06/2020 | | Procom Consulting | 100,000.00 | | 100,000.00 |
| Check | 01/14/2020 | | Procom Consulting | 100,000.00 | | 100,000.00 |
| Check | 01/27/2020 | | Procom Consulting | 100,000.00 | | 100,000.00 |
| Check | 02/07/2020 | | Procom Consulting | 200,000.00 | | 200,000.00 |
| Check | 03/02/2020 | | Procom Consulting | 150,000.00 | | 150,000.00 |
| Check | 03/27/2020 | | Procom Consulting | 50,000.00 | | 50,000.00 |
| Check | 06/13/2019 | | Transfer to CHK #6496 | 52,144.80 | | 52,144.80 |
| Check | 06/25/2019 | | Transfer to CHK #6496 | 60,000.00 | | 60,000.00 |
| Check | 08/05/2019 | | Transfer to CHK #6496 | 50,000.00 | | 50,000.00 |
| Check | 09/05/2019 | | Transfer to CHK #6496 | 50,000.00 | | 50,000.00 |
| Check | 09/30/2019 | | Transfer to CHK #6496 | 10,000.00 | | 10,000.00 |
| Check | 09/30/2019 | | Transfer to CHK #6496 | 30,000.00 | | 30,000.00 |
| Check | 09/24/2019 | | Transfer to CHK #6496 | 30,000.00 | | 30,000.00 |
| Check | 10/15/2019 | | Transfer to CHK #6496 | 10,000.00 | | 10,000.00 |
| Check | 10/07/2019 | | Transfer to CHK #6496 | 10,000.00 | | 10,000.00 |
| Check | 11/15/2019 | | Transfer to CHK #6496 | 5,000.00 | | 5,000.00 |
| Check | 11/14/2019 | | Transfer to CHK #6496 | 5,000.00 | | 5,000.00 |
| Check | 11/21/2019 | | Transfer to CHK #6496 | 20,000.00 | | 20,000.00 |
| Check | 12/04/2019 | | Transfer to CHK #6496 | 6,000.00 | | 6,000.00 |
| Check | 12/30/2019 | | Transfer to CHK #6496 | 1,000.00 | | 1,000.00 |
| Check | 01/14/2020 | | Transfer to CHK #6496 | 65,000.00 | | 65,000.00 |

**Procom Investments KFT**

| Type | Date | Num | Name | Debit | Credit | Original Amount |
|------|------|-----|------|-------|--------|-----------------|
| Check | 05/24/2019 | | Procom Investment KFT | 200,000.00 | | 200,000.00 |
| Check | 06/11/2019 | | Procom Investment KFT | 430,000.00 | | 430,000.00 |
| Check | 07/22/2019 | | Procom Investment KFT | 350,000.00 | | 350,000.00 |
| Check | 09/03/2019 | | Procom Investment KFT | 350,000.00 | | 350,000.00 |
| Check | 10/07/2019 | | Procom Investment KFT | 200,000.00 | | 200,000.00 |
| Check | 10/09/2019 | | Procom Investment KFT | 120,000.00 | | 120,000.00 |
| Check | 10/11/2019 | | Procom Investment KFT | 70,000.00 | | 70,000.00 |
| Check | 11/01/2019 | | Procom Investment KFT | 100,000.00 | | 100,000.00 |
| Check | 11/05/2019 | | Procom Investment KFT | 150,000.00 | | 150,000.00 |
| Check | 11/07/2019 | | Procom Investment KFT | 100,000.00 | | 100,000.00 |
| Check | 11/12/2019 | | Procom Investment KFT | 100,000.00 | | 100,000.00 |
| Check | 11/19/2019 | | Procom Investment KFT | 100,000.00 | | 100,000.00 |
| Check | 12/03/2019 | | Procom Investment KFT | 200,000.00 | | 200,000.00 |
| Check | 12/04/2019 | | Procom Investment KFT | 130,000.00 | | 130,000.00 |

**PROCOM AMERICA LLC**
**INSIDER PAYMENTS AND TRANSFERS**
**MAY 8, 2019 - MAY 8, 2020**

| Type | Date | Num | Name | Debit | Credit | Original Amount |
|------|------|-----|------|-------|--------|-----------------|
| Check | 12/06/2019 | | Procom Investment KFT | 100,000.00 | | 100,000.00 |
| Check | 12/24/2019 | | Procom Investment KFT | 150,000.00 | | 150,000.00 |
| Check | 12/27/2019 | | Procom Investment KFT | 100,000.00 | | 100,000.00 |
| Check | 12/31/2019 | | Procom Investment KFT | 210,000.00 | | 210,000.00 |
| Check | 01/06/2020 | | Procom Investment KFT | 150,000.00 | | 150,000.00 |
| Check | 01/07/2020 | | Procom Investment KFT | 100,000.00 | | 100,000.00 |
| Check | 01/14/2020 | | Procom Investment KFT | 100,000.00 | | 100,000.00 |
| Check | 01/22/2020 | | Procom Investment KFT | 380,000.00 | | 380,000.00 |
| Check | 01/23/2020 | WIRE | Procom Investment KFT | 30,000.00 | | 30,000.00 |
| Check | 01/27/2020 | | Procom Investment KFT | 100,000.00 | | 100,000.00 |
| Check | 02/07/2020 | | Procom Investment KFT | 400,000.00 | | 400,000.00 |
| Check | 03/13/2020 | | Procom Investment KFT | 100,000.00 | | 100,000.00 |
| Check | 03/16/2020 | | Procom Investment KFT | 312,000.00 | | 312,000.00 |

**Peter Gaal Salary**

| Type | Date | Num | Name | Debit | Credit | Original Amount |
|------|------|-----|------|-------|--------|-----------------|
| Check | 01/24/2020 | DIR DEP | Peter Gaal | 15,000.00 | | 15,000.00 |
| Check | 02/06/2020 | DIR DEP | Peter Gaal | 11,538.46 | | 11,538.46 |
| Check | 02/21/2020 | DIR DEP | Peter Gaal | 11,538.46 | | 11,538.46 |
| Check | 03/06/2020 | DIR DEP | Peter Gaal | 11,538.46 | | 11,538.46 |
| Check | 03/20/2020 | DIR DEP | Peter Gaal | 5,000.00 | | 5,000.00 |
| Check | 04/03/2020 | DIR DEP | Peter Gaal | 5,000.00 | | 5,000.00 |

# United States Bankruptcy Court
## Middle District of Florida

In re __Procom America, LLC__        Case No. __8:20-bk-03522__
Debtor(s)

Chapter __7__

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __June  3, 2020__        **/s/ Peter Gaal**

**Peter Gaal**/**Manager**
Signer/Title

Procom America, LLC
400 N. Ashley Drive #1010
Tampa, FL 33602

Alan Gregory
702 Windemere Rd
Wilmington, NC 28405

Alexander Whitaker
1350 King College Rd
Bristol, TN 37620

Alberto ("Al") F. Gomez, Jr.
Johnson, Pope, Bokor,
  Ruppel & Burns, LLP
401 East Jackson Street #3100
Tampa, FL 33602

Alan Ingersoll
2955 Cedar Links Dr
Medford, OR 97504

Alexandra Thorne
15306 Burnaby Dr
Naples, FL 34110

8 X 8 INC
675 Creekside Way
Campbell, CA 95008

Alan Tindell
1309 Mahan Ave
Richland, WA 99354-3231

Alexandra Albert
14325 Nw Grandview Pl
Banks, OR 97106-8883

Aaron Hughes
1510 Old Shell Rd
Port Royal, SC 29935-2202

Alan Walker
14634 Red House Rd
Gainesville, VA 20155-1676

Alford Crook
913 Lakewood Dr
Barrington, IL 60010

Aaron Vrazel
13347 Water Oak Ln Apt B
Austin, TX 78729-3744

Alana Stevens
8815 W. Moon Spring Rd
Marana, AZ 85653

Alice Hemenway
1950 Madron Rd
Rockford, IL 61107-1717

ADP
5404 Cypress Center Drive
Suite 250
Tampa, FL 33609

Albert Hand
880 6th St
Boulder, CO 80302-7419

Alice Horner
25506 Wood Creek Rd
Perrysburg, OH 43551-6247

ADP
PO Box 842875
Boston, MA 02284

Albert Olsen
801 15th St S
Arlington, VA 22202

Alison Debartoli
1208 Laurel Avenue
Sea Girl, NJ 08750

Alan Cook
8748 N Mingo Rd #801
Owasso, OK 74055

Albert Walter Maier
3141 Woodlark Trail
Medina, OH 44256

Allan Stearns
2 Ipswich Circle
Ft Walton Bch, FL 32547

Alan Fanning
765 S 12th St
San Jose, CA 95112-2358

Alexander Stewart
Po Box 63
Medina, WA 98039-0063

Allan Stollberg
3656 Aralia Ct
West Palm Bch, FL 33406-5637

Allan Thrush
295 Founders Way
Mechanicsburg, PA 17050-9501

Allen Czarnecki, Sr
Apt G
S17w32496 US Hwy 18
Delafield, WI 53018-3367

Allen Gray
111 S Beverly Avenue
Tampa, FL 33609

Allen Leroy Werke
510 3rd St. North
Sartell, MN 56377

Allen Thompson
2756 S Center Hwy
Suttons Bay, MI 49682-9256

Alois Jeske
1229 Layard Ave
Racine, WI 53402-4532

Amazon Web Services
410 Terry Ave North
Seattle, WA 98109

American Express
P.O. BOX 650448
Dallas, TX 75265

Amos Banko
353 Hillview Dr
Nazareth, PA 18064-1806

Amy Brondino
760 Quarterdeck Lane
Sturgeon Bay, WI 54235

Amy Goings
211 Kirkland Ave Apt #216
Kirkland, WA 98033-6578

Amy Mccoy
3411 N Rich Rd
Alma, MI 48801-9548

Amy Stenger
21 Colony Dr.
Mercerville, NJ 08619

Andrea Accardi
256 Kilgannon Lane
Lancaster, PA 17603

Andrea Colmenero
40340 Via Francisco
Murrieta, CA 92562-3514

Andrew Haynie
4810 Hampton Square Dr
Alpharetta, GA 30022

Andrew Hoffman
46 Crane Ave
Maynard, MA 01754-0175

Andrew Johns
452 W 50 St
Manhatten, NY 10019

Andrew Pelosi
6 Manor Lane
Stony Brook, NY 11790

Andrew Whitaker
730 Main St
North Myrtle Beach, SC 29582

Andrew Wulf
1944 Cougar Ln
Clovis, CA 93611-2072

Anita Ragland
4740 Millbrook Ave
Jurupa Valley, CA 92509-3586

Ann Blackwood
1881 Brunswick Street
Halifax
Nova Scotia B3J 3L8

Ann Gimbert
1629 Ridge Court
Virginia Bch, VA 23464-2346

Ann Vargo
5471 Harvest Oak Landing Dr
Spring, TX 77386-4085

Anna Perosky
4137 Binghampton Ct
Clarkston, MI 48348-5078

Anne Fisher
1645 S Bent Rock Ave
Boise, ID 83709-1443

Anne Seminara
Po Box 1219
South Dennis, MA 02660

Arthur Suffin
166 Worcester Dr
Wayne, NJ 07470

Barbara   Kauppi
13255 Edinburgh Dr
Westminster, CA 92683-1729

Annette Lenz
222 E Franklin St
Chelan, WA 98816-9790

AT&T
PO Box 536216
Atlanta, GA 30353

Barbara   Shackelford
4810 Nw 51st Pl
Gainesville, FL 32606-4311

Anthony Adkins
4877 Bath Rd
Dayton, OH 45424-1754

Austin Breda
4855 Watson Mill Ct
Loganville, GA 30052-3258

Barbara Andrews
208 Woodlawn Dr
Seymour, CT 06483-2469

Anthony Brusca
5875 Newbury Cir
Melbourne, FL 32940-1886

Authorize.net
320 Cumberland Ave
Portland, ME 04101

Barbara Cherner
8165 Nw Oxbow Dr.
Corvallis, OR 97330

Anton Smodilla
2091 S Cottrell Ln
Terre Haute, IN 47802-2748

Ava Perrill
13411 Pebble Cir
San Antonio, TX 78217-1833

Barbara Cortner
133 Ranch Rd
Saddlebrooke, MO 65630

April Darre
9629 Thousand Oaks Cir
Spring Grove, IL 60081-8010

Avemaria Lamonica
10586 Tidewater Key Blvd
Estero, FL 33928

Barbara Hesse
19447 County Road 1
Morris, MN 56267-4664

Arjun Saxena
415 Saint James Ct
Langhorne, PA 19047-1633

Ayn Gelinas
1033 Lakeside Dr
Grand Junction, CO 81506

Barbara Sadowsky
7019 Queenferry Ct
Boca Raton, FL 33496

Armando   Cabrera
803 W. Newport Ave Apt 1w
Chicago, IL 60657

B Scott Finnell
4130 Windflower Ln
Georgetown, TX 78628-2104

Barbara Seldomridge
Po Box 206
Green Bank, WV 24944-0206

Arthur Degen
1736 Knob Ln
Phoenixville, PA 19460-4646

Bank of America
P.O. Box 25118
Tampa, FL 33622

Barbara Tortorelli
39 Lakeshore Drive
Spencer, MA 01562

Barbara Zedler
3961 Darby Dr
Midlothian, VA 23113-1320

Barry Poppel
3323 Covered Bridge Dr E
Dunedin, FL 34698

Bernard Carrot
2207 Cipriani Blvd
Belmont, CA 94002-9400

Barbra Cart
356 Eissman Rd
Leesville, LA 71446

Barry Rosenthal
101 S Ft Lauderdale Bch Blvd
Apt 2503
Ft Lauderdale, FL 33316-1564

Bernard Harrison
3824 S 57th Ave
Cicero, IL 60804

Barney Hulsey
2978 Shearwater Dr
Navarre, FL 32566-9047

Barton Kale
10860 Warren Rd NW
Silverdale, WA 98383

Bette Buechler
2878 Balmer Fenwick Rd
Floyd's Knobs, IN 47119-4711

Barry Ault
16244 3rd Ave S
Burien, WA 98148

Beatrice Bruno
15730 Caloosa Creek Circle
Fort Myers, FL 33908

Beverly   Allaire
1777 Pepperdale Dr
Rowland Hghts, CA 91748-3222

Barry Dickinson
7020 Jamaica Lane
Portage, MI 49002

Becky Darden
2303 Birch Street
Bellingham, WA 98229

Bill Van Steenis
751 Ruth Ave
Holland, MI 49423

Barry Fox
1500 Beachview Dr
Ocean Springs, MS 39564

Becky Hill
1227 Fordtown Rd
Jonesborough, TN 37659-3220

Billie   Cadwallader
3324 Park Drive
Parma, OH 44134

Barry Hicks
720 Wynlake Cove
Alabaster, AL 35007

Benjamin J Kulper
749 Shadowood Ln Se
Warren, OH 44484-2442

Billie Ann Blesse
Po Box 40389
S Padre Isle, TX 78597-4389

Barry Johnson
140 Asbury Ct
Mount Wolf, PA 17347

Benjamin Westdorp
121 Windrush Lane
Mechicsburg, PA 17055

Blake Moritz
285 E Forest Ave
Elmhurst, IL 60126-3547

Barry Newport
2748 Sagebrush Ave
Cheyenne, WY 82009-4437

Benny Garcia
11707 Sangria
San Antonio, TX 78253-5730

Bonnie Chesney
537 Springbrook Drive
Palmyra, PA 17078

Brad   Gabor
18658 County Road 95
Woodland, CA 95695-9322

Brent Merrell
1178 Cedar Knls S
Cedar City, UT 84720-3625

Brian Dunn
47 Highland St
Reading, MA 01867-2147

Brad  Ratkiewicz
906 Ashland St
Houston, TX 77008-6734

Brent Sessoms
1586 Salazar Street
Palm Bay, FL 32909

Brian Estano
81 Winthrop St
Rehoboth, MA 02769-2605

Brad  Westrom
Po Box 2255
Aurora, IL 60507

Brett  Book
7135 Rock Ridge Ln
Alexandria, VA 22315-5156

Brian Graeff
6 Kingsbury Rd
Spencer, MA 01562

Bradley Belden
14714 Arabian Ln
Bowie, MD 20715-3316

Brett Klinetobe
59427 E 95 Prse
Benton City, WA 99320

Brian McNaney
4 Reed St
Marcellus, NY 13108-1119

Brandon   Faneuf
24 Kenmore St.
West Warwick, RI 02893

Brian   Cornwell
6007 93rd Street
Lubbock, TX 79424

Brian Miller
154 Ventasso Dr
Clayton, NC 27527-9035

Braxton Berkey
3029 Kingwood Dr
Rockwood, PA 15557

Brian   Wendt
534 Wildwood Way
Santa Clara, CA 95054-2153

Brian Reichel
Po Box 77
Shoshoni, WY 82649-0077

Brenda Buller
2438 Holdrege Rd
Milford, NE 68405

Brian  Anderson
57000 245th St
Ames, IA 50010

Brian Sykes
759 Navigators Pt
Seneca, SC 29672-6962

Brenda Conbeer
102 S Madison St
Boyertown, PA 19512-2208

Brian  Black
4219 Timberly Cate Court
Morristown, TN 37814

Brighthouse  Networks
PO Box 7195
Pasadena, CA 91109

Brendan Keatley
97 Ceil Rd
Trumbull, CT 06611-3418

Brian  Braaksma
4860 Britton Farms Dr
Hilliard, OH 43026-9092

Bruce  Bailey
6300 Cardinal Hill Pl
Springfield, VA 22152-2200

Bruce Brunson
25108 Lexington Oaks Blvd
Wesley Chapel, FL 33544-6500

Bryan Meurer
241 35th Ave N
Nashville, TN 37209-3931

Carlton Stidsen
456 Mile Hill Road
Tolland, CT 06084-0608

Bruce Findlay
350 E Elmwood Rd
Caro, MI 48723-9728

Bryce Jones
2174 Arbor Circle
Brea, CA 92821

Carmen Aguilar
1 Everett St
Rye, NY 10580-3208

Bruce Fleeger
3605 Corte Bella Hills Ave
N Las Vegas, NV 89081-8908

Candace Parry
4918 Sw Cliff Road
Towanda, KS 67144-6714

Carmen Morrow
17017 Edgwater Ln.
Huntington Beach, CA 92649

Bruce Jones
4290 Blue Run Rd
Saint George, KS 66535-9687

Carl Earn
7 Alexandra Ln
Rocky Hill, CT 06067-1195

Carol Ann Lewis
Po Box 1395 60 Absaroka Lane
Jackson, WY 83001-1395

Bruce Meyers
12 Heritage Oak Ct
Lake Jackson, TX 77566-4960

Carl Grether
5811 S Windstar St
Spokane, WA 99224

Carol Dalrymple
2701 Bent Spur Dr
Acton, CA 93510

Bruce Nelsen
108 Park Rd.
Staples, MN 56479

Carl Maurizi
1518 Arroyo View Street
Thousand Oaks, CA 91320

Carol Fisher
1007 Fir Dr
Van Buren, AR 72956-2032

Bruce Olson
206 Three Havens Dr Ne
Alexandria, MN 56308-9055

Carl Reed
2805 Tatarrax
Manhattan, KS 66502

Carol Jabaay
7894 W 101st Place
Crown Point, IN 46307

Bruce Pedersen
2209 W 45th
Casper, WY 82604

Carl Rohde
1211 Mosaic Drive
Lebanon, PA 17042

Carol Perron
7 Sullivan St
Spencer, MA 01562-0156

Bryan Callan
3153 Ne Marquette Way
Issaquah, WA 98029-3634

Carl Wooddell Sauer
Gauselarmen 14b
Stavanger
4032 Norway

Carol Rito
30649 Banbury Ct
Beverly Hills, MI 48025-4710

Carole Anderson
1025 William Brown Ln
Kernersville, NC 27284-2387

Catherine   Mctigue
77 Chambers St
Princeton, NJ 08542-3738

Cecilia Roberson
140 Sturgess Run
Sharpsburg, GA 30277

Carole Shadbolt
12932 Medina Rd
Hudson, MI 49247-9506

Catherine Gerolimatos
12116 Buffington Lane
Riverview, FL 33579

Celeste Hardway
Po Box 572
Reynoldsburg, OH 43068-0572

Carolyn Jean Pedersen
51976 Hwy 275
Clearwater, NE 68726-6872

Catherine Katz
3799 Sugarbush Drive
Canfield, OH 44406

Chace Anderson
14160 Kelly Loop
Sonora, CA 95370

Carolyn Linton
5597 Cottonwood Ct
Frederick, MD 21703-7125

Catherine Metzger
16 Dearborn St
Asheville, NC 28803-2697

Charlene Roemhildt
5741 Ridge Creek Rd
Shoreview, MN 55126-8546

Carolyn Price
Po Box 691902
Tulsa, OK 74169-1902

Catherine O'brien
420 Fox Haven Dr Apt 3205
Naples, FL 34104-5171

Charles   Safley
119 Gadwall Ln
Durham, NC 27703-8377

Carolyn Rodriguez
1403 Heather Glen Ln
Middleburg, FL 32068-3497

Cathleen Prout
197 Elm Road
Inwood, NY 11096

Charles Barnes
750 Tullier St
Brusly, LA 70719-7071

Carrie Brockington
204 Heineman Rd
Salters, SC 29590-3224

Cathy   Henry
2305 Ramsgate Way
Fort Smith, AR 72908-0928

Charles Butlin
26801 Inverness
Woodhaven, MI 48183

Casey   Foltz
804 Friar Tuck Lane
Salisbury, MD 21804

Cathy Johnston
6701 Nw 6th St
Lincoln, NE 68521-6632

Charles Campbell
100 E Hartsdale Ave
Hartsdale, NY 10530

Cathe Echterhoff
1900 N Akin Dr Ne
Atlanta, GA 30345-3952

Cecil Sigafoose
3181 Hume Glenn Drive
Placerville, CA 95667-9566

Charles Cates
1218 S 74th St
Fort Smith, AR 72903-2808

Charles Devor Jr.
692 Karvois Ct
Chambersburg, PA 17202-7338

Charles Williamson
9807 196th St Ct E
Graham, WA 98338

Chester Bell Thomson III
1401 Honeysuckle Dr
El Paso, TX 79925-2443

Charles Franklin Carter Jr
1223 Dallas Street
Fort Smith, AR 72901

Charlie Loc Kano
1321 Club Dr
Merced, CA 95340

Chris Brackhahn
5313 Castana Bnd
Austin, TX 78738-6073

Charles Genrich
1225 South Ingram Mill Road
Springfield, MO 65804

Cheeta Lazore-dietlein
1047 Maple Ridge Rd
Brasher Falls, NY 13613-4246

Chris Norman
2801 Mountain View Dr
Carlsbad, NM 88220-3263

Charles Mckee
265 Jovita Ct
Henderson, NV 89074-5231

Cheryl  Van Dyken
3755 Greenville St
Bellingham, WA 98226

Chris Obray
9907 Ann Ln
Minnetonka, MN 55305-4626

Charles Napier
6217 Los Bancos Dr
El Paso, TX 79912-1840

Cheryl Abernathy
52 Ravenwood Cir
Bloomington, IL 61704-8470

Chris Renier
833 E Saint Francis Rd
De Pere, WI

Charles R Schmidt
122 E Grant St
Lake Mills, WI 53551-1227

Cheryl Baker
16848 W 69th Cir
Arvada, CO 80007-7673

Chris Stanfield
9681 Reeder Street
Overland Park, KS 66214

Charles R. Blohm, Jr.
202 Ivy Brook Lane
Collierville, TN 38017-8791

Cheryl Berezny
457 Saint Augustine Avenue
Claremont, CA 91711

Christian Guzman
3706 Pleasant ave.
Odessa, TX 79764

Charles Reinhardt
1558 Doone Rd
Upper Arlington, OH 43221-3914

Cheryl Fryberger
1225 Summerfield Drive
Rapid City, SD 57703

Christina Gilbert
194 N Highland Ave
Akron, OH 44303-1504

Charles Rollison
9005 Vassar Rd
Grand Blanc, MI 48439-9553

Cheryl Lynn Cox
41512 Simcoe Dr.
Canton, MI 48188

Christina Malm
2402 E Warbler
Post Falls, ID 83854-8385

Christine   Allen
78661. Deacon Drive East
La Quinta, CA 92253

Christopher Buck
3 Nichols St
Bath, ME 04530-1846

Christopher Teesdale
17 Vaulakroken
Stavanger
4018 Norway

Christine Burns
602 Parkview Ave
Spring Lake, MI 49456

Christopher Bunch
5815 5600 Rd
Olathe, CO 81425

Christopher Treanor
299 Lexington St Unit 45
Woburn, MA 01801-5943

Christine Caughran
Po Box 131269
Birmingham, AL 35213-6269

Christopher Glenn
2805 Angela Court
Fredericksburg, VA 22408

Christopher Warren
7 White Dove Rd
Franklin, MA 02038-4215

Christine Cilley
143 N. Ashland Rd.
Ashland, NH 03217

Christopher Hagerty
4355 Sorrel Ct
Johnstown, CO 80534-6400

Christy Seaman
619 Monterey Blvd Apt 4
San Francisco, CA 94127-2351

Christine Hensen
Po Box 770293
Steamboat Spr, CO 80477-0293

Christopher Latchford
718 Veronica Lane
Enola, PA 17025

Chuck Callihan
240 Goodrich Drive
Riverside, CA 92507-4850

Christine Metz
7 Barnview Ter
Brookfield, CT 06804-3666

Christopher Markgraf
12345 77th Place North
West Palm Beach, FL 33412

Chuck Cooper
1698 Morgan St
Wooster, OH 44691-1546

Christine Seaver
6225 Lake Lucerne Dr
San Diego, CA 92119

Christopher Mcdonold
2710 Faithful Dr
Westminster, MD 21158-2115

Chuck Freeman
111 Shoreway Cir
Waxahachie, TX 75165-9503

Christopher   Grossmann
113 Wild Timber Pkwy
Pelham, AL 35124-2524

Christopher Miller
5123 Merry Oak Ct
Columbus, OH 43230-1098

Cindy Durr
2586 W 276th St
Sheridan, IN 46069-1142

Christopher Bonner
9054 Fantasy Rd
Lewisville, NC 27023-7731

Christopher Neel
87-2235 Pakeke St.
Waianae, HI 96792

Cindy Edwards
2129 County Rd 490
Stephenville, TX 76401

Cindy Harpster
240 Dry Valley Rd
Burnham, PA 17009-1709

Clyde Davenport
2501 E. Choctaw Dr.
Sierra Vista, AZ 85650

Craig Finley
7849 E Millerton Rd
Branch, MI 49402-9377

Cindy Lundin
1529 Eisenhower Ct
Northfield, MN 55057-3003

Clyde Kirk Nelson
1005 Beaumont Drive
Casper, WY 82601

Craig Johnson
1910 Bartenslager Rd
New Freedom, PA 17349

Clay Sigg
9715 Wedgewood Place
Granite Bay, CA 95746

Clyde Randall
1000 Lely Palms Dr
Naples, FL 34113-9051

Craig Rigby
43 Breckenridge Ln.
Lower Sackville
Novia Scotia B4C 4G9

Clay Stroup
8005 Lantern Drive
Almont, MI 48003

Colin Hickey
2345 Desert Falls Ln
Rockwall, TX 75087-2454

Craig Scott
101 Greenhill Trail South
Trophy Club, TX 76262

Clayton Howell
3949 Jesterville Rd
Tyaskin, MD 21865

Conner Brown
310 Town Center Pkwy
Santee, CA 92071

Cristin Stammler
8124 Nw 90th Street
Kansas City, MO 64153

Cliff Wright
32531 N Scottsdale Rd
#105-287
Scottsdale, AZ 85266

Craig Allardyce
2108-31 Bales Ave
Toronto
Ontario M2N 7L6

Crystal Storhoff
604 E Monroe St
Mount Ayr, IA 50854

Clifford Roehe
218 South 2nd Street
Beasley, TX 77417

Craig Bednorski
23237 Shadow Dr
Auburn, CA 95602-8357

Curtis Brothers
26 Arkwright Rd
Webster, MA 01570-1660

Cloren Edwards
6412 Silver Hawk Way
Elk Grove, CA 95758-9575

Craig Byram
711 4th St Nw
Austin, MN 55912-3044

Curtis Gomer
2374 Sunset Circle
Glenville, PA 17329

Clyde Bullion
9500 Spring Hill Dr
Anchorage, AK 99507-4309

Craig Carter
870 E Mcmurray Rd
Venetia, PA 15367-1003

Cynthia Gibson
112 Tierra Grande
Cibolo, TX 78108-4241

Cynthia Garrepy
5637 Alliance Way
Columbus, OH 43228-4322

Cynthia Simison
190 Round Hill Road
Northampton, MA 01060

Cynthia Vinson
308 Rice Bay Drive
Mt Pleasant, SC 29464

D.W George
2519 Abalone Blvd.
Orlando, FL 32833

Dale Hornsby
113 E Oak Hill Dr
Florence, AL 35633-1007

Dale Keith Stokes
351 Fowlersville Rd
Bloomsburg, PA 17815-6965

Dale Terrell
914 E. Williams
Ottumwa, IA 52501

Damien Burnett
15275 W Laurel Ln
Surprise, AZ 85379-5272

Dan Brian
2910 Anaheim Street
Escondido, CA 92025

Dan Dooley
12528 Nieman Rd
Overland Park, KS 66213-2137

Dan Fredrich
12203 Santa Gertudes Ave #18
La Mirada, CA 90638

Dan Myers
14308 Ne 50th St
Vancouver, WA 98682-6330

Dan Shaver
7930 Scarff Rd
New Carlisle, OH 45344-8686

Daniel Berry
29 Eastland Court
Carlinville, IL 62626

Daniel Brick
9280 Peninsula Dr
Traverse City, MI 49686-1576

Daniel Eickhoff
11404 Grand Oaks Drive
Clio, MI 48420-8290

Daniel Follett
734 E. 2730 N
Provo, UT 84604

Daniel Fraley Sr.
12468 Pipeline Ave
Chino, CA 91710-2145

Daniel Hazen
7119 Glenwood Dr
Sugar Land, TX 77479-6270

Daniel K Sheeler
330 S 2nd St
Ames, IA 50010

Daniel Montgomery
2525 Nw Overbrook Dr
Lees Summit, MO 64081-1956

Daniel Mooney
71 Highway Avenue
Congers, NY 10920

Daniel Parent
18315 Peterson Road
Plattsmouth, NE 68048-7327

Daniel Peters
13386 W Fargo Drive
Surprise, AZ 85374

Daniel Rest
4637 N Laramie Ave
Chicago, IL 60630-3605

Daniel Rogaliner
6202 Carlatun St
Westerville, OH 43081-7581

Daniel Wiggins
93 Greenshores Circle Ln
Mc Daniels, KY 40152-7085

Danny Kono
6831 Ventura Ct
San Bernardino, CA 92407-5120

Dave Cedrone
130 New Rd
Parsippany, NJ 07054-4289

David Bruen
256 Hillside Ave
Chatham, NJ 07928-1734

Darcy MacDonald
33 Virginia Drive
Hammonds Plains
Nova Scotia B4C 4G9

Dave Lelinski
1217 Washington Ave
Oshkosh, WI 54901

David Button
56 Park Street - Po Box 777
Canton, NY 13617

Darla Lauer
1232 Evergreen Ln
Port Hueneme, CA 93041-2613

David Breslin
71044 Riverside Dr
Covington, LA 70433-9002

David Chicuorka
25101 Calle Viejo
Murrieta, CA 92563-5279

Darrell Russell
1124 Highway 11
Landrum, SC 29356

David Haugen
6710 51st Street Ct W
University Pl, WA 98467-2287

David Christensen
1123 Sweetbriar Place
Galesburg, IL 61401

Darren Davidson
1435 St Paul Rd
Charlotte, TN 37036

David Lindquist
1981 Jim Town Ct.
Gold River, CA 95670

David Cordero
3273 Central Pkwy
Dublin, CA 94568-4847

Darren Peck
2078 Greenfield Ave.
Noblesville, IN 46060

David Bennett
4885 Se Booth Bend Rd
Mcminnville, OR 97128

David Costa
2591 Isles Of St Marys Way
Saint Marys, GA 31558-4267

Darrin Rapoport
15107 Se 80th St
Newcastle, WA 98059-9233

David Black
Po # 120
Chesterville
Ontario K0C 1H0

David Davies
Flat 63, Belmaine Court
Worthing, West Sussex
BN11-03HD UK

Daryll Brady
1703 S. Marine Dr
Bremerton, WA 98312

David Blanton
2220 Compton Dr
Maryville, TN 37804-3041

David Delbiondo
1139 Day Star Drive
Harrisburg, PA 17111

Dave Carr
1630 Colleen Dr.
Orlando, FL 32809

David Bowers
3717 Bay Creek Dr
Bonita Springs, FL 34134-1911

David Desmond
Po Box 4066
Emerald Isle, NC 28594-4066

David Dethorne
1229 Parker Ave
Kalamazoo, MI 49008-3147

David Hamberg
206-A 81st St.
Virginia Beach, VA 23451

David Lubowicki
7044 Driftwood Dr
Fenton, MI 48430-4301

David Fane
715 Aspland ct
Rockton, IL 61072

David Hand
8491 Road 10 Nw
Ephrata, WA 98823-9633

David M Docken
682 20th Ave NW
Backus, MN 56435-2426

David Feldwisch
3051 Locke Ln
Houston, TX 77019-6201

David Ingvalson
515 53rd Ave Se
Saint Cloud, MN 56304

David Mahn
1416 S Oak St
Lake City, MN 55041-1919

David Fishback
425 Country Club Cir
Lexington, NC 27292

David Jameson
15632 Polk Cir
Omaha, NE 68135-2339

David Mann
220 Whispering Spring Ln
Georgetown, TX 78633-1996

David Fisher
18431 Lotus Ct.
Triangle, VA 22172-1732

David Jennings
2920 Stephanos Dr
Lincoln, NE 68516

David Miller
17036 Campo Drive
Parker, CO 80134

David Frischkorn
1602 Nw Wild Rye Cir
Bend, OR 97703

David Krekorian
68 Dartmouth Rd
Cranston, RI 02920-6135

David Morris
2247 Canterbury  Dr
Mechanicsburg, PA 17055

David Gibbs
11383 Blythville Rd
Springhill, FL 34608

David Laube
15825 W Bayaud Dr
Golden, CO 80401-5055

David Neville
27703 Quincy St
Castaic, CA 91384-3506

David Greer
10106 S 123rd Ave
Papillion, NE 68046-4465

David Lightcap
115 N. Chestnut St.
Boyertown, PA 19512

David Palmieri
5202 Anthony Ct
Crestwood, KY #####-####

David Grigg
Po Box 905
Locust, NC 28097-0905

David Lough
273 Maple Ave
Palm Harbor, FL 34684

David Rababy
15 Jefferson Cv
Ruther Glen, VA 22546-5334

David Richard Knight
7099 Blue Mountain Trail
Flagstaff, AZ 86001

David Valentine
1852 Alta Oaks
Arcadia, CA 91006

Dawn Penney
433 Lemmon Rd
Westminster, MD 21157-3348

David Riemer
9565 W Point Lookout Dr
Tremonton, UT 84337-4579

David W. Mccandless
857 Michelle Dr
Meadville, PA 16335

Dean Luciani
906 Andover Dr
Burbank, CA 91504-3038

David Rohrbach
4917 Lord Nelson Dr
Raleigh, NC 27610

David Wade
3 Sixty West Dr
Lexington, VA 24450-1781

Dean Nelsen
12375 Nautical Ave
Seward, AK 99664-9608

David Rupe
1506 Vancross Ct.
Cincinnati, OH 45230-5141

David Waghorn
47 Sherwood Trail
Saratoga Springs, NY 12866-6147

Dean Thompson
3328 Birchmont Dr Ne
Bemidji, MN 56601-4319

David Schinkel
3221 SW Brookline Dr
Ankery, IA 50023

David Weber
224 Saint Andrews Ave
Edinburgh, IN 46124-9233

Deb Jozwowski
W6681 Bighorn Ave
Wautoma, WI 54982-5276

David Shay
4 Country Club Road
Melrose, MA 02176

David Whiten
Psc 704 Box 3016
APO 93888-0011

Debaney Shepard
1775 Panda Way Apt 106
Hayward, CA 94541-4349

David Simoni
5 Riva Ridge Way
Greenville, SC 29615-6049

David Wilkerson
3478 W County Road 800 S
Greensburg, IN 47240-7469

Debbie Anderson
217 King George Loop
Cary, NC 27511-6338

David Staser
1705 Gamble Ln
Escondido, CA 92029-4230

David Williamson
6813 N Gulley Rd
Dearborn Hght, MI 48127-4812

Debbie Chan
14631 Comet St
Irvine, CA 92604-2401

David Tate
515 Greaton Road
New Richmond, WI 54017

David Wilson
1301 Merrington Circle
Raleigh, NC 27615

Debby Brown
800 Ann Ave
Saint Louis, MO 63104-4135

Deborah  Carr
7974 S Franklin Ct
Centennial, CO 80122-3253

Deirdra  Porretto
W5774 Turnberry Dr
Menasha, WI 54952-9776

Dennis Eugene Simon
303 E. Walnut
North Baltimore, OH 45872

Deborah  Dodson
308 Island Dr
Midway, GA 31320-3132

Delbert  Ernsting
704 West Plum St.
Percy, IL 62272

Dennis  Fraley
12468 Pipeline Ave
Chino, CA 91710-2145

Deborah  Fielder
241 Tonga Lane
Englewood, FL 34223

Delmer  Dunlap
3720 Leasure Ct S
Zanesville, OH 43701

Dennis  Grant
200 Meadow Ln
Charles City, IA 50616-4006

Deborah  Johnson
5025 Creeds Mill Rd
Marbury, MD 20658-2008

Denise  Breslin
71044 Riverside Dr
Covington, LA 70433

Dennis  Griffeth
80 Siding Lane
Jefferson, GA 30549

Deborah  Neeson
1007 Thousand Acre Rd
Sellersville, PA 18960

Dennis   Bullock
18 Ronald Ln
Syosset, NY 11791-3517

Dennis  Hoffer
6256 Coreys Way
Hilliard, OH 43026

Debra  Dugan
228 Decoy Ave
Pierre, SD 57501

Dennis  Beaty
8112 Sacramento Street
Fair Oaks, CA 95628

Dennis J Ross
130 Via Madrid Drive
Ormond Beach, FL 32176

Debra  Pipes
Apt 1920
3009 W Walnut Hill Ln
Irving, TX 75038-1905

Dennis  Borkland
1704 N Park Dr Apt 503
Wilmington, DE 19806-2171

Dennis  Moran
604 Lyndhurst Court
Bel Air, MD 21014

Debra  Schmidt
5006 Carew Street
Houston, TX 77096-7709

Dennis  Bullard
1514 Ne Yorkshire Cir
Lees Summit, MO 64086-5459

Dennis  Paulsen
2827 Lorton Ave
Davenport, IA 52803-2153

Deede  Cain
350 Claridge Ct
Vacaville, CA 95687-5910

Dennis  Doane
4055 Gail Lee Ter
Snellville, GA 30039-5291

Dennis  Romary
328 Muirfield Court
Cameron Park, CA 95862

Dennis Stapleton
5 Pinewood Ct.
North Augusta, SC 29841

Dia Gary
2003 W Dry Creek Rd
Ellensburg, WA 98926-9454

Diane Moore
12 Tennessee Ave
Albany, NY 12205-4519

Dennis Verville
43 Keystone
River Forest, IL 60305

Diana Bruntjen
1201 Talon Lane
Forsyth, IL 62535

Dianne Wilkie
3552 Frisbie Street
Bonita, CA 91902

Dennis Whitmer
380 Sunrise Drive
Golden, CO 80401

Diana Ferguson
13988 County Road 150
Hamlin, TX 79520-6006

Dino Cheramie
163 W 40th Pl
Cut Off, LA 70345-3078

Dennis Willadsen
4615 Utah Dr
Ames, IA 50014

Diana Kelly
10002 Emiline St
La Vista, NE 68128-2297

DJ (Doris-Jean) McDowell
1112 Parkwood Blvd
Schenectady, NY 12308-2502

Denver Leach
4812 Wellington Dr
Chevy Chase, MD 20815-6202

Diana Roloff
3005 Deer Lodge Dr
Bismarck, ND 58504-8805

Dolores Mooney
2014 Wintergreen Place
Rosedale, MD 21237-1912

Derald Riggs
13500 Springbok Road
Arcadia, OK 73007

Diane Balsis
101 Washington Street
Whitman, MA 02382

Domenick Versaggi
416 W 26th Ave
Wildwood, NJ 08260-2540

Derek Candler
512 Waterford Highlands
Calera, AL 35040

Diane Bowren
6890 Roby
Waterford, MI 48327-3858

Dominic Mosca
212 10th St
Wilmette, IL 60091-3326

DeWayne Crum
55 Township Road 354
Chesapeake, OH 45619-7727

Diane Lacy
1604 Bayita Lane NW
Albuqerque, NM 87107

Don Beskeen
20097 Adamson Dr
Grass Valley, CA 95949-9534

Dex Imaging
Post Office Box 17299
Clearwater, FL 33762

Diane Mansfield
51 Westview Dr
Hampton, VA 23666-5562

Don Brackbill
1620 W Southern Ave Apt 112
Mesa, AZ 85202-4863

Don  Brigdon
1125 Plantation Cir
Lincolnton, GA 30817-4708

Donald  Mceachern
2502 Hermitage Blvd
Venice, FL 34292-1604

Donald Perry
15 Parkhurst Dr
Ashland, MA 01721-1166

Don  Broderick
342 Lakewood Dr
S Abingtn Twp, PA 18411-1328

Donald Callais
300 Keystone Loop
Houma, LA 70360-6007

Donald Scott
4163 W 11770 S
South Jordan, UT 84009-8107

Don  Bryson
3610 S Blazing Oak Dr
Magna, UT 84044-2857

Donald Davis
Po Box 967
Colfax, CA 95713-0967

Donald  Tedrow
139 Concho Dr
Cedar Creek, TX 78612

Don  England
1441 Patriot Drive
Melbourne, FL 32940

Donald  Drzewiecki
2821 Morningside Dr
Crown Point, IN 46307-8144

Donald  Thomas
52 Sky Ridge Dr
Somers, CT 06071-1729

Don  Fluet
312 Highland Ave
Leominster, MA 01453-2128

Donald  Goodman
1472 Winchester Dr
Muskegon, MI 49441-3152

Donald Werth
533 Trimmer Road
Spencerport, NY 14559

Don  Marinello
543 W Mossyleaf Dr Sw
Huntsville, AL 35824-4057

Donald  Hall
2736 Linden Ln
Silver Spring, MD 20910-1209

Donald  Wiesehan
152 Rainbow Drive 5215
Livingston, TX 77399-0001

Don  Watson
2928 Arreos
San Clemente, CA 92673

Donald  Manning,  Jr
31 Whittier Hts
Hagerstown, MD 21742-4512

Donald Zaprazny
302 Mccorkel Rd
Hershey, PA 17033-8944

Donald    Avey
2018 Stevenson Dr
Ames, IA 50010-4322

Donald Mcallister
618 Phillips Dr
Anderson, IN 46012-3834

Donetta Sue Hedges
1033 Trent place
Pleasant View, TN 37146

Donald    Barley
Po Box 469
Brady, TX 76825-0469

Donald Mcdonough
601 Reed Rd.
Milford, DE 19963

Donna Barrong
195 Hempstead 237
Prescott, AR 71857

Donna Dodd Ahlswede
74 Saint Aurics Drive
Suwanee, GA 30024-3002

Douglas Harshbarger
3624 Westwood Northern Blvd
Unit 45
Cincinnati, OH 45211-2534

Dwight Fish
1015 Rose Anne Rd
Glen Burnie, MD 21060-6502

Donna Valentine
1950 Luke Edwards Rd
Dacula, GA 30019-2503

Douglas Jones
65 S Cody Ct
Lakewood, CO 80226-8022

Earl White
6042 S Recker Rd
Gilbert, AZ 85298-8972

Doreen Welsh
4941 Avron Boulevard
Metairie, LA 70006

Douglas Kesler
257 Magnolia Drive
Freeport, FL 32439

Ed Horvath
4050 Stone Mountain Dr.
Kalamazoo, MI 49009-6577

Dori Coplien
2131 Green Valley Dr
Janesville, WI 53546-1208

Douglas McCrea
1491 Willowbrook Circle
Franklin, TN 37069

Eddie Deuser
514 Muirfield Drive
St. Charles, MO 63304-0436

Doris Virginia Alston Stewart
1575 Riada Dr
New Braunfels, TX 78132-3277

Douglas Peters
385 Muirfield Dr
Pawleys Is, SC 29585

Edward   Lyon
605 Bear Run
Enid, OK 73703-3486

Dorothy Jane Ahlstrom
1210 Noble Ave
Carrollton, TX 75006-3938

Drew Burham
1201 Wall Ave.
Des Moines, IA 50315

Edward Carter
11121 Tamarron Dr
Parker, CO 80138-3105

Doug Hicks
20505 Beaver Creek Rd
Hagerstown, MD 21740

Du Wayne Nederloe
1624 Waterloo Ave.
West Salem, WI 54669

Edward Covey
4981 Westwind Dr
Myrtle Beach, SC 29579-1725

Doug Whitesell
3352 N. Newcastle Ave
Chicago, IL 60634-3751

Duane Claunch
2978 Oldfield Way
San Jose, CA 95135

Edward Crawley
701 Springcreek Ct
Newark, DE 19702-1124

Douglas Anderson
Po Box 417
Newhall, IA 52315-0417

Dulce Campins De Arriaga
4754 Quiet Canyon Dr
Friendswood, TX 77546-3262

Edward Curtis
1 Nw Havenshire Cr.
Lawton, OK 73505

Edward Dobbs
8001 124th St E
Puyallup, WA 98373-4935

Edward Sussek
10 Adrienne Dr
Canton, MA 02021-1662

Eleanor Thornton
56 South Ferguson Rd
Wheatland, WY 82201

Edward Giunco
130 Tiger Woods Pl
New Bern, NC 28560

Edward Warhol
110 Park Valley Court
Saint Peters, MO 63376

Electronic Merchant Services
250 West Huron Rd
STE 400
Cleveland, OH 44113

Edward Hartman
986 Mount Hawley Ct
Wentzville, MO 63385-6713

Edwin Luna
316 Charles St
Keller, TX 76248-3309

Elisa Carreau
407 Royal Field Dr
Arlington, TX 76011-5631

Edward Kalinowski
6 Hemlock St.
Nanticoke, PA 18634-1863

Edwin Pruett
1159 Barkley Ln
Birmingham, AL 35242-4673

Elizabeth Altmaier
2663 Hillside Dr
Iowa City, IA 52245-4808

Edward L Giles
6375 S Kewaunee Way
Aurora, CO 80016

Edwyn Lee Boyd
5316 Mountain Park Cir
Indian Spgs, AL 35124-3042

Elizabeth Collins
1237 Heathcliff Dr
Virginia Beach, VA 23464-5850

Edward Leo
128 Round Hill Rd
Kennett Squ, PA 19348

Egon Stammler
2994 Ne 89th Street
Kansas City, MO 64156

Elizabeth Knox
75 High Ave
Randolph, NJ 07869-1014

Edward Lorenc
3902 Tamarind Dr
Bethlehem, PA 18020-7650

Eileen Finnegan
634 Rita Drive
River Vale, NJ 07675

Elizabeth Sullivan
3600 Chain Bridge Rd.
Fairfax, VA 22030

Edward Loyal
1108 Smokewood Way
Nashville, TN 37221-4177

Eileen Gross
724 Avila Dr
Davidsonville, MD 21035-2503

Ellen Chun
38975 Aster Way
Selbyville, DE 19975-3753

Edward Skowron
6330 E Tanuri Circle
Tucson, AZ 85750

Elaine Bryan
9 Northside Drive
Newnan, GA 30263

Ellen Dichiara
9 Margate Way
Waretown, NJ 08758-2728

Ellen Huxley-laffer
8 Julia
Fort Pierce, FL 34951-2837

Emile Gosselin
619 106th Ave N
Naples, FL 34108-1847

Eric Hendricker
72 Almond Dr.
Columbus, MS 39705

Ellen Steinour
565 Riverstone Dr
Salem, SC 29676-4046

Emily Baldwin
96 3rd Place
Brooklyn, NY 11231

Eric Kaufman
31682 Fritz Dr
Exeter, CA 93221-9511

Ellen Weaver
5051 Runnymede Dr
Holt, MI 48842-2901

Emily Lawson
2 Keith Court
Woodcroft, Adelaide
5162 Australia

Eric Smith
7 Oneida Ct
Slingerlands, NY 12159-9431

Ellie   Cejer
11210 E Bayshore Rd
Marblehead, OH 43440-2309

Emily Salvette
2016 Devonshire Rd
Ann Arbor, MI 48104-4058

Eric Thomas Crowell
3416 146th St
Urbandale, IA 50323-2053

Elliott Emerich
2101 Plyers Mill Rd
Silver Spring, MD 20902-4227

Emma Norman
2801 Mountain View Dr
Carlsbad, NM 88220-3263

Eric Thraen
651 3rd St W
Hastings, MN 55033-1127

Elma Le Doux
1326 Fern St
New Orleans, LA 70118-4022

Emory Duke
4264 Deerwood Lane
Evans, GA 30809

Eric Wright
200 Traveller Street
Hickory Creek, TX 75065-0407

Elvin Heath
5080 Edinboro Lane
Wilmington, NC 28409

Eric Black
4091 Harbor View Drive
Morristown, TN 37814

Erin Petrie
1012 Brownell Ave
Saint Louis, MO 63122-3204

Emanuel Aftergut
5451 Radford Ave
N Hollywood, CA 91607-2213

Eric Harris
7912 E Cochise Rd
Scottsdale, AZ 85258

Ernest Uptmore
PO Box 33
Ross, TX 76684

Emil Liebewein
6 Beauregard Dr.
Hattiesburg, MS 39402-3940

Eric Heestand
16280 North River Rd,
Pemberville, OH 43450

Ernesto Pineda
1585 Vandagriff Way
Corona, CA 92883-7654

Eugene Eral
600 N Reed St
Sedro Woolley, WA 98284

Frances Thomas Joyce
61 Hemlock st
Leicester, MA 01524

Frank Morales
2435 Telephone Rd
Santa Maria, CA 93454-9616

Eugene Jaeger
4642 Belford Cir
Broomfield, CO 80023-8110

Francisco Hernandez
20 Secor Place
Yonkers, NY 10704-3237

Frank Olson
1312 Franz Rd
Stevenson, WA 98648

Eugene Usher
136 Trinity Ave
Blackwood, NJ 08012

Frank Brown
1050 S Riverwood Dr
Wabash, IN 46992

Frank Parillo
400 Petersham Rd
Phillipston, MA 01331-9378

Eva Baker
1205 Nadine Ln
Petaluma, CA 94952-5273

Frank Candiano
1558 13th Street
West Bablon, NY 11704

Frank Rohrbough
124 Spring Valley
Boerne, TX 78006

Evan Adolf
13927 110th St Ne
Lake Stevens, WA 98258

Frank Collins
656 Coleman Blvd
Mt Pleasant, SC 29464-4063

Fred Gorter
419 Gordon Circle
Lagrange, GA 30240

Faron   Courtney
9404 Kurnas Lane
Hopewell, VA 23860

Frank Dolenc
Po Box 854
Camp Hill, PA 17001-0854

Fred Heberle
3553 Windgarden Cv
Memphis, TN 38125-1733

Fernando Rodriguez
7922 Fox Chase Drive
Arlington, TX 76001

Frank Lyons
2481 Mcdowell Creek Spur
Manhattan, KS 66502-9522

Fred Lovrien
401 E 27th St
Sioux Falls, SD 57105-3034

FL Department of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399

Frank Massman
1200 Beach st
Webster City, IA 50595

Frederick Boyd
959 Evergreen Lane
Neenah, WI 54956

Flight Centre Travel Group
Levek 1
86-88 Northbourne Ave
Braddon, ACT
2602 Australia

Frank McKenzie
207 Wagner Rd
Bel Air, MD 21015

Frederick Goset
8915 62nd Dr Ne
Marysville, WA 98270

Frederick James Hebert III
623 Wickham's Fancy Dr
Biltmore Lake, NC 28715-2431

Frederick Middendorf
8851 Valley Vista Trail
Kewaskum, WI 53040

Frederick Sundmaker Jr
33 Canterbury Rd
Ringwood, NJ 07456-1903

Frederick Tavener
412 Portsmouth Rd
Cape May, NJ 08204-4250

Gail Neer
3103 E Farm Rd. 34
Fair Grove, MO 65648-8227

Gail Placilla
25814 Aberdovey Ave
Mt Plymouth, FL 32776

Gary Parsons
11601 N Kathy Dr
Spokane, WA 99218-2724

Gary B. Gardner
3157 Fox Rd
Syracuse, NY 13215-9744

Gary Blasiar
3205 Lombardy Rd
Pasenda, CA 91107

Gary Bogott
12748 Weld County Road 1
Longmont, CO 80504

Gary Caldwell
252 Holston Dr
Rutledge, TN 37861-4331

Gary Cortner
7751 W. Harvest
Wichita, KS 67212

Gary Cranston
4192 Bay Beach Ln
Fort Myers Beach, FL 33931-3393

Gary Dietzel
9308 Milford Rd
Plattsmouth, NE 68048-4240

Gary Faucett
1427 W Harvard Ave
Visalia, CA 93277-4554

Gary Garnand
33 Shadow Mountain Dr
Logan, UT 84321-6758

Gary Goin
91180 Poodle Creek Road
Noti, OR 97461

Gary Hagebush
14724 California St
Omaha, NE 68154-1963

Gary Hoogewind
10447 Whispering Brk Nw
Grand Rapids, MI 49534-9664

Gary Hughes
2848 40 Avenue
Rock Island, IL 61201

Gary Keller
4309 Charlotte Rd
Obetz, OH 43207-4372

Gary McDonald
14866 Chatham Dr
Shelby Twp, MI 48315-1504

Gary Mountjoy
5302 Weetman Street
Burke, VA 22015-1652

Gary Porter
136 Changebridge Road
Montville, NJ 07045-9119

Gary Samuels
260 Larkdale Row Apt 103
Wauconda, IL 60084-2806

Gary Sauer
986 Parma Center Rd
Hilton, NY 14468-9310

Gary Schultz
28 Honesty Ln
Bluffton, SC 29909-7116

Gary  Schwarz
8255 Sw 78th Circle
Ocala, FL 34476

Genevieve Mandola
6883 Oakwood Grove
Houston, TX 77040

George Mason
8427 Twin Lakes Drive
New Baden, IL 62265-2227

Gary Seiser
4242 S Honey Creek Dr
Milwaukee, WI 53220-3139

George   Consuegra
2925 Thistle Trail
Suwanee, GA 30024

George Royce
8552 Lake Windham
Orlando, FL 32829

Gary  Wells
4846 Sweetmeadow Cir
Sarasota, FL 34238-3319

George   Foley
341 S Pleasant Ave
Dallastown, PA 17313-2109

George Simpson
Po Box 873
Belleville, PA 17004-0873

Gary  White
1330 4th St
Columbia City, OR 97018-9774

George   Haas
7041 Crest Rd
Rch Palos Vrd, CA 90275-4542

George Thompson
1224 Peninsula Dr
Traverse City, MI 49686

Gary  Wilson
204 Cannonball Way
East Syracuse, NY 13057

George   Vesel
5400 Johnson Dr # 324
Mission, KS 66205-2911

George Turner
4764 Quail Run Pl
Melbourne, FL 32904-9723

Gary*  White
4501 Hidden Ct
Rocklin, CA 95677-3226

George Ambrosia
14 Iris Ct
Tinton Falls, NJ 07724-3064

George Whitton
319 Skyline Parkway
Athens, GA 30606-3060

Gaye Sadler
603 Golf Course Rd.
Gatesville, TX 76528

George Collier
2773 Club Ridge Dr.
Lewisville, TX 75067

Georgina Holt
2469 Old Us 119 Hwy S
Homer City, PA 15748-1574

Gayle Madole
4029 Idalia Dr
Austin, TX 78749-6912

George Foley
Po Box 416
Grantham, NH 03753-0416

Gerald Avery
3597 Bellmore Drive
Brownsburg, IN 46112

Gayle  Walton
811 Parkview Way
Missoula, MT 59803-2321

George Lamm
3718 Main St
Mchenry, IL 60050-5253

Gerald Brown
556 Cahoon Rd
Bay Village, OH 44140

Gerald F Wagner
202 Herworth Drive
Chesterfield, MO 63005

Glen M Robinson
8713 Nw 181st Pl
Reddick, FL 32686-2210

Glenna Humbard
313 W Lakeview Drive
Springdale, AR 72764

Gerald Kuykendall
6406 Sw 35th Way
Gainesville, FL 32608-5241

Glenda Trawhon
1405 Caine Hill Ct
League City, TX 77573-9043

Google Waze
1600 Amphitheatre Pkwy
Mountain View, CA 94043

Gerald Moody
8 Fern Street
Milford, MA 01757

Glenn Anderson
1024 Raby Lane
Sedro Woolley, WA 98284

Google, LLC
1600 Amphitheatre Pkwy
Mountain View, CA 94043

Gerald Obert
16 Meadow Lane
Kinnelon, NJ 07405-2308

Glenn Fraser
7235 West Anthony Rd
Ocala, FL 34479-1309

Gordon Mize
721 S Heather Ln
West Covina, CA 91791

Gerald Schmidt
884 Herr Rd
Fairborn, OH 45324-9490

Glenn Hale
172 Harkins Crescent
Miramichi
New Brunswick E1V 3Z5

Gordon Sanders
2831 138th Ave Nw
Alexander, ND 58831-9793

Gerald Veilleux
3852 Brown Ave
Manchester, NH 03103-7009

Glenn Hornsby
203 Mary Ellen Dr
Muscle Shoals, AL 35661-4727

Grantlan Randall
5809 Glenmere ave.
Las Vegas, NV 89131

Geraldine Markie
2058 N Mills Ave
Claremont, CA 91711-2812

Glenn Newman
192 Smokewood Ct
Powell, OH 43065-7210

Great America Financial Serv
P.O. Box 660831
Dallas, TX 75266

Gerry Maurer
6975 47th Ave Sw
Seattle, WA 98136

Glenn Schlau
422 Dawson Creek Dr
Arapahoe, NC 28510-9711

Greg Dirnberger
207 W Carmel Ln
Sioux Falls, SD 57108-6403

Glen  Attema
214 E 14th St Unit 4a
Cincinniti, OH 45202

Glenn Stern
282 Vzcr 4135
Canton, TX 75103-7510

Greg Edmondson
7521 Gleneagles Way
Fort Worth, TX 76179-3160

Greg Huffman
1905 Vanessa Dr
Norman, OK 73071-2407

Gwendolyn    Clark
8273 Orcas Lp Ne
Lacey, WA 98516

Harvey Chase Jewett IV
PO Box 1036
Aberdeen, SD 57401

Greg Leonard
82 Deer Ridge Drive
St. Albert
Alberta T8N 6A9

Harold Coon
9265 Lorrich Drive
Mentor, OH 44060

Heather Vanlear
Po Box 739
Verona, VA 24482-0739

Gregory Bowles
5052 Viewridge Way
Oceanside, CA 92056

Harold Everett
1606 Wakefield Dr
Brandon, FL 33511-2325

Heidi Lehnig
5501 Sayle St
Greenville, TX 75402

Gregory Brady
8 Pelham Walk
Breezy Point, NY 11697

Harold Ford
22 Wilkie Blvd
Marmora, NJ 08223-1744

Helen Calabrese
1924 S State St
Dover, DE 19901-5812

Gregory Buttolph
36 Phyllis Ct.
Chico, CA 95928-9592

Harold Grossman
55 Armstrong Rd.
Wantage, NJ 07461

Helen Minton
4425 Palmer Rd
Dallas, OR 97338-9418

Gregory Sapp
5610 Alvarado Ln N
Plymouth, MN 55446-3072

Harold Jay
3007 Coachlight Ln
Sugar Land, TX 77479-1869

Henry Bruscino
235 Maclor Forest Heights Rd
Franklin, NC 28734-1334

Gregory Speicher
51 Overlook Road
Holbrook, MA 02343

Harold Petschke
29693 Sullivan Dr
Easton, MD 21601-4923

Henry Jordan
408 Gano Ave
Georgetown, KY 40324

Gunnar Nelson
7787 Bay Lake Dr
Fort Myers, FL 33907-1834

Harold Storey
17 Saddlebrook Drive
Rome, GA 30161-7242

Henry Kidd
100 Waterfront Dr
Colonial Hght, VA 23834

Gunther Baburins
43 Miele Rd
Marlborough, MA 01752-6544

Harold Westley
707 Kyle Ln
Ambler, PA 19002-2531

Henry Pietrani
Po Box 312
Waccabuc, NY 10597-1059

Henry Reimers
9808 Stillchase St
Tampa, FL 33625-5834

Homer Creasap
10360 Ballah Road
Orient, OH 43146

J. Darrell Kelley
Po Box 10
Winter Park, FL 32790

Henry Rogers
15611 N 102nd East Ave
Collinsville, OK 74021-5320

Hulu.com
2500 Broadway FL 2
Santa Monica, CA 90404

Jack Buttery
6 Belleview Blvd
Belleair, FL 33756-1964

Henry Tuttle
1125 Game Trail South
Bourbonnais, IL 60914

Ileana   Balazs
1010 Pheasant Hollow Dr
Plainsboro, NJ 08536

Jack Katosh
1761 22nd St N
Arlington, VA 22209-1132

Herbert   Bullock
9209 Liberty Hill Ct
Cincinnati, OH 45242-4664

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jack Walker Hansen Jr
17040 W Fm 1097 Rd
Unit 6104
Montgomery, TX 77356-7325

Hillsborough Cty Prop App
601 East Kennedy Blvd
15th Floor
Tampa, FL 33602

Ira Schulman
3751 W 136th Ave Unit V3
Broomfield, CO 80023-8150

Jacqueline Arnold
4716 Newcomb Pl
Alexandria, VA 22304-1506

Historynet LLC
9720 Wilshire Blvd
Suite 600
Beverly Hills, CA 90212

Irena Kildisas
950 Prairie Trail
Argyle, TX 76226

Jacqueline Eberstein
12117 Kershaw Pl
Glen Allen, VA 23059-6978

Hoc Dang
4020 Watercove Dr
Riverview, FL 33578-3041

Irwin Konopolsky
35 Old Edith St
Old Tappan, NJ 07675-7126

James   Burkeen
1601 Belmont Dr
Murray, KY 42071-2813

Holly  Bentley
7529 Wigley Ave
Jessup, MD 20794-9714

Ivan Coles
4200 Tompkins Trail
Muskegon, MI 49442-4944

James   Elledge
11428 Woodsong Loop S
Jacksonville, FL 32225-1033

Holly Jennings
2508 Greenridge Dr
Fort Smith, AR 72903

J David Nemeth
1 Anderson Ct
Marlton, NJ 08053-5599

James Allen
5782 Avalon Dr.
Pinconning, MI 48650

James Anthony
3807 W 171st St
Stilwell, KS 66085-8853

James Downs
12 Foxchase Dr
Dothan, AL 36305-1147

James H. Long
104 Burton St
Auburn, AL 36830-4823

James Arthur Lacy
12919 72nd ST. SE
Snohomish, WA 98290-9084

James Duffield
Po Box 444
Orcas, WA 98280-0444

James Hagan
1193 Baytree Dr
Gilroy, CA 95020

James Bowden
1138 Haddrell Pt
Lexington, KY 40509

James F Slater
107-1 Knight Circle
Pawleys Island, SC 29585

James Hageman
121 Varney Rd
Ennis, MT 59729-9133

James Braun
629 Reservoir Road
Southbury, CT 06488

James Fahy
14039 34th Ave.
Flushing, NY 11354

James Hahn
312 North Sixth St
Emmaus, PA 18049

James Burger
2303 Choto Road
Knoxville, TN 37922-6106

James Fischer
1030 Texarkana Drive
Indianapolis, IN 46231

James Harding
9205 Wilderness Psge
Chagrin Falls, OH 44023

James Burghardt
2887 Campbell Ave
Wantagh, NY 11793-1705

James Gallagher
957 Red Ln
Danville, PA 17821-8467

James Hendrex
712 Newberry Dr
Richardson, TX 75080-5509

James Cannon
1433 Belcourt Ln
Mt Pleasant, SC 29466

James Graham
36409 Mills Rd
N Ridgeville, OH 44039-1205

James Jones
2379 Surrey Dr
Kannapolis, NC 28081-8730

James Castaldo
1724 Harvard Ave
Merrick, NY 11566-1156

James Gray
1176 Thomas Davis Drive
Clayton, DE 19938

James Joslin
301 N Walker Ave Apt 1305
Oklahoma City, OK 73102-1839

James Daubert
110 Keely Cir
New Smyrna, FL 32168-7711

James Gregory
5009 Seven Oaks Circle
Oklahoma City, OK 73142-5423

James Junkermeier
4760 W Quickdraw
Flagstaff, AZ 86005

James Kagley
2106 Chota Rd
Maryville, TN 37803-9415

James Patrick Geary
10035 Willey Court
Granite Bay, CA 95746

James Sharp
249 Forge Rd
Womelsdorf, PA 19567

James Kalash
Po Box 394
Rockwall, TX 75087

James Pemberton
8310 Water Tower Rd
Ooltewah, TN 37363

James Shaw
Po Box 84
Telephone, TX 75488-0084

James L. Van Tiflin
49667 Briar Pointe Dr
Macomb, MI 48044-6404

James Peterson
42343 47th St W
Quartz Hill, CA 93536-3508

James Shepard
8118 Rome Way
Fort Smith, AR 72916-8704

James La Velle
32833 540th St.
Gilmore City, IA 50541-8089

James Pinkelman
7401 W Arrowhead Clbhs Dr
Glendale, AZ 85308

James Shurts
3640 R Road
Beloit, KS 67420

James Leckinger
994 Chadwick Ct
Aurora, IL 60502-9324

James Pope
211 Nabersham Place
Carrellton, GA 30117

James Swartz
931 Iron Shoe Ct
Walnut, CA 91789

James Long
7000 Cedar Grove Farm Rd
Machipongo, VA 23405-1839

James Rhora
3521 Fenceline Rd
Caledonia, WI 53126

James Todd Fatland
728 42nd St
W Des Moines, IA 50265-5026

James Miller
8360 Mending Wall Dr
Woodridge, IL 60517

James Richard Davis
900 Horseshoe Bend
Richardson, TX 75081

James Villella
6854 S. Whetstone Pl.
Chandler, AZ 85249-9149

James Mockerman
106 Fairway Ct
Lake Placid, FL 33852-9314

James Richter
5274 Mill Creek Rd
Healdsburg, CA 95448

James Wacaster
5600 Country Club Ave
Fort Smith, AR 72903

James Mueller
18703 Forest Bend Creek Way
Spring, TX 77379-5507

James Schillaci
260 Larkdale Row Apt 330
Wauconda, IL 60084-2844

James Wagner
11100 Center Ave
Gilroy, CA 95020-9502

James Wagner
51 Hop Ranch Rd
Santa Rosa, CA 95403-7525

Janet  Graham
20201 Highway Ff
Mexico, MO 65265-6281

Jason Bennett
5950 Walker Rd
Bozeman, MT 59715

James Webb
27818 Ne 49th St
Redmond, WA 98053

Janet Brown
16394 245th St
Mason City, IA 50401-9066

Jason Millen
4036 Busch Gardens Dr
Fort Worth, TX 76123-1449

James  Wiggins
915 Tannery Drive
Wayne, PA 19087

Janet  Carrano
23817 Waverly Circle
Venice, FL 34293-3429

Jason  Nowak
713a Sumner Rd
Carlisle, PA 17013-5136

Jamie Scharpe
2450 Marsh Glen Dr
Unit 512
N Myrtle Beach, SC 29582-2958

Janet Maher
711 Homestead Pl
Joliet, IL 60435-5107

Jason Zilka
3216 King Pl
Grand Forks, ND 58201

Jan Knutson
S76w25735 Prairieside Dr
Waukesha, WI 53189-6903

Janet Prueitt
P  O  Box 36
Gatesville, TX 76528-0036

Jay Johnson
1856 Autumn Ln
Vista, CA 92084-9208

Jan Luymes
1516 Cornwall Lane
Newport Beach, CA 92660

Janet  Smith
6229 W. Avenue J-14
Lancaster, CA 93536

Jay Walters
407 Lake Oliver Dr
Enterprise, AL 36330-1440

Jana Best
24280 Northridge Ave
Rogers, MN 55374

Janice Bobay
10874 Farm Road 1567 W
Brashear, TX 75420-6948

Jean Reinert
1400 Napper Dr
Greensboro, NC 27455-9320

Jane Cauble
2897 Royal Oak Dr Nw
Baudette, MN 56623

Janie Lowery
5277 Daniel Mccall
Lufkin, TX 75904-0322

Jeana Wilcox
504 Nw Ashurst Pl
Lees Summit, MO 64081-2080

Jane Lee
6 Carl Rd
Wilmington, DE 19803-4409

Janine Oman
100 Oakland Park Ave
Columbus, OH 43214-4120

Jeanne Scott
329 Valencia St
Gulf Breeze, FL 32561-4031

Jeff Held
995 River Rd
Mosinee, WI 54455

Jeffery Payne
446 Sussex
San Antonio, TX 78221

Jeffrey Tompkins
1714 Target Ct
Houston, TX 77043-3505

Jeff Maddock
9727 Treyburn Ct
Ellicott City, MD 21042

Jeffre Loewe
6502 Montevista Drive
Cincinnati, OH 45224

Jennifer Robinson
1024 Hawthorne Dr
Liberty, MO 64068-4339

Jeff Tryka
3609 Gordon Rd
Elkhart, IN 46516

Jeffrey Adcock
1211 Caroline St Unit 1507
Houston, TX 77002-6938

Jennifer Vollmar
3917 Moorland Dr
Midland, MI 48640

Jeff Vissichelli
42 Valley Road
Port Washington, NY 11050

Jeffrey Anderson
748 Parkwood Ave
Park Ridge, IL 60068-2232

Jennifer Bredbenner
1312 River Tree Dr
Chester, VA 23836

Jeffery Gudmundson
1301 3rd Street
Estevan
Saskatchewan S4A 0S1

Jeffrey Breiten
1665 Justin Ct
Redlands, CA 92374

Jennifer Dugent
45 Fort Mott Rd
Pennsville, NJ 08070-2726

Jeffery Middleton
3 Tell Place
Edison, NJ 08817-4510

Jeffrey Gray
708 Fairview Drive
Lexington, NC 27292

Jennifer Powell
17000 Woodview Cove
Oxford, MS 38655

Jeffery Clavier
31620 Meadows Ave
Madison Hts, MI 48071-5511

Jeffrey Holliday
234 Dogwood Dr
DE, OH 43015-2733

Jennifer Toth
76 Half Moon Bnd
Coronado, CA 92118-3232

Jeffery Kimbro
2382 Island Way
Little River, SC 29566

Jeffrey Hopkins
9570 Longmont Dr
Houston, TX 77063-1027

Jennifer Whitehead
202 Royal Tower Way
Cary, NC 27513

Jeffery Lester
1450 S Kihei Rd
Kihei, HI 96753-8156

Jeffrey Marquina
1604 Deep Point Road
Woolford, MD 21677

Jerel Nelsen
26147 130th St
Staples, MN 56479-3073

Jerome Johnson
07656 Valley Brook Rd
Boyne CIty, MI 49712

Jerry W. Peyton
1086 Meeting Place
Chattanooga, TN 37421

Jim Cottrell
5675 Palms Rd
Casco, MI 48064-4506

Jerrold Preston Rashal
Po Box 1344
Mead, WA 99021-1344

Jerry Whetsell
5521 Galaxie Rd
Garland, TX 75044-4507

Jim Goethe
10896 Rosebriar Dr
Union, KY 41091

Jerry Bennett
14773 Windward Lane
Naples, FL 34114

Jesse Turley
1412 Willow Ave
Louisville, KY 40204

Jim Love
7021 N Northlight Dr
Tucson, AZ 85741-2749

Jerry Brackhahn
15936 Cinca Terra Dr
Austin, TX 78738

Jessica Allen
14560 Hunt Mountain Ln
Baker City, OR 97814-8186

Jim Miller
1115 Helen Ct.
Boonville, IN 47601

Jerry Cooper
12514 Robert Walker Drive
Davidson, NC 28036

Jesus Loza
2539 Se 13th St
Pompano Beach, FL 33062-7203

Jim Morgan
601 Dunberry Dr
Arnold, MD 21012-2065

Jerry Hidahl
2116 Avenue L
Nederland, TX 77627-5436

Jill Beechler
Po Box 3293
San Dimas, CA 91773-7293

Jim Richard Connor
4947 Bright Leaf Court
Woodbridge, VA 22193-3208

Jerry Middlemiss
3 Radcliffe Rd
Yardley, PA 19067-7317

Jill Collins
4775 State Route 5
Vernon, NY 13476

Jim Rosenwinkel
511 N. Gary Avenue
Wheaton, IL 60187

Jerry Stratton
407 Sw Hickory Cir
Grimes, IA 50111-2168

Jim Leone
19800 Sandpointe Bay Drive
Tequesta, FL 33469

Jimmy Black
305 Kensington Dr
Morristown, TN 37814-3781

Jerry W Amstutz
5006 Vandolah Road
Leo, IN 46765

Jim Anderson
1 Summit Ln
Bethel, CT 06801-3309

Jimmy L Beltz
1128 Lehigh St.
Kissimmee, FL 34744

Jimmy Moore
145 Billowing Sails St
Summerville, SC 29486

Joanne Morin Hilton
32 Waterview Circle
East Hampton, CT 06424

Joel Marshall Turner
P.O. Box 1011
Pine Valley, CA 91962

Jo-ann Noort
3227 Ridge Rd
Lansing, IL 60438

Jody Dobson
15900 Viking Warrior Dr
Westfield, IN 46074

Joel Michaud
315 Mountain Rd
Jaffrey, NH 03452-5923

Joan Herz
1810 Circle Drive
Rend, NV 89509

Joe   Brown
P  O Box 1192
Lynn Haven, FL 32444

Joeseph Wellborn III
1381 Riada Dr
New Braunfels, TX 78132-3301

Joan Johnston
10770 Janie Road
Boise, ID 83714

Joe Florimonte
4595 Hidden Creek Ln
Myrtle Beach, SC 29579-4143

John   A. Hines
12227 Idalia St
Commerce City, CO 80603-6950

Joan Mcclure
12 Tamarack Ct.
Milford, NH 03055-3034

Joe Price
512 Meadowbrook Rd
Richmond, IN 47374-5030

John   Bourne
469 Lilac Ct
Grafton, WI 53024

Joan Ryskamp
3525 Eagle Bluff Dr Ne
Grand Rapids, MI 49525-4565

Joe Stahl
30 Farragut
Keedysville, MD 21756

John   Krisanda
4168 Sighthill Ave
Powell, OH 43065

Joan Vangunten
622 W Harrison St
Maumee, OH 43537-2028

Joel   Adams
354 Bayside Dr
Saratoga Spgs, UT 84045-8149

John   Lay
2137 Kings Mill Ct.
Falls Church, VA 22043

Joann Taylor
2968 E Siebert Rd
Midland, MI 48642-7223

Joel Gruber
5485 Pointe Tremble Rd
Algonac, MI 48001-4370

John Albert Doninger
14646 Braddock Oak Dr
Orlando, FL 32837-4951

Joanna Kepley
27 Sand Lake Road
Monticello, IL 61856

Joel Hoffman
2061 Peach Tree Ln
Algonquin, IL 60102-5124

John   Anderson
8544 S Union Lake Dr. SE
Alexandria, MN 56308

John  Aronson
13917 N 75th Dr
Peoria, AZ 85381-4694

John  Clayton
7015 Clemson Drive
Dallas, TX 75214-7521

John  Francis
25920 Iris Ave
Moreno Valley, CA 92551-1658

John  Assumma
PO Box 401
8 Carriage Hse Rd
Waccabuc, NY 10597

John  Conner
14026 Image Lake Ct
Fort Myers, FL 33907-1823

John  Fry
3011 Dexter Drive
Ellicott City, MD 21043-5118

John  Bennett
6 Woodview Way
Hampton Bays, NY 11946-1113

John  DiLuccio
3555 Boliver Road
Fort Valley, VA 22652

John  Fulks
2193 Harvard Rd
Berkley, MI 48072-1749

John  Boccuzzo
10 Grandview Dr
Newton, NJ 07860

John  Dunleavy
3709 E Freda Cir
Sioux Falls, SD 57103-6558

John  Gallagher
Po Box 691
Prospect, KY 40059-0691

John  Burleson
1726 N Elderberry Ct
Newberg, OR 97132-1266

John  Dyckman
29 Skilton Ln
Burlington, MA 01803-2132

John  Gilbert
3620 Montridge
Arlington, TX 76016

John  Butler
4421 Shirley Ave
Jacksonville, FL 32210-2029

John  Earl Kerr
5297 Bunker Hill Ct.
Loves Park, IL 61111

John  Gilmore
10110 Owl Creek Rd
Cincinnati, OH 45252-1712

John  Buza
250 Snow Canyon Dr.
Ivins, UT 84738-8473

John  F Reid
4060 Calle Del Sol
Thousand Oaks, CA 91360

John  Graber Sr
1445 W Abbott Ave
Milwaukee, WI 53221-3578

John  C Romanowski
5 Spring Rd
Londonderry, NH 03053-2912

John  Fesler
320 23rd Street
Arlington, VA 22202

John  Grabon
49 Shearer Ave.
East Aurora, NY 14052-1620

John  Chobot
3 Ditmar Blvd
White Hse Sta, NJ 08889-3739

John  Forney
560 Chevy Chase Rd
Mansfield, OH 44907-1549

John  Hagen
7018 Fire Tower R
Rhinelander, WI 54501-5450

John Karnak
1105 Canyon View Rd
Northfield, OH 44067-2268

John Mason
4036 168th St
Flushing, NY 11358-2631

John Nitcy
683 Upland Drive
Sandpoint, ID 83864-8386

John Kelly Goddard
PO Box 150128
Ogden, UT 84415

John Mathieu
5 White Tail Way
Tolland, CT 06084

John O'brien
1017 Tyson Ave
Philadelphia, PA 19111-4414

John Kemp
2371 High Lonesome Trl
Lafayette, CO 80026-9397

John Maxfield
13601 Heathwood Ct
Raleigh, NC 27615

John Oftebro
20911 Ne Novelty Hill Rd
Redmond, WA 98053-7602

John Koehler
3016 E Lourdes Dr
Appleton, WI 54915-3937

John Metz
10230 Ne 76th Ave
Mitchellville, IA 50169

John R Goodwin
2713 Chateau Way
Livermore, CA 94550-5746

John Laird
1990 1400 Rd S
Chester, MT 59522-1600

John Miller
5303 E Twain Ave Spc 256
Las Vegas, NV 89122-4659

John Randby
2248 Estates Dr
Eagan, MN 55122-4038

John Leither
910 Quail Cir
Brighton, CO 80601-7355

John Morgan
Po Box 988
Emory, VA 24327

John Ried
1650 Cedar Lake Cr
Hernando, MS 38632-3863

John Lesko
6624 Appleridge Dr
Boardman, OH 44512-5009

John Munn
625 Blue Point Dr
Wilmington, NC 28411-7360

John Robert Shannon III
10717 West 128th Place
Overland Park, KS 66213

John Lundy
255 Lummus Rd
Covington, GA 30016-5132

John Nepsa
5463 Sweetshrub Ln
Indianapolis, IN 46268-3935

John Rootjes
4353 239th Pl Se
Sammamish, WA 98029-7526

John Manning
9606 N 600th St
Robinson, IL 62456

John Nichols
3214 Talbot Way
Hamilton, NJ 08691-3398

John Santucci
1223 Hillside Rd
Pasadena, MD 21122

John Schuett
1972 North County Road 42
Gibsonburg, OH 43431

John Ursillo
420 Saint St
Richland, WA 99354-2034

Jon Fleurichamp
25299 Hoehn Rd
Sedro Woolley, WA 98284

John Selby
1911 E 1190 North Rd
Shelbyville, IL 62565-4114

John Verble
3028 Summercrest Trl
Antioch, TN 37013-1184

Jon R Van Cleave
5673 S 2950 W
Roy, UT 84067-1176

John Shuman
3 Island View Lane
North Oaks, MN 55127

John Vieau
2416 W Sycamore Ave
Oak Creek, WI 53154-1054

Jon Strum
807 Country View Court SE
Stewartville, MN 55976

John Smith
1319 Myrtle Ave
Charlotte, NC 28203

John Wagner
6180 Wycliffe Way
Sacramento, CA 95831

Jonathan Gallo
1327 Middleford Road
Catonsville, MD 21228

John Sorcenelli
99 Cap'n Samadrus Road
Cotuit, MA 02635

John Walker
3516 Eclipse Cir
Dubuque, IA 52003

Jonathan Layton
33 Main St Apt 1
Centerbrook, CT 06409-1083

John Stephen Colwell
17448 NE 40th Avenue
Redmond, WA 58052

John Walsh
5320 Lake Mendota Drive
Madison, WI 53705

Jonathan Toborowsky
316 Old Allerton Rd
Annandale, NJ 08801-3215

John Stephens
3929 Park Meadow Ln
Bryan, TX 77802-5943

John Williams
23 Glacier Dr
Howell, NJ 07731-9033

Joseph   Pribyl
1467 8th Ave Se
Forest Lake, MN 55025-2003

John Thul
970 Stratford Rd
Mendota Hts, MN 55118-4249

Jon Botting
2600 Erie St
Racine, WI 53402-4416

Joseph Bussen
1528 Uluhaku Pl Jr
Kailua, HI 96734-4461

John Tyson Chapman
15508 City Garden Lane
Prosper, TX 75078

Jon Devoss
P.o. Box 1094
Dodge City, KS 67801

Joseph Chernowski
107 Mcguire Rd
Woodbourne, NY 12788-5458

Joseph Conti
244 Bodge Hill Rd
Moultonborough, NH 03254

Joseph Jensen
Po Box 879
Tillamook, OR 97141-0879

Joseph Martin
8209 S Port Dr
West Chester, OH 45069

Joseph Olshefski
1932 Ssterling Trace Drive
Keller, TX 76248

Joseph P Gill
2740 Arabian Dr.
Lake Havasu City, AZ 86404

Joseph Pietroburgo
3890 Bourbon St
Port Orange, FL 32129-6029

Joseph Repshas
18445 Silent Dr
Macomb, MI 48042-6259

Joseph Shearer
209 Yuchi Ct
Niceville, FL 32578

Joseph Stanley
2611 Wellworth Way
W Friendship, MD 21794-9501

Joseph Vanevenhoven
2622 W Palisades Dr
Menasha, WI 54952

Joseph Whitaker III
1220 East 30th Street
Bldg 410
Sanford, FL 32773

Joseph Wilson
7484 E Horizon Way
Prescott Vly, AZ 86315-3438

Joseph Wirt
2582 Norwood Creek Way
Powhatan, VA 23139-5244

Joshua Costello
17a Medley Place
Mount Pearl
Newfoundland A1N 3T5

Joshua Frady

Joshua Gramling
39208 5th Ave
Zephyrhills, FL 33542-7620

Joshua Hartmeyer
106 Ranch Meadow Ct
Aledo, TX 76008-4188

Joshua John
5752 W Cortaro Crossing Dr
Tucson, AZ 85742

Joyce Long
454 Anchorage Dr
Nokomis, FL 34275-3102

Joyce Roberts
1805 Yarmouth Lane
Mansfield, TX 76063-7606

Joyce Schulteis
7324 Midland Dr
Allenton, WI 53002-9400

Judith Ann Willig Walsh
121 Fox Hills Ln
North Bend, OH 45052-8001

Judith Anne Wilusz
1000 W. Walnut Drive
Kingman, IN 47952

Judy Crovisier
831 Boyd Creek Rd
Mckinney, TX 75071

Judy Mieding
5075 N. Bay Ridge Ave
Milwaukee, WI 53217

Judy Milito
1133 Maplegrove Dr NW
Grand Rapids, MI 49504-3837

Judy Pierce
1663 Kinglet Dr
Sparks, NV 89441-6801

Juli Bednarzyk
2107 Winding Lakes Dr
Plainfield, IL 60586-6602

Karen Dunn
16 Woodcrest Dr
Prospect, CT 06712-1840

Kat Cline
5108 Southwind Road
Greensboro, NC 27455-2231

Julian Levy
5060 W Running Brook Rd
Columbia, MD 21044-1537

Karen Kohri
606 Falmouth Court
Sykesville, MD 21784

Katherine Chappell
1344 Wynford Walk Sw
Marietta, GA 30064-3788

Julie Blakely
2421 W. Co. Rd. 1270 N.
Muncie, IN 47303

Karen Lucas
208 Deep Run Rd.
Aiken, SC 29803

Katherine Kay Kriger
1403 Tara Ct.
College Sta, TX 77840

Julie Jones
2274 Bryton Dr
Powell, OH 43065-7433

Karen Martinez
6115 Sw Bald Eagle Dr
Palm City, FL 34990-8863

Katherine Kern
12701 182nd Ave SE
Snohomish, WA 98290-3605

Julius E. Banzet IV
230 Plymouth Ave
Winston Salem, NC 27104-3026

Karen Svetly
1017 Longo Dr
Soddy Daisy, TN 37379-2505

Katherine Lawless
17745 W Calistoga Dr
Surprise, AZ 85387-6439

Justin Burnham
17520 Patronella Ave
Torrance, CA 90504

Karin Dearth
40 Plymouth Ave
Port Monmouth, NJ 07758-1552

Kathleen Lamura
135 A Turtle Run Drive
Stratford, CT 06614

Justin Gregory
2102 Challedon Way
Louisville, KY 40223-1237

Karl Koza
84 Hillside Dr.
Taunton, MA 02780

Kathleen Roeder
3230 Canterbury Ln
Fallston, MD 21047-1119

Justin Marchel
1310 Wedgewood Dr
Cleburne, TX 76033-4509

Karl Nelsen
2313 Essex Rd
Minnetonka, MN 55305-2254

Kathleen Anderson
3826 Ryan Road
De Pere, WI 54115

Justus Hall
7718 Westbank Ave
Houston, TX 77064-8220

Karl Stamm
468 Kenny Dr
Sinking Spring, PA 19608-1960

Kathleen Duncan
18616 Wolf Creek Dr
Edmond, OK 73012

Kathleen  Finnegan
219 N Middletown Rd Apt D
Pearl River, NY 10965-1128

Kathryn Dindia
7639 Valley Brook Ave
Boyne City, MI 49712

Kayla Burbank
6940 Craig Ave
Inver Grove, MN 55076-2200

Kathleen Gibson
32 Woodland Ave
Blue Point, NY 11715

Kathryn J Williams
2616 Clover Glen Dr
Edmond, OK 73013-2842

Keith Ballentine
6335 9th Vw
Fayetteville, PA 17222-9229

Kathleen Kirkland-Saults
330 Thornberg Dr
Tallahassee, FL 32312

Kathryn Renay Thommen
9936 White Blossom Blvd
Louisville, KY 40241-4164

Keith Bushey
595 Old Sierra Madre Ave
Azusa, CA 91702

Kathleen  Manulkin
11141 Meads
Orange, CA 92869-2114

Kathy Berglund
6722 Fescue St
Portage, MI 49024-3365

Keith Erickson
4940 Anderson Rd
Hermantown, MN 55811-1757

Kathleen Payne
9749 Silverleaf Dr
N Royalton, OH 44133-3175

Kathy Briggs
1210 N. State St.
Jennings, LA 70546

Keith Foote
8 E Pine St
Selinsgrove, PA 17870-1998

Kathleen Strittmatter
326 Evergreen Drive
Brick, NJ 08723

Kathy Hosten
3787 Old Elm Dr Se
Kentwood, MI 49512-9571

Kelli Leydecker
3166 Valley Green Ln
Napa, CA 94558

Kathleen Wallace
2821 Morningside Dr
Crown Point, IN 46307-8144

Kathy Mccormac
1016 Tiverton Road
Mechanicsburg, PA 17050

Kelly Cappellini
318 Point Fosdick Place NW
Gig Harbor, WA 98335

Kathryn   Pruett
8739 Lafayette Ave
Kansas City, KS 66109-1940

Kathy Mckinley
1318 Fordtown Rd
Jonesborough, TN 37659-3204

Kelly L. Stewart
3623 Campstool Rd
Cheyenne, WY 82007

Kathryn Bartel
185 Shadowbend Dr
Wheeling, IL 60090-3151

Kay Ann Laughlin
4450 Nelson Dr
Broomfield, CO 80023-9599

Kelly Rodgers
2612 Calico Creek Dr
N Little Rock, AR 72116-7638

Ken  Buchanan
327 Ridgewood Dr
Clinton, TN 37716

Kenneth  Lowe
26915 Cr 406
Fresno, OH 43824

Kenneth  Upleger
9200 Park Blvd Apt 102
Seminole, FL 33777-4135

Ken  Dorian
10253 Spicebrush Dr
Dublin, OH 43064

Kenneth  Macdonald
162 Church Hill Rd
Graniteville, VT 05654-8023

Kenneth  Woodruff
E2635 Lietke Lane
Chaseburg, WI 54621

Kenneth  Albert  Rosenwinkel
303 Vernon Avenue
Wheaton, IL 60187

Kenneth  Maher
450 Sherbrooke Court
Venice, FL 34293

Kenneth  Young
2543 Becker Rd
Highland, IL 62249-3039

Kenneth  Bench
308 Medley Court
Vine Grove, KY 40175

Kenneth  Meade
PO Box 7000
Ketchum, ID 83343

Kent  Jefferies
20990 Highland Creek Dr
Leesburg, VA 20175

Kenneth  Brown
1050 S Riverwood Drive
Wabash, IN 46992

Kenneth  Merle  Purvis
2509 Crooked Trail Road
Chula Visit, CA 91914

Kent  Randall
8955 Old Highland Drive
Brecksville, OH 44141

Kenneth  Cramer
2327 W Butler Dr
Phoenix, AZ 85021

Kenneth  Molinaro
1840 E 75th Ave
Denver, CO 80229-6515

Kentucky  Depart of Revenue
Property Valuation Admin
101 E. Vine Street #600
Phoenix Bldg
Lexington, KY 40507

Kenneth  Doan
20507 Atascocita Shores Dr
Humble, TX 77346-1629

Kenneth  Morris
105 Marlin Drive
Merritt Island, FL 32952-5118

Kerry  Townsend
7951 Etiwanda Ave
Rch Cucamonga, CA 91739-9173

Kenneth  Henning
8915 McGuire Rd
Belgrade, MT 59714

Kenneth  Staab
2291 Nw 69th Ct
Ft Lauderdale, FL 33309-1450

Kevin    King
2899 Castle Commons
Newburgh, IN 47630

Kenneth  Herdliska
1695 Ridge Rd
Iowa City, IA 52245-1628

Kenneth  Tennies
N5158 Christberg Rd
Jefferson, WI 53549-9713

Kevin    Lynch
73 East George Ave
Pearl River, NY 10965

Kevin  Mcginty
P.O.  Box  310
Yorktown, VA 23690-0310

Kevin David  Ray
53 Meadow Road
Newfields, NH 03856

Kevin  Eastham
2281 Belmont Dr
Anchorage, AK 99517-1355

Kevin  Eveker
13617 Rockingham Lane
Gainesville, VA 20155-2015

Kevin  Flowers
Po Box 306 / 720 W Union St
Munfordville, KY 42765-4276

Kevin  Gerry
1408 Lorne Street
Regina
Saskatchewan S4R 2K4

Kevin  Jones
2600 2nd Ave Apt 210
Seattle, WA 98121-1228

Kevin  Lindburg
501 E 9th St
Stromsburg, NE 68666-4021

Kevin  O'Brien
134
Armour  Cres
Ontario L9K 1R9

Kim  Goodrum
23308
Hempstead, TX 77445

Kim  Berard
1237 Layard Ave
Racine, WI 53402-4532

Kim  Conover
300 Kofmehl Dr
Holstein, IA 51025-5057

Kim  Riester
101 Freedom Lane
Sewickley, PA 15143

Kimber  Sandberg
1525 E Noble Ave
Visalia, CA 93292-3043

Kimberly  Robinson
Po Box 1132
Macclenny, FL 32063-1132

Kimberly  Sorbello
2831 Seine Ave
Davis, CA 95616

Kirk  Danley
31562 County Road 53
Greeley, CO 80631-9639

Kristen  Addison
2085 Westmere Drive
Plainfield, IN 46168

Kristi Corral
301 Wedmore Ct
Roseville, CA 95747

Kristi Francis
224 Zachary Ln
Hubert, NC 28539-4541

Kristie  Copeland
143 J W Miller Farm Rd
Minden, LA 71055-7928

Kristina  Klotz
S76w25735 Prairieside Dr
Waukesha, WI 53189-6903

Kristine  Pitts
6524 Timpanogos Way
Taylorsville, UT 84129

Kurt  Bielefeldt
566 Renee Dr
Joppa, MD 21085

Larry   Ross
4515 Southampton Blvd
Garland, TX 75043-7231

Larry  Brown
5041 Bainbridge Court
Lilburn, GA 30047

Larry  Cohen
10 Neds Way
Wappingers Falls, NY 12590

Larry Grimes
4319 S Clark Ave
Tampa, FL 33611

Larry Thueme
921 Belle River road
East China, MI 48054

Lawson Shelton Jr
2740 Fawnwick Drive
Henrico, VA 23231-2323

Larry Grubbs
204 Jill Loop
Ruston, LA 71270

Larry Wheeler
10217 Thicket Point Way
Tampa, FL 33647

Leah Lord
671 State Highway 206
Greene, NY 13778-4109

Larry Himmerich
4750 Hwy 11
Ashley, ND 58413-9360

Lauren Bauer
1002 Wexbury Rd
Louisville, KY 40222

Leanne Marso
3718 Stonebridge Dr
Madison, WI 53719-6225

Larry Kaye
1 Singing Hills Rd
Alamo, CA 94507-2659

Laurie Della Porta
3348 Cambria Ave
Madera, CA 93637

Lee Danner
3611 Swift Creek
Kingwood, TX 77339

Larry McHam
1148 Simpson Dr
Hurst, TX 76053-4558

Laurie Kocher
5319 E Gelding Dr
Scottsdale, AZ 85254-2917

Lee Fischer
8329 E Van Buren Drive
Pittsburgh, PA 15237

Larry Palmer
PO Box 8172
Montgomery, AL 36110

Lavern Bischoff
2114 Wychwood St.
Toledo, OH 43613

Leesa Mouw
Po Box 19715
San Diego, CA 92159-0715

Larry Schwartzman
210 Midsummer Circle
Gaithersburg, MD 20878

Lawrence Breiten
8138 Making Memories Pl
Las Vegas, NV 89131-1545

Leland Broussard
2319 Duplechin Ln
Lake Charles, LA 70611-4434

Larry Selinker
525 East 72nd Street,
New York, NY 10021

Lawrence Meathe
33876 Blue Heron
Solon, OH 44139

Leonard Lee Klompus
Po Box 2119
Ewa Beach, HI 96805

Larry Tafelski
3507 Havenhurst Blvd
Toledo, OH 43614

Lawrence Sitkiewicz
7n300 Il Route 31
South Elgin, IL 60177-9764

Leonard Mark Gudmundson
613 George Street
Estevan
Saskatchewan S4A 1L8

Les Starnes
1219 E California St
Gainesville, TX 76240-4301

Linda Johnson
114 Raleigh Street
Fuquay Varina, NC 27526-2227

Linda Sherrod
573 Highway 133
Russellville, AL 35653-7209

Leslie Julich
5563 Meadow Grass Circle Se
Cedar Rapids, IA 52403

Linda Kunz
228 Gilbert Ave Sw
Madelia, MN 56062-1246

Linda Sorrick
PO Box 93
Sterling, AK 99672

Lewis Shuler
102 Sandy Beach Drive
Prosperity, SC 29127-7632

Linda Lehman
8145 Hidden Forest Dr
Holland, OH 43528-8286

Linda Stratman
3122 Gracefield Rd Apt 319
Silver Spring, MD 20904-5804

Liam Miller
1169 Alamo Ct
Tecumseh, MI 49286-9709

Linda MacKissock
75 Stagecoach Rd
Fredericksbrg, VA 22405-6032

Linda Swick
3764 S Depew St
Denver, CO 80235

Linda Austin
511 W 9th St
Bloomsburg, PA 17815-1781

Linda Maguire
452 Arabian Colt Dr
Georgetown, TX 78626-5828

Lindsay Anne Gibbs-Crouch
101 Cedar Ave
Pearl River, NY 10965

Linda Baba
197 Medio Drive
St Augustine, FL 32095

Linda Millburn
38397 Welsh Dr
Prairieville, LA 70769-3848

Linn Duesterbeck
N754 Waubunsee Trail
Fort Atkinson, WI 53538

Linda Bergen
2354 11 1/4 Ave
Cameron, WI 54822-4414

Linda Poznauskis
58 Meadow Dr
Hanover, MA 02339-2850

Lisa Applegate
355 Old Mill Ct
Fayetteville, GA 30214-4512

Linda Eisenhauer
4023 Cattail Ct
Appleton, WI 54913-9697

Linda Purdo
1011 Brooks Ln
Delray Beach, FL 33483-6507

Lisa Bergenstock
38 Delaware Ave
Lewistown, PA 17044-2403

Linda Hammerschmitt
3913 Highland Park Dr
Greenwood, IN 46143-8228

Linda Riggin
4930 Thomas Long Rd
Crisfield, MD 21817-2660

Lisa Brown
802 N 6th Ave
Wausau, WI 54401-2831

Lisa Dale
429 Anacapa Drive
Roseville, CA 95678-9567

Loren Steinkamp
963 Dennler Dr
Alleman, IA 50007

Luann Edwards
124 Dakota Trail
Mount Airy, NC 27030

Lisa Gillin
409 Dennis St
Adrian, MI 49221-3331

Lori Jones
21549 No Wake Ave
Wilmington, IL 60481-1080

Lucinda Magee
1540 S Arch
Aransas Pass, TX 78336

Lisa Hillyer
1825 28th Court So.
La Crosse, WI 54601

Lorne Ottway
2 Campbell Cres. S.e.
Medicine Hat
Albert T1B 1J8

Lydia Bandy
1569 Hughes Shop Road
Westminster, MD 21158-2115

Lisa Shields
1435 Foxhill Rd.
Naperville, IL 60563

Lorraine Husok
3400 Pinewood Rd
North Huntingdon, PA 15642

Lyle Sass
1103 Fairview Dr
Blair, NE 68008-1313

Lizbeth Fitzgerald
655 Oak Street
Roselle, IL 69172

Lou Hoffman
3804 Glen Canyon Rd., Ne
Albuquerque, NM 87111

Lyman Spaulding
2500 E Warren Ave
Denver, CO 80210-4823

Llewellyn Pedersen
2209 W 45th
Casper, WY 82604

Louis Hubbard III
829 Winwood Drive
Virginia Beach, VA 23451

Lynn Anderson
3740 Burton Lane
Denver, NC 28037

Lloyd Scott
Po Box 1786
Boone, NC 28607-1786

Louis Kovar
2047 Pritchard Point Dr
Navarre, FL 32566-3007

Lynn Puckett
3211 W Morrison Ave
Tampa, FL 33629-5229

Lois Engel
271 White Rd
Yakima, WA 98901

Louis Pelletteri II
1313 Colony Rd
Metairie, LA 70003

Lynne Abramovich
3925 Clover Hill
Akron, OH 44333

Lona Belden
3524 Clubhouse Dr
Edinburg, TX 78542-3297

Ltc(p) Patricia Baker
2000 70th St W
Inver Grove, MN 55077-2232

Magdalene Gonski
156 Moore Street
Philadelphia, PA 19148

Mailchip.com
675 Ponce De Leon Ave NE
Suite 5000
Atlanta, GA 30308

Marcie Richey
Po Box 1403
Albany, OR 97321-0548

Marie Joers
1019 Autumn Dr
West Bend, WI 53090-5432

Mann Davis
277 Bell St
Whittier, NC 28789-8339

Margaret Lobb
2643 Hollybrook
Findlay, OH 45840-4083

Marie Roberts
7625 South Addison Way
Aurora, CO 80016

Manuel De Anda
1050 Amito St
Berkeley, CA 94705

Margaret Morris
5611 N Washington Blvd
Arlington, VA 22205

Marilyn Clark
5475 Cr 267
Brownwood, TX 76802-7680

Manuela Jenkins
1743 N 74th Place
Mesa, AZ 48207

Margaret Weilert
342 S Erie St
Wichita, KS 67211-2121

Marilyn Saltus
55 E 72nd St Apt 13n
New York, NY 10021-4176

Marc Trundle
631 Highwood Dr
Cuyahoga Fls, OH 44223-2787

Margi Borgman
9 Arrow Cove
Lake Waynoka, OH 45172

Marine Mcguire
1261 Dakota Drive
Jupiter, FL 33458

Marc Williams
301 La Cuesta Dr
Scotts Valley, CA 95066-4714

Margie Climer
2120 Pearl Ln
Irving, TX 75060-7335

Mario Boenzi
11881 Wyeth Dr
Cerritos, CA 90703-6824

Marcia Grant
12 Holly Hill Rd
Asheville, NC 28803-3125

Marianne Olson
2412 44th St
Des Moines, IA 50310-3503

Mario King
3299 Valley View Rd
Sharpsville, PA 16150-9289

Marcia Napier
1242 White Pine St
San Antonio, TX 78232-3447

Marie Fisk
111 Woodcrest Ave
Morton, IL 61550-3105

Mark   Block
10430 Steeplechase Run Ln
Manassas, VA 20110-6928

Marcia Smith
18 Falconcrest Lane
Orchard Park, NY 14127

Marie JaKob
83 Carlton Ct.
Williamsburg, VA 23185

Mark   Eucker
515 Green St
Rockton, IL 61072-2227

Mark Cisco
521 S. Walnut St
New Bremen, OH 45869

Mark Ogino
318 Leopard Rd
Berwyn, PA 19312-1814

Marsha Ressler
75 Route 4 E
River Edge, NJ 07661

Mark Dispenza
3547 Millbrook Dr
Baton Rouge, LA 70816-0925

Mark Richman
11 Manor Ct
Edison, NJ 08817-2974

Martha Alexander
1468 Brianwood Rd
Decatur, GA 30033-1741

Mark Doyle
93 Stoneridge Rd
Ponca City, OK 74604-3418

Mark Saunders
1522  Blockford Court East
Tallahassee, FL 32317

Martha Meraz
3206 W Louisiana ave.
Midland, TX 79701

Mark Fields
2637 Virgie Ct
Loveland, OH 45140-1503

Mark Svenningsen
38 San Pica Way
Goleta, CA 93117-1203

Martin Brown
8455 Offenhauser Dr Apt 1613
Reno, NV 89511-1761

Mark Gordon
1677 Saint Helens St
Saint Helens, OR 97051-1742

Mark Vitali
1830 Chandler Ave
Saint Charles, IL 60174

Martin Rodgers
14 Brookside Ct
Lititz, PA 17543-7618

Mark Hertelendy
Po Box 2347
Easton, MD 21601-8945

Mark Zimmerman
931 Bracken Trail
Nashville, TN 37214-4420

Mary Abbott
9801 W 105th Ter
Overland Park, KS 66212-5632

Mark Hoven
7135 Lionshead Pkwy
Littleton, CO 80124

Marla Cleland
601 Hillandale Drive
Steeleville, IL 62288-6228

Mary Burton
10404 Brookmont Dr
Henrico, VA 23233-2521

Mark Itson
4602 Martinique Way
Coconut Creek, FL 33066

Marlene Mendonsa
9591 W Oakridge Dr
St. John, IN 46373-9205

Mary Chambers
11700 240th Ave
Spirit Lake, IA 51360

Mark Mays
229 Cardinal Ln
Grand Island, NY 14072-1989

Marsha Potts
15925 Jasmine Avenue
Ivanhoe, CA 93235-1759

Mary Colwell
1873 N Livorno Way
Eagle, ID 83616

Mary  Devine-Giese
8421 5th Ave
Almond, WI 54909

Mary Lou  Field
6 Lighthouse Ln Apt 915
Hilton Head, SC 29928-7260

Matthew  Chapman
3 Booth Dr
Campbell Hall, NY 10916-3033

Mary Ellen   Ferolito
17 Harriman Ave
Reading, MA 01867-2416

Mary Mullikin
2301 6 and 20 Rd
Pendleton, SC 29670

Matthew Dixon
1041 Neal Crest Cir
Spring Hill, TN 37174-3717

Mary Ellen Germanotta
6034 N. Park Rd.
Glendale, WI 53217

Mary Rossell
9855 County Road 4 Se
Atwater, MN 56209-9623

Matthew Donoghue
1205 Batchelor Rd
Apex, NC 27523

Mary  Enzweiler
567 Palmer Court
Crestview Hills, KY 41017

Mary Starns
765 Touchstone Ln
Roseburg, OR 97471-9821

Matthew Hjelseth
2512 64th Ave S
Fargo, ND 58104-7400

Mary Hart
2255 311th St
Decorah, IA 52101

Mary Walsh
2100 Pine Thicket Ct
Bedford, TX 76021-2545

Matthew Nelsen
3022 31st St S
Fargo, ND 58103-6134

Mary Jane Stephenson
118 Academy Street
Shiloh, NJ 08353

Mary Weightman
2830 Rustic Lane
N Fort Meyers, FL 33917

Matthew Riesenberg
3800 Wood Trail Dr
Mason, OH 45040-9567

Mary Jeanette Brody
22420 Columbia Glacier Loop
Eagle River, AK 99577

Mary Whatley
1004 Barkley Dr
Birmingham, AL 35242-4668

Maureen Brennan
634 Rita Dr
River Vale, NJ 07675-6415

Mary Kay Unkelbach
1064 Emilys Walk Ln E
Jacksonville, FL 32221

Marylynn Doletzky
9570 Fleming Rd
Dexter, MI 48130-8577

Meagan Stevenson
28060 Bay Berry ST
Romulus, MI 48174

Mary Lavin
19 Linden Street
Selden, NY 11784

Matt Frye
596 Knollwood Rd
Severna Park, MD 21146

Megan Allaire
1777 Pepperdale Dr
Rowland Hghts, CA 91748-3222

Megan  Evans
523 Hecht Dr
Madison Hts, MI 48071

Melissa  Walker
6738 Codell St
Navarre, FL 32566-8133

Melody  Crowder
2620 Robin Rd
Salina, KS 67401

Melvin  Lester
3987 Evergreen Dr
Pulaski, VA 24301-6973

Merle  Stout
226 Seahorse Cir SE
Palm Bay, FL 32909

Merta   Kimbro
2382 Island Way
Little River, SC 29566

Michael    Ayres
4334 Saleeby Way
Fayetteville, NC 28306

Michael    Kennedy
205 Gwynn Road
Lebanon, TN 37090

Michael Adcock
7 Stoneridge Cir
Texarkana, TX 75503-1460

Michael Barron
6619 Haughton Dr
Spring, TX 77389-5257

Michael Bayer
318 N Maple Dr.
Beverly Hills, CA 90210-3846

Michael Boeldt
2381 Arugula Dr
North Port, FL 34289-3428

Michael Brown
3919 Lockwood Ave
Toledo, OH 43612-1212

Michael Budzynski
2386 Northcreek Rd.
Lakeview, NY 14085

Michael Capriola
108 Kenwood Drive
Bohemia, NY 11716

Michael Charles Zynczenko
598 Cliff St
Ridgewood, NJ 07450-1604

Michael Chruszczak
67 W Honey Grove Pl
The Woodlands, TX 77382-1649

Michael Cook
3737 NW 66th Pl
Gainesville, FL 32653-0870

Michael DeJonge
1260 Beckwith Ave Ne
Grand Rapids, MI 49505-5808

Michael DiPilato
327 Barbara St
Staten Island, NY 10306-1801

Michael Eubanks
3793 Ermine Dr
Chino Hills, CA 91709

Michael Farrell
31 Oberlin St
Maplewood, NJ 07040-2801

Michael Fink
PO Box 110540
Cleveland, OH 04411

Michael French
PO BOX 1073
Belfair, WA 98528

Michael Frost
56 Warwick Rd
Little Rock, AR 72205-1545

Michael Furnstahl
1320 Lylewood Pkwy
Carver, MN 55315-4544

Michael Giese
6912 County Road T
Oshkosh, WI 54904-9600

Michael  Gonzales
14091 Sunset Dr
Whittier, CA 90602-2657

Michael  LaLonde
5307 Myrtle Dr
Fort Pierce, FL 34982-3888

Michael  Quigley
4550 Lower Park Rd
Orlando, FL 32814-3281

Michael  Grainger
248 King Davids  Ct
Franklin, TN 37067

Michael  Leblanc
2932 Oakgrove Ave
St Augustine, FL 32092-3677

Michael  Ryan
861 Bridgeton Ln
Perrysburg, OH 43551-3208

Michael  Hinckley
30063 Nys Route 3
Black River, NY 13612-2093

Michael  Mannarelli
10 Ridgeland Rd
Smithfield, RI 02917-4042

Michael  Scanlon
1105 Saint Annes Way
West Chester, PA 19382-2306

Michael  Holloman
122 Washington Harbour
Washington, NC 27889

Michael  Martin
40 North Boom Road
Strathadam
New Brunswick E1V 4H4

Michael  Schwendeman
931 Shriver Cir
Lake Mary, FL 32746-4941

Michael  Iannone
8673 Bader Rd
Elk Grove, CA 95624-9347

Michael  Metzger
16 Dearborn St
Asheville, NC 28803-2697

Michael  Steinour
313 Indian Creek Dr
Mechanicsburg, PA 17050-2529

Michael  Irwin
2543 Lakeshore Blvd West
Etobicoke
Ontario M8V 1E5

Michael  Natonski
513 E Saddlebrook Ln
Vernon Hills, IL 60061-6006

Michael  Tessier
738 Harrison Drive
Gettysburg, PA 17325

Michael  J  Syzdek
30006 Paprika Road
Campo, CA 91906

Michael  Neltner
1805 Timber Lane
Burlington, KY 41006

Michael  Thomas
3309 Silver Hill Road
Kingman, AZ 86401

Michael  Jacobs
Po Box 1067
Lynnwood, WA 98046-1067

Michael  Obrien
33 Danker Ave
Albany, NY 12206-1215

Michael  Urodzinski
25 Lawrence Ave
Stanhope, NJ 07874

Michael  Kerr
1100 Hinckley
Alpena, MI 49707

Michael  Pieper
101 Oldefield Farms
Enfield, CT 06082

Michael  W   Casey
11 Laurelwood Dr
Covington, LA 70433-4727

Michael Walter
231 N. Circulo Robel
Anaheim, CA 92807-2330

Michelle Schafersman
1770 County Road G
Hooper, NE 68031-2130

Mike Watt
Psc 812
Fpo Ae, NY 09627

Michael Werner
11629 Starbottle Ct
Gold River, CA 95670-7614

Microsoft
One Microsoft Way
Redmond, WA 98052

Milton Gartzke
N8974 Ridge Lane
Watertown, WI 53094-9603

Michael Whitaker
621 5th Ave N Apt 409
Seattle, WA 98109-4265

Mike Jahnke
4002 Sunset Dr
North Platte, NE 69101-0323

Milton Guerra
320 Fleetwood Dr
San Antonio, TX 78232-2114

Michael White
42 Twin Lakes Cir
Martinsburg, WV 25405-5752

Mike Kuhne
2251 Caravan Pl
Melbourne, FL 32940-7280

Miranda Guardino
9313 Chippewa Trl
Kelseyville, CA 95451-9625

Michael Willcox
1425 Riverpark Pkwy
Dayton, NV 89403-6343

Mike Magee
1506 Wilshire Blvd
Austin, TX 78722-1130

Mitchell Sowell
24 Timberidge Drive
North Augusta, SC 29860-9724

Michael Zynczenko
35 Hiawatha Ct.
Midland Park, NJ 07432-1005

Mike McCrary
4354 Roy Rd
Shreveport, LA 71107-2421

Monte Shadwick
709 Highland Ave
Salina, KS 67401

Michele Giroir
1311 Harris Creek Rd
Mc Gregor, TX 76657-9519

Mike Shoulders
175 Holly Ave
Carthage, TN 37030-3703

Nan Principe Crockett
11842 Cash Smith Rd
Keymar, MD 21757-8304

Michele Moffitt
155 N El Camino Real
San Mateo, CA 94401

Mike Skiest
768 W Tallow Tree Ave
Queen Creek, AZ 85140-8514

Nancy Beard
34 Turnberry Ln
Chillicothe, OH 45601-1100

Michelle Lane
12382 Huckleberry Ct
Rch Cucamonga, CA 91739-1523

Mike Strama
5148 S Massasoit Ave
Chicago, IL 60638-1506

Nancy Garcia
8106 Winding Oak Ln
Spring, TX 77379-4559

Nancy Habjan
12800 90th Ave
Seminole, FL 33776-2537

Nancy Lyons
269 Twin Fawn Dr
Hanover, MA 02339-2237

Nancy O'Bryan
9737 Sauer Ln
Owensboro, KY 42301-8419

Nancy Reiter
1010 Donnick St
Minonk, IL 61760-1120

Nancy Starling Ross
225 Big Bear Rd
Mosca, CO 81146-9778

Natalie Haybron
2726 Vineland Trail
Beavercreek, OH 45430-1821

Natasha Perkins
403 Roland St Sw
Vienna, VA 22180-6230

Nathan Gill
6179 Fairmount Rd
Newark, OH 43056

Nathan Gray
718 W 109th St S
Jenks, OK 74037-9009

Nathan Lutz
5055 Waterhaven Dr
Noblesville, IN 46062-6846

Nathaniel Norcross
94 Fieldstone Dr
Portsmouth, RI 02871-2252

Ned Baxter   Ennis
403 Las Gaviotas Blvd.
Chesapeake, VA 23322

Neil Fasnacht
733 Linden Road
Hershey, PA 17033

Nelson Mumma Jr
1522 Chicadee Ct.
Marietta, GA 30062

Nicholas   Sudano
40 Carpenter Ave
Sea Cliff, NY 11579

Nicholas Behm
5041 Morse Ave
Skokie, IL 60077-3511

Nicholas Haapala
2501 2nd Ave E
Hibbing, MN 55746-2201

Nick Didonna
3 Millstone Dr
Grafton, MA 01519-0339

Nick Schuit
2556 E 1900 North Rd
Sheldon, IL 60966-9367

Nicole Bail
165 Rittburn Ln
Saint Johns, FL 32259-8478

Nils Carlson
426 Danbury Circle
Vacaville, CA 95687

Nolan Gunnell
2476 W 6800 S
Wellsville, UT 84339-9393

Nolan Jaros
3787 Old Elm Dr Se
Kentwood, MI 49512-9571

Norman Krimbill
11100 Glengate Circle
Highlands Rch, CO 80130-6977

Norman Shaw
1120 Winding Way Drive
Knoxville, TN 37923-3792

Norman Warren Jr
1902 Saddlebrook Dr
Murfreesboro, TN 37129-6699

Oma Graves
481 Saddle Horn Dr
Bandera, TX 07800

Ora  Main
4269 Watertrace Dr
Lexington, KY 40515

Orlando  Spero
9450 Century Oaks Ln
Elk Grove, CA 95758-3621

Oscar  Guzman
3706 Pleasant Ave
Odessa, TX 79764

Owen  Johnson
15791 Beau Ridge Dr
Woodbridge, VA 22193

Pam  Helfert
Po Box 259
Morro Bay, CA 93443-0259

Pamela  Rawdon
12300 Apache Ave
Savannah, GA 31419

Pamela  Westfoster
255 N Sacramento St
Orange, CA 92867-7835

Pamela Browning
433 26th St Se
Huron, SD 57350-2009

Pamela Strunk
1288 N Riverline Drive
Oconomowoc, WI 53066

Pamela Thompson
12714 Pebble Creek Ln
Cypress, TX 77429-3654

Pamla Byrum
7608 Calle Cerca
Bakersfield, CA 93309-7135

Patricia A. Winchester
103 Miles Mahone
Williamsburg, VA 23188

Patricia Biancolli
14308 Oak Meadow Rd
Baldwin, MD 21013-9604

Patricia Cleveland
1309 Christopher Ct
Downingtown, PA 19335-3565

Patricia Elliott
1327 Minnehaha Ave E
St Paul, MN 55106

Patricia Pinson
4400 S Quebec St Apt X201
Denver, CO 80237-2674

Patricia Schaffer
3358 Moonridge Dr
Cincinnati, OH 45248-4212

Patricia Wismer
11733 Fairfax Woods Way
Apt 6207
Fairfax, VA 22030-8358

Patrick   Monroe
75 Bookstaver Lane
Montgomery, NY 12549

Patrick Callahan
417 Kaitlynn Ave
Anamosa, IA 52205-7208

Patrick Chapman
7073 Greenery Court
Westerville, OH 43082-4308

Patrick Connors
26 Patriot Lane
Thornton, PA 19373-1937

Patrick Ehmann
1951 Ocean Ave
Ronkonkoma, NY 11779-6564

Patrick Fingleton
2928 Rosewood Ave SE
Grand Rapids, MI 49508-1443

Patrick  Flynn
1364 Kenyon St Nw Apt 1
Washington, DC 20010-2352

Patrick Hickman
707 Evergreen Court
Washburn, WI 54891

Patrick Hunter
4911 Westhaven Rd
Arlington, TX 76017

Patrick Jergens
52385 Silver St
Three Rivers, MI 49093-8610

Patrick Timm
4614 49th Street Ct
Moline, IL 61265-6740

Paul Jones
410 Timbercreek Drive3
Mcleansville, NC 27301

Patrick Livingston
25 4th St
New Freedom, PA 17349-9742

Patsy Ward
4017 Evergreen Dr
Benton, AR 72015-6281

Paul Kyushik Kim
254 Concord Ave
Cambridge, MA 02138-1337

Patrick McCaffery
902 S 12th St
Lebanon, PA 17042

Patti Bourgault
615 S State St
New Ulm, MN 56073-2130

Paul Marcella
491 Ridgewood Rd
Middletown, CT 06457-7930

Patrick Olson
1001 W Desert Canyon Pl
Green Valley, AZ 85622

Paul Annarummo
3342 Glenshane Way
Ormond Beach, FL 32174

Paul Mcintire
7786 La Mirada Cir
Buena Park, CA 90620-2307

Patrick Penney
5504 Susan Way
Carmichael, CA 95608-5941

Paul Breithaupt
2025 Swan Dr
Costa Mesa, CA 92626-4741

Paul Mclaughlin
3744 Vitrina Lane
Palmdale, CA 93551

Patrick Reynolds
1817 East 34 St
Brooklyn, NY 11234

Paul Dolle
11300 Bareback Hollow Rd
Gravette, AR 72736-8767

Paul Pappenheim
137 South Los Cielos Lane
Casa Grande, AZ 85194-8361

Patrick Rochford
1845 East 33 St
Brooklyn, NY 11234

Paul Eads
1265 E. Wingate St.
Covina, CA 91724-9172

Paul Reynolds
208 Westminster Ave
O Fallon, IL 62269-2646

Patrick Schmidt
N72w23198 Waterbury Ct
Sussex, WI 53089-5712

Paul Harron
3917 Overlook Dr
Bismarck, ND 58503-8299

Paul Sawyer
1357 Rivermist Dr. SW
Lilburn, GA 30047

Patrick Shanley
12640  Spring Creek Ct
Moorpark, CA 93021

Paul Jacob Leim
9319 Bronze River Ave
Las Vegas, NV 89149-1686

Paul Sevald
3583 Blue Jay Way
Eagan, MN 55123

Paul Stark
1032 Williamsburg St
Westmont, IL 60559

Pete Binder
22w486 John Ct
Medinah, IL 60157-9649

Peter Paciorek
48 Sparrow Pt
Penfield, NY 14526-1082

Paul Stewardson
1199n 1600e Rd
Shelbyville, IL 62565

Peter Burnett
1734 Bliss Rd
Mount Vernon, IA 52314-9561

Peter Roberts
130 Gardiner Road
Orange, NSW
2800 Australia

Paul Thies
632 Aspen Village Rd
Divide, CO 80814-8104

Peter French
212 Woodbine Ave
Narberth, PA 19072-1920

Peter Scout
7 Stonycroft Cy
Medford, NJ 08055-9317

Paul Weinburgh
36 Lovejoy St
Bradford, MA 01835-7227

Peter Hendricks
1590 Panorama Dr
Vestavia Hills, AL 35216

Peter Scribner
15350 E Mustang Dr
Fountain Hills, AZ 85268

Paul Wellborn
809 Paulus St
Schulenburg, TX 78956-1424

Peter Hughes
107 McGee road
Ithaca, NY 14850

Peter Seibert
10 Mumma St
Lebanon, PA 17042

Paula Marie Mcnamara
797 South St
Bridgewater, MA 02324

Peter Johnson
1121 Sheridan Ct
North Platte, NE 69101-6450

Peter Smith
3617 Summersworth Ln
Indianapolis, IN 46228

Paula Newsom
1020 DuPont Ave
Morris, IL 60450-1264

Peter Kahikina
Apt 6201
6 Ave At Port Imperial
W New York, NJ 07093-8333

Peter Van Der Kraan
8351 San Simeon Cir
Buena Park, CA 90620-3030

Paula Nowak
3747 S Atlantic Ave
Dayt Bch Sh, FL 32118-7209

Peter Lovance
2017 Nagawicka Rd
Hartland, WI 53029

Peter Wilbur
234 El Cajon Ave
Davis, CA 95616-0435

Peggy   Grodd
6 River Ridge Lane
Wilton, CT 06897

Peter Mcconkey
4 Paddock Place Se
Rome, GA 30161

Petros Voinis
7626 Virginia Water Lane
Houston, TX 77095

Phil Zedonek
6626 Englelake Drive
Lakeland, FL 33813

Philip Consuegra
20 Calandria
Irvine, CA 92620

Philip Lafleur
13 Elkwood Ct
Baltimore, MD 21228-2522

Philip Merkel
8572 Larthorn Dr
Huntingtn Bch, CA 92646-4543

Phillip Audette
31 Verndale Ave
Attleboro, MA 02703-3531

Phillip Hoskins
804 Cord 800 E
Norrris City, IL 62869

PNC Bank
500 1st Ave
Pittsburgh, PA 15219

Procom Consulting KFT
Budapest
B g utca 3-5
1022
Hungary

Procom Investments KFT
Budapest
B g utca 3-5
1022
Hungary

Rachel Green
3463 41st Ave Sw
Seattle, WA 98116

Rachel Kelley
503 Jackson Ct
Nooksack, WA 98276-0077

Ralph Chapman
137 Byrd Road
Patrick, SC 29584

Ralph Leighton
9335 Ogden Trail Dr
Sparks, NV 89441

Ralph Prince
815 New Day Way
Marion, IL 00629-5937

Ralph Taylor
65347 E Rose Crest Ct
Tucson, AZ 85739-1507

Ralph Wilson
5411 Via Vicente
Yorba Linda, CA 92887-9288

Randal Burris
109 Rosewood Ln
Locust, NC 28097-8751

Randall  Hetrick
8084 Lamor Rd
Mercer, PA 16137-2250

Randall Christensen
12 Knightville Dam Rd
Huntington, MA 01050-9634

Randall Harris
17378 W 158th Terrace
Olathe, KS 66062

Randall Molinaro
7411 Race St
Denver, CO 80229

Randi Nelson
Po Box 557
Manchester, ME 04351-0557

Randolph Waite
4602 Toucan St
Torrance, CA 90503-2026

Ray Dethorne
401 E North Water St
Chicago, IL 60611-5538

Ray Hamilton
6531 E Painted Horse Rd
Williams, AZ 86046-8594

Raymond Cavanaugh
1274 Liberty Rd
Gladstone, IL 61437-5157

Raymond D'alessio
2412 E Saguaro Dr
Mohave Valley, AZ 86440-8622

Raymond  Darrell  Rouse
91 Brooklynn Trail
Franklin, NC 28734

Richard   Garrity
115 Wright Ave A 6
Stratford, NJ 08084-1132

Richard Decker
117 Reynolds Ln
West Grove, PA 19390-1371

Raymond  Ferrer
17231 Cameron Drive
Northville, MI 48168-3210

Richard   Hile
209 East Tully Street
Convoy, OH 45832-4583

Richard Driscoll
206 Spurlock Ct
Roseville, CA 95661-3714

Raymond  Schwartz
519 Borden Ave Apt 9m
Long Is City, NY 11101-5899

Richard Andrae
9510 Winter Run Dr
Houston, TX 77064

Richard  Eccles
29650 Martindale Rd
New Hudson, MI 48165-9738

Raymond  Vincent  Marino
1135 Warburton Rd
Elkton, MD 21921-3106

Richard Barney
523 Country Club Rd
York, PA 17403-3653

Richard  Emerick
129 Palette Ct
Bozeman, MT 59715-8093

Rebecca   Takacs
16701 Bloomfield St
Livonia, MI 48154-2940

Richard Belliveau
450 Tyler Rd
Webster, NH 03303-7738

Richard  Fowler
26 W 101 Harrison Avenue
Wheaton, IL 60187

Rebecca  Deering
110 Muscovy Way
Maryville, TN 37801-8389

Richard Bergen
2512 10th Avenue
Cheter, WI 54728

Richard  Gehr
8524 Crestview Dr
Fairfax, VA 22031-2803

Rebecca  Haglund
244 Prospect St
Rockford, MI 49341-1141

Richard Blazich
3279 S Ogden St
Englewood, CO 80113

Richard  Giordano
2727 E 1000 N
Roanoke, IN 46783-9431

Rena  Mcloud
3262 Sagely Ln
Springdale, AR 72764-1318

Richard Butler
215 Whispering Willow Dr
Grants Pass, OR 97527-6282

Richard  Gorgoglione
138 Drake Ave
Staten Island, NY 10314-3012

Rich  Woodard
1665 Kingwood Dr
Manhattan, KS 66502-3105

Richard David Tello
518 Camino de Nevada
Bisbee, AZ 85603

Richard  Graff
17 Martha?s Way
Franklin, MA 02038

Richard Helmich
11357 Van Gilder Rd
Delevan, NY 14042-9732

Richard Maxim
2667 South 6th Street
Jblm, WA 98433

Richard Schmidt
1310 Wilderness Curv
Saint Paul, MN 55123-2813

Richard Henry, Jr. Libby
128 Hunters Ln
Youngsville, NC 27596-9790

Richard McHale
4366 Chablis Drive
Napa, CA 94558-2508

Richard Sheaffer
253 Saddlebred Ln
Everett, PA 15537-7646

Richard Hoffman
2723 Kenross St
Houston, TX 77043-1826

Richard Mckeagan
3317 Desc tes Circle
Clarence-Rockland
Ontario K4K 1N5

Richard Strout
2970 E Orchard Dr
Salt Lake Cty, UT 84109-3614

Richard Hutchinson
4118 Settlers Way
Bryan, TX 77808-7780

Richard Newton
15245 La Maida St
Sherman Oaks, CA 91403

Richard T Mulvihill
138 Deerfield Dr
Hackettstown, NJ 07840-1030

Richard Insley
8 Pritchard Ct
Fishkill, NY 12524-3736

Richard Nordstrom
5 Grace Ave Apt 3c
Great Neck, NY 11021-2458

Richard Temple
1230 Prescott Cir
Myrtle Beach, SC 29577-2017

Richard Lafountain
439 N Behlman Rd
Oak Harbor, OH 43449

Richard Paul
52 Pond Road
Haiku, HI 96708

Richard Thompson
674 Green Hedge Dr
Fenton, MO 63026-3465

Richard Longworth
1374 Sw 28th Ave
Deerfield Bch, FL 33442-5937

Richard Prenger
5 Valley Run Cir
Hanover, PA 17331-9269

Richard W Waguespack
1210 Cheval Lane
Birmingham, AL 35216

Richard Mahoney
2535 Sophia Chase Dr
Marriottsville, MD 21104

Richard Raber
7 Chestnut lane
Damariscotta, ME 04543

Richard Wagner
74 Cardinal Drive
Whispering Pines, NC 28327

Richard Majerus
410 1st St
Bellechester, MN 55027-9005

Richard Rumery
35686 Mill Lake Rd
Gobles, MI 49055-9668

Richard Wilkinson
117 Claren Ct
Millheim, PA 16854-9611

Rick Exner
903 Bobcat Run
Mesquite, NV 89034

River Tower Owner, LLC
One Independent Drive
Suite #1850
Jacksonville, FL 32202

Robert Cunningham
7154 Ellerson Mill Cir Apt C
Mechanicsvlle, VA 23111-5257

Rick Finley
3 San Gabriel
Rch Santa Margarita, CA 92688

Rivergate Tower Owner, LLC
One Independent Drive
Suite 1850
Jacksonville, FL 32202

Robert Hopkins
1875 Withmere Way
Dunwoody, GA 30338-2836

Rick Lance
P. O. Box 681970
Prattville, AL 36068-3606

Rob Hancock
4529 Lochan Ct
Lafayette, IN 47905-8561

Robert O'Neill
1236 Choptank Ct
Colonial Hght, VA 23834

Rick Norrie
295 Cook Hill Rd
Wallingford, CT 06492

Rob Holt
Po Box 10890
College Sta, TX 77842-0890

Robert Twardowski
10 Camelot Cir Unit B
Johnston, RI 02919-2886

Rick Willadsen
420 N.E. Cherry Ave
Earlham, IA 50072

Rob Watt
50 Snowy Egret Ct
Louisburg, NC 27549-9707

Robert (Don) Johnson
1726 Strata Way
Pittsburgh, PA 15210-3874

Rickey Franklin
3450 Cleveland St
Paris, TX 75460-6529

Robert Andersen
7409 Friendship Ln
Middleton, WI 53562-1039

Robert Allen
4228 Longleaf Lane
Fort Worth, TX 76137

Ricky Edwards
427 Stone Mountain Ct
Cresson, TX 76035

Robert Bauer
2806 Conroy Place
Louisville, KY 40218-4731

Robert Beech
108 Mallard Dr
Coatesville, PA 19320-1080

Rina Trowbridge
4015 N 108th St
Kansas City, KS 66109-4723

Robert Best
3832 Westlawn Drive
Ames, IA 50010

Robert Blomme
2094 Kingbird Ave
Audubon, IA 50025-7421

Rita Helgeson
1004 Prairie Ave
Cheyenne, WY 82009

Robert Clancy
52823 Base St
New Baltimore, MI 48047-4173

Robert Brabec
27816 N Granite Mt. Rd.
Rio Verde, AZ 85263

Robert Bradley
11403 SW Halton St
Port Saint Lucie, FL 34987

Robert Forsen
8435 Ne 109th Place
Kansas City, MO 64157

Robert Peters
1525 Carmel Road
Hubertus, WI 53033

Robert Brookes
849 Racquet Club Way
Knoxville, TN 37923

Robert Gardner
4700 Maple St
Bellaire, TX 77401-5727

Robert Pitts
36 Brentwood Cove
Cabot, AR 72023-7301

Robert Brooks
9108 Woodchat Way
Louisville, KY 40272-2759

Robert Gauntt
2538 Andria Ct
Atco, NJ 08004-2801

Robert Price
2013 Fairway Ct
Mission, TX 78572-2001

Robert Carte
7140 Crooked Tree Dr
Anchorage, AK 99507-7012

Robert Hilb
20 Lower Tuckahoe Rd W
Richmond, VA 23238

Robert Purdy
220 Adams St
Rutland, VT 05701-2301

Robert Daniels
2805 Roscommon Dr
Tallahassee, FL 32309-3205

Robert Lickar
8222 E. Angus Dr.
Scottsdale, AZ 85251-8525

Robert Randall Wimmer
322 Eagles Mountain Rd
Bluefield, WV 24701-5448

Robert Dumlao
7800 Bovis Ct
Live Oak, TX 78233-2642

Robert Lindquist
304 Woodlawn Ave
Sawyer, MI 49125-4912

Robert Rapiejko
13804 N Keystone Springs Dr
Oro Valley, AZ 85755-5737

Robert Duncan
814 E 9th St
Windfield, KS 67156

Robert Loguidice
975 E. Divot Dr.
Tempe, AZ 85283-8528

Robert Sandmeyer, Jr.
777 Grandview Rd
York, PA 17403-4131

Robert Fagerlund
2170 Chestnut Ave
Ronkonkoma, NY 11779-6504

Robert Mueller
501 Brandon Ct
Chardon, OH 44024

Robert Self
7917 E State Highway 22
Hamilton, TX 76531-7653

Robert Flesch
2310 Ashbrook Ln
Grayslake, IL 60030

Robert Peck
11558 Boothbay Ln
Fishers, IN 46037

Robert Stanley
4028 Grace Dr
Kent, OH 44240-4424

Robert Statkiewicz
5816 Meadowood Rd
Baltimore, MD 21212-2433

Robert Zonar
7340 Red Oak Court
Mason, OH 45040

Rodney Krause
1300 18th Ave Sw
Minot, ND 58701-6130

Robert Stevens
16501 N El Mirage Rd Lot 556
Surprise, AZ 85378-2802

Robin Cabanas
264 Bennetts Ln
Somerset, NJ 08873-5007

Rodney Malpass
1455 Indiana Ave
Palm Harbor, FL 34683-4114

Robert Strobel
1114 Sturbridge Nw
Louisville, OH 44641

Robin Hagerty
8216 Twin Springs Ct
Brentwood, TN 37027-6723

Rodolfo Escutin
1451 Patricia Drive
Redlands, CA 92373

Robert Tompkins
23862 Lesikar Ln
New Ulm, TX 78950-4977

Robin Yale-murphy
3728 Walworth Road
Marion, NY 14505

Roger Greiling
2495 Marion St
Roseville, MN 55113-3645

Robert Van Vooren
5181 Sparrow Dr
Huntingtn Bch, CA 92649-1439

Rochelle Reichenau
108 Wedgewood Lane
Kerrville, TX 78028

Roger Hartsell
10210 E Arrowvale Dr
Sun Lakes, AZ 85248-7649

Robert Vandegrift
1926 W Ranch Rd
Farmington, UT 84025-5028

Rod Freed
19696 Landing Rd
Mount Vernon, WA 98273-8198

Roger Knight
3804 Glen Canyon Rd., Ne
Albuquerque, NM 87111

Robert Vaughn
214 Fieldspring Ct
O'Fallon, IL 62269

Rodger Beckett
108 Henderson Rd
Easley, SC 29642-9614

Roger Nichols
6661 N Camino Abbey
Tucson, AZ 85718-2007

Robert Whitmoyer
619 Rolling Hls W
Bloomsburg, PA 17815-7163

Rodger Getz
1641 Olivia Way
Auburn, AL 36830

Roger Pitzer
1863 Charlotte Landing Rd
Springport, MI 49284-9452

Robert Whitton
1596 The Woodsong
Dunwoody, GA 30338

Rodney Moore
2019 Foley Ave
Parkersburg, WV 26104-2107

Roger Plank
1109 Chestnut Dr
Longmont, CO 80503-7637

Roger  Yancey
4439 Deer Run
Evans, GA 30809

Ronald  Brown
5410 N Girard Ln
Spokane, WA 99212-3507

Rory  Hanson
893 Fenwick Loop
The Villages, FL 32163-2308

Rolf  Dammann
918 S. 28th Street
Arlington, VA 22202

Ronald  Fish
202 Palmer Drive
Los Gatos, CA 95032

Rosa  Fitzgerald
1121 Nw 10th Ave
Cape Coral, FL 33993

Ron  Correia
362 Chester Turnpike
Auburn, NH 03032

Ronald  Hester
Villa D-510
8581 Cypress Lakes Dr
Raleigh, NC 27615-2142

Rose  Web  Services,  LLC
2977 Hwy K
Suite 252
Ofallon, MO 63368

Ron  Harvey
5213 S Newland Ave
Chicago, IL 60638-1124

Ronald  Olson
3652 Meder Ct
Shingle Springs, CA 95682

Roseanne  Beck
134047 FM 773
Murchison, TX 75778

Ron  Jones
6715 N Sutherlin St.
Spokane, WA 99208-5047

Ronald  Palmer
905 Pacific Highway South
Cottage Grove, OR 97424

Roxanne  Carroll
17 E Cotton Hill Road
New Hartford, CT 06057

Ron  Poppel
32 Regatta View Dr
Saratoga Springs, NY 12866

Ronald  Pecha
10002 Emiline St
La Vista, NE 68128-2297

Roxanne  Cuddy
139 Liberty Court
Oak Ridge, TN 37830

Ron  Whitehead
1016 Shady River Ct. N.
Benbrook, TX 76126

Ronald  Vanderwarker
1520 Edwards St
Clovis, NM 88101

Roy  Culler
418 Black Mountain Rd
Pilot Mtn, NC 27041-8374

Ronald   Elinoff
2811 Scott Mill Estates Dr
Jacksonville, FL 32257-5765

Ronald  Wheeler
29250 SD Hwy 73
Martin, SD 57551

Roy  Hanson
E4530 473rd Ave
Menomonie, WI 54751-5474

Ronald  Amrhein
2975 Harding Ave
Sharpsville, PA 16150-8567

Ronda  Olson
10459 Hollyhock Ct
Highlands Ranch, CO 80129

Roy  Michael
412 Crystal View Ter
Jefferson Cty, MO 65109-0959

Roy Rager
423 Bear Creek Trl
Hampton, GA 30228-2284

Russell Shearer
2302 Canebrake Ct.
Augusta, GA 30907

Samantha Berno
15122 Farndale Dr
Houston, TX 77062-2620

Roy Wilson
34733 Fargo Dr
Sterling Hts, MI 48312-5034

Ruth Rizzo
22869 Blackbeard Lane
Cudjoe Key, FL 33042

Samantha Brooks
4972 Walnut Rd
Hughson, CA 95326

Royal Millen
701 Excalibur Ct
Friendswood, TX 77546-3769

Ruth Walls
3302 100th St
Pleasant Pr, WI 53158-4006

Samantha Kimmel
833 N 110th St
Mesa, AZ 85207-1612

Russ Dolezal
106 Bares Run Drive
Loveland, OH 45140

Ruthie Bowman
207 Winding Way
Columbia, SC 29212

Samir Khundy
86 Sansovino # 86
Ladera Ranch, CA 92694-0935

Russ McFadden
76970 Barker Road
San Miguel, CA 93451

Ryan Breidenbach
326 Matheson Ct
Coppell, TX 75019

Samuel Aston
9235 E Sierra St
Tucson, AZ 85710-1811

Russ Nelsen
710 S 19th St
Blair, NE 68008-1887

Ryan Seaver
6225 Lake Lucerne Dr
San Diego, CA 92119

Samuel Mckenzie
204 Heineman Rd
Salters, SC 29590-3224

Russell   Webb
4219 N Cambridge Way
Pace, FL 32571-7373

Ryk Cunningham
11517 Coralberry Ct
Moorpark, CA 93021-2431

Samuel Powell
4560 Glore Crossing Dr Sw
Mableton, GA 30126-5551

Russell Fritz
58 Union Ave
Schenectady, NY 12308-2436

Sally Burden
6884 Nancy Ave
Celina, OH 45822

Samuel Shaub
123 N Keesey St
York, PA 17402-2310

Russell Lutz
11222 Ivanhoe St
Garden Grove, CA 92840

Salvatore Politi
19237 N Tallowood Way
Surprise, AZ 85387-7594

Samuel Thompson
1032 Copper Creek Dr
Canton, GA 30114-3011

Sandra Cramer
316 Whitetail Terrace
Marysville, PA 17053

Sarah-Elizabeth Buitendyk
1383 Hamilton Dr
Greenwood, IN 46143-6843

Scott Massman
80322 Ericson Scotia Ave
Scotia, NE 68875-5126

Sandra Fricke
4610 Ernst St
Columbus, NE 68601-3922

Scott Bassett
530 Topeka Ln
Vacaville, CA 95687-4350

Scott Mundy
2909 E Linton Rd
Benton, LA 71006-9666

Sandra Joy Cook
111 Lariat Lane
Chapel Hill, NC 27517

Scott Berkey
136 Independence Way
Sewickley, PA 15143

Scott Rein
32768 N Weathervane
Lakemoor, IL 60051

Sandra Leopold
1007 Thousand Acre Rd
Sellersville, PA 18960-1051

Scott Buttles
21 Meadows End
Georgetown, TX 78628-0906

Scott Simon
18 Belmont Dr
Wilmington, DE 19808-4304

Sandra Maxwell
6101 Fountaindale Way
Carmichael, CA 95608-1791

Scott Erdmann
2125 22nd St
Kenosha, WI 53140-1836

Scott Snyder
1751 Woodvine Court, Nw
Kennesaw, GA 30144

Sandra Smith
27418 Tierra del Fuego Cir
Punta Gorda, FL 33983-5417

Scott Geier
9 Maidstone Dr
Chappells, SC 29037

Scott Taylor
239 Beverly Ct
King City, CA 93930-3501

Santiago Galvan
2119 E 29th St
Mission, TX 78574-1904

Scott Gilman
12550 Lake Ave.
Lakewood, OH 44107

Scott Templin
70 Wheat Dr
Abbottstown, PA 17301-8818

Sara Michelle Mutart
524 Wellington Circle
Rochester Hills, MI 48309

Scott Keogh
516 Sherman St
Holdredge, NE 68949

Scott Vigallon
3037 Badger Dr
Pleasanton, CA 94566-8709

Sarah Leaf-Hermann
19 Thatcher St
Brookline, MA 02446

Scott Kilberg
129 Ferndale Ave
Rochester, MI 48307

Scott Woiak
8537 Hwy V
Caledonia, WI 53108-9514

Sean Calvert
2656 E Portland Ave
Fresno, CA 93720-4944

Sharyn Marie Danielson
8049 E Spirit Cove Drive
Duluth, MN 55807

Sherry Olkonen
6750 Kawaihau Rd Unit B
Kapaa, HI 96746-8010

Sereta Dornick
301 S Pumpkin Ridge Ct
Columbia City, IN 46725-7576

Shawn Bagley
560 E South Temple Apt 501
Salt Lake Cty, UT 84102-1171

Sherry Pyrant
2201 Brantley Creek Dr.
Kannapolis, NC 28083-4111

Sergio Celotto
22 Yandarlo Street
Croydon Park
Sydney, NSW
2133 Australia

Shawn Ballard
724 S Crestwood Ln
Mt Prospect, IL 60056-3514

Sheryl Cawrse
4403 Cleveland Rd E
Huron, OH 44839-9513

Seth Jarzynka
119 Walnut Dr
Eighty Four, PA 15330-8617

Shawn Bellville
P.O. Box 563
New Matamoras, OH 45767

Shirley Cunningham
1712 S Dallas Ln
Marion, IL 62959-1583

Shane Moya
435 Seminole Dr
Lake Worth, FL 33462

Shawn Hogan
16207 Blossom Field Ct
Cypress, TX 77433-6044

Sonia Fizet
2612 Birchwood Dr
Austintown, OH 44515-5238

Shane Myers
1890 Fan Palm Way
Palm Springs, CA 92262-8856

Sheila Begg
2919 Eaton Square
Ellicott City, MD 21043-3594

Sovereign Homestead
2406 Reach Road
Williamsport, PA 15251

Sharon Allen
121 Adams Ln
Cody, WY 82414-9234

Shelley Morrison
1635 Wing Hill Rd
Cobden, IL 62920-3486

SP Plus Corporation
400 N Ashley Dr.
Suite #2050
Tampa, FL 33602

Sharon Farrington
390585 Az 75
Duncan, AZ 61183-0160

Shelton Sargent
9816 Wellington Way
Fort Smith, AR 72908-9057

Stacy Hagen
Po Box 421
Hansville, WA 98340-0421

Sharon Hounshell
597 Greenacres Drive
Dayton, OH 45414

Sherri  Anderson
23911 107th Pl W
Edmonds, WA 98020

Stamps.com
1990 E. Grand Ave
El Segundo, CA 90245

Stan Hodgin
102 Leslie Lane
Stevenson, WA 98648

Stephen  Madonia
2731 Mashie Circle
Castle Rock, CO 80109

Stephen Moon
1909 Vineyard Way
Tallahassee, FL 32317-7916


Stanley Head
6103 Parsons Bay
Regina
Saskatchewan S4X 3A5

Stephen Assumma
Po Box 401
Waccabuc, NY 10597-0401

Stephen Poppe
2205 Spinnaker Ct
Reston, VA 20191-4704


Stanley Kulas
39 Sunnyfield Dr
Windsor, CT 06095-3261

Stephen Bachand
4130 Stonebridge Pt
Colorado Spgs, CO 80904-4737

Stephen Prenger
103 Ne 13th Ave
Cape Coral, FL 33909-2611


Stephan Granberry
2616 Timberwood Dr
Flower Mound, TX 75028-2249

Stephen Davis
4734 Hollyview Dr
Vermilion, OH 44089-1615

Stephen Roe
2700 SW 115th st
Seattle, WA 98146


Stephanie Kavic
37 W. 71st Street
New York, NY 10023

Stephen Ellefson
11706 Fisher House Rd
Bellevue, NE 68123-1113

Stephen Williamson
121 Windrush Ln
Mechanicsburg, PA 17055-9236


Stephanie Lyons
5214 S Jordan Lane
Spokane, WA 99224

Stephen Finnegan
15 Bank St
White Plains, NY 10606-1917

Steve  Oelrich
9008 E 53rd Ave
Denver, CO 80238-3880


Stephanie McClintock
5506 Ne 114th St
Vancouver, WA 98686-4533

Stephen Fox
20200 Rock Mountain Rd
Grass Valley, CA 95949-8733

Steve Buster
2091 Fanestil Dr
Emporia, KS 66801-5419


Stephanie Skarohlid
6879 35th St
Princeton, MN 55371-6009

Stephen Jurmu
2764 Dobie Rd
Escanaba, MI 48854-9497

Steve Druckenmiller
P.O. Box Box 1403
Albany, OR 97321


Stephen  Dipasquale
186 Rivulet Street
Uxbridge, MA 01569-0156

Stephen Labate
234 West 21st Street
Deer Park, NY 11729

Steve Feeler
1329 Casen Ct
Jefferson Cty, MO 65109-9070

Steve Fore
2590 Fairview Dr
Gastonia, NC 28052-7171

Steve Nebel
5920 W Straight Arrow
Phoenix, AZ 85083

Steven Hank
15729 De Fortuna Dr
Bee Caves, TX 78738-6075

Steve Hayes
900 273rd Pl Se
Sammamish, WA 98075

Steve Price
26454 Ne 53rd St
Redmond, WA 98053

Steven Jones
12614 Oakthorn Ln.
La Mirada, CA 90638

Steve Hibbs
1490 N Winding Wood Cir
Collierville, TN 38017-4093

Steve Stouffer
8401 Mud Creek Rd
Indianapolis, IN 46256-9704

Steven Roth
610 Nightingale Blvd
Stillwater, MN 55082-5215

Steve Hinch
1332 N Washington Ave
Springfield, MO 65802-1936

Steve Tatham
152 Purdue Street
Manchester, NH 03103-0310

Steven Schinkel
6445 Ne 9th Ct
Des Moines, IA 50313

Steve Kidwell
5402 Barberry Cir
Crestwood, KY 40014-9210

Steve Taylor
4828 Black Hollow Rd
Dublin, VA 24084

Steven Sindt
4522 Canterbury Ct
Iowa City, IA 52245

Steve Massman
2211 Lisa Dr
Webster City, IA 50595

Steve Twedt
16271 Yaupon Berry Drive
Biloxi, MS 39532

Steven Wahl
516 Deer Run Rd
Cold Spring, KY 41076-9160

Steve May
10717 Sunderland Place
Louisville, KY 40243

Steve Walker
4024 Newburg Dr
Choctaw, OK 73020-6133

Steven Welton
5001 Concord Rd
Lincoln, NE 68516-3332

Steve Mcarthur
23 Yorktown
Irvine, CA 92620-2677

Steve Winquist
1211 Highway 39
Kiron, IA 51448-7523

Stu Rosengarten
231 Reichelt Road
New Milford, NJ 07646-5151

Steve Mcnulty
2081 Thomas Bishop Lane
Virginia Beach, VA 23454

Steven Anderson
11107 Avenida Del Gato
San Diego, CA 92126

Sue Coughlin
10844 N Cedarburg Rd
Mequon, WI 53092

Sue  Meyer
1304 Lincoln Hwy. Rd.
Lerna, IL 62440

Suellen Vebber
3710 N. Oakland Ave
Shorewood, WI 53211

Sunshine  Wight
517 Overlook Park Drive
National Harbor, MD 20745

Susan   Mcgillick
16717 Leavenworth Cir
Omaha, NE 68118

Susan  Buttery
3216 Renlee Pl
Orlando, FL 32803-6908

Susan  Coult
6606 Charing Bnd
Chanhassen, MN 55317-7510

Susan  Dolvin
2070 Scroll Rd
Carrollton, OH 44615

Susan  Dugan
Po Box 767
Baileys Hbr, WI 54202-0767

Susan  Guest
2302 E Briargate Dr
Bryan, TX 77802-2111

Susan  Hansen
7203 Trappers Place
Springfield, VA 22153-1333

Susan  Kuzma
1236 Upper Kingston Rd
Prattville, AL 36067

Susan  Luck
1014 N 9
Temple, TX 76501

Susan  Martin
117 Summit Oaks Lane
Holly Springs, NC 27540

Susan  Mcnutt
2526 Hunt Heights Dr
Lakesite, TN 37379-3036

Susan  Mellott
5523 Duxbury
Houston, TX 77305

Susan  Percy
85 Fox Meadow Ln
Orchard Park, NY 14127-2885

Susan  Tempin
316 S Shannon Dr
Woodstock, IL 60098-9422

Susan  Tully
11317 Channel Rd
Atlantic, VA 23303-2115

Susan  Wallace
7 Lincoln Street
Hallowell, ME 04347

Suzanne Bednarek
3614 Henneberry Rd
Jamesville, NY 13078-8600

Suzanne  Kossow
21622 Greenview Road
Council Bluffs, IA 51503

Suzanne  Schimmel
1954 Norwood Creek Ter
Powhatan, VA 23139-5248

Suzanne  Schmidt
903 Ravendale Place
Cary, NC 27513

Suzanne  Sokul
12362 Woodrose Ct.
Ft. Myers, FL 33907

Tami  Collins
720 Old Paint Rd
Raymore, MO 64083-8249

Tammy  Cooper
151 Watersong Ln.
Irmo, SC 29063

Tammy  Hagan
2382 Leptis Cir
Morgan Hill, CA 95037-3858

Teresa Berenyi
23 Woodvine Ln
Lake Wylie, SC 29710

Terri Wilfong
908 Golden Bell Place
Lexington, KY 40515

Thomas Bertram
415 Olde Oneida St
Appleton, FL 54911

Teresa Cisneros
2636 Eagles Peak Ln
Lincoln, CA 95648

Terry Corso
2849 E 450 S
Chalmers, IN 00047-9298

Thomas Boris Claymon
1815 34 St NW
Rochester, MN 55901

Teresa Mccabe
611 N. Nora
West Covina, CA 91790

Terry Dawson
2626 County Rd 1466
Cullman, AL 35058

Thomas Brownrigg
9374 Mack
Sauk City, WI 53583

Teresa Yates
413 Sandringham Ct
Winter Springs, FL 32708

Terry Langohr
110 Avenida Adobe
San Clemente, CA 92672-2407

Thomas Bumps
1008 Hileah Dr
Crossville, TN 38572-6120

Teri Riesenberg
3800 Wood Trail Dr
Mason, OH 45040-9567

Terry Mckeithen
1018 Live Oak Loop
Mandeville, LA 70448

Thomas Carpenter
2 Rouse Drive
Avondale, PA 19311

Terrence Skiest
9 Boston Hill Circle
Shrewsbury, MA 01545

Terry Stevens
1470 Muehl Road
Seguin, TX 78155

Thomas Cochran
1460 Whippoorwill Rd
Watkinsville, GA 30677-2378

Terri Crockett
101 Hawk Crest Way
Roseville, CA 95678

Theodore Chavez
8263 Adams Way
Denver, CO 80221

Thomas Dolan
1512 Straight Path Uppr
Lindenhurst, NY 11757-1909

Terri Lovelace
P.o. Box 32
Gallion, AL 36742

Thomas Edeal
4103 Townsend Rd
Carlsbad, NM 88220-9513

Thomas Fisher
11111 Presbyterian Dr.
Indianapolis, IN 46236

Terri Weatherford
2875 Starling Drive
Waldorf, MD 20601

Thomas Ardecki
35 Dorothy Dr
Sewell, NJ 08080-2449

Thomas Ford
2776 Meadow Dr
Gettysburg, PA 17325-8185

Thomas  Hohman
7316 Shepherdsville Road
Louisville, KY 40219-2900

Thomas  Metz
596 Glenbrook Rd Apt 7
Stamford, CT 06906-1423

Thomas  Vanden Berk
2754 Summit Ave
Highland Park, IL 60035-1326

Thomas  Howe
4842 Sweetmeadow Cir
Sarasota, FL 34238-3319

Thomas  Metzler
66 Bonter Rd
Oak Ridge, NJ 07438-0743

Thomas  Vaughan
172 Rushford Hollow Dr
Cheektowaga, NY 14227-2392

Thomas  Hummel
1307 S Courtright St
Anaheim, CA 92804-4811

Thomas  Mitoraj
5216 Woodland Ave
Western Sprgs, IL 60558-1832

Thomas  Ward
1163 Tadpole Rd
Pa Furnace, PA 16865-9546

Thomas  Kage
1120 4Th Street
PO Box 35
Marathon, WI 54448

Thomas  Neville
6671 Butte Ave
Sutter, CA 95982-2157

Thomas  Yoder
2302 Irving Pl
Wichita Falls, TX 76308-2034

Thomas  Lee
1791
Hanford, CA 93230

Thomas  Saunders
2700 Brassfield Rd
Creedmoor, NC 27522-8709

Tim  Rees
13853 W Iliff Ave
Lakewood, CO 80228-4803

Thomas  Lewis
6700 France Ave S Ste 116
Edina, MN 55435-1912

Thomas  Smith
32237 Phantom Dr
Rch Palos Vrd, CA 90275-6110

Time  Warner Cable
PO Box 223085
Pittsburgh, PA 15251

Thomas  M Ault
5819 E Sierra Sunset Trail
Cave Creek, AZ 85331

Thomas  Steinke
10047 Trailside Ct
Reno, NV 89511-5357

Timothy   Ryan
10585 Millertown Road Se
Glouster, OH 45732-4573

Thomas  M. Nason
6 Saint James Ct
Durham, NC 27713-9408

Thomas  Thompson
1291 Tiger Lily Ln
Lincoln, CA 95648-8123

Timothy  Avey
248 Hannover Cir
Panama City, FL 32404-7532

Thomas  Mcginnis
231 High View Dr
Anchorage, AK 99515-3710

Thomas  Timmons
25043 S Fox Glenn Dr
Sun Lakes, AZ 85248-8524

Timothy  Bolinger
108 Windsor Ct
Decatur, IN 46733-3116

Timothy Colliton
800 N. 17th Street
Tekamah, NE 68061

Todd Palmer
50 Hatherly Rd
Waltham, MA 02452-5736

Toni Johnston
156 Eagle Ridge Way
Nanuet, NY 10954-1019

Timothy Kinnison
1577 Peninsula Dr
Scottsboro, AL 35769-7878

Todd Sieleman
16408 W 133rd St
Olathe, KS 66062-6202

Toni Sinker-strang
1703 Red Barn Rd
Raymore, MO 64083-8171

Timothy Sustersic
4080 Forestridge Dr.
Richfield, OH 44286

Todd Strickler
12630 266th Ave Se
Monroe, WA 98272

Traci Miller
2 Summerwind Rd
Omak, WA 98841

Timothy Weiner
6406 Le Blanc Pl
Rch Palos Vrd, CA 90275-5728

Todd Thompson
25573 Hertitage Lane
WY, MN 55092

Tracy Reed
11628 White Hall Rd
Smithsburg, MD 21783-1721

Timothy White
2382 Island Way
Little River, SC 29566

Tom Cantwell
844 Summit Ave
Franklin Lks, NJ 07417-1211

Travelex Insurance Services
9410 West Dodge Rd
Suite 300
Omaha, NE 68114

Tina Schumann
914 Packer St.
Key West, FL 33040

Tom Merigan
137 Meadowview Street
Marshfield, MA 02050

Treg Oistad
4502 Ne 70th St
Seattle, WA 98115-6150

Todd Faber
Psc 41 Box 6442
Apo 09464-0065

Tom Stoll
505 Pleasant Valley Ave
Moorestown, NJ 08057

Tricia Bramson
2020 W 31st Ave
Kennewick, WA 99337-3169

Todd Kroh
1185 Mulberry Run
Mineral Ridge, OH 44440-9444

Tomie Dietz
12945 W Micheltorena Dr
Sun City West, AZ 85375-1513

Trish Lawson
3205 New York Ave
Costa Mesa, CA 92626-2220

Todd Linhardt
7408 Scrivner Rd
Jefferson Cty, MO 65109-9673

Toni Floyd
41615 Chaparral Dr
Temecula, CA 66935-4667

Troy Arrington
3169 Sicily Ave
Costa Mesa, CA 92626-2332

Tyler Hain
117 Larchwood Rd
Yorktown, VA 23692-4743

Vickie Wight
181 E Los Arcos
Green Valley, AZ 85614-2407

Viking Bond Service, Inc (FL)
22601 N. 19th Ave #210
Phoenix, AZ 85027

Tyler Zaffaro
8 Pritchard Ct
Fishkill, NY 12524-3736

Victor Weatherford
11650 Federal Street
Fulton, MD 20759

Viking Bond Service, Inc (HI)
22601 N. 19th Ave #210
Phoenix, AZ 85027

Verizon
Post Office Box 660108
Dallas, TX 75266

Victor Bonardi
6208 Carnegie Dr
Bethesda, MD 20817-1738

Viking Bond Service, Inc (IA)
22601 N. 19th Ave #210
Phoenix, AZ 85027

Veronica Span
6305 Crebs Avenue
Tarzana, CA 91335

Victor Consiglio
23275 Robert John St
St Clair Shores, MI 48080-2608

Viking Bond Service, Inc (WA)
22601 N. 19th Ave #210
Phoenix, AZ 85027

Vic Stansberry
590 Thoroughbred Lane
Greenwood, IN 46142

Victor Sokul
4 Liberty Lane
Exeter, NH 03833

Vincent Memole
10 Vermont Ave
Rensselaer, NY 12144-3221

Vicki Banks
Po Box 262
Pacolet, SC 29372

Victoria Cristina
P.o. Box 184
Intercourse, PA 17534

Vincent Miralles
46 Msgr Wojtycha Dr
Jersey City, NJ 07305-4890

Vicki Dalene Rice
184 Old Park Avenue
Lexington, KY 40502

Victoria Syverson
3247 Quasqueton Ave # 4
Walker, IA 52352-9622

Vincent Ricevuto
115 Mallard Drive
Coatesville, PA 19320-1080

Vicki Gauthier
2326 Currant St
Fort Mill, SC 29715-9805

Vie Thorgren
3716 S. Forest Way
Denver, CO 80237-1017

Virginia Knapp
566 Lyon Street
Elmira, NY 14904

Vicki Kennedy
6650 Thorne Road
Horton, MI 49246

Viking Bond Service, Inc (CA)
22601 N. 19th Ave #210
Phoenix, AZ 85027

Virginia Lowery
99 Kensington Ave
Jersey City, NJ 07304-1805

Virginia Rasmussen
587 8th St
Manilla, IA 51454

Walter Gustafson
Po Box 182
Minocqua, WI 54548

Wayne Byard
415  Chesterfield Jacobstown
Chesterfield, NJ 08515

Virginia Williams
404 Fairoaks Cir
Chapel Hill, NC 27516-1604

Walter Hudson
2695 Timberline Rd
Marietta, GA 30062-1571

Wayne Dohlman
10811 N St Clair Ave
Kansas City, MO 64154

Virginia Woods
2008 E M Franklin Ave Unit B
Austin, TX 78723-5831

Walter Nicholas Humann
15333 Ballantyne Cty Club
Charlotte, NC 28277-2722

Wayne Markus
12755 Izard St
Omaha, NE 68154-1243

Vivian Biely
5096 Pacifica Drive
San Diego, CA 92109

Wanda Hochhalter
1229 View Court
Hastings, MN 55033

Wayne Michels
5529 37th Ave South
Minneapolis, MN 55417

W. David Hager
498 Allegiance Dr
Lititz, PA 17543-7358

Ward Boone
29 Cardinal Circle
Conway, AR 72032

Wayne Thompson
18 Gladtidings Rd
Lugoff, SC 29078

W.B. Mason
59 Centre St
Brockton, MA 02301

Warren Linnell
9947 W Lanktree Gulch Rd
Star, ID 83669-5193

Wayne Werner
3820 Ne 155th Pl Apt 301
Lk Forest Pk, WA 98155-6721

WA State Depart of Revenue
PO Box 47488
Olympia, WA 98504

Warren Perry
3 Wentworth Place
Pawleys Is, SC 29585

Wendell Howell
514 Americas Way # 1512
Box Elder, SD 57719-7600

Walt Cramer
3829 Walhampton Dr.
Lexington, KY 40517

Warren Steinkamp
3303 NW 13th
Ankeny, IA 50023

Wendy Cook
3723 Saratoga Rd
Langley, WA 98260-9654

Walter Drag
4773 Brompton Dr
Blasdell, NY 14219-2963

Warren Vircks
3877 E Layton Ave
Cudahy, WI 53110-1506

Wendy Hinson
234 Eventide Drive
Fleming Is, FL 32003

Wendy Williams
385 Cynthia Cres
Redlands, CA 92373-6836

William Carter
17058 Falling Leaf Ct
College Station, TX 77845

William Johnson
891 Camp Cardinal Rd
Iowa City, IA 52246

Wesley King
520 10th St Nw
Carrollton, OH 44615-9442

William F Thomas
29648 57th Pl S
Auburn, WA 98001-2387

William L. Knopf
Po Box 66
Almond, NC 28702-0066

William  Asbell
2019 S Cove Trl
Marietta, GA 30066-1922

William  Garlow
7004 Barth Rd
Shawnee, KS 66226-3535

William McClain
4300 Willow Lane Rd
Raleigh, NC 27616

William  Creech
1409 Ironwood Drive
Marion, IN 46952-1570

William Garner Jr
1711 Mute Swan Ln Se
Bolivia, NC 28422-7996

William Murphy
12 Palmo Way
Novato, CA 94945-1213

William Almany
17200 S. Stark Avenue
Cerritos, CA 90703

William Hannum
110 Sunningdale Dr
Flat Rock, NC 28731-9567

William Powers
3363 Pheasant Hill Dr
Allentown, PA 18104-9806

William Ault
9841 Peacock Cir
Fountain Vly, CA 92708-6613

William Hauck
156 22nd Avenue South
South St Paul, MN 55106

William Pruehsner
4405 Legacy Oaks Place
Asheville, NC 28803

William  Buffington
123 Creek Rd
Newport, PA 17074-8912

William Henschke
111 Elm Ave
Hershey, PA 17033

William  Schey
84 N Washington Dr
Sarasota, FL 34236

William Carey
45 Lookout Point
Ocean Pines, MD 21811

William Heyderhoff
9181 Hillside Trl S
Cottage Grove, MN 55016

William  Scull
5021 Cedar Hill Rd
Fort Worth, TX 76116-7611

William Carter
330 2nd Ave S
Moorhead, MN 56560-2669

William Hoefler
56 High St
South Hadley, MA 01075-2719

William Shannon
1687 Yarbrough Farms Blvd
Auburn, AL 36830-2909

William  Shatzer
12201 W 150th Circle
Olathe, KS 66062

Winfreda  Lutz
16658 Hamilton  Drive
Orlando, FL 32833

William  Stolte
4060 Arbolado  Drive
Walnut Creek, CA 94598-4616

Yvonne  Reid
5729 45 Street
Lloydminster
Alberta T9V 0C3

William  Swartz
2020 Taylor Ave
Winter Park, FL 32792-3133

Zachary  Martinez
1588 Capri Ln
Richmond, IN 47374-1549

William  Thomas
PO Box 772906
Ocala, FL 34477

Zachary  Templin
100 W 143rd St Apt 5
New York, NY 10030-3512

William  Utley
3905 Millstone Cir
Monrovia, MD 21770-9136

Zachary  Walton
320 N Tuscan Way
Greensburg, PA 15601-9114

William  VanWagner
37 Montgomery Rd
Southampton, MA 01073-9597

Zackary  Chapman
368 W Jefferson Street
Upland, IN 46989

William  Wilber
524 Juniper Avenue
Hines, OR 97738-3408

William  Zadrozny
275 Williams St
Wrentham, MA 02093-1811

Willie  Freeman
1257 Mackey Rd N
Gilmer, TX 75645-5505