# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 20-03522 MGW
**Case Name:** PROCOM AMERICA, LLC

**Period Ending:** 03/31/22

**Trustee:** (290770) DOUGLAS N. MENCHISE
**Filed (f) or Converted (c):** 05/01/20 (f)
**§341(a) Meeting Date:** 06/10/20
**Claims Bar Date:** 08/13/20

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK ACCOUNTS<br>    entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 2 | checking Account at First Hawaiian Bank, xxxxxx0<br>    Orig. Asset Memo: Imported from original petition Doc# 70 | 49.01 | 49.01 | | 0.00 | FA |
| 3 | Checking Account at Axos DIP Bank, xxxxxx1371<br>    Orig. Asset Memo: Imported from original petition Doc# 70 | 44,081.00 | 44,081.00 | | 53,863.75 | FA |
| 4 | Procom Tours, LLC, 100% ownership, Valuation Met<br>    Orig. Asset Memo: Imported from original petition Doc# 70 | 100.00 | 100.00 | | 0.00 | FA |
| 5 | Rivergate Tower Owner, LLC<br>    Orig. Asset Memo: Imported from original petition Doc# 70 | 18,024.23 | 18,024.23 | | 0.00 | FA |
| 6 | Deposit paid to Dennis Ross in connection with t<br>    Orig. Asset Memo: Imported from original petition Doc# 70 | 12,500.00 | 12,500.00 | | 0.00 | FA |
| 7 | www.procomamenca.com. Valuation Method: Liquidat<br>    Orig. Asset Memo: Imported from original petition Doc# 70 | 50.00 | 50.00 | | 0.00 | FA |
| 8 | Furniture and equipment. Valuation Method: Liqui<br>    Orig. Asset Memo: Imported from original petition Doc# 70 | 96,707.65 | 96,707.65 | | 0.00 | FA |

Printed: 04/01/2022 10:15 AM    V.20.40

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 20-03522 MGW  
**Case Name:** PROCOM AMERICA, LLC  
**Period Ending:** 03/31/22  

**Trustee:** (290770)  DOUGLAS N. MENCHISE  
**Filed (f) or Converted (c):** 05/01/20 (f)  
**§341(a) Meeting Date:** 06/10/20  
**Claims Bar Date:** 08/13/20  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 9 | Due from Procom Consulting UTAZASIIRODA KFT<br>Orig. Asset Memo: Imported from original petition Doc# 70 | 23,935.12 | 23,935.12 | | 0.00 | FA |
| 10 | Due from Peter Gaal<br>Orig. Asset Memo: Imported from original petition Doc# 70 | 351,197.96 | 351,197.96 | | 0.00 | 351,197.96 |
| 11 | Procom America 401 (k) Plan<br>Orig. Asset Memo: Imported from original petition Doc# 70 | 21,161.48 | 21,161.48 | | 0.00 | FA |
| 12 | Due from Procom Investments Kft<br>Orig. Asset Memo: Imported from original petition Doc# 70 | 10,088.71 | 10,088.71 | | 0.00 | FA |
| 13 | REFUND OF UNUSED RETAINER FROM ABC ATTORNEY(u) (u)<br>REUND OF UNUSED RETAINED FROM ABC ATTORNEY PER COURT ORDER doc. no 92 | Unknown | 3,632.00 | | 3,632.00 | FA |
| 13 Assets | Totals (Excluding unknown values) | $577,895.16 | $581,527.16 | | $57,495.75 | $351,197.96 |

**Major Activities Affecting Case Closing:**

    3-21-22 Court Order entered denying peter gaal's motion for consideration of order granting trustee's motion to compel peter gaal to testify and produce documents in the USA and stating trustee does not have to serve gaal thru Hague Convention. 3-17-22 trustee filed adv. pro 22-41 against peter gaal on multi count complaint including fraud; dissapation of assets as well as consilidation of gaal into debtor and other business of gaal.   3-9-22 trustee authorized a legal demand letter sent to CPA for debtor's insurance comany demanding policy limits $1,000,000.00 for accounting malpractice.  02/24/2022 court hearing on objection to trustee's motion toextend deadline to bring chapt 5 lawsuits. and defendant's motion to dismiss trustee's adv. complaint adv 21-420. 11/16/21- Emailed To Steve copy of Verified

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| Case Number: | 20-03522 MGW | | Trustee: | (290770) DOUGLAS N. MENCHISE |
|---|---|---|---|---|
| Case Name: | PROCOM AMERICA, LLC | | Filed (f) or Converted (c): | 05/01/20 (f) |
| | | | §341(a) Meeting Date: | 06/10/20 |
| Period Ending: | 03/31/22 | | Claims Bar Date: | 08/13/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Statement; 9/21/21- resent POS on Order #304:9/17/21-SERVED ORDER AND FILED PROOF OF SERVICE  de#304;9/15/21- appllcation to employ accountant and uplaoded order; 4-20-21 Trustee's Special Counsel prepared and forwarded to EMS proposed Common Interest and Joint Defense Agreement between Trustee and EMS pertaining to common rights in the BK and related litigation. 3/12/21 Court Order approving Bob Elgidely to file avoidance actions re international pricipal. 11/10/20 Court Order approving trustee's application to employ David Cimo additional Special Counsel t file actions agaimst insurance coverage and possible chap 15 proceeding re Europeon principals.   8/10/20- Filed Notice of Preliminary Hearing for August 27, 2020 @10:00am;7/27/20- Filed Report and Notice of Intentin to Sell Property of the Estate;7/14/20 - emailed over Non disclousre agreement to Tom Wood; 6/26/20- Mailed Ch#101, $6,721.34 to Larry Hyman; 6-22-2020 conducted and concluded 341 meeting of creditors.  5/14/20- uploaed order  approving special counsel; 5/14/20- SERVED ORDER AND FILED PROOF OF SERVICE - doc. no. 17: 5/12/20 - Uploaed Order to Employ Special Counsel; 5/12/20- Filed Application for Special Counsel Walters Levine; 5/11/2020-Filed Notice of Assets and Request for Bar Date; Filed Application to Employ Attorney; Submitted standard proposed order;

**Initial Projected Date Of Final Report (TFR):** May 20, 2021    **Current Projected Date Of Final Report (TFR):** June 30, 2023

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 20-03522 MGW
**Case Name:** PROCOM AMERICA, LLC

**Taxpayer ID #:** **-***3284
**Period Ending:** 03/31/22

**Trustee:** DOUGLAS N. MENCHISE (290770)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ******7926 - Checking Account
**Blanket Bond:** $35,756,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/28/21 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 49,431.87 | | 49,431.87 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 76.58 | 49,355.29 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 84.37 | 49,270.92 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 81.59 | 49,189.33 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 76.20 | 49,113.13 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 73.47 | 49,039.66 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 86.46 | 48,953.20 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 49,431.87 | 478.67 | **$48,953.20** |
| Less: Bank Transfers | 49,431.87 | 0.00 | |
| **Subtotal** | 0.00 | 478.67 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$478.67** | |

{} Asset reference(s)

Printed: 04/01/2022 10:15 AM   V.20.40

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 20-03522 MGW | Trustee: | DOUGLAS N. MENCHISE (290770) |
|---|---|---|---|
| Case Name: | PROCOM AMERICA, LLC | Bank Name: | Mechanics Bank |
| | | Account: | ******5966 - Checking Account |
| Taxpayer ID #: | **-***3284 | Blanket Bond: | $35,756,000.00 (per case limit) |
| Period Ending: | 03/31/22 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/18/20 | {3} | LARRY S. HYMAN, ASSIGNEE | FUNDS IN ABC ASSIGNEE BANK ACCOUNT (LARRY HYMAN ) | 1129-000 | 53,863.75 | | 53,863.75 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 28.69 | 53,835.06 |
| 06/25/20 | {13} | BRADLEY ARANT BOULT CUMMINGS LLP | REFUND OF PORTION OF UNUSED RETAINER OF abc (COURT ORDER DOC#92 | 1290-000 | 3,632.00 | | 57,467.06 |
| 06/26/20 | 101 | LARRY S. HYMAN | PAYMENT OF ASSIGNEE FEES, (PER COURT ORDER DOC. NO. 92) 6/16/20 | 3992-000 | | 6,721.34 | 50,745.72 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 92.55 | 50,653.17 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 83.65 | 50,569.52 |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 78.13 | 50,491.39 |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 86.09 | 50,405.30 |
| 10/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 80.56 | 50,324.74 |
| 11/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 77.75 | 50,246.99 |
| 12/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 88.34 | 50,158.65 |
| 01/29/21 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 77.70 | 50,080.95 |
| 02/09/21 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 50,080.95 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 57,495.75 | 57,495.75 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 50,080.95 | |
| | | | **Subtotal** | | 57,495.75 | 7,414.80 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$57,495.75** | **$7,414.80** | |

{} Asset reference(s)

## Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 20-03522 MGW | Trustee: | DOUGLAS N. MENCHISE (290770) |
|---|---|---|---|
| Case Name: | PROCOM AMERICA, LLC | Bank Name: | People's United Bank |
| | | Account: | ******5346 - Checking Account |
| Taxpayer ID #: | **-***3284 | Blanket Bond: | $35,756,000.00   (per case limit) |
| Period Ending: | 03/31/22 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/09/21 | | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ******2572 | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ******2572 | 9999-000 | 50,080.95 | | 50,080.95 |
| 02/26/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 74.91 | 50,006.04 |
| 03/31/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 88.15 | 49,917.89 |
| 04/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 80.00 | 49,837.89 |
| 05/28/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 74.55 | 49,763.34 |
| 06/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 87.73 | 49,675.61 |
| 07/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 79.61 | 49,596.00 |
| 08/31/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 84.78 | 49,511.22 |
| 09/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 79.35 | 49,431.87 |
| 10/28/21 | | TRANSFER TO DEPOSIT SYSTEM ACCOUNT ******2724 | TRANSFER TO DEPOSIT SYSTEM ACCOUNT ******2724 | 9999-000 | | 49,431.87 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 50,080.95 | 50,080.95 | $0.00 |
| | | | Less: Bank Transfers | | 50,080.95 | 49,431.87 | |
| | | | **Subtotal** | | **0.00** | **649.08** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$649.08** | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 20-03522 MGW | Trustee: | DOUGLAS N. MENCHISE (290770) |
|---|---|---|---|
| Case Name: | PROCOM AMERICA, LLC | Bank Name: | People's United Bank |
| | | Account: | ******5346 - Checking Account |
| Taxpayer ID #: | **-***3284 | Blanket Bond: | $35,756,000.00   (per case limit) |
| Period Ending: | 03/31/22 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :   57,495.75
Net Estate :   $57,495.75

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******7926 | 0.00 | 478.67 | 48,953.20 |
| Checking # ******5966 | 57,495.75 | 7,414.80 | 0.00 |
| Checking # ******5346 | 0.00 | 649.08 | 0.00 |
| | $57,495.75 | $8,542.55 | $48,953.20 |

{} Asset reference(s)